FILED

APR 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Eddie S. Cheris
1118 North Stuart Street
Arlington, Virginia 22201
Tel: 202.701.7062

CASE NUMBER  1:06CV00691

JUDGE: James Robertson

VS

DECK TYPE: Labor/ERISA (non-employmer

DATE STAMP: 04/18/2006

U.S. Department of State
2201 C. Street, S.W.,
Washington, D.C. 20520

## Complaint

This case evolved at the Passport Office (State Department) 1111 – 19th Street, N.W., Washington, D.C.

So many problems arose within a 10-year period at this facility; that I began keeping a daily log of activities – Exhibit 1.

As you read through the attached documentation you will see that I have had to fight-off a number of coworkers whom came harassing me about their personal problems and I am not even responsible to supervise them.

The prime issue of this case is being forced to do much more work than I am legally getting paid for; and is more work than I officially agreed to do when hired.

Other than (Exhibit 1) and the possibility of the Judge interviewing me. My second suggestion would be to have the Judge interview other (non-management) personnel at the Passport Office. I will let the Judge make his/her decision about this matter. But I have overheard "many" times from coworkers speaking of their dissatisfaction of and abuse from their supervisor(s) and/or other coworker(s). The point here is to illustrate to the Judge that I am not the only employee whom has encountered problems at the workplace. I am just one employee who got angry enough of being

2

forced into doing my supervisors' job; that I am willing to step forward and do something about it.

My objective with this case is to respectfully ask the Judge to have my employer pay me for services rendered ($500 million – legal detriment). After examining (Exhibit 1); and if the Judge believes this monetary value is unreasonable. Then I would like the Judge to make a determined value for my services rendered. If the Judge determines there is no merit to my case. Then, I would greatly appreciate it, if the Judge would permanently release me from my job – so that I can go down the street and collect unemployment. This second request is as important as the first. For my supervisors seriously wasted a lot of my time for junk poverty issues to the point that it is ridiculous. I would have been better off if I had joined the Greek Army 5 or 10 years ago instead of working for the United States Government.

As a last resort, after extensively cooperating with my supervisors; I have filed this case.

I attempted to file this case twice in early 2005. On October 9, 2005; I encountered an accident on a city Metro bus – which resulted in a broken left hip and a broken left knee. This bus accident case is now in litigation. Since October 2005, I have been unable to do my job and have been on leave without pay. How soon I can physically return to my job is undetermined at this time. I am still in the process of getting physical therapy which may take another 30-120 days. More importantly before the bus accident I encountered a lot of stress from my office. This is detailed within (Exhibit 1). Since the bus accident I encountered more stress. I currently have fatigue syndrome and absolutely need a vacation. As soon as I am able to walk without crutches; I (plan) to go on sabbatical for an extended period of time. Presently, I am unable to do my job and am not sure when I will return to it.

<u>4</u>

I am not requesting a trial by jury; but asking the Judge to make a sincere and straightforward decision to either release me and/or pay me (Pro Se).

*Eddie S. Cheris*
Eddie S. Cheris
1118 North Stuart Street
Arlington, Virginia 22201
Tel: (202) 701-7062