*EXHIBIT 1*

This case is primarily brought against Frank Moss, Tasha Thian, and William Crawford. Two other supervisors should also be included (Steve Cox and Tim Martin); who both have previously left the State Department; and I am not sure of their current whereabouts.

### Outline of Management Structure at the Passport Office over the past (10) years

Directors of Consular Affairs/Passport
   Former: Mary Ryan
   Current: Frank Moss  (202) 647-5366
       U.S. Department of State
       2201 C. Street, N.W., Room 6811, (CA/PPT)
       Washington, D.C. 20520

   There are some other personnel in the hierarchy between supervisors and directors. I have never been clear on whom these other personnel were or currently are.

Second Level Supervisors:
   Former: Tasha Thian
       U.S. Department of State
       515 22nd Street, N.W., SA-2, Room 8101 (A/RPS/IPS/RL/RC)
       Washington, D.C. 20037, (202) 261-8312

   Former: Tim Martin
   Current: Gale A. McCoy  (202) 955-0257

   Vanessa Washington and Anne Murchison have been backup supervisors when other supervisors were not present in the office.

First Level Supervisors:
   Former: Steve Cox / Corey Bent
   Current: William Crawford  (202) 955-0246
       U.S. Department of State
       1111 – 19th Street, N.W., Suite 500, (CA/PPT/IML/R/RP)
       Washington, D.C.

06 0691

### Personnel located in Room 520 of the Passport Office

| | | |
|---|---|---|
| Ed Cheris | Crystal Collins | Sharon Staten |
| Mary Sampson | Bruce Thompson | Velma Chase |
| Timi/Mimi Spratt | | |

**FILED**
APR 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*EXHIBIT 1*

**Daily Log Report** / Ed Cheris / 2005

Saturday, 01 October 2005                                                                                           Sunday, 02 October 2005

Monday, 03 October 2005 / Sick Leave: 07:30 – 16:15 – ("bad" Flu!) -- Sick all weekend......I coughed so much over the weekend that yesterday and today when I cough or sneezed - it feels like my ribs cage is broken – real painful!

Tuesday, 04 October 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 10:00-16:15 / Sick Leave: 07:30-10:00 & Sick Leave: 14:00-16:15 / Notes: Something not correct with batch DE-050923-001—"COMPLEX" – I asked mary to double-check the last 33 entries. //// Piers Batch Review: DE-050923-001—"COMPLEX" --- I went home earlier today because of the flu – coughing my lungs out and its' painful – too. Timi Spratt keeps spraying something in the air which is irritating my sinuses. / Records completed: [033]

Wednesday, 05 October 2005 / Break: 10:00–10:15 / Arrive-Depart: 09:30-16:15 / Sick Leave: 07:30-09:30 & 12:45 – 16:15 // Notes: //// Piers Batch Review: DE-050928-001—non-complex / Records completed: [020]

Thursday, 06 October 2005 / Break: 10:00–10:15 / Arrive-Depart: 07:30-11:30 / Sick Leave: 11:30-16:15 Notes: At 09:15 I absolutely had to put on my ear protectors – because some woman from another office came into rm 520 and began talking very loud to mary Sampson and I am trying hard to concentrated on getting my work done. After this mary and crystal had lengthy discussions covering a number of topic – particularly one issue was very loudly expressed where some old guy being arrested by the police soiled his pants – which they thought was funny. I still have the flu – so I went home early today. Surprisingly timi spratt, sharron and bruce have been quiet. //// Piers Batch Review: DE-050928-001—non-complex / Records completed: [030]

Friday, 07 October 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: Piers database down between 07:00-09:00 – then ran slow for a while. Surprisingly, yesterday and today bruce and timi spratt have been relatively quiet – though they both spend a lot of time on the telephone – neither one of them have been yelling "loudly" about junk – though twice on Wednesday timi spratt expressed her "shit" word again while talking to bruce about something. And also expressing that something was making her sick. Sharron and Velma have been working in another office – so the noise level/activity has decreased tremendously. Wow! – what a difference. I even had to confidentially ask mary Sampson if something "bad" happen while I was on sick leave – because it was so quiet in the office. At 12:45 Bruce turns up his radio to some black rap music where I can hear the singer very well from where I am setting after the song was finish I then hear from the radio some woman screaming about something which wasn't verbally recognizeable. //// Piers Batch Review: DE-050928-001—non-complex / Records completed: [100]

Saturday, 08 October 2005                                                                                          Sunday, 09 October 2005

////////////////////////////////////////////////////////////////////////////////////////////

On Sunday, October 9, 2005 while getting off a Metro Bus in Falls Church, Virginia an accident occurred leaving me with a broken left hip and a broken left knee. On October 9th, I entered Arlington Hospital for almost (2) weeks having surgeries on my left hip and left knee. I left the hospital using a wheelchair and a walker. By mid-November 2005; I began using crutches. From October 22 to December 26, 2005 I spent time recuperating with relatives in Florida and Alabama. I returned to the Washington DC Area on December 27, 2005 – on crutches. And I tried to return to work on crutches on December 29, 2005. (See attached pages). And I have been on leave without pay since October 2005. I am not happy getting my hip and knee broken. But being out of the office has been a **'great relief'** -- I can not emphasize this point enough.

What activities occurred at the Passport Office for the past months – I have no idea. Over the past 3 months I have seen at the local shopping mall at least (8) people from the Passport Office. None of these personnel even said hello to me besides asking how I was doing or if I even had something to eat. This is how I absolutely know my supervisors' are con-artists. For the past (10) years these crazy coworkers repeatedly came harassing me about their personal poverty problem(s). Now that I am on crutches; they completely ignore me.

Due to this bus accident; I have extensively depleted my resources. And by the time this case reaches the Judge – I will probably be homeless (living on the streets). Though a very hard situation to be in – this doesn't deter me from getting the money I am owed by my employer. Since this is my last entry in this daily log report – I can receive mail at my – Post Office Box 100411, Arlington, Virginia 22210. My cell phone number is: (202) 701-7062.

////////////////////////////////////////////////////////////////////////////////////////////



**United States Department of State**
*Washington, D.C. 20520*

January 13, 2006

Mr. Eddie Cheris
P.O. Box 100411
Arlington, Virginia 22201

Dear Eddie:

We are in receipt of your letter of December 31, 2005 regarding your current medical situation. We will submit your new post office box address to CA/EX/HRD for the mailing of your W-2s.

Please be advised that prior to your return to work, you will need to obtain a medical clearance from your physician specifically authorizing your return to full-time status. Until a medical clearance is obtained, you will continue to be considered on leave without pay.

If you have any questions, you may contact Bill Crawford, CA/EX/HRD or me. We hope you are able to obtain the assistance you need and are able to return to work.

Sincerely,

Gale A. McCoy

Gale McCoy
Chief, Record Services Division

cc: William Crawford
    CA/EX/HRD



**United States Department of State**

*Washington, D.C. 20520*

February 16, 2006

Eddie Cheris
P.O. Box 100411
Arlington, VA 22210

Dear Mr. Cheris,

    It has been brought to my attention that you have been in a leave without pay (LWOP) status since November 18, 2005. You have contacted your supervisor in writing advising him of your condition and you requested additional lwop without providing medical documentation in accordance with leave procedures. You are hereby directed to return to your assigned duties at the Records Processing Branch, Office of Information Management and Liaison, Passport Services, Bureau of Consular Affairs, not later than the beginning of business on February 21, 2006, with a medical release. If you are unable to report to work due to your continued medical condition, you must contact Mr. William Crawford at (202) 955-0246 or Ms. Gale McCoy at (202) 955-0257 immediately, and submit a request for leave, along with satisfactory medical documentation supporting the additional time needed for recovery.

I have enclosed an OPM Form 71- Request for Leave or Approved Absence, which you should complete and return along with medical documentation no later than February 28, 2006. Failure to provide the appropriate medical documentation may result in being placed on absence without leave (AWOL). Absence without leave is a nonpay status and may the basis for taking disciplinary action including removal from the federal service proposal to remove you from your position.

If you are experiencing personal problems and need assistance, you may contact the Department's Employee Consultation Service at (202) 663-1815.

I regret the necessity for this action; however, you leave me no alternative. Please contact Mr. Crawford or Ms. McCoy immediately.

Sincerely,

Herbert Casey
Human Resources Officer
Bureau of Consular Affairs

Attachments:
  As stated

*Received: 25 Feb 2006/ESC*

**MEMORANDUM**

Date: 31 December 2005/Saturday

Page: 01 of 02

To: Ms. Gale McCoy (Tel: 202.955.0247)
Mr. William Crawford (Tel: 202.955.0246)
U.S. Department of State / Passport Services, CA/PPT/(Room 500),
1111 – 19th Street, N.W., Washington, D.C. 20520

From: Eddie Charis
POB 10041, Arlington, Virginia 22201

Subject: Medical Leave Request

On Sunday/October 9, 2005, I encountered an accident on the Metro Bus in Falls Church – which resulted in a broke left hip and a broke left knee.

After this accident I spent approximately (2) weeks at Arlington hospital having major surgeries on my hip and knee. And, in fact, I now have several pins in my left hip and a plate and at least (6) pins in my left knee.

From 22 October to 26 December I stayed with relatives in Florida and Alabama trying to recuperate from the above mentioned injuries. During this timeframe, I used a walker and crutches to get around short distances.

From Florida and Alabama I tried to re-establish myself back to the Washington, D.C. Area – so that I could (somehow) get back to work. I got myself a new residence in Arlington and I tried to get approval to use the bus for the disabled called Metro Access.

By the time I returned to the Washington D.C. Area I was still not approved to use the bus for the disabled called Metro Access. And, so I have reapplied. Approval may take another 20 to 30 days. Metro Access picks up individuals whom are disabled and gives them a ride to their place of employment and then returns them to their residence.

On Thursday/29 December, I tried my best to return to the office (full-time) and on crutches. The only way I could get back and forth from home to the office was by Taxi cab – which would have cost me about $40.00 per day. I had to use the taxi because I have no vehicle of my own and could not get approval to use Metro Access.

---

**MEMORANDUM**

Page: 02 of 02

By Friday/30 December, I encountered another situation. While I was at the mall I began having chest pain and fell on the floor. What I discovered is that I have been way over using the icy Hot – even to keep my balance while on crutches. Basically I am physical over exhausting myself. The solution is to get a wheelchair to help me get around.

I have also discovered that I absolutely need a wheel chair. Currently there is no ice or snow on the ground. But it will be impossible for me to use crutches to get around especially if it is icy out on the sidewalks and particularly if that polished floor in the main lobby of the office building is wet. If I don't pay attention to what I am doing – I may end-up having another broken leg or possibly a broke arm.

Plus, I seriously need to consult with a physical therapist; concerning the functionality of my left knee – which is still stiffening-up a lot. And currently, I am unable to carry my full body weight on the left leg.

I hope to have a wheelchair, sometime next week. How soon I get approval for Metro Access use - is questionable! And, I can not keep using a taxi - because I have run out of funds.

Seriously, I was giving it my absolute best effort to get back to work (full-time); but things are not working-out as I hoped. How soon I can physically make it back to work is unknown at this time.

Thank you

Dear Mr. Casey,

I received your letter in the mail on Saturday, 25 February 2006. I will contact my supervisor immediately, Monday morning, 27 February 2006; concerning this matter. I believe there is some misunderstanding here. As far as I understood this matter of medical records request was previously taken care of. And in January, I spoke with my supervisor (William Crawford) on the telephone to double-check if I needed to complete any additional forms with personnel department – due to my extended medical leave. Because I was not sure when I would be back to work. I also informed my supervisor that I signed-up for Social Security disability – which they plan to send me to an orthopedic doctor and a physical therapist in the coming months. And that I was trying to find a physical therapist on my own.

I understood from our telephone conversation that the supervisor was not sure what additional forms might be required by personnel (if anything) and both of us were going to contact the personnel department to inquire about this matter. And that I could be reached at: P.O. Box 100411, Arlington, VA 22210.

I also wrote a brief letter to Ilene Morrison (personnel) to double-check what information and/or forms may be required. Enclosed is a letter from Ms. McCoy dated; 13 January 2006. I also wrote a brief letter to my supervisor in early February asking him if he would mail me any of my personal belongings that may have been in my desk. I received some of these belongings; but nothing notifying me like your letter required.

Over the past (40) days I have been trying to get an appointment at the Arlington Free Clinic to get physical therapy for my knee and hip injuries. The clinic will be sending me to a physical therapist beginning March 2006. I will ask the clinic to fax my supervisor my medical records.

Thankyou

Ed Cheris
26 Feb 2006

---

**Request for Leave or Approved Absence**

1. Name: CHERIS EDDIE
2. Employee or Social Security Number
3. Organization: CMM1

4. Type of Leave/Absence

   [X] Other: EXTENDED LWOP

6. Remarks: WILL BE GETTING PHYSICAL THERAPY AT ARLINGTON FREE CLINIC, BEGINNING MARCH 2006. (703) 979-1400 SIGNED UP WITH SOCIAL SECURITY ADMIN FOR DISABILITY

7. Certification: [signed]

7a. Employee signature: [signed]
7b. Date signed: 26 Feb 2006

[ ] Approved  [ ] Disapproved

Local Reproduction Authorized