

United States Department of State

Washington, D.C. 20520

March 29, 2006

# MEMORANDUM

TO:     EDDIE CHERIS
        1118 North Stuart Street
        ARLINGTON, VA 22201

FROM: CA/EX/HRD – Herbert B. Casey

SUBJECT: REQUEST FOR MEDICAL INFORMATION

By letter dated February 25, 2006, you requested extended leave without pay (LWOP). However, you did not provide any medical documentation to support your continued absences. On November 18, 2005, you submitted documentation from your treating physician, Dr. Kevin Sumida which stated you were currently under his care due to injuries suffered to your neck and knees, and should be able to return to full duty by February 18, 2006. Before an informed decision can be made regarding your request for extended leave without pay, Form DS-6546, Medical Questionnaire for Assessment of Disability/ Reasonable Accommodation must be completed and faxed or forwarded to: Chief, Domestic Programs, Office of Medical Services, 2401 E Street, NW, SA-1, Washington, DC 20522-0101.

Since you have exhausted all your leave, you are hereby directed to return to your assigned duties at the Records Processing Branch, Office of Information Management and Liaison Passport Services, Bureau of Consular Affairs, not later than the beginning of business on April 17, 2006, with a medical release. If you are unable to report to work due to your continued medical condition, you must complete Form DS-6546, Medical Questionnaire for Assessment of Disability/ Reasonable Accommodation and fax or forward the form to: Chief, Domestic Programs, Office of Medical Services, 2401 E Street, NW, SA-1, Washington, DC  20522-0101.

Failure to report for duty with a medical release or provide the appropriate medical documentation may result in being placed on absence without leave (AWOL). AWOL is a nonpay status and may become the basis for taking disciplinary action up to and including removal from your position and Federal service.

You can elect to apply for leave without pay through the Family and Medical Leave Act or enroll in the Voluntary Leave Transfer Program. For your information, I have attached some information in reference to leave options (Enclosure 5). Also, you may exercise your right and file an application for disability retirement with the U.S. Office of Personnel Management.

If you have any questions concerning this matter or disability retirement, contact Sheri A. Parker, Human Resources Specialist at 202-663-2568.

HERBERT B. CASEY

Enclosures:
Medical Questionnaire for Assessment of Disability/ Reasonable Accommodation
Information regarding leave options





