**Daily Log Report   / E   heris / 2005**

Thursday, 01 September 2005 / Break: 10:00–10:15 / Arrive-Depart: 07:15-08:30 / Sick Leave: 08:30-16:15 / Notes: This morning I walked into the office at 07:15 immediately noticed there was a real bad smell in the air which lasted for a long time. And, again bruce has his radio turned up to some talk show.   //// Piers Batch Review: DE-050727-001 / Records completed: [015]

Friday, 02 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:10-12:00 / Sick Leave: 11:00-16:15 / Notes: This morning particularly bruce but crystal & paulette had a loud discussion about the Katrina storm aftermath in New Orleans & what they are seeing on TV. Bruce was particularly poignant about the dead & dying issue (again) – such as the water-infested is by dead human bodies & dead animal carcasses. I went home early – I have some type of flu.  //// Piers Batch Review: DE-050727-001  / Records completed: [050]

**Saturday, 03 September 2005         Sunday, 04 September 2005**

Monday, 05 September 2005 / Federal Holiday

Tuesday, 06 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: This morning I briefly reported to my supervisor that some old asian guy whom I believe works on the 5th or maybe the 3rd floor follows me on the train & sometimes on the bus (usually in the mornings). This morning the old asian guy comes setting next to me on the train & just looks at me. I told my supervisor that I felt uncomfortable with this situation because I am being forced into playing the roll of the great white protector – & which has occurred before on the train (especially with tourists). Basically the supervisor told me the old asian guy is harmless & may be trying to show respect by setting next to me on the train due to his cultural teachings/understanding.  My supervisor understands that I don't want (any) association with most coworkers outside the workplace & I have told him this in the past.  For the old asian guy & several other passport personnel someone has to ((re-orient)) them on how Washington DC Works! – let me explain -  here is the old asian guy setting down next to me wearing his State Department issued ID card – if he starts talking to me about the job site and/or other Passport personnel -- then he has revealed information about me & himself to others on the train. This can or can not be a big issue depending on who those other people on the train are. It is also my choice to reveal or not to reveal information about myself or others.  I typically don't choose too. & when I do encounter others revealing particularly the 5-w's in conversation & in public; I then try kindly to change the subject matter, immediately. Here is one of a number of topics I & several of my coworkers have differing or extreme opinions about. The matter just described concerns disclosure of information of anything – government/personal/business…..  The other issue here is once any employee is outside the work place it is their preferred choice; with whom (what other employees) they wish to come-in contact with in public or in private affairs. This has a lot to do with the philosophy of the unit or organization any of these employees are working for (particularly if they are dealing directly with national security issues/records). In the particular case of the Passport office – I chose some time ago, not to have outside contact with the majority of my coworkers – do to the fact that honestly they are not the kind of people I wish to spend my personal time around – nothing in it for me, personally --- & I don't wish to share anything extra. Most people in Washington understand well about information disclosure & choosing your associates. To further justify my choice let me say that I have previously been punished/reprimanded by my superiors for being associated with several problem coworkers. So I will let my reader image what trouble would occur if I were associating or must deal with these problem coworkers outside the workplace. There has been & still is an absolute need not to have off-the-job contact with other Passport Personnel. Which also brings-up another issue that has previously arisen at the passport office of one individual being forced into associating with another individual against their will. ------- As anyone reading my daily log reports can well understand that my strict intention is to do my simple clerical job & then get my cheap measly paychque (that's it) – anything more than this - then I should be paid 'a lot' more money.  I am going to try & explain again to my reader why I take this strict intention to do my simple clerical job & that's it. Read any of my attached notes covering the many personnel conflicts that have occurred at the Passport office over the past (10) years. Basically they describe one individual trying to transfer their personal problem(s) off on another individual – if the other individual is obligated or not to even hear about their personal problem(s).  It doesn't make a different; if I encountered (1) or (10,000) problem coworkers - the end results time after time is that I am forced to deflect and/or directly deal with their personal problem(s); but in truth they could care less if I was hungry, or lonely, or had a place to sleep – or anything else. Cold hard, truth. & realistically, I am not getting paid to be a baby setter or a supervisor, or a priest or a therapist – that obligation is the other guys' responsibility - if they do it or not. So for the past (10) years I have been forced into doing much more work than I was initially hired to do. (Plus, over time; I have gotten burned-out being forced to do (2) jobs – so I am unable to do (2) jobs & need to spend my weekends 'relaxing'). So, if this problem continues -- it will be taken to the Courts. -------- At 09:30 Crystal describing to mary Sampson about telemarketers calling her home phone late at night & she was angry about it. I waited a few seconds without interrupting anyone & said "crystal - I had the same problem with my home phone & tried something else that seemed to work; by pretending to speak in a foreign language to the telemarketers each time they call & then hanging up – which eventually leads to them not calling my home phone because they think no one speaks English at that particular phone number. Crystal kindly responded. After crystal responded to what I said. That weirdo sharron statten starts commenting about someone getting into someone else's conversation – bla bla bla. As my reader can understand I am not even looking at sharron besides conversing with her & she; keeps commenting about me talking to someone else whom I seriously may be helping to curb their telemarketing home phone problem. By 15:40 mary, crystal & sharron are in another lengthy discussion covering a number of topics & I am setting at my desk seriously trying to concentrate on my data entry work. As the day progressed sharron statten just kept going on & on talking about her freaking problems. I finally put on my earphones & listened to greek music.   //// Piers Batch Review: DE-050727-001   / Records completed: [040] Crystal & mary gave me a box of data entry work to manually enter. Some of these applications are in the system, some are not.

Wednesday, 07 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: All morning velma has been setting about 10 feet from my desk talking (loudly) to mary, crystal, & several other individuals covering a number of topics.  Irritating! – when I am trying to get my job done. By 09:10 bruce & several other individuals also got into another loud conversation. So by 09:30 mary Sampson & I are the only ones at are desks doing work (again). Throughout the day bruce, velma & sharron had additional discussions. --- still doing that box of data entry that Crystal & mary gave me yesterday. Some of these applications are in the system, some are not – completed 160 entries. ////

Thursday, 08 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:00-16:15 Notes: most of the day velma & sharron sat round talking a lot. --- completed doing that box of data entry that Crystal & mary gave me yesterday. Some of these applications are in the system, some are not – completed 120 entries. //// /// Piers Batch Review: DE-050728-002 / Records completed: [025]

Friday, 09 September 2005 / Break: 10:00–1 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arr Depart: 07:30–16:15 Notes:  //// Piers Batch Review: DE-050728-002 & DE-050729-001    Records completed: [132]

**Saturday, 10 September 2005**            **Sunday, 11 September 2005**

Monday, 12 September 2005 / Break: 10:00–10:15 / Arrive-Depart: 07:00-16:15 / Annual Leave: 12:45-1615 – AFA Space Expo attendance / Notes: Almost every time I sneeze, cough, or yawn timi spratt says something derogatory to bruce about me. By 08:10 bruce & mary are having a lengthy discussion about bruces' personal life & velma & sharron are having a discussion about black people & racism. Bruce & sharron just go on & on. By 09:05 timi spratt starts talking to bruce about communism & communist activities (again). Bruce continued this loud conversation about hundreds of dead bodies floating in the water from the New Orleans flood. This guy gets a kick about death & dying. To get my job done in peace; I put on my earphones & listen to some Greek music. Honestly I don't want any contact today with any of these crazy coworkers. This past weekend I walked around a lot photographing several street festivals & am <u>too tired</u> & in some pain (leg/back); where I really want to put on some Ben Gay paste & take some Motrin. It hurts a little bit to walk around. I returned from break at 10:15 -- once I sat down & began data entering my work; one woman from another office - entered rm 520. Immediately, we began to discuss our attendance at several events & festivals over the past weekend. Both of us typically share information on upcoming events in the area. As soon as we began talking that weirdo Sharron Statten began complaining that we were making too much noise. The woman from the other office become apprehensive with sharrons' remark & soon left rm520. -- I must hear sharrons' filthy poverty verbal garbage all morning; but as soon as I talk with someone nice from another office – I am being told indirectly to shut up. The supervisors seriously need to do something about that sharron – such as put duct tape over her dirty mouth. By 11:05 bruce & timi spratt are talking & laughing about something which I tried to ignore. ---- I really don't want to be walking around a lot today but I am already registered to attend the Air Force Space Expo this afternoon – so I was going to leave at 12:00/noon & just take my time through the expo displays & then go home & rest //// Piers Batch Review: DE-050729-001-complex    / Records completed: [055]

Tuesday, 13 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:20-16:15 Notes: It is now 09:10 & several individuals from other offices have entered rm520 & spoken at length & loudly with crystal Collins & mary Sampson about a number of topics. No one is telling them to shut up as indicated in yesterday's daily log report. It is now 15:00 & all day I have been doing straight data entry work & all day crystal, mary, velma & especially that sharron have had lengthy discussions covering a number of topics – which included Clinton & Lewinsky sexual acts to the church & gambling, Jim Jones & mass suicide.....and the Jerry Springer Show. Several times throughout the day I had to put on my ear protectors to get my job done. Particularly sharron & velma were the loudest. As my reader can see from yesterdays log report that weido sharron statten came & harassed me about talking to someone else; but today sharron just goes on & on bullshitting about anything & everything. At 15:15 I re-entered the office after break & mary, nel, velma & sharron are have a loud discussion & laugh hysterically about some kind of junk. I was forced to put on my ear protectors again. By 15:40 these coworkers keep going on & on verbally & louder too! – so I finally jumped out of Piers at 201 Count -------------- Yesterday, I attended the Air Force (Air & Space Expo) – though my leg & back were hurting bad, I walked around the expo floor studying the exhibits & listening to & speaking with a number of military personnel & other government employees – whom were definitely highly motivated, sharp, & very dynamic (((Alive))). I was so intellectually motivated that I did not want to leave. This his how stimulating I found the expo environment. This is what I have been trying to described in my daily log report for some time. Before I went to this expo I was setting in my office doing my work – with what would seriously resemble zombies -- (the living dead) – whom constantly complain about their measly poverty existence; & shout out filth; & basically don't do anything. **Wow**! what a different between these two environments. This is how I absolutely know that there is something seriously wrong with several of my fellow coworkers – (very scary). Over the past (10) years while at the Passport Office I have experienced similar external intellectual stimulating environments & then re-encounter the land of the dead so much that; I completely refuse to say hallo to some passport personnel – besides have a conversation with them. The above reflection/reaction is what I commonly refer to as Psalms 23:4a.   //// Piers Batch Review: DE-050729-001-complex & DE-050728-003-non-complex      / Records completed: **[201]**

Wednesday, 14 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:00-15:45 Notes: By 07:10 bruce is playing his radio about some newscast of the new Orleans flood where some woman is crying. Bruce began commenting about thousands of dead bodies floating in the water & some people on top of a building shooting a helicopter. His radio still playing loud enough that I could hear it from my desk. Sharron is talking to I believe crystal about some other individuals' psychological problems. As I mentioned previously sharron just goes on & on about junk. By 11:25 Piers database began malfunctioning no images. //// Piers Batch Review: DE-050728-003-non-complex & DE-050729-002-non-complex    By 12:30 the elevators in the building basically shut down. By 13:00 Piers database & the air conditioner in the building shut down. Those invididuals whom had electric fans had the running because the heat in the office was climbing. & by 14:00 some computers in the building shut down. By 15:30 Passport personnel were officially permitted to leave the building. Very little work accomplished today.     / Records completed: [042]

Thursday, 15 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:10-16:15 Notes: by 08:00 piers database came back online. It is now 10:00 & all morning crystal, mary, sharron & velma have had lengthy discussions cover many topics. After a while I get tired of hearing their junk when I am trying to get my work done. Half my job is just trying to maintain concentration on my work. Also by 10:00 is was very apparent that the building air conditioner was back online. All morning timi spratt has been coughing again & (2) other individuals have complained about it. By 10:30 looks like the building air conditioner went down again – for it is getting real hot in rm520. By 10:40 bruce & timi spratt starts mouthing off about jesus & just goes on & on joking & laughing. I think the heat is starting to get to some of my coworkers. Around this same time sharron statten starts talking again about the black race problem in America. At 11:10 Piers database crashed again. It is now 12:50 & bruce, sharron & crystal are loudly discussing some television comedy program – basically expressing topics of perversion & not doing work. Seriously irritating when I am trying to get my work done. Particularly sharron statten whom never seems to shuts-up & continuously talks about poverty issues – resembling someone from the Gospel Mission down the street. By 13:00 several personnel have complained about the heat/high temperature in rm520. & of course, none of these 5th graders will prop-open the front door of the room for ventilation. I would normally take the initiative to prop-open the (2) doors in rm 520; but as usual if I do something like this one of my coworkers will immediately go & complain to one of the supervisors about me doing something harmful to them. Stuff like this has happen (more than once) in the past.    //// Piers Batch Review: DE-050729-002-complex / Records completed: [000]  132

Friday, 16 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 08:30-16:15 / 07:30-08:30 sick leave / Notes: Wow! – this morning I walked into the office at 08:15 & things were quiet. Bruce & Crystal were the only ones in the office. & of course bruce had his radio on but at a lower level where I could not hear the announcer clearly. //// Piers Batch Review: DE-050729-003-complex & DE-050831-001-complex / Records completed: [152]

**Saturday, 17 September 2005**         **Sunday, 18 September 2005**

Monday, 19 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: This morning was basically quiet – except for mary sampson's radio which was turned up to where I could hear the announcer & singers, well. By 11:30 timi spratt walks past my desk & says -- something or someone is making her sick. For one it was not clear whom she was speaking too; but I just ignored her since I had my earphones on (in one ear) & was doing my data entry work. By 13:00 velma is setting at mary sampson's work area (about 6 feet away from me) depressively talking to mary about her late husband & something about unable to love another man or something along these lines & something about hanging out at the cemetery. I tried my best to just ignore her & get my job done. Some of my coworkers are seriously depressing. By 14:25 I am data entering my work while listening to Greek music -- velma is setting at the table to the left wall of my work area & to me it seriously sounds like she is humming & crying at the same time – weird!. After a while this junk gets irritating. Of course I try to avoid contact with her due to problem occurring in the past.    //// Piers Batch Review: DE-050831-001-complex & DE-050901-001-non-complex / Records completed: **[200]**

Tuesday, 20 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: By 07:45 both mary Sampson & Bruce Thompson have their radios playing. At 08:30 bruce, mary & velma start having another loud conversation. Soon after this that sharron statten (in her work area) start arguing (loudly) on the telephone with someone. Sharron then gets off her phone & then goes into a closed office & continues her conversation – where I could hear her through the walls yelling/screaming. The other guys in the office are just laughing about her situation. For me, it doesn't matter if it was today's volatile situation or a situation occurring 7 years ago. I am & have been apprehensive that one of these crazy coworkers are going flip-out so bad that they are going to do something stupid such as; cut their wrists or possibly pull out a gun & shoot up the place – ""<u>seriously</u>"". So I learned a few years ago to always make sure I have a writing pin, or a pair of scissors or something available – just-in-case one of these crazy coworkers comes attacking me – so I have a way of defending myself. After sharron disappeared from the office – mary, crystal & bruce continued their (((loud))) conversation (about junk) that I just put on my ear protection to get my job done (in peace). & by 09:00 mary Sampson still has her radio playing. & of course timi spratt is always on the telephone. It is now 10:55 & for the past half hour crystal, velma & some other woman from another office have been having a lengthy & loud conversation about outside activities – they are so loud that I can hear them with my ear protectors on. It is now 11:30 & these other coworkers (particular velma, crystal, mary, bruce & sharron) have been bullshitting all morning about a variety of junk issues. If I did not have my ear protectors I honestly could not get my job done effectively. By 13:00 Piers database crashed. By 13:30 I finally got my daily data entry requirement done – ''wow'' what a struggle – competing with all this noise in the office. //// Piers Batch Review: DE-050901-001-non-complex & DE-050909-001-complex / Records completed: [160]

Wednesday, 21 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: Today, as yesterday I just did straight data entry work & spoke to very few individuals all day. I could have completed more than 204 data entry records but piers database began operating slow around 14:30. Around this same timeframe, bruce, velma, timi spratt & sharron started talking 'loudly' about Diane Maynard not wearing a bra & something about a split in her dress & some other things. Particularly bruce went on about this excitably. Timi spratt called diane an old woman referring to something about dianes' appearance. Anyways, before this diane situation both bruce & timi spratt sat at their desks making remarks between each other about me sneezing & stretching – particularly timi spratt whom keeps expressing (on a daily basis) stink, shit & some other descriptive words – timi spratt is getting active (again). As I may remind my reader, that I am setting at my desk data entering my work – this is my job & not bothering anyone. It is not my job to even hear about the problems of my fellow coworkers – this is the supervisors' job. If one more of my fellow coworkers comes directly harassing me about their personal poverty problem(s) – then I am filing a lawsuit against my supervisors.    ////   Piers Batch Review: DE-050909-001-complex & DE-050919-001-complex / Records completed: **[204]**

Thursday, 22 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: Malfunction with batch DE-050919-001. began new batch. Spent about 40 minutes with the IT guys trying to fix the computer problem. Anyways while the IT guys were fixing my computer timi spratt looks at me & sticks-up her (F) finger & then pretends to do stretching exercises. By 15:15 Bruce is talking (loudly) to mary & crystal about another employee (in a demeaning manner) (I believe it was robin). Soon after bruce made his comments Sharron statten walks in rm520 & starts commenting to mary about another employee putting their finger up their nose – & sharron starts cursing them out by saying nasty & some other things. I tried my best to ignore them & just do my data entry work. By 15:30 more problems occurred with piers database. By 15:45 I am setting at my desk trying my best to get more data entry work done because I got behind today & someone walks into room 520 & begins talking to mary Sampson. I was not paying attention to mary & her visitor until they started getting louder. Who was this visitor; but that idiot steve cox. "**Boy, was I pissed-off!**". I can't believe this guy let this guy back into the passport office after the crappy/bad job he did. Immediately I locked-up my computer & walked out of the office & went & had a few cigarettes. About 10 minutes later I spoke with Gale McCoy the manager of the office – trying to explain to her that it might be a good idea to //restrict access// to people like steve cox & tasha Thian – due to problems occurring in the past. & **that I seriously don't want contact with steve cox; because I am afraid that I might do something to him – like hit the guy in the mouth.** & that tasha thian & steve cox forced me into doing (2) jobs & only paid me for doing (1). After this; I left the building cursing my way to the subway station -- basically expressing: "Fucking Cheap-ass Dirty Americans"; <u>with an accent!</u> ---------- As my reader can well understand from today's log report that I am forced to do steve cox's job even (5) years latter with the issue of timi spratt's sexual advances mentioned earlier.     //// Piers Batch Review: DE-050919-001-complex & DE-050713-003-complex / Records completed: [106]

Friday, 23 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:00:10:30 / Sick Leave: 10:30-16:15 – leg problem / Notes: This morning I arrived in the office at 07:00 & bruce & mary are having loud conversation about junk. As time passed bruce particularly commented about a number of other things including the issue that Tasha Thian was forced to resign or was fired from some job at the Main State Department Building & that a number of other individuals at the Passport Office <u>hate</u> her – so she can't come back to the passport office. As I have tried to explain to my reader – a number of Passport personnel over the past (10) years have expressed the remark that something is critically wrong or strange about the management personnel.    //// Piers Batch Review: DE-050713-003-complex / Records completed: [030]

**Saturday, 24 September 2005**         **Sunday, 25 September 2005**

Monday, 26 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: It is now 08:05 & for the past half hour bruce & sharron have loudly been talking about the black mafia & people getting killed in the ghetto - Bla bla bla...   //// Piers Batch Review: DE-050713-003-non-complex & DE-050713-04-non-complex / Records completed: [065]

Tuesday, 27 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 / Notes: By 07:30 both bruce & mary have their radios playing. At 07:50 I went out & had a cigarette thinking about my course studies & that white guy with the small pot marks on his face that works somewhere on the 5th floor came up to me (again) – wanting something – I think a cigarette & trying to start up a conversation. I have tried to avoid contact with this guy a number of times & have previously told him (more than once); I am not interested. It is his supervisor whom is supposed to be providing him with what he needs. In brief, I am too busy (heavy schedule) to be doing the other guys' job. & personally, I probably would have given the guy a cigarette if he did not make a big deal out of it (which took me by surprise & broke my concentration in reviewing my study notes. This has happen several times before (during lunch time) when I am next door at MCI outside entrance reviewing my study notes & having a cigarette & this white guy has repeatedly approached me wanting something. As my reader probably can tell from my daily log reports I am one of those individuals whom is "constantly" working/thinking even when I am supposed to be relaxing. Encountering these other individuals whom basically don't do anything and/or have nothing to achieve is "very taxing" to me. You will also find this "constantly" working/thinking trait with the gentleman whom runs the Greek Deli across the street – the guy is highly motivated & doesn't waste his time on screw-ball junk. So logically, with the white guy mentioned above – he would not be coming & bothering me about his need if he had something more important to do. **In addition: it is the same issue as has been with a number of other occurrences at the passport office – what responsibility, if any do I have to that other individual. If I am not responsible; then why am I being forced into obligation.** In brief, I am too busy (heavy schedule) to be doing the supervisors' job. ----------- Here I was up studying my military training manuals until 1:30am, this morning and then have to put up with some coworker. ----------- By 08:10 sharron starts (loudly) mouthing-off to bruce something about mob contract killing….. (damn, pretty soon I got to put on my ear protection to get my job done properly.) By 09:50 Justina, crystal, mary & particularly Velma are all talking & yelling ///loudly/// & laughing hysterically about velma's sexual adventures & activities – so I was forced to put on my ear protection to concentrated on my data entry work. By 12:50 Sharron, velma, Bruce & crystal start yelling about someone fighting (again) with Robyn – bruce & sharron got particularly loud about this issue. By the time I left the office at 16:15 sharron and bruce have started up another loud conversation about junk //// Piers Batch Review: DE-050713-04-non-complex & DE-050926-01-complex / Records completed: [125]

Wednesday, 28 September 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: Surprisingly most of the day was quiet in the office. Piers database began running slow by 15:20. Piers Batch Review: DE-050926-01-complex & DE-050923-01-complex / Records completed: [151]

Thursday, 29 September 2005 / Break: 10:00–10:15 / Arrive-Depart: 06:45-11:30 / Sick Leave: 11:30-16:15 / Notes: It is now 10:30 and all morning me, mary, crystal and bruce have been coughing and sneezing. I suspect that either velma stirred-up some dust while working with her inventory boxes or possibly that timi spratt sprayed more of that junk she is frequently spraying. In either case I have been coughing frequently this morning and whatever the airborne substance is – it is irritating my sinuses. As usual mary Sampson has her radio on to some station playing hard-rock guitar music. At 10:45 I step-out side to have a cigarette; even before I lit-up and as soon as I exited the outside door I was coughing my lungs-out. As I returned to the office and sat down at my workstation I could her crystal coughing again. And both mary and crystal have been blowing their noses. //// Piers Batch Review: DE-050923-01-complex / Records completed: [050]

Friday, 30 September 2005 / Break: 10:00–10:15 / Arrive-Depart: 07:30-12:00 / Sick Leave: 12:45-16:15 Notes: Quiet day only I and crystal are in the office today. //// Piers Batch Review: DE-050923-01-complex / Records completed: [055]