**Daily Log Report / 2005 / Ed C\_\_is**

Monday, 01 August 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: At 07:10 things were quiet in the office until 08:30 when bruce starts complaining 'loudly' about a Pepsi he just bought & the high price – which in turn got mary Sampson & sharron statten all talking loudly about buying a Pepsi. Just before bruce began complaining, the supervisor walked through the office. After this bruce spent some time on the telephone laughing about something. Here I just spent the entire weekend thoroughly/intensively memorizing military technical manuals on aerial photography & a book on Mediterranean archaeology. & then come to the office & set at my desk data entering my work & thinking about the Minoan archaeological site on Crete & then hear some coworker complaining (loudly) about the price of a Pepsi. I believe my reader can well understand why I do not socialize with most of my coworkers – particularly bruce – too much poverty. Anyways, by 09:15 bruce, velma & timi spratt start up another conversation about sexual activities. At 14:20 bruce, mary & velma start talking about some woman from another floor whom frequently comes up to the 5th floor & stands around in the woman's bathroom. I did not hear what this womans' name was. Bruce particularly & repeatedly called this woman crazy & described her in detail; saying she wanted to "blow-up" the bathroom. Either the supervisors got to put some duct tape over bruce's mouth or 'possibly' checkout if whatever woman - bruce, mary & velma were talking about has intentions on doing something drastic. For me, I am just setting at my desk data entering my work & not conversing with anyone. The supervisor was sent a copy of the above daily log report for his information. //// Piers Batch Review: DE-050720-001-mixed & DE-050720-002-mixed / Records completed: [130]

Tuesday, 02 August 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:00-16:15 Notes: At 07:20 mary Sampson & sharron statten start talking loudly about individuals on illegal drugs & the aftermath of drug usage. As soon as their discussion on illegal drugs was completed both mary & sharron began having a 'loud' argument about some document – where again mary Sampson is saying/yelling things like 'how the hell do I know." Mary argued with sharron very loudly & the argument went on for a while. After 5 minutes of this yelling; I put on my ear protectors to get my job done & to protect my peace of mind & continued thinking about the history notes I memorized last night on the archaeological site of Catal hoyuk. (Turkey). Let me word it in a different way by saying that if mary Sampson would have got on my butt, like she got on sharron's butt; I would have definitely (instructed) her to get her black ass away from me. As I have tried to explain to my reader in previously daily log reports – that some of the coworkers act like wild animals – so I avoid contact with them – because I don't want to be living like they do. I am assigned a simple, straightforward job & I do it – & that's it. Anything extra – then my superiors should be paying my "a lot" higher salary – like $500M a year. Anyways, all day mary, sharron & crystal have been talking loudly about a number of topics. Dave the computer guys checked my computer due to the low noise it was making. Dave believes that the power supply is wearing-out. By 14:00 particularly sharron; but also bruce & velma keeps running their mouths; so I put on my ear protectors again – I got to get my job done effectively. Also by 13:30 piers database started running slower than normal – the word processing keeps staying on the screen longer & longer. At 14:45 Mary samspon has disappeared from the office I believe for the day. I am the only individual in my office actually at work – doing my work. Bruce, crystal, timi spratt, velma & sharron are all in conversations about a number of topics – particularly bruce whom has been laughing hysterically about something. Particulary bruce & sharron are so loud that I can hear them with my ear protectors on. By 15:10 piers d/b is still processing slow. //// Piers Batch Review: DE-050720-003-mixed & DE-050720-002-non-complex / Records completed: [100]

Wednesday, 03 August 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: It is now 09:20 & all morning bruce, velma, sharron & timi spratt have been having lengthy & loud conversations covering a number of topics such as death, sex, the police...... I absolutely had to put on my ear protection to get my job done – just too much noise to be able to concentrate on typing. Plus I honestly don't want to be hearing about the sick & perverted poverty junk they continuously talking about. & again, timi spratt is on another lengthy telephone conversation. As I mentioned in my previously daily log reports I can get my job done well as long as I don't keep encountering a bunch of interruptions. As my reader can see from yesterdays' log report – there were a number of interruptions – which slowed my down in getting my work out efficiently – hopefully today will be much better production-wise. That bruce keeps turning his radio up & down & it is irritating. By 12:00/Noon I have precisely completed my 150 daily data entry requirement. & that sharron & velma are still in a lengthy discussion about junk – sharron just goes on & on & on. After lunch things were somewhat quiet in the office. By 15:55 timi spratt & bruce are having another conversation about steven cox – & every other word coming out of timi spratts' mouth is the word: 'shit'. Now Steve cox has been gone from the office for approximately 3 years & here are 2 other employees still cursing out steve & his disturbing conduct. //// Piers Batch Review: DE-050720-003-non-complex & DE-050720-004-non-complex / Records completed: [230]

Thursday, 04 August 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: It is now 11:00 & for the past hour sharron keeps going on & on talking to crystal about some woman who is getting psychiatric care & is on some medication for bipolar disorder. Basically, wierdo-sick junk. Sharron just keeps going on & on – doesn't shut-up about people little in poverty conditions. I finally went outside & had a cigarette – because I got tired of hearing sharron go on & on. Bruce & timi spratt are on the phones again. Mary Sampson is on leave today. And, I have been setting at my desk trying to concentrate on doing my data entry work & thinking about aerial imaging techniques over mediterranean archaeological sites such as troy. As my reader can well understand I & several of my coworkers don't even exist in the same world. //// Piers Batch Review: DE-050720-004-non-complex & DE-050720-005-non-complex / Records completed: [183]

Friday, 05 August 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: Yesterday & today personnel in rm 520 emptied their desks & prepared for the painters & carpet installers to do work in the office – hopefully this weekend. Since sharron, velma, mary Sampson & timi spratt are not in the office today I spoke with crystal Collins about several topics throughout the day. Bruce was here today & was in & out of the office. //// Piers Batch Review: DE-050720-005-non-complex & DE-050720-006-non-complex / Records completed: [120]

Saturday, 06 August 2005        Sunday, 07 August 2005

Monday, 08 August 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: Between 07:30 – 08:30 velma, Sharron & mary had a loud conversation. After 08:30 things quieted down to where the only thing I could hear was the clicking of the keyboards & mary sampsons' radio playing. There is something wrong with Piers database today, it is running slow. //// Piers Batch Review: DE-050720-006-non-complex & DE-050720-007-non-complex / Records completed: [165]

Tuesday, 09 August 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: the usually day //// Piers Batch Review: DE-050720-007-non-complex & DE-050720-008-non-complex / Records completed: [100]

Wednesday, 10 August 2005 / Break: 10:00-10:15 / Break: 15:00-15:15 / Lunch 12:00-12:45 / Arrive-Depart: 07:30-16:15 Notes: The computer technicians disconnected & moved most of the computers & phones & boxes of office related materials so that the carpet installers & painters could work overnight in room 520.  //// Piers Batch Review: DE-050720-008-non-complex / Records completed: [050]

Thursday, 11 August 2005 / Break: 10:00-10:15 / Break: 15:00-15:15 / Lunch 12:00-12:45 / Arrive-Depart: 07:00-16:15 Notes: It is now 09:00 & for the past two hours the computer technicians (particularly dave) moved & re-established all the disconnected computers in rm 520.  I should mentioned here that before I got into government service I use to be a professional painter – so I know the quality of work. After looking at the paint job these painters have performed so far on the 5th floor – I have to mention here – that the coordinator - managing these painters – should have the painter re-painted the entire 5th floor – for the quality of the paint job is really bad (sloppy). At 08:35 I stepped out the front door of rm 520 to go to the men's room to wash my hands & as I opened the door (about 1 foot) - the door in turn knocked-over an aluminum ladder being used by the plaster guy. I am lucky there was no one on the ladder when it fell down. Really, sloppy work.  After this I overheard crystal Collins mention that she also encountered a problem with the plaster guy. At 15:00 the computer technicians entered rm 520 & relocated some of the computers – do to the fact that the painters will be in the office this evening completing their painting job. For half an hour velma just goes on & on ("loudly") talking to crystal & mary. I finally had to put on my ear protectors – because velma is yelling some garbage which is interrupting my work/centration. At 13:45 I just stop data entering because of the noise.  //// Piers Batch Review: DE-050720-008-non-complex & DE-050721-001-non-complex / Records completed: [151]

Friday, 12 August 2005 / Break: 10:00-10:15 / Break: 15:00-15:15 / Lunch 12:00-12:45 / Arrive-Depart: 07:30-16:15 Notes: Before I went to lunch I happen to tell mary Sampson how nice & quiet it was in the office today – clear environment to get the work done. I went to lunch at 12:12 & then returned at 12:55 as I entered the office & sat down at my workstation; velma had her radio turned ridiculously 'way' up to some black religious music. After about 5 minutes velma then turned the volume down; but I could still hear the singer "screaming about lovin something". I absolutely don't approve of this woman broadcasting her religion (to me) – I never asked to be influenced and/or contaminated with this other guys' poverty junk. About 10 minutes later velma left the office. Velma has done this a number of times in the past – but this time the radio was turned up real high.  A note for my reader – between the ages of 15 to 34 - I read/study (over 5000) theological books on Eastern Orthodoxy & Roman Catholicism.  My particular field of expertise was the Patristic writings. (And I was definitely good at it).  In brief, I have honestly read enough books to have my masters' degree in theology. The pinnacle of my theological studies got to the point that I was so absorb/involved with studying – that it was **absolutely necessary** (for me) to put the books on the shelf & step away ("run away") from the whole religious thing for a long while.  Believe me, I did not step into a church for approximately (10) years just to get away from the whole religious thing. And, I typically avoid anything related to religion - such as: philosophy, psychology, metaphysics.... & so on) & choose to keep my mind on things such as money, woman, cars...... (the 'real life' stuff.) So when I tell my reader that I don't want to hear the other guys' ((religious junk)) - **I seriously mean it.** At 14:00 Velma returned to the office & again turned on her radio where I could just hear the singer crying/screaming about their feelings. If she keeps this activity going I will need to put on my ear protectors. It was a good day, until velma started acted up (again). //// Piers Batch Review: DE-050721-001-non-complex & DE-050721-002-non-complex / Records completed: [094]

**Saturday, 13 August 2005          Sunday, 14 August 2005**

Monday, 15 August 2005 / Break: 10:00-10:15 / Break: 15:00-15:15 / Lunch 12:00-12:45 / Arrive-Depart: 07:30-16:15 Notes:  At 09:25 bruce turns up his radio to some black talk show where I could hear the announcer very well from where I am setting.  In turn put on my ear protectors so I can get my job done – effectively. It is now 11:05 & for the past hour bruce sat in mary Sampsons' work area spoke with mary sampson about a number of topics – such as going fishing & eating at some sea food place. At 11:20 bruce turns up his radio, again. & as usually timi spratt has been on the telephone for a while. By 13:15 I got my daily data entry requirement of 150 done.  //// Piers Batch Review: DE-050721-002-complex & DE-050721-003-non-complex / Records completed: [202]

Tuesday, 16 August 2005 / Arrive-Depart: 07:00-08:00 / Sick Leave: 08:00-16:15 – stomach flu / Notes:  As usually bruce, mary, & several other individuals have their morning rap session. //// Piers Batch Review: DE-050721-003-non-complex / Records completed: [026]

Wednesday, 17 August 2005 / Break: 10:00-10:15 / Break: 15:00-15:15 / Lunch 12:00-12:45 / Arrive-Depart: 07:00-16:15 Notes:  By 07:20 bruce turns up his radio to some talk show where someone is literally screaming about something – if I understood it correctly the guy was screaming about getting something sexual in the buttox. By 07:40 bruce is still playing his radio where it sounds like some singer is on illegal drugs expressing anything that comes to mind.  Even timi spratt asked bruce what kind of music that was. By this time sharron & bruce are having another one of their social discussions. By 07:40 two announcers on bruce's radio are talking about the black racial problem in America.  So I finally had to put on my ear protectors to block out all this poverty junk & get my data entry work done in peace while thinking about Mediterranean archaeological sites/history. After this crystal had a number of mini-discussions with several individuals – fortunately, I could barely hear them with my ear protectors on. By 14:00 the processing speed on Piers database slow-down but still workable.  //// Piers Batch Review: DE-050721-003-non-complex & DE-050726-001-non-complex / Records completed: [151]

Thursday, 18 August 2005 / Break: 10:00-10:15 / Arrive-Depart: 07:20-11:30 / Sick Leave: 11:30-16:15  - stomach virus / Notes:  Well it is more than evident that things are getting active again on the 5th floor.  For one that sharron & timi spratt are starting to mouth-off a lot over the past week.  Bruce is repeatedly having conversations with a number of individuals on a number of topics & he gets excitable/loud. Several other individuals I have heard & seen in the hallways yelling & several cursing about junk. So I have seen this low/high activity pattern several times occurring in the past. This is how I know eventually one of these fellow coworkers is going to come harass me about their poverty problem (again). It is the same pattern repeated over & over.  Very surprisingly, I am currently setting at my desk data entering my work & am  the only individual in the office with that crazy timi spratt – whom is not doing any of her sick sign-language or even looking at me – in fact she is doing something in her work area because I can hear her from my work area.   I went home early today, because for the last several days I have had some type of stomach virus. //// Piers Batch Review: DE-050726-001-non-complex / Records completed: [075]

Friday, 19 August 2005 / Break: 10:00-10:15 / Arrive-Depart: 07:30-11:30 / Sick Leave:  11:30-16:15 – stomach flue / Notes: It is now 07:45 & bruce has his radio turned up where I can hear the announcer very well discussing disfunctional families.  By the time I left the office at 11:30 bruce had his radio turned up enough that I could still hear the announcer & singer(s). //// Piers Batch Review: DE-050726-001-non-complex / Records completed: [070]

Monday, 22 August 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: At 07:20 I tried to log onto Piers database & also the Internet. Nothing working. I even asked crystal Collins if her system was working. Crystal instructed me to re-boot my computer system. I tried this twice & the piers database still did not work. Since Mary Sampson is not in the office today, then it was just logical to ask crystal about the computer before contacting the computer techs – for she was in the office before I arrived this morning & possibly be aware of the computer problem. At 08:10, I again tried to re-enter Piers database & it still did not work. I again asked crystal if she could double-check if her piers database & Internet connections where working properly – which she proceeded to do. As I attempted to ask crystal if her system was working properly compared to my computer that sharron statten began mouthing off to me – "can't you see we are talking." Bla Bla Bla. Taken by surprise; I basically ignored sharron. When I initially asked crystal about the computer – as far as I was aware neither crystal nor Sharon were talking to each other at that moment in time. Soon after this I went to the computer technicians & told them my computer was having problems & a few minutes later they fixed my computer. As the computer techs fixed my computer & I then sat down to do my work; I could hear sharron statten through the closed door yelling in the next office to someone. Later, she returned to rm520 & started a conversation with velma about some guy doing something to her. I proceeded to do my data entry work. As my reader can well understand I indicated in my daily log report last week that due to the heightened activities in the office I was aware that one of the troubled co-workers was going to come bothering me again about their personal problem(s). Sharron has previously been told a number of times not to bother me with her problem(s) – it's not my responsibility to assist her with whatever her problem is. And it is the supervisor whom is suppose to be maintaining sharron's aggressive outbursts towards other employees, not mine. I am not her mangy dog, either – so when this black animal comes taking her aggression out on me – her tongue should be literally cut out. What the hell is this; am I supposed to (socially/ethnically) convert to living like this black animal. I am getting a tired of being forced to do (2) jobs. By 09:15 timi spratt is on the telephone (again) talking to someone in Vietnamese – I am being very honest to my reader by saying; I could care less what timi spratt is doing – but where I am setting doing my work I could hear timi spratt repeatedly making noises which sounds like the snorting/grunting that pigs make in a barn --- no kidding!. By 09:30 sharron & velma are still having their lengthy discussion covering a number of topics which is getting louder – so I will soon need to put on my ear protectors. //// Piers Batch Review: DE-050726-001-non-complex & DE-050721-005-non-complex / Records completed: [100]

Tuesday, 23 August 2005 / Break: 10:00–10:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:00-14:15 / Sick Leave: 14:15-16:15 / Notes: Piers database has been down until 09:45. & I have been doing research on the Internet on the Mediterranean Island of Delos. All morning bruce has been playing his radio where I could hear the announcer & singers well. By 09:15 he turned it down somewhat. Personally, I have gotten more than a little tired of hearing bruces' poverty junk. Pretty soon I am going to have to bring in some of my Greek Belly dancing music CD's - (where people are singing in some 'foreign' language) just to deprogram myself. By 10:35 particularly bruce & crystal, but also velma, sharron & timi spratt all got into a loud conversation about some other employees personnel conflict problem. Bruce has been bs'ing all morning. By 10:35 he got so verbally out of control that I put on my ear protectors to get my job done. Earlier bruce was talking to (I believe) sharron about someone is going to kill or shoot him or something along these lines – I tried hard to ignore them since I was doing research on the Internet.   //// Piers Batch Review: DE-050721-005-non-complex / Records completed: [053]

Wednesday, 24 August 2005 / Break: 10:00–10:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-13:15 / Sick Leave: 13:15-16:15 / Notes: Earlier this morning crystal was yelling to (I believe) sharron about near-death experience in some doctors office were she was having a heart attack & trouble breathing. I honestly tried to ignored them – but their loud noise is irritating when I am trying to get my data entry work done. It is now 13:00 hours & all morning bruce, sharron & velma have had a number of loud discussions covering a number of topics. Currently they are having another conversation about sharrons' sister. After a while these guys are so irritating – when I am trying to get my data entry work done. I am not sure what happen to mary Sampson – for she has not been in the office for the past several days. //// Piers Batch Review: DE-050721-005-non-complex / Records completed: [100]

Thursday, 25 August 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:20-16:15 Notes: At 07:35 bruce turned up his radio loud enough that I could hear it setting in the next room with the door closed. Just before I put on my ear protectors I could hear bruce loudly commenting on some radio news report of some kid getting run down by a school bus. Soon after this bruce gets up & leaves the office with his radio still playing.; where I could here the announcer & several callers discussinig their psychiatric issues. Bruce kept his radio play for about an hour. If I may remind my reader bruce is frequently talking about death & dying issues. Bruce has a problem upstairs & I recognize this & I avoid contact with him. & in turn let the supervisor deal with bruce & his problem. In any case – I frequently need to be put on my ear protectors for a while & then take them off when things/activities slow down. By 07:50 Timi spratt is back on the telephone for a while. Sharron keeps having discussions with a number of individuals – as usual. Every morning these coworkers basically program themselves in the same junk day after day, week after week, month after month, & year after year. I became aware of this pattern of daily programming some years ago & came to the conclusion that several of my coworkers were suffering from depression. Personally, I got tired of hearing their junk day after day & also noticed I was getting contaminated in their garbage – & first got myself some ear protection. As time passed I had to implement my own deprogramming measures -- such as listening to Greek & Italian music while I worked. & then implemented additional off-the-job measures/countermeasures.  All afternoon velma, bruce, & sharron have been talking at length about a variety of topics. This noise gets seriously irritating after a while & I try my best to block it out to get my job done correctly. For me, I did data entry all day while listening to Greek music & occasionally went & had a cigarette. As evident to my reader as long as I am left alone to do my work with very few interruptions - I can make my daily requirement of 150 data entry records per day on a daily basis. By 16:10 Crystal, Sharron, velma & bruce were so loud that I just shout down my machine & went home. //// Piers Batch Review: DE-050721-005-non-complex & DE-050721-006-non-complex & DE-050721-007-non-complex / Records completed: [170]

Friday, 26 August 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 06:50-12:00 / Annual Leave: 12:45-16:15 / Notes: By the time I began data entering bruce & timi spratt are discussing/complaining about steve cox negative former treatment of them & how they "hate" him & some issue about someone emailed bruce - saying he was stealing and/or cheating the government - something from or about the job. Soon after this bruce turned on his radio. The way timi spratt talks about steve cox – it seriously sounds like steve cox was out to get (specifically targeting) timi spratt. As my reader can well understand that steve cox the supervisor has been gone for sometime & coworkers are still complaining about the negative treatment they received from him. So I am not the only personnel whom had critical complaints against steve cox & his poor-ass job performance. -------- My personal assessment about steve cox is that he was repeatedly being abused by managers above him and in turn he abused the employees below him – other personnel may have their view/opinion about steve cox – this is my view or opinion. Several times working with steve cox – the guy (froze-up) – too much pressure - (he could not make a decision and/or react to something that was occurring at the time) – and from this point onward I knew he had problems performing his job. Here is where I also realized that I was being forced into doing (2) jobs to the point where I wanted

to sue the supervisor. In brief, the manager of the 5th floor Passport office under steve cox, f  Thian & tim martin was a freaking war-zone (((seriously))) – and other personnel can verify this fact. By the time this new manager Gail McC  came on board beginning this year – there is a considerable change in the environment on the 5th floor and among a number of personnel. For me, I no longer have to carry a razor blade taped up under my shirt collar to help protect me from out of control coworkers who appeared to be on a revolutionary (ethnic) war path or possible on illegal drugs. And I am still trying to do what I have been trying to do over the past 10 years at the passport office – come in and just do my assigned job and then go home. That's it – very simple routine. And, that's all I am truthfully getting paid for. If this case went before a judge – the overview that I would present to the judge is that over the past (10) years at the Passport – there have been several managers/supervisors whom ///seriously\\\ could not perform their jobs (negligent) to the extent that it caused (((a lot))) of torment, pain and agony for employees such as myself whom were assigned very simple – straight forward jobs to perform. Prove it – I am now setting at my desk quietly data entering my work and typing this daily report log: Am I, now? - telling my reader that I have to jump out of my seat and tell (yell at) some black revolutionary to get the hell away from me (you dirty/scummy American) and their propaganda junk is not my history and not my responsibility. And their current state of economical poverty is their own responsibility to take care of – not mine. Or the absolute need pull-out my desk scissors to help protect me from some crazy-ass coworker with bi-polar disorder whom (repeatedly) wants to take her aggression out on me because I am white. Or need to consult with a supervisor – because some other employee has come to me indicating that they are at the edge of killing and/or injuring their supervisor or another coworker. And, I could go on and on detailing other incidences. The fact of the matter is that I am now setting at my desk doing precisely what I am getting paid for (typing) and (currently) not being forced into doing the supervisors' job – (((a peaceful state of being))). How long this peaceful state of being will last is only a matter of time. For as you can see from the beginning of today's daily log report (2) other employees have (battle scares or more scientifically memory imprints that they can not deal with effectively). Logically, if they did not have a problem – they would be focusing their attention, energies and/or efforts towards something they wanted or needed; such as: making more money or finding a new job… or researching the Internet for their next holiday vacation. If you set in my office doing work and time after time unavoidably overhearing a number of passport personnel talk about their issues/problems/situations – it becomes very apparent that most of these passport personnel are suffering from depravity – long term exposure of living in poverty. I have several personnel refer to this as ghetto living. One of the major common denominators over the past (10) years at the Passport office is personnel at different levels saying I didn't want anything to do with that other employee. Or I don't want to hear about the other employees' problem(s). And/or it's not my responsibility to management that other employee - its' the other guys jobThe baseline is that some employees (including supervisors and managers) do not want to deal with the others guys' poverty condition or state of being. So, what exits or existed was repeated personnel conflicts. Its' the basic rich man, poor man syndrome. For me, as you can well see from my detailed writing; I am now setting at my desk quietly data entering my work and typing this daily report log. And more importantly - (currently -- today) no one is coming and bothering/harassing me about their personal problem(s). For the past approximately (2) years maybe longer, I have had a problem dealing with a form of post dramatic stress syndrome or what others call burn-out. Because my lazy, no good bum supervisors can't perform their jobs correctly and I was forced into doing (2) jobs; I now and have had a problem to deal with. I am unable to do (2) jobs because for some time I have had a problem handling stress. I never agreed to do a supervisory job. I was hire as a clerical employee and that is what I have been paid for. In brief, my supervisors tried to obligate me to much more than I initially agree to, when hired. (And this is the key point – **obligate**). In addition to this; I have had to seriously re-adjust my lifestyle from being way overworked and also from getting overly exposed to a lot of junk poverty. And I have even moved my residence to a much quieter neighborhood. I am slowly recovering from burn-out by maintaining a calm, relaxing and peaceful lifestyle such as walking around Washington DC on the weekends taking pictures of the monuments and some festivals and events. And by establishing what the military calls standby mode – not actively operating on any and all (emotional) impulses; but spend a lot of time quietly reading a lot of textbooks. I am solving my problem correctly by focusing my energies towards very constructive pursuits of wisdom and knowledge instead of beating the hell out of my former supervisor with a baseball bat. I believe if the Court would interview each and every employee whom has worked at the passport office over the past (10) years you will discover that almost every one of these employees carries some type of scaring of being mistreated, cheated, abused and/or overworked. How do I know this; I have heard many of their comments time after time; such as the two employees mentioned at the top part of todays' daily log report. If I may remind the Court that in the past I have been reprimanded and requested twice to the head office for extensive questioning due the being associated and/or involved with several problem coworkers. So the primary responsibility to be managing these out of control coworkers is Frank Moss's (director) responsibility since this issue has been taken to him (twice) over (2) years ago. Following the above head office visits my superiors basically instructed me to shut my mouth, and do my work and not to talk to any coworkers. And I was (specifically) told that the other coworkers' problems and/or welfare is not my responsibility. As you read through my daily log reports – you will see that I have tried hard to avoid contact with most of my coworkers particularly those having psychological problems and have tried to gradually build a working relationship with my current supervisors. You will also see that I have been harassed many times (and in some cases repeatedly by the same problem coworkers) even up to and including this week. My services at the passport office have been so critically abused that a lawsuit against my supervisors is absolutely mandatory. I got sick and tired of being forced to do the supervisors' job ('repeatedly'). On Monday 22 August one of my coworkers came harassing me about their personal problem(s) – as I have mentioned previously in my daily log report that not only this particular coworker but also other coworkers could care less if I had something to eat, besides a place to sleep and/or any other comforts/needs of life. And I could care less for their welfare. I am assigned my job and I basically do it. **Anything extra - then I should be very highly paid for it**. -------- By 07:50 bruce turned up his radio to some black talk show where participants are complaining about George Bush & money/power struggle among the wealthy & poor class Americans – or more specifically between whites & blacks. By 08:10 both velma and timi spratt are on the telephone. ////
Piers Batch Review: DE-050721-007-non-complex / Records completed: [148]

---

**Saturday, 27 August 2005        Sunday, 28 August 2005**

---

Monday, 29 August 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: I entered the office at 07:28 and went directly to data entering my work unavoidably overhearing sharron, crystal and mary having a loud discussion about some kind of junk about church and atlantic city. Sharron heavily propagated or continued this discussion about her problem at home. After this timi spratt entered mary Sampsons' work area having a discussion about some guy dying from sugar diabetes. It basically comes down to some personnel are at their desks properly doing their work and other personnel are basically goofing-off (again!). I am not the supervisor; so I do not have the authority to tell these lazy bums to get to work. I basically set at my desk quietly doing my assigned duties and if necessary resort to putting on my ear protection to get my job done. And if the pressure gets a little too much to put up with then I go out and have a cigarette and the return to my desk and continue doing my work. By 09:00 sharron starts talking to mary Sampson about some guy overdosing on drugs and his problems and getting rehab'd – after this I got tired of hearing this junk poverty which reminded my of Psalms 23:4 and put on my ear phones and listen to greek music while I worked. -------- If I may let me explain something to my reader if it is not apparent, already. I am setting at my desk data entering my work and listening to Greek and Italian music. I would rather listen to some singers sing love songs in some foreign languages that I can barely comprehend – but could care less to even associate with the American setting next to me in the office. 'Common sense' would automatically dictate that I am in with the wrong people. I basically have very little or nothing in common with the guy setting next to me – and essentially have nothing to gain. This is the drawback or negative side of being a U.S. Government employee for me for the past (20) years. While working at the Joint Chiefs/Pentagon over 15 years ago; I began "questioning" where the

hell are my people (the Greek & Italian Ame___s) – do they even exist in American Government? __ time passed, truthfully, I felt "very" isolated (socially). Those few Greeks and Italians I have met in government service were so Anglo-Saxonized__ it was useless to maintain any type of personal relationship with because there was nothing in-common. They basically lost their original cultural identify and I retained mine. So I learned (the hard way) to just do my government job and get my paycheque and that is it. Why - because there was nothing else in it for me. So I never built solid personal relationships with anyone I have ever worked with in government service and truthfully don't want to either. When I say that I am just in it for the money; I am being very honest and truthful. I would rather just do my simple typing job and not even converse with the guy setting next to me in the office because there is nothing for me to gain -- except of paycheque. I can't make it or explain it any simpler. How the other guy in the office wants to live, eat and think is his or her own business. When I first came to the passport office I did not mind helping out a few fellow coworkers; but over time so many other personnel have come bothered/harassed me with their personal poverty problems (and some have even blamed me for their condition(s)); that I could care less if they dropped dead right in front of me. They are not my people and I am not responsible to feed, cloth and/or support them. If the other coworker(s) needs a pencil, or their computer repaired or even a dollar to get something to eat, or to have someone to hold their hand – because they can't compete in the world around them – it's the supervisors job to provide them what they need. QUESTION – does this all sound terrible, cold hearted and maybe merciless. Well, let me provide you with an illustration 160 degrees in the opposition direction. If I was working in an office with a bunch of Greeks and/or Italians whom have retained their cultural identify – you would see me in a much different light – very, very highly motivated, very social and starving to build and maintain long-term interpersonal relationships and would be happy (night or day) to go out of my way to help a fellow coworker – besides highly peaking at my job performance. Why – because there is something much more to gain (and also to share) - (and which I would love) other than getting a simple cheap... paycheque. Hard core, tearful experience has taught me through the past 20 years of government service that 99.9 percent of these 'other' Americans could care less if I was hungry, or had a place to sleep or even lived or died tomorrow. Being around personnel such as at the Passport office; I have no choice except to lookout for #1 (my own best interest) – so I am only in it for the money. So the moral of this entire explanation(story) is that; I have loyally put in my 20 years of government service -- if my superiors want me to perform at top peak efficiency and go way beyond the call of duty and be happy doing it – then put me in with my own people -- the Greeks and Italians – "that's where I belong." This is my gripe about government service. Let me tell you about the activities of my office. Today I came into the office and began data entering my work. I gradually did my work throughout the day and listened to Greek music and spoke to very few people. By 15:30 it was absolutely mandatory for me to put on my ear protectors. All through the day particularly sharron statten, but also mary Sampson, and velma and occasionally timi spratt had multiple lengthy and ""**very loud**"" discussions covering a number of topics. It is very apparent that some of these passport personnel (particularly sharron statten) have severe psychiatric problems. They just go on and on loudly expressing basically anything that comes to mind. Here I am just quietly setting at my desk data entering my work and got to put up with hours and hours of high levels of acoustic bombardment – and more importantly the negative psychological junk; that gets verbally expressed. Trying to keep my focus (concentration) on my work is half my job when these animals start acting-up -- believe me, it can be tough trying to get my job done and properly. At one point I overhead sharron statten express the need to beat the crap out of some other personnel whom she just had an argument with. If these coworkers are setting around bull-shitting "all day" – then they are not doing work. Whose responsibility is it to manage these coworkers? In brief, this kind of stuff has been occurring at the passport office for at least the past 10 years – the supervisors and managers have failed repeatedly to perform their jobs. Inturn, when my coworkers come bothering/harassing me about their 'personal' problems whatever they may be – then I am being forced into doing (2) jobs – which has happened many, many times throughout the past (10) years and is grounds for a lawsuit. I am repeatedly being obligated to much more than I initially agreed to when hired. How many times must I say to a fellow coworker get the hell away from me you dirty American – I don't want to hear your poverty junk – I am not the supervisor. As my reader can understand from last Monday's log entry – that one of my fellow coworkers came harassing me about her psychiatric problem and I was not even in contact with or doing anything to her. Yes I have been forced into doing (2) jobs for the past (10) years and should rightfully be paid for it; but more importantly I try hard to maintain a very high scholastic level – constantly reading thousands of textbooks. Someone like myself is constantly memorizing and/or thinking/comtemplating the knowledge they have gained almost everywhere I go. Sincerely, hanging around and being forced to deal with other individuals whom are at the 5th grade scholastic level is torture and seriously depressing. When I encounter individuals at this lower scholastic existence; unless I find something particularly interesting about the individual and/or what they are doing then I automatically start thinking (getting that feeling) of Psalms 23:4 – these lower educated individuals for me are scary and truthfully I don't know how they exist from day to day. As usual I have to lookout for my own best interest – so I try to surround myself with individuals/friends whom are military officers, engineers, university personnel, and basically any other technical people – such as computer technicians. Because that is where I feel comfortable - intellectually. I came to the conclusion some time ago that this is why I smoke a lot of cigarettes – as I get older I find it more difficult to mentally shift gears when frequently dealing with people at different scholastic levels. Anyways I have met a number of other individuals whom have complained about this same problem or situation. Some of these other highly educated individual's comments about the lower educated individuals have been that can't perform at anything, they are dummies, they are slaves, they are bums, and they are animals that have not matured to be human. If they are right or wrong; I see it in a much different light – there are people of richness and people of poverty. Let me explain it in a different way, I have been to many geographic locations and have met people from all different backgrounds and educational levels. The one major common denominator that I have heard over the years and from many of these people is: Ed you have a vast array of knowledge and experience. And my typical response is yes; I have heard this from a number of people; but unless I use it to help myself and possibly help others – it is basically useless. Basically doing good or doing evil. What I don't disclose is other side of this issue; which is responsibility and/or obligation. Whoever told me to hang around the uneducated or to hang around the highly educated. No one – I choose what I want. Why do I obligate myself to one thing and not another - because I am profiting in some way from it. If I am not going to get something (of value) from whatever I am doing – then why do it. Here is where I understood that those whom are rich in something have learned how to turn a profit (each in his own way). But those who have very little either can't turn a profit with what little they have or don't know how. We all can choose to do good or evil with whatever we have – it is also the aftermath of how it is used. How does this all relate to the Passport Office. Basically for at least the past (10) years there are a bunch of poor people clustered all together feeding off of each other and also feeding off of those whom have more than they do. Some of these poor people go crazy if they don't get what petty little junk they want. I have see it a number of times. There have been a few people such as the Manager Gail McCoy who will shares her richness with the poor of the office and kindly leads the in doing their job and talks to them. If Ms. McCoy is making a profit with her sharing/kindness I am not sure. But she is also the manager so it is her primary responsibility to manage all the personnel under her direction. She obligated herself to this responsibility when she excepted the job. I have to admit Ms. McCoy definitely is a much better manager than the other guys they had before her. There are a few individuals like myself; who do a very simple typing job. This is what we were hired as – and this is what we agreed would be our obligation(s) (clerical duties). Ms. McCoy either out of duty and/or out of kindness shares with other personnel. For me personally, my supervisors have critically abused my services and I have repeatedly been bombarded by the needs of poor people so much that I intentionally cut the sharing of anything due to the fact that the losses outweigh any-type of profit 10,000,000 to 1. I no longer bother trying to shift gears to relate to a number of my coworkers; not because it is sincerely a scholastic burden – which is the truth; but primary it's not my responsibility nor obligation to feed, care, cloth, nor educate them. My primary obligation is to type - this is what I initially agreed too and this is what I am basically getting paid for. On aug 22 one of my fellow coworkers came harassing me about her problem/need. If I am not profiting from association with this fellow coworker – why bother. In brief, I am being repeatedly forced into obligation not of my own choosing. And the obligation to take care of this other employee is the supervisors' job. And my superiors are well aware of this fact; but don't want to pay me extra money for being forced to do their assigned jobs. Prove it! Look at the yearly job performance evaluation -- am I being evaluated as a typist

or a supervisor. Thought the above may be a ( ) explanation of what has been occurring at the pa( )t office. --------- This afternoon at 16:15 when I left the office I had one bad headache from a(...) the noise being radiated in the office. //// Piers B(...) Review: DE-050721-007-non-complex & DE-050721-008-non-complex / Records completed: [170]

---

Tuesday, 30 August 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:00-16:15 Notes: Most of the day was quiet – except that sharron statten is still acting-up. At 15:30-15:50 frank Jackson and another computer technician fixed my computer (PDF & Graphic File errors). I just happen to mention to the computers guys that it is taking me a while to study for several computer exams – and that I am just taking my time preparing for them. One of the computer technicians jokingly expressed – are you taking a page a day to memorize the book. And, I kindly replied; that is exactly what I am trying to do – so I memorize the material so well I will never forget it. Upon hearing the computer technicians' joking expression; bruce, timi spratt and sharron possibly several other coworkers busted-out laughing hysterically about me reading a page or two per day of some computer manuals. Particularly, bruce was the initiator of this activity. And honestly it would have been a waste of time for me to yell over to Bruce and tell him to "kiss my Greek ass you ghetto child". And, it was highly noticeable that the computer technician was embarrassed; but there was nothing we really could do about it. For me I recognized immediately that there is something mentally dysfunctional at a severe level with several of my coworkers. Honestly would any of them even care if I read a book; besides how I read it. For me I have been averaging (reading) about 100+ textbooks per year for the past 8-9 years. This is compared to what I use to do back in the 1980's – about 300 textbooks per year. So I have slowed down; "a lot". In any case the above is a good example of what I basically described in yesterday's log report. There is something mentally dysfunctional at a severe level with several of my coworkers and it is scary as hell. It's like they don't do anything and for years. Let me describe it in a different viewpoint. If several of my coworkers including bruce, timi spratt and sharron were forced to read 100 technical manuals/textbooks for the next 365 days -- they would be crying like babies – they basically could not complete the task. Why – because they constantly live in a state of poverty. For example they mostly do 1 or 2 hours of work per an 8 hour work day. They set around bull-shitting about garbage that really doesn't get them anything. And they repeatedly expose themselves to junk contamination such as their radio and television programs that entertain them at a 5th grade educational level (no challenge). If they do this day after day, week after week, month after month, and year after year – where are they – basically in the same state of poverty over and over, again. I could be very abusive in my writing and repeatedly refer to my fellow coworkers as the "living dead" and "zombies" – but I am educated enough to recognize that my coworkers are poor; materially, educationally, spiritually and possibly lacking in other things, too. I recognize their poverty; but on the other hand; I am not responsibility to provide for my coworkers. So I try to maintain a distance from most of them – because it is neither pleasurable nor profitable to be around them. When these problem coworkers come harassing me for their 'needs' (and repeatedly); then I am being forced into obligation that I did not choose to have. Due to the lack of job performance of several supervisors; I have been forced into doing the supervisors job - many times -- as my reader can see from the daily log report of Aug 22. As I have previously mentioned in my daily log report – that this problem got so bad that it was absolutely mandatory for me to make sold lifestyle changes outside the workplace. I began hanging around more and more foreigners and less and less standard Americans. So that I can de-contaminate (deprogram) myself from overexposure of this poverty American(s) setting next to me in the office. To my reader; does this all sound bad or negative – maybe; but the end result is that I now have to go and ask the Court for my (properly earned pay) – because my supervisors have and continue to over work my butt, way beyond the job I originally agreed to do. Why would I maintain this daily log report if there wasn't a long-term problem. //// Piers Batch Review: DE-050721-008-non-complex & DE-050721-008-non-complex / Records completed: [086]

---

Wednesday, 31 August 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 08:30-16:15 / Sick Leave: 07:30-08:30 / Notes: It is the last day of the month and today things have been relatively quiet. If my reader has read most of my daily log reports they will recognized that I have mentioned that I have seen my coworkers get all excited and sometimes explode violently and then quiet down for a while. How they exist on this emotional rollercoaster is a mystery to me. I have no wish to be living like my coworkers – way too much instability as you can see from my daily log reports. //// Piers Batch Review: DE-050721-008-non-complex & DE-050728-001-non-complex / Records completed: [085]