Daily Log Report / 2005 / Ed̶heris    //////////////////////////////    //////////////////////////////

Friday, 01 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-12:00 / Annual Leave: 12:45-16:15 Notes: This morning when I / Arrived in the office bruce, velma and mary were in a discussion about sex and drugs and some people acting crazy. By the time I left the office at 12:00/noon bruce and mary are having a lengthy conversation about people complaining about something. //// Piers Batch Review: DE-050622-002-mixed   Records completed: [070]

Saturday, 02 July 2005          Sunday, 03 July 2005

Monday, 04 July 2005 – Federal Holiday

Tuesday, 05 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:00-14:15 / sick leave: 14:15-16:15 – leg problem – I physically over did it this weekend – went home to rest Notes: This morning as I entered to office bruce, crystal, sharron and some woman from another office are in a loud and lengthy conversation. By 07:55 I put on my ear protectors. By 08:07 bruce starts loudly talking about some woman having a heart attack/dying at some amusement park and someone else getting shot in a DC park yesterday. And here I am setting at my desk data entering and trying to decide what military courses I will take in the coming months. This past weekend I moved to a new residence and my legs and back are sore (pain). It is now 14:00 and for the past hour sharron statten keeps rambling on and on about her personal affairs – seriously abnoxious/errating. //// Piers Batch Review: DE-050622-002-mixed & DE-050622-003-non-complex Records completed: [070]

Wednesday, 06 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: As I entered the office this morning bruce, velma, mary Sampson and sharron were in a lengthy discussion about a number of topics. These guys got so loud that I immediately put on my ear protection. Throughout the day bruce particularly, has been setting around goofing-off. Velma kept on having lengthy discussions with a number of individuals. By 14:30 timi spratt's computer crashed and almost every one in rm 520 made a big verbal occasion about it. Piers database has been working at different speeds today – sometimes fast and sometimes slow. Throughout the day bruce turned his radio up and down. //// Piers Batch Review: DE-050622-003-non-complex Records completed: [070]

Thursday, 07 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: 07:30 - As usual every morning; bruce, timi spratt, velma and mary have another one of their loud verbal discussions. All day the Piers D/B has been working – some times it is processing fast and other at times it processes slow. Twice today I have had system errors pop-up on my screen where I have had to get out of the database and then re-enter. At 14:55 Bruce turned up his radio (again). At 15:25 one electronics technician entered room 520 to work on the new alarm/key card system. As he setup his ladder to remove a ceiling tile – bruce Thompson mouthed-off, "you are not going to blow us up are you." The technician looked at bruce and then at me and flatly said, no. After this no one said anything for a while. Seriously, the supervisors got to put some duct tape of bruce's mouth. Fortunately the technician did not react negatively to bruce's comment and completed his work with 10 minutes and left the room. As soon as the technician left the room; bruce starts laughing to timi spratt. **Note for my reader – reviewing todays' and yesterdays' daily log report – as you may have noticed I have not detailed any incidences where my fellow coworkers are coming and bothering/harassing me about their poverty problem(s). In fact I basically sat at my desk data entering my work for the past two days and have not seen a supervisor in my office. Basically it proves my point that it is not my responsibility to baby setting/managing my coworkers – this is the supervisors' job.** //// Piers Batch Review: DE-050622-003-non-complex & DE-050706-001-non-complex Records completed: [079]

Friday, 08 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 09:30-16:15 / Sick Leave: 07:30-09:30 & Notes: As I entered the office today, velma is on the telephone and bruce has his radio turned-up to some talk show. Piers database crashed at 10:28 and is operating real slow. Extra note here – there is some type of dust (maybe coming through the air vent) where both me and bruce have been sneezing a number of times. //// Piers Batch Review: DE-050706-001-non-complex Records completed: [025]

Saturday, 09 July 2005          Sunday, 10 July 2005

Monday, 11 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-14:15 / Sick Leave: 14:15-16:15 – leg problem. Notes: This morning as I entered the office - the office smelled like vomit. And it was unavoidable overhearing veda, mary, sharron, and crystal engaged in a loud conversation. Timi Spratt has been coughing her lungs out all morning - several personnel have commented about her excessive coughing. And timi spratt has also been on the telephone (again). And she also stepped out of the office several times. The smell in the office got so bad that I went outside twice just to get a breath of fresh air. All morning timi spratt has been coughing repeatedly - and you don't see Vanessa Washington requesting timi spratt go home and to see a doctor before she is permitted to return to work. Vanessa Washington did this last year when I had the' flu - but now that timi spratt is coughing excessively no one is enforcing hardcore rules on her. So the rules are not equally enforced among all personnel. It is now, 10:30 and all morning velma has been talking to someone from another office about a variety of personal topics. For Sharon statten, earlier I saw her talking to the woman at the visitors desk downstairs in the lobby and she just / Arrived back in the office. It is maybe none of my business and I am not sure what was occurring at the time - but as I returned from Break and entered rm 500 - I saw Dorothy Johnson engaged in a talk with Frank Carper. It seemed to me that Dorothy was chewing Frank out for something and she was definitely in an aggressive posture. Sometimes it is difficult to judge if some of my coworkers are literally fighting each other or just joking around. Frank Carper jokes with a number of individuals and most individuals like him. With Dorothy Johnson -, she has had repeated aggressive encounters with a number of personnel in the past (including me). In the case just mentioned - if I would have seen Dorothy (let's say) take a swing at Frank; I would have definitely jumped in - because Frank is severely handicapped and is unable to defend himself. On the other hand; there have been so many (excessive) verbal fights among a number of personnel at the Passport Office over the past (10 years); that I have learned just to refer the situations to the supervisors to take care of and tried seriously to avoid certain coworkers and their (personal) problems. For me, all weekend I hit the books hard and am tired. I just want to do my basic job and then go home and get some proper sleep. So I am not even interested in socializing with 99% of the coworkers; besides encountering their personal problems. It is now 12:00/noon and it still stinks in rm 520 and timi spratt is still coughing repeatedly. Velma and sharron are in a conversation about a variety of personal topics and mary Sampson and someone else are talking about work to get down - I think on the piers database and errors occurring. For the past 10 minutes sharron keeps hounding timi spratt about her (excessive) coughing saying things like cover you mouth and you are spreading germs and don't come in tomorrow - phone in..... The above daily log report was forwarded to Vanessa Washington (acting supervisor at the time -- whom basically did nothing about the

situation). At 12:55 I logged into Piers database and errors began occurring on my system and on mary's system and timi spratts' system (Red X's – no images appear). Mary reassigned me another to in Piers to work on. As I began working on this and batch – mary and timi shouted back and forth about timi spratt opening too many batches at one time. Mary came down hard (verbally) on timi spratt about doing her work correctly. I was about to put on my ear protection when mary got up and left the office for lunch. For me, it doesn't matter how aggressive I try to get my work done – there is always ""some"" obstacle (such as these computer errors) that always pop-up. In summary, my supervisor tells me exactly what he wants done (the amount of data entry required per day.) But, I honestly can't get my job done properly because there are so many interruptions – that it is impossible to accomplish precisely what I am getting paid to do (type). So this is one of the reasons I maintain this daily log report – basically to document things that occur and the work achieved. //// Piers Batch Review: DE-050706-001-non-complex & DE-050711-001-non-complex     Records completed: [043]

---

Tuesday, 12 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: So far this morning things are quiet in the office – the only out of the ordinary thing is timi spratts' persistent coughing. By 10:30 crystal and mary have had a number of conversations and these conversations went on until lunch time. Today, everyone in the office (except me) has commented (sometimes repeatedly) about timi spratts' persistent coughing. Today, particularly velma got on timi spratts' case. Anyways, it is now 12:00/noon and I have completed 138 data entry records – which basically demonstrates again, that if I am left alone to do my job (without very few interruptions) I basically can get my daily data entry requirements performed by lunchtime. After lunch bruce, velma, sharron and timi spratt were all engaged in another lengthy discussions covering a number of topics. At 1:35 I began data entering a third batch and the Piers database – crashed. As my reader can understand [very clearly] that if I am setting at my workstation/data entering my work (typing) all day – it definitely is not my job-duty; nor my responsibility to be managing and/or baby sitting my fellow coworkers. This particular point cannot be emphasized enough (and basically proves my point in and out of Court) – since I have been forced ((repeatedly)) into doing the supervisor job over past 9-10 years. This is the primary point I have discovered/observed among a number of Passport personnel and their conflicts/arguments occurring for approximately the past (10) years – basically what responsibility does one individual have to another individual beyond just doing their assigned job. More to the point some of the Passport personnel such as myself, have been way overworked for some time for the supervisors' duties have repeatedly been forced onto us. But if I continue to be forced into doing more work than I am getting paid for; then it is a matter for the Court to settle. Honestly, I feel embarrassed even thinking about suing the government, but I am not the other guys' slave either. //// Piers Batch Review: DE-050711-001-non-complex & DE-050706-001-non-complex & DE-050707-001-non-complex Records completed: [213]

---

Wednesday, 13 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: It is now 09:00 and all morning (particularly) velma, bruce, sharron; but also mary have had a loud and intolerable conversation covering a number of topics – mostly about sex. These guys got so out-of-hand (loud) that it was absolutely maddening for me to put on my ear protection to get my job done. Where are the supervisors is a mystery. After this velma and bruce stayed on telephone conversations for a long while. Sharron again, disappeared from the office. And timi spratt doesn't seem to be here today. And by 10:30 I and mary Sampson were the only ones at our desk doing work. Throughout the past two weeks I have encountered that Microsoft word document error – where my screen completely blacks-out (the computer shuts-down) when I try to save and print a (word) document. It doesn't happen on every word document; but it has been happening more and more. And it doesn't matter what size of file it is or what is in the file (plain text, pictures, charts…) or that it is on any particular drive. I have even had the same problem occur when saving and typing this daily log report done in Microsoft Word. There is something not working correctly in Microsoft Word Application Software for the same problem has been (re-)occurring for at least the past (2) years. By 11:11 bruce is (loudly) talking about and condemning robyn – basically calling her crazy. Seriously the supervisors got to put some duct tape over bruce's' mouth. After this velma and sharron go into bruce's conversation about robyn and her behavior. After a while I just get sick and tired of (over)hearing this junk when I am setting at my desk trying to performed my job as required. By 11:30 bruce and sharron are "yelling" about Dorothy Johnson fighting with Mammie – so I finally put on my ear protectors ((again))). It looks like I am back wearing my ear protection in the office for most of the work hours – each day. I am also buying myself some new Mediterranean belly dancing music CD's – to decontaminate/(de-program) myself from all this poverty gutter junk that I am getting excessively exposed to in the office. Note to my reader for approximately the past week I have overheard several coworkers talking about either the temporary employees or government employees being permanently released from their jobs. I suspect that the behavior recently displayed by bruce, velma besides several other coworkers might be due to this possible permanent removal of personnel. And I have overheard mary and some other woman discussing the womans' restroom situation where someone has ((repeatedly)) entered the womans' restroom and basically trashed it with different degrees of lets' say 'creative expressionism'. Why what I can determine from mary's comments – whomever has been doing this and for several years now; it is a government employee – who has mental problems and possibly or is trying to take revenge against the State Department. Anyways setting all day data entering information and hearing fellow coworkers yelling about junk (repeatedly) wears-out my concentration (a lot of stress) – so by 15:50 – I logged out of Piers database for the day. As anyone can see I only got half as much work done today as I did yesterday. //// Piers Batch Review: DE-050707-001-non-complex     Records completed: [091]

---

Thursday, 14 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: //// Piers Batch Review: DE-050707-001-mixed & DE-050707-002-mixed     Records completed: [059]

---

Friday, 15 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: By 11:50 I completed my 150 daily data entry requirement. Most of the morning was quiet. Bruce, crystal, sharron and timi spratt are not in the office today. Unfortunately, that velma turned up her radio at 11:45 to 'some' religious music and began singing to it, - for me this is radically irritating. I do my job thoroughly; but got to get brainwashed in someone else's religion. //// Piers Batch Review: DE-050707-002-mixed & DE-050707-003-non-complex / Records completed: [190]

---

Saturday 16 July 2005          Sunday, 17 July 2005

---

Monday, 18 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart: 07:30-16:15 Notes: This morning I entered the office at 07:05. At 07:20 bruce enters the office and starts a loud conversation with velma about young girls being lesbians. After this his conversation changed to some woman having hundreds of cats in her house. By 08:30 velma and sharron are talking about having sex with a horse. Sharron is laughing (loudly) repeatedly at something. I finally put on my ear protectors to get my job done. By 10:10 sharron turns up her radio – to where I could hear some guy yelling and swearing. At 13:15 Bruce starts talking to velma about some little kid being tied-up and drowned in a bathtub and some other little kid dying in a car I guess from extreme heat exposure. By 13:45 sharron starts talking to velma and mary Sampson about some hooker doing her job on the streets and taking drugs. And something about section 8 housing. Sharron just went on and on and on about this particular hooker and someone or some people getting murdered – so I put on my ear protection (again). Eventually mary, velma and bruce got into this conversation. Seriously the supervisors got the put some duct tape over sharrons'' mouth. By 15:15 timi spratt began coughing extensively (again) – the way she is coughing I

seriously have wondered if she might have mono/ ̶ ̶ssibly cancer. Anyways, as my reader can plainly ̶ ̶ that baby sitting/managing my coworkers is not (and never has been) my official job duty. I s̶ ̶ ̶s to entire workday just typing/data entering. //// ̶ ̶rs Batch Review: DE-050707-003-mixed & DE 050711-002-non-complex & DE-050711-003-non-complex /  Records completed: [145]

Tuesday, 19 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Arrive-Depart: 07:30-10:30 / Sick Leave: 10:30 -16:15 – flu-virus / Notes:  For the past several days I have not been feeling well – some type of stomach virus – have been coughing a lot – particularly in the mornings. It may not be the flu but roaming around all day Sunday taking pictures at one of the outdoor festivals I may have gotten to much exposure to the sun/heat. //// Piers Batch Review: DE-050711-003-non-complex / Records completed: [053]

Wednesday, 20 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / / Arrive-Depart:  07:30-12:00 / Sick Leave: 12:45-16:15 – flu / Notes:  By the time I began data entering my work mary, crystal and sharron start talking for a while about some woman killing her young child and something about drugs. And some teacher having sex with a 14 year old boy. I finally put on my ear protectors to block-out this poverty junk and continued data entering my work while studying detailed composition of several photographs laying on my desk. And, seriously contemplated if my photography skills will ever be as good as lets' say, Raphael's or Vermeer's paintings. Basically there is a poverty problem at the Passport office and has been for a long time. People do what is on their minds and in their hearts. As my reader can well understand there is a solid and logical reason why I personally avoid a number of my coworkers. Most of my coworkers would not even know who Raphael or Vermeer was – besides the difference between an icon or a mosaic or a fresco. So it is senseless to even talk with most of my coworkers because metaphorically speaking we are living the different worlds. To prove my point I would like my reader to ask any State Department employee at the Passport office who was Constantino Brunidi  - if they can't and probably will not be able to answer the question – then ask them if they have ever been to the U.S. Capitol. Anyways, bruce keeps turning up and down his radio. I have some kind of stomach virus and decided to go home and rest. //// Piers Batch Review: DE-050711-004-non-complex / Records completed: [060]

Thursday, 21 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart:  07:30-16:15 Notes:  Today, me, crystal and mary began packing-up our workstation belongings – due to carpet will be replaced in rm 520 – supposedly this coming week. At 15:17 I happened to reach over my chair to pickup a piece of paper that fell on the floor and as I did I grunted a little but because pain occurred in my right leg; sharron began expressing her personal opinion about me barely grunting. This is the problem at the passport office – one individual will not stop bothering/harassing another individual about their personal problems – which has typically dealt with poverty issues. In the case above dealing with sharron; I was in the process of doing my data entry work and not even paying attention to what sharron was doing – until she spouted-off. It is the supervisors' job to be giving her attention and/or supporting her emotional states of existence; not mine. //// Piers Batch Review: DE-050711-003-non-complex  & DE-050711-004-non-complex / Records completed: [090]

Friday, 22 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Arrive-Depart:  07:30-12:00 / Annual Leave: 12:45-16:15 – appointment / Notes:  At 07:40 bruce turns up his radio (again) to where I can hear the singer very clearly and I am positioned at least 50 feet away from his work area. At 09:50 piers database began having system errors and processing time slowed way down. It eventually crashed and then came back up again. At 10:30 today I entered the mens' restroom on the 5th floor and discovered large blood spots on one toilet and on the sink board. I am not sure what happen so I briefly told Vanessa Washington what I discovered – and let her investigate the matter. //// Piers Batch Review: DE-050711-004-non-complex / Records completed: [075]

Saturday, 23 July 2005 ̶ ̶ ̶ ̶ ̶Sunday, 24 July 2005 ̶ ̶ ̶ ̶ ̶

Monday, 25 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart:  07:30-16:15 Notes:  At 08:05 Piers D/B crashed again and then recovered. In the meantime velma and mary have been talking at length about sneaks and some woman dying from a sneak bites and timi spratt has verbally complained out loud that there is something wrong with her computer, again. At 08:35 I completed one batch of work and then entered a new batch of work. When the first application appeared on the screen of the second batch of work – a data field appeared at the bottom of the page – which made me wonder if the batch was (possibly) already done. So I kindly asked mary Sampson about this data field (in light that it typically does not appear when the application pops-up.) Surprisingly, Mary gives me one tough run-around about the question. So, I walked away from mary – seriously thinking (damn) there is something wrong with this woman – because I was just trying to make sure I did my job correctly by asking about the presence of this data entry field –- and that was all. So I returned to my desk and continued data entering passport applications. After today, I will not be striking-up any (social) conversations with mary Sampson in order to maintain a working relationship – this hard reaction to a simply (job-related) question has occurred repeatedly in the past with mary Sampson – so I have basically given up trying to maintain a working relationship with her.  Reflecting back to about november last year; mary Sampson went to Vanessa Washington saying I was not doing my job do to this same (question/answer problem); and I basically had to prove to Vanessa that I was doing my job. So the above situation is not a one-time occurrence; but on-going. Extra note here -- about 20 minutes before my encounter with mary – timi spratt was at mary Sampsons' work area in conversation about something(?) – where I overheard mary Sampson loudly express 'how the hell do I know'……. So, just maybe there was type of overlap from timi spratt's encounter with mary. By 09:00 velma and timi spratt were on the telephones for a while. By 13:30 I completed my daily data entry requirement of 150. Again, as evident to my reader concerning todays' number of records completed – if I am left alone; I do my work well. //// Piers Batch Review: DE-050711-004-non-complex & DE-050712-001-mixed & DE-050712-002-non-complex / Records completed: [215]

Tuesday, 26 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart:  07:30-16:15 Notes:  It is now 08:05 mary and bruce both have their radios playing. With mary, I can barely make-out what the announcer is saying. With bruce, his radio is turned up enough that I clearly hear the announcer and singer(s). And honestly do not prefer this type of music each is playing. Whatever happens a little over a week ago; got bruce, timi spratt, velma and sharron all scared – for they have repeatedly brought-up the topic that certain temporary and/or permanent passport personnel will be fired. By 08:15 piers database keeps timing-out – the word (processing….. ) keeps re-appearing on the screen when saving a record and stays there and then a system error occurs. I exit out of piers and then tried re-entering. The system began working 10 minutes later. 20 minutes later the same system processing problem recurred. By 09:25 sharron or possibly velma turns-up their radio, also. At 09:55 piers database is having the same problem 08:15 and has crashed. Piers was restored by 10:57. At 11;40 Piers began having trouble – again. By 14:15 I was able to complete my 150 daily data entry requirement. At 15:15 Bruce again turns up his radio to some singer screaming about his love affair. Seriously, at this point I considered putting on my ear protectors to block-out this junk out. At 15:40 I reached my 180 data entry record mark and decided to go and have a cigarette. When I re-entered the office from the side door; I just happen to notice timi spratt just starring at me (intently); and I waited to see if she would say anything to me directly – but she said something to bruce after I sat down in my work area. I seriously pushed my butt (today) to get my work out – even when the computer was not functioning earlier – so I am doing my job as required and am tired. I am notifying my reader that if this crazy woman timi spratt comes bothering/harassing me again about her personal problem(s), then I will definitely be suing my supervisors. Logically, what am I expected to be

doing my assigned (typing) job or baby setting an obsessed coworker.  //// Piers Batch Review: DE-050712-002-mixed & DE-050712-003-mixed /
Records completed: [180]

Wednesday, 27 July 2005 / Break: 10:00–10:15 / Arrive-Depart:  07:30-11:30 / Sick leave: 11:30-16:15 – need sleep – awake from 03:30 this morning /
Notes:  this morning was basically quiet in the office.  Timi spratt spent most of the morning on the telephone. Bruce and sharron kept disappearing from
the office for long periods of time. And Mary Sampson and I were at our desk doing work.  At 10:15 (break time) I happen to enter through the front
office door and wow—what a very strong smell coming from robyn who was setting at the first desk across from the visitors counter. Let me put it this
way – I held my breath until I got into the next room away from robyn.  //// Piers Batch Review: DE-050712-003-mixed  / Records completed: [060]

Thursday, 28 July 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch 12:00–12:45 / Arrive-Depart:  07:30-16:15 Notes: At 08:15 bruce turns up
his radio to some talk show – where some old woman is yelling and swearing about gays and some other stuff like little house on the prairie. It is now
09:05 and for approximately the past 1-1/2 hours; timi spratt has been on the telephone and bruce has just been going around talking to individuals about
the paint smell.  Sharron disappears from the office, frequently.  And me and mary Sampson have been setting at our desks doing work.  By 15:50
sharron, bruce and velma start having another one of their loud and obnoxious conversations. – so I stop data entering at 16:05.  As my reader can see
today I broke my data entry record on Piers database.[230] records. //// Piers Batch Review: DE-050712-003-mixed & DE-050712-004-mixed & DE-
050720-001-mixed / Records completed: [230]

Friday, 29 July 2005 / Break: 10:00–10:15 / Arrive-Depart: 07:30-12:00 / Annual Leave: 12:45-16:15 / Notes: timi spratt spent "most" of the morning
hours on the telephone. At 09:35 bruce turns up his radio to some talk show where I could hear very well 2 black people complaining about some black
celebrity.  Then the heavy rock music began playing.  Damn, I am just trying to get my data entry work done and am forced to put up with this junk – this
loud radio broadcast went on for a while.  And I put on my ear protectors to block this junk, out.  While the radio was playing bruce Thompson was on
the telephone.  And so, was velma on a separate call.  At break time (10:15), I came up in the elevator with mandel and some security guard.  Mandel
made such a "big deal" about me catching the elevator door with my hand when entering the elevator – and which the security guard also commented on.
And I did not do anything out of line and just basically ignored them.  After today, I will not be talking to mandel and will be avoiding her.  If she
happens to fall out due to her medical condition – then someone else will have to help her.  I realize some of these people are just poor, because they
make a "big deal" out of nothing.  I personally can't be living like this. By 11:05, bruce, mary and paulette are just standing around talking real loud about
a variety of topics – so I went and had a cigarette just to relax.  After this I slowed down my work on piers database because there are too many
interruptions.  It is now 12:00 Noon and timi spratt is still on the telephone.  //// Piers Batch Review: DE-50720-001-mixed / Records completed: [075]

Saturday, 30 July 2005         Sunday, 31 July 2005