Daily Log Report / 2005 / Ed ...neris    //////////////////////////// )///////////////////////////////

Wednesday, 01 June 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: As I walked into the office this morning headed to my work area; timi spratt furiously throws-up her right middle (F) finger at me shaking her finger around repeatedly. I intellectually understand that timi spratt is suffering psychologically from 'something' on a daily basis for she keeps coming to me to fulfill her need or want. But honestly it is not my job/responsibility to provide her with what she needs or wants -- this is the supervisors' job. Since this issue has previously been taken to Frank Moss (Director) about (2) years ago -- then it his job to provide timi spratt with what she needs -- not mine. Timi Spratt continues furiously waving her (F) finger at me each time I pass her desk. In brief, activities on the 5th floor of the Passport office have improved now that this new manager (Ms. McCoy) came on board (January 2005). There definitely is less personnel conflicts among many of the personnel. For I have repeatedly walked through other sections on the 5th floor and I don't hear personnel cursing each other, yelling/screaming at the top of their lung about about killing someone else, or even getting harassed by a fellow coworker about their black revolutionary garbage and/or some of the other junk that has occurred in the past. In fact I can now tell my reader(s) that previously under tasha thian, steven cox and tim martins' management the Passport office was seriously a freaken nightmare war-zone -- where individuals like myself were forced into doing (2) jobs almost on a daily basis because the supervisor(s) (((repeatedly))) were unable and/or unwilling to perform their job duties. In turn causing individuals such as myself a lot of pain, agony, and torment. Tasha Thian, Steve Cox, Frank Moss and Tim Martin should seriously be placed in jail for operating a prison camp. I was hired as a clerical employee and am being paid as a clerical employee -- not a supervisor or manager. Over the past (9) years I have been forced to do the supervisors'/managers' job repeatedly and not being paid for it. As my reader can understand being forced to do (2) jobs continues to this day -- as for the entry mentioned above dealing with timi spratt. If it continues I have no other choice but, to sue Tasha Thian, Frank Moss, and Bill Crawford for not paying me for services rendered. As my reader(s) can also understand that there is a sweeping difference between being a government employee assigned a specific job versus being someone else's slave. After approximately (9) years of service; I am still fighting-off coworkers -- whom keep coming to me for their needs and/or wants -- and I am not even legally responsible/obligated to provide them with anything. In the simplest way I can describe today's activities is that these supervisors can't get this computer system operating correctly so I am getting further and further behind in the work on a daily basis; but I am being forced to associate/participate with some psychiatric case setting next to me in the office. Well, one good thing about today is that it has been really quiet in the office until about 14:00 when bruce enters mary Sampson work area and has a lengthy conversation with mary sampson. Anyways, all morning Piers database is running/processing slow -- though I am able to get some work done. It is now 13:10 and piers database is still processing slow. It is now 15:11 hours and timi spratt is still giving me her (F) finger -- and honestly I am not interested in having sex with this old, ugly woman. It has been the same garbage for approximately (5) years she keeps coming and bothering me and I don't want anything to do with her and I have told my supervisor this (5) years ago. A question for the Court: If I told my supervisors repeatedly some time ago I don't want anything to do with timi spratt (because of her perverted activities) and she keeps coming and harassing me about her need(s). Then am I not being forced to do the supervisors' job and repeatedly. Secondary question: Should I not be highly paid for doing the supervisors' job. Anyways, I arrived by from break at 15:10 and discovered that the Piers database processing speed became much faster than it was operating all day long. At 15:40 bruce starts yelling across the room to mary Sampson about some little (9) year old girl killing (stabing multiple times) another little girl while at play; and bruce gets all excited about it. Again, Bruce keeps talking about death and dying issues. This guy is particularly obsessed with death issues and has spoken about it many, many times -- to the point that I seriously have wondered if he is suicidal or possibly be on the verge of committing some violent act to another person. I have seriously tried to avoid contact with bruce; due to the fact that he has repeatedly harassed me about petty little useless junk issues and I have had to tell the guy repeatedly I don't want to hear about his poverty problem. I mentioned this in my daily log report -- because if my reader were in my position where I am typing all day and overhearing some of my coworkers verbally go on and on (usually about junk) -- you start noticing that there is a pattern of thought and behavior each individual displays. Some of my coworkers in the past have displayed serious psychiatric issues that I have tried my best to avoid contact with them. For one I don't want to get contaminated in their particular (poverty) lifestyle(s) and secondly; it is not my responsibility to be managing them -- it is the supervisors' job. I am not getting paid to be their baby setter, or psychiatric counselor, or their supervisor, nor am I their big brother. In the past a number of times coworkers have come harassing/bothering me about their "personal poverty problems"; which I am not even responsible to be managing; and my supervisors are not paying me extra money to be doing their jobs. And so here is the problem and has been the problem since tasha thian was managing the Passport office. //// Piers Batch Review: DE-050525-001-complex & DE-050526-001-complex  Records completed: [063]

Thursday, 02 June 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: It is now 08:30 and twice this morning I have passed timi spratts' desk and she continues to display her (F) finger sign language while mumbling something. I have not done anything to this crazy woman to deserve this abuse nor am I currently doing anything to her. I have tried to follow the advice/instructions of my supervisor(s) and have tried to ignore timi spratt; but once she did that mouth-sucking finger display several days ago; I realized then that timi spratt is seriously getting off the deep end of things. I am more than apprehensive that sooner or later timi spratt is going to start yelling rape or something along these lines -- because she is not getting what she wants. And I am not legally or morally obligated to provide her with anything. Previously timi spratt was instructed by her supervisor(s); that if she had a problem -- then she is to consult her supervisor not to bring her problem to one of her coworkers -- such as myself. And I was given the same instruction(s). At 10:00 I went on break. As I passed timi spratts' desk she throws-up her (F) finger and says: coo coo, shit-boy. Immediately bruce Thompson starts laughing. //// Piers Batch Review: DE-050526-001-complex & DE-050526-002-complex  Records completed: [019]

Friday, 03 June 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 08:30-16:15 / Sick Leave: 07:30 – 08:30 Notes: Piers database was running pretty well until about 11:15 then it slowed down a lot. Between 10:20 – 11:15 I review and took the online exam for the OpenNet Security Program. All morning things have bee quiet in the office -- and timi spratt is not in the office -- today. Yesterday, I spoke with Mr. Crawford concerning the timi spratt problem and he instructed me to enter and leave the office through the side door next to my desk -- instead of passing past timi spratts' desk which lead to the front door of the office. //// Piers Batch Review: DE-050526-002-complex    Records completed: [057]  +

Saturday, 04 June 2005        Sunday, 05 June 2005

Monday, 06 June 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-12:45 / Sick leave: 12:45-16:15 Pain my leg. Notes: As soon as I entered the office this morning and got to work; bruce Thompson starts yelling about several shooting/killings that happen this past weekend in PG County and some other place. He went on and on yelling over to mary Sampson -- so I put of my ear protectors to block out this garbage. Piers database is definitely working; but now it is taking longer for the (passport) image to pop-up. //// Piers Batch Review: DE-050603-001-complex & DE-050531-001-non-complex  Records completed: [46]

Tuesday, 07 June 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 07:30-16:15 Notes: Early afternoon piers began operating real slow. At 14:45 piers database crashed. It finally came back up at 16:05. By the way I am not even passing by timi spratts' desk and she is still waving her (F) finger at me. I happen to notice this when I came back from break and began to set down in my chair and saw her.  ////  Piers Batch Review: DE-050531-001-non-complex & DE-050606-004-non-complex. Records completed: [056]

Wednesday, 08 June 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 07:30-11:30 / 11:30-16:15 took leave to relocated to new residence. Notes: Piers has been operating slow this morning and crashed at 10:25. It is now 10:40 and timi spratt has been on the telephone for at least the past hour. Even the supervisor entered the office between 10:40-10:50 and timi spratt is still on the telephone, even after the supervisor left the room. A number of computer software applications are having problems functioning on the computer including email -- these malfunctions are system/network-wide, not just my computer.  ////  Piers Batch Review: DE-050606-004-non-complex. Records completed: [031]

Thursday, 09 June 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 07:30-16:15 Notes: As I entered the office this morning particularly bruce, but also mary were in a loud conversation (yelling across the room) about some 16 year old kid getting laid. Then they start talking about some classic TV show remakes -- velma eventually got into this conversation. I immediately put on my ear protectors. Velma keeps walking through the office laughing hysterically about something. Since last Sunday I began having pain in my right leg and foot. Yesterday it got so bad that I encountered a lot of pain and had serious time just walking around. Believe me the pain was so bad that I wanted to cry. I plan to spend this weekend just relaxing. Basically, if I physically over do it -- then I end up limping terribly and incur serious pain. So I am partially, but permanently handicapped/disabled. I can't be lifting or moving objects weighing more than 20 pounds and I can't be running around like I am 16 years old -- or I will definitely end up in a wheelchair. Physical therapy exercises do work, but I plan to buy a wooden cane -- just as a back up -- because I don't know what I am going to encounter in the future concerning my back injury. Sometimes I am able to get around very easily (like I don't even have a problem) -- and others times the pain kicks in so bad that I am hobbling around like a hundred year old man with the smell of Ben Gay paste and doped up on Motrin. I injured my back due to lifting/moving "(a lot)" of boxes, basically, way overworked because my former supervisors could not properly control the workflow. I can't decipher, if they were just idiots or just so dam lazy that they just did not want to do their jobs properly. In any case I have lived with this back injury for more than five years -- incurring a lot of pain. And seriously, I am scared that I will eventually end up in a wheelchair. So I have been learning gradually how to live with this injury by trial and error. Sometimes its easy and sometimes its not. So as my reader can understand I have a seriously "critical" problem to deal with -- I can't be wasting my time with crazy timi spratt or that weirdo sharon stat or some of the other fellows coworkers. It is the supervisors' job to be baby setting them. In the past, I have gone extensively out of my way to co-operate with my supervisors and my patience has worn real thin -- for most of my coworkers could care less if I was in extreme pain, or had anything to eat and/or even lived or died tomorrow. So if one more of my fellow coworkers comes bothering/harassing me about their poverty existence (which is none of my business), then I am suing my supervisors. Why? -- because repeatedly I keep being forced to do (2) jobs and only being paid for doing one.  ////  Piers Batch Review: DE-050606-004-non-complex. Records completed: [055]

Friday, 10 June 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 08:30-16:15 / Sick Leave: 07:30-08:30. Notes: This morning at 07:00 I ate breakfast at one of the restaurants at International Square. The food tasted funny -- like really salty and as result I threw-out half of what I purchased. As I walked to the office I felt like I was about to be sick and went and got a cup of coffee. 15 minutes after I arrived in the office I rushed as quickly as I could to the mens' restroom and **thoroughly** threw-up in the sink. Heavy duty overflow. I made sure I wiped-off the top of the sink and the inside sink bowl; but there was still a small level of fluid in the sink which was draining slowly. I was not sure what was in the fluid, if anything -- and the next logical step was to let the fluid drain out before doing anything further and I immediately went outside to get some fresh air. I have noticed that I am not the only individual who has rushed to the restroom and used the sink as an emergency overflow. For in the past I have entered the restroom and have seen (at least 5 times, if not more) that other individuals have done the same thing I did this morning. Anyways, 2 hours later I feel much better. Even my leg pain has almost disappears -- "at least for now." Well last week Ms. McCoy emailed a notice to employees that they must use earphones for their radio devices. For the past hour bruce has had his radio playing - irritating -- I can hear clearly some black woman screaming or what other people would call singing! And some announcer yelling about some shooting and yelling at station callers. Bruce even steps out of the office for some time and keeps his radio playing. None of the other employees are in the office today. After lunch even bruce disappeared from the office -- it was """great""" no one in the office except me and my machine. No yelling or screaming, -- just tranquility and production. Even the Piers database is operating much faster, today, than yesterday. Just straight work -- "what a concept!"  ////  Piers Batch Review: DE-050609-001-non-complex | Records completed: [100]

Saturday, 11 June 2005                    Sunday, 12 June 2005

Monday, 13 June 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 08:30-16:15 / Sick Leave: 07:30-08:30 -- leg problem. Notes: So far today has been quiet and the computer database is operating well. Note for the Record: Over a week ago my current landlords told me that they have future changes/plans for the rental property and that I should start looking for a new residence. Immediately I located another residence (in a "much quieter" neighborhood) and will relocate by the end of June. I have finished packing all my belongings and am now limping around like an old man -- just too much lifting -- which results in a lot of pain. And I will be paying someone to move my belongings -- because I am physically unable to do it myself. Though I will be paying more for my future monthly rent -- I believe this relocation will definitely do me some good -- do to the fact that for approximately the past (2) years I have been suffering from burn-out/PDSS -- from being forced to do (2) jobs for a long time at the worksite. It took time to fall-into this burn-out syndrome and it will take time to evolve out of it. Anyways, whatever the Office Manager (Ms. McCoy is doing; it seems to be working). Lately I have not had any strange/close encounters with my problem poverty coworkers. For some time now, not once have I had to say to a fellow coworker: "get the hell away from me you dirty American; I am not your supervisor", or "I am not you supervisor and don't want to hear your poverty problem." Even that Crazy Timi Spratt has quieted down not acting like she is on illegal drugs or possessed. So whatever Ms. McCoy is doing; it seems to be working. Because I am doing precisely what I am getting paid to be doing and that is come to the office and get my typing job done and then go home. As my reader can understand baby setting/managing my coworkers is not even my job and never officially has been. In fact to get my basic job done on a daily basis -- it is not even necessary to have any contact with 99% of the Passport personnel. Again how long this peaceful/non-conflict/non-combatant office atmosphere will last is only a question of time. But let me say here, that if this case went to Court today, I would inform the Judge that Tasha Thian, Steve, Cox, Frank Moss, Tim Martin and Bill Crawford, should seriously be fired from Civil Service for Mismanagement of this facility. Why do I say this; right now as I set at my desk typing -- I don't have to wear my ear protectors. And as I walk through this facility to deliver papers to someone or to retrieve some documents; I don't hear screaming or yelling or anyone fighting or calling each other pet names such as nigger or fat ugly pig or ghetto child and/or a bunch of other stuff. Right now in my office and across the 5th floor Personnel are at work

and in an orderly fashion, doing their assigned duti⎯⎯ precisely what they are getting paid to do. And, I ⎯⎯ ot encountering Personnel in the hallways, or in the bathroom nor downstairs in front or back of the building emotionally distraught; tiers rolling down their face and expressing the (need) to kill their supervisor(s) or fellow coworker(s). Wow, what a difference from even (5) years ago – besides (9) years ago. Tasha Thian, Steve, Cox, Frank Moss, Tim Martin, and Bill Crawford caused me and other Personnel (((a lot))) of torment, agony, and pain for nothing. Honestly, I think now is a very good time for me to quit smoking cigarettes. I consider myself very, very lucky that I don't have lung cancer by now – due to the fact that being forced to exist in this war-zone environment that once existed (and may still exist) at the Passport Office I smoked (((a lot))) of cigarettes just to have a way to manage the stress-overload. Let me re-iterate my question here: is it my responsibility (job) to manage or baby set any of my fellow coworkers. If it is not my job; then where is my $500 million for being forced to do this job for the past (9) years. Let me word it in a different way – whatever Ms. McCoy is doing currently; its' basically working way beyond what Tasha Thian, Steve, Cox, Frank Moss, Tim Martin, and Bill Crawford have done in the past. The office operations and Personnel interactions are so different between Tasha Thians' management and Ms. McCoys' management (styles and capabilities) that I no longer have a sincere need to carry office scissors in my back pocket nor a razor blade taped up-under my shirt collar to protect myself from (out of control) psycho-coworkers (mostly Black Americans); whom kept on harassing me about their (poverty) problems for approximately (9) years straight. It is now, so firmly comfortable to come to work and just do my basic typing job and then go home – that when I tell my reader(s) that for approximately the past (9) years I was forced into doing (2) jobs – I literally mean I was forced to do (2) jobs. Should I now go to the Court and ask for my money? In brief, the President and the Secretary of State should seriously consider placing Ms. McCoy in Frank Moss's position and firing Frank Moss – for basically I was forced to due his job in addition to doing my own job and not getting paid for it. Whatever may develop in the future concerning this entire Passport Office situation; I have decided that after putting in (20) years of government service and particularly after being employed at the Passport Office that unless I am making ""money"" hanging around (standard) Americans – my preferred choice of friends; now and in the future are foreigners – preferably Greeks, Italians, and Jews. Why? -- for years I have heard basically the same story/view from a lot of people (everyone from a 2-star general and a colonel to an engineer, a journalist, a priest - to the bum on the street. There are (2) Americas.  There are those die-hard Americans (that believe in God, Country and the Constitution and so forth) and then there are the bums of American society that are referred to as the Socialists. I could go into great detail describing both. But let me provide an example here. About (4) weeks ago I was riding the subway train and encountered (3) US soldiers wearing artificial limbs after surviving explosions in Iraq. And they keep maintaining their loyalty no matter what happens to them. Man! I felt really sorry for these (3) guys. For if my reader can understand I grew up with Americans whom were exactly like this (total dedication) and I even worked at the Pentagon among individuals like these – die-hard True Americans. I once related very well with these individuals – until I encountered a few of those "extremist" whom try to convert anyone of a different ethnic background (like myself) to the White Anglo-Saxon Protestant lifestyle – because that is their view of what an American should be. And I have heard stories from other Americans whom have encountered this form of racism, also. So once this occurred I limited my association with these extremists (die-hard Americans) – because this is just too ""weird"" of an American for me. -- metaphorically speaking these weird (extremists) guys are the enemy. But these die-hards serve their purpose in the Great American Empire and I had respect for them. On the other hand I have seen repeatedly and not only at the Passport Office but other government agencies; Americans just setting around basically doing nothing for their pay or their Country (day after day after day) -- and just eating and reproducing – some individuals have referred to this as the national welfare system. And these (bums) serve their purpose in the Great American Empire – whatever it may be. I don't fit in with this other class of Americans – due to my upbringing. I could go into much greater detail describing these (2) Americas; but it is exactly what it is (2) different Americas. Over the past 20 years I have heard a number of people talk/argue about these (2) different Americas. What bends my curling blonde hair is here - I meet (3) soldiers whom basically gave the ultimate sacrifice to keep America alive and well and they keep on ticking/serving. And then I go to the office and see bums screwing-off all day (day after day) and they could care less about American society and they just keeping living their poverty lifestyle.  However anyone wants to view either America (slaves - freeman or bums – loyalists or poor – rich; and/or so on) seeing this kind of stuff repeatedly over the past 20 years kind of dented my eagerness to serve. I am not willing to die for America; but believe in the American Ideals. Why? - it was my great, great, great..... grandfathers whom developed democracy in the first place -- it works! So for someone like myself instead of falling into that pit of either siding with those (extremists) die-hard Americans and their conversation tactics or with the bum socialists -- I choose what I call the 3rd Avenue (capitalist) and just do the job/serve for the money and maintain a form of loyalty by reconnecting back to my cultural/ethnic heritage.  In brief, no matter what the circumstances, situations, lifestyles or any other issue/topic that exists; the same (question) repeatedly surfaces time after time after time – What's in it for me? So, if I am forced into doing my supervisors' job one more time then I am suing my employer for $500 million. Why? – these crazy-ass coworkers kept on harassing me about their poverty existence for the past (9) years and its' not even my responsibility to supply them their needs or wants – it was and is the supervisors job to perform these duties. But for the past week I have been walking about with seriously bad pain in my legs and back and none of my coworkers could care less if I lived or died. And, it has been basically the same attitude among personnel for the past (9) years. So if this case went to Court today; I would be asking the Judge for pay/money for services (a lot of services) previously rendered. Logically, if I have to keep doing (time after time) the supervisors' job – should I not get the supervisors paycheque/salary. **And this is the point of this entire case for the past (9) years.** The supervisors and managers refuse to pay-up. Batch Review: DE-050609-001-non-complex & DE-050609-002-non-complex   Records completed: [060]

Tuesday, 14 June 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart:  08:30-12:45 / Sick leave:  07:30-08:30 + 12:45-16:15 – leg problem – it feels like there is a spike sticking in my right hip area. Notes:      //// Piers Batch Review: DE-050609-002-non-complex Records completed: [041]

Wednesday, 15 June 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart:  08:30-16:15 / Sick leave: 07:30-08:30 leg problem.  Notes: I entered the office this morning at 08:30 where upon I discovered bruce Thompson and timi spratt screwing-off (again) having a loud discussion on something called beebopi – velma eventually joined in. Mary Sampson was at her desk doing work as usual. By 09:20 both timi spratt and bruce Thompson are on telephone calls laughing and discussing something. And by 09:50 Velma also, was on the telephone – again. And here at 09:40 I am discussing with mary Sampson some clerical exam that Ms. McCoy wants data entry personnel to take soon to be proficient in the job – and here are some of the coworkers setting around doing nothing (again).  By the time I came back from break 10:20; timi spratt was still on the phone talking to someone in Vietnamese and honestly from where I am setting it sounds like to me; that timi spratt is literally crying over something (again). Honestly, I could care less if timi spratt just died where she is setting. It would not bother me one bit.  What I have gotten seriously tired of is that in the past -- repeatedly this crazy woman gets emotionally/psychologically strung-out about something – could be almost anything and then takes it out on me. And I have tried over and over and over to avoid timi spratt and whatever her nut-case problem is.  These other guys in the office could care less about me. So to prove my point let me say that in the past several things have occurred at the Passport Office.  For one, (8) years ago there used to be a supervisor named john catlett – one day something happen – I am not sure exactly what – but as he was talking to tasha thian and repeatedly yells across the floor "no body cares" re-emphasing to tasha thian by looking at all the personnel "you see - no body cares." And there were at least 30 people present.  I don't know what exactly happened but he wasn't at the job site any longer. Honestly, I would not have helped the guy out, anyways – due to the fact that some time earlier john catlatt went to tasha thian saying I was doing something(?) racist to him. And the fact of the matter is I did not do anything

incorrect to him. As John catlatt spoke with tasha thian he would not clarify what I was precisely doing for him – so I think tasha thian decided to drop the issue. I now believe that John catlatt got himself into trouble several times and at one point decided to take his aggression and/or escape out on me. In any case the above is just one of a number of incidents where I have heard personnel express basically the same thing - that nobody cares what happens to them on the job site. Even (2) other personnel (a woman named hope and a guy named benny) came directly to me while I was working/lifting all those boxes, about (7) years ago; and told me "you got to be carefully and not injure yourself, because the bosses don't care what happens". I should have listened to them. It is now Wednesday, 15 June 2005 and I am setting at my desk data entering and streaking pain is running up and down my right leg – where I need to take Motrin just to survive the torment. I might be able to walk tomorrow and I may not. I am now telling my reader; what other personnel have told me at least 8 to 10 years ago – no body cares if you are in pain, or hungry, or homeless, and/or anything else – this is the same attitude among "many" not all of the personnel that has existed at the Passport office for the past 10 years. If one more of these poverty coworkers comes harassing me (again) about their personal poverty condition(s) (which is none of my damn business) – then I am suing my employer for being way overworked. If each of the personnel at the passport office (including myself) were up in front of a Judge – I would tell the judge that some time ago; I began showing signs of burn-out/stress overload – which got worse over time. And I currently have some type of sleep disorder and have had to drastically cut down on the amount of (book) studying I use to do – which use to be "a lot". And I now spend my weekends going around Washington taking pictures at different events just to relax and have a change participation in things and most importantly "to be around (((people))) whom are positively charged with life. The more foreigners (mostly Southern Europeans) the better I like it. In brief essentially with Tasha Thian, but also under Tim Martins' management of the Passport office/5th floor – things operated as the same environment that you would find at the Gospel Mission down the street – a war-zone of racism, drugs, and fights. Mismanagement issues frequently arose. And it was I, the only employee complaining about being treated as a slave instead of a civil service employee. Once this new manager (Ms. McCoy) arrived at the 5th floor of the Passport office – order slowly, but definitely took over. To simplify this more, initially (10) years ago I was hired as a clerical employee – and then was forced into doing a warehouse technician job moving thousands and thousands of boxes and also a lot of furniture too. And do to the fact that the managers did not or could not do their jobs properly, I was forced into baby setting a number of poverty American coworkers for a long time and repeatedly against my will. And if I complained about it – then I was punished. At present, I am now back to where I was (10) years ago, hired to do clerical work in an office. And each of my supervisors and managers are well aware of the above mentioned fact – and basically decline to pay me for services previously rendered. I currently have a bad case of burn-out/overstressed and honestly am unable to do (2) jobs any longer my own and my supervisors' jobs. If my superiors keep forcing me to do (2) jobs then I have no choice but to take them to Court. Anyways, Piers database is working. Sometimes it operates fast and some times it operates slower. By 13:30 piers d/b got real slow. I don't know how the supervisors are going to evaluate me on my daily production output; but I am trying my best to get the data entry done. At 15:30 bruce starts yelling across the room about something. And then timi walked out of the office and then has a lengthy discussion with mary sampson. Several times sharron loudly mouthed-off about different issues. And several times sharron has loudly expressed her opinions to bruce and sharron. Things are starting to heat-up (again) in my office (widespread communications and personal negative expressions). And I would not be surprised that soon one or more of my coworkers start fighting each other or come harassing me on another coworker about their poverty problem. //// Piers Batch Review: DE-050609-002-non-complex  Records completed: [057]

Thursday, 16 June 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: At 09:30 bruce turns-up his radio to some talk show and then starts laughing. Eventually he turned it down. All day bruce has been leaving and entering the office frequently. At one time I saw him in the front office – just playing around. It is now 14:28 and for the past half hour bruce keeps loudly talking to velma about some 17 year old boy raping a dog. As bruce went on and on – sharron got into this loud conversation (loudly) expressing her opinion(s) about this animal & human interaction. I am at work on my computer. And Mary Sampson is instructing several other individuals on the computer system. And as usual timi spratt is on the telephone /again/ rambling on in Vietnamese. By 15:25 bruce and timi spratt are setting around laughing very loudly at and talking about Passport personnel whom are crazy and condemning them. Bruce got so loud verbally and began banging on something and expressing his outbursts (again) about some kid raping a dog and that the dog died from intercourse -- I finally was forced to put on my ear protectors. Logically what would I rather be thinking about or rather, day-dreaming about setting at my desk: some gorgeous Polynesian woman in a grass skirt on a beach in Mauii (at sunset) --- or repeatedly hearing some sick weirdo coworker getting his kicks-off of some kid doing it with an animal. Velma eventually got into this conversation. And bruce just went on and on. As my reader can understand within my office some of the personnel are at work doing the assigned duties (such as myself and mary Sampson) and other personnel (as usual) are setting around just goofing-off. I am trying hard to stick to myself today, because I am having serious pain in my right leg. I might have to take a taxi home tonight – because I am not sure if I can make it to the subway station – too much pain. Anyways Piers D/B is getting back up to speed today, though sometimes it takes longer time for some images/applications to pop-up. //// Piers Batch Review: DE-050609-002-non-complex & DE-050609-004-non-complex & DE-050609-006-non-complex Records completed [121]

Friday, 17 June 2005 Sick Leave: 07:30-16:15 – leg problem. Notes //// Piers Batch Review: 000 Records completed: [000]

Saturday, 18 June 2005          Sunday, 19 June 2005

Monday, 20 June 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: . I tried to log onto Piers D/B at 07:16 this morning – Piers was down until 09:10. Mary also gave me some work to do on the Prism D/B but the format screen to access MPDQA batch would not pop-up. Mary contacted the computer guys to look into the malfunction. Once Piers D/B came back online – I tried completing the batch DE-050609-006 – that I was working on last Thursday – something happen to the particular batch where the images were not popping-up – mary Sampson assigned me another batch to work on. At 10:30 Sherry the computer tech looked over my machine -- and said that she will consult frank Jackson (tech) about fixing my computer. By 14:00 Piers d/b began having problems again – and I was basically stuck for the rest of the day unable to get any data entry work done. And I did inform my supervisor of these. All day timi spratt, Bruce Thompson, and Sharron Statten have been basically setting around laughing and just talking about anything and everything – and their computer systems are functioning well. I am surprised that mary Sampson doesn't say something to timi spratt – because timi spratt has (((repeatedly))) today – approached mary Sampson in lengthy conversations basically about junk issues – and mary Sampson is usually at her desk doing her work (precisely). At least timi spratt is not coming and harassing me today about her crazy problems. //// Piers Batch Review: DE-050609-003-non-complex   Records completed: [026]

Tuesday, 21 June 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart:  08:30-16:15 / Sick leave: 07:30 – 08:30 leg problem Notes: I completed to batches on MPDQA and then switched over the Piers D/B to do more data entry. There is still a problem with the images on Piers database. Dave the computer guy is on his way to possibly fix the problem. At 10:30 Dave replaced my CPU and what he discovered is that at least two batches of work where malfunctions are occurring within these batches – something about the way they were created. Anyway I started another Piers Batch which has endorsement codes on every application – which is going to take some time to complete this particular batch. By 11:00 I was back doing data entry work. By 11:35 the room was quiet - mary Sampson starts questioning me (repeatedly) about some kind of strange low sound

that my CPU was making – soon after this bruce◯'s up his radio to some black talk show and th◯uce, timi spratt and sharron statten start talking/condemning people. – particularly some woman whom works across the hallway. I realize some of my coworkers are not too well educated; but when they start talking about and/or condemning other individuals – (sometimes it is a little hard to differentiate what their intent is towards the other individual – maybe they just don't like them – or maybe they may have the intent to biologically exterminate the other individual. I have learned to keep my guard up as efficiently as possible – due to the past radical behavior of some of my coworkers. Let me put it in other words – I don't let my coffee cup out of my sight – why? – because I am afraid that if I do one of the crazy/psycho coworkers seriously will put drugs or maybe even poison in my coffee. As I have mentioned previously so many of my fellow coworkers have come bothering/harassing me about their poverty condition(s) over the past (9) years and I am not even the supervisor – that I have learned to be very selective with whom I have contact with. Let me ask my reader a question here – if time after time after time over the past (9) years: you see a number of your coworkers behave like they are from the drug rehab center down the street – would you trust them? It is not a question of paranoia; but of logic and common sense. As I previously mentioned in my daily log report that some years ago under Tasha Thians' management – that I and there were others whom were forced to participate with and in the personal activities of other personnel which did not have anything to do in getting our assigned jobs done – at this point I became well aware that there was something wrong with the management at the passport office and it continued even when Ms. McCoy came onboard. So basically I can prove that my supervisors have not done their assigned jobs – because it is not my responsibility to take my fellow coworker' by the hand and set them down at their assigned work station and encourage them do their work in a timely and efficient manner – this is the supervisors' job – that is what he or she is getting paid for. I am getting paid as a clerical employee and not as a baby setter. If my coworker(s) need a playmate; then that is what Frank moss, tim martin, tasha thian, steven cox, and bill crawford is there for – not me. Basically for all the junk I have had to go through for the past (9) years; I (((seriously))) should be getting frank moss's paycheque. So I have seriously gotten tired of this freaken poverty junk in the office. Damn, I do my work and I get chewed-out because my machine is making low noise – while my coworkers are setting around making all kinds of loud noise and not performing their assigned duties. By 12:30 velma is on telephone for a long time. Again at 13:15 mary Sampson questions me about the low sound coming from my CPU. But for the past half hour I have had to put up hearing that crazy timi spratt on the telephone going on and on about some kind of junk and it seriously sounds like she is arguing with someone in vietnamese – honestly she sounds like one of those huge pigs in a barn – continuously grunting. When it starts getting overbearing/irritating; I immediately put on my ear protectors. It is now 14:00 and velma is still on the telephone going on and on. And by 14:05 bruce turns up his radio and timi spratt is back on the telephone, again. It is now 15:50 and for the past hour sharron statten has been talking her mouth off – loudly to mary Sampson and bruce Thompson. Anyways, for the past 10 minutes someone elses' computer has been peepping – and mary Sampson has not said anything to whomever's computer is beeping repeatedly – bruce did start complaining loudly. //// Piers Batch Review: DE-050609-005-complex Records completed: [062]

Wednesday, 22 June 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 07:30-14:45 / Sick Leave: 14:45-16:15 – leg problem --- Notes: This morning as I entered the office velma, bruce and crystal were all in a loud discussion about some kind of junk. Bruce is repeatedly loud as usual – where I have seriously wondered (repeatedly) why the supervisors' don't slap some (heavy-duty) duct tape over his mouth to shut the guy up. And of course bruce has his radio playing where I can hear the junk propaganda radio broadcast from approximately 100-150 feet away. Timi Spratt is back on the telephone "again", as usual and for a long period of time. None of these coworkers would be screwing-off if the supervisors were properly doing their jobs – which has been a long-time problem at the passport office. By 08:30 bruce is also on the telephone for some time. In brief, me, mary Sampson and surprisingly sharron statten are at our workstations doing work. At 10:50 robyn enters rm 520 and starts loudly arguing with velma about her steeling or something – and then rushes out of the room to discuss the matter with someone else. As soon as robyn left the office – velma, bruce and timi spratt start laughing hysterically at robyn's conduct/issue referring to her as crazy. Five minutes later some woman from another office enters rm 520 and then briefly and loudly discusses the robyn issue with velma. Bruce is now on the phone discussing the robyn issue with someone – laughing about the entire incident. As soon as bruce broke from the phone conversation; him and velma start loudly commenting again about velma. Pretty soon I am just going to put on my ear protectors just to get my job done. As I have tried to explain previously several of my coworkers continuously (emotionally/psychologically) feed off the social junk garbage that is released in the office – where someone like myself is setting at my workstation doing my data entry work and seriously thinking about how I can come up with sufficient money to take computer classes at American University – and basically getting verbally bombarded with someone elses' loud verbal overflow. By 13:20 it was mandatory to put on my ear protectors – because some of the coworkers are getting verbally out of control again. And I am just trying to concentrate on doing my data entry job. At 13:30 sharron statten enters rm 520 and starts talking (loudly) to mary and velma about somebody needing Viagra and something about a hole (I believe she was referring to a vigina.) And someone printed out a picture of a sex organ on the color printer and Vanessa Washington happened to appropriate this print and was shocked by it. Shortly after this sharron statten expressive statement – Ms. McCoy forward an email to all employees expressing pornographic materials will not be tolerated. After this velma starts talking to mary about someone putting a little baby in a washing machine and closing the door to the machine; whereupon the baby consequently died. After hearing junk as previously mentioned basically day after day after day – I started wondering some time ago; if several of my coworkers have depression. At 13:50 robyn is back in rm 520 arguing again with velma – where even timi spratt shouts at robyn about being too loud. All 3 of them continued their discussion for some time. At 14:02 the particular piers batch that I was working on malfunctioned and the images would not pop-up. Same problem from yesterday and Monday. Solution is to start working on different batch of work and see what happens. By the time I left at 14:45 timi spratt and bruce were already in a lengthy conversation about something about timi spratts' outside activities dealing with people. //// Piers Batch Review: DE-050609-005-complex---almost every application has endorsement codes ///// DE-050622-001-complex   Records completed: [066]

Thursday, 23 June 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 08:30-16:15 / Sick leave: 07:30-08:30 leg problem. Notes: This morning my cpu was (again) making low noise when used with diskettes or CD's. Mary Sampson began complaining/crying (again) about this low noise bothering her. As soon as mary Sampson complained 2 other personnel from another office came into rm520 loudly expressing their greetings and meeting with sharron statten and then with mary - and this went on for at least 20 minutes. After this bruce (repeatedly) turns up his radio where some announcer is screaming about something and keeps it going for some time - even as type this daily log report. At 09:02 sharron statten turns up her radio where the announcer is yelling - sounds like the same junk bruce was playing on his radio. I finally put on my ear protector and just went back to doing data entry work. What the issue here is and has been for the past 10 years at the passport office is """poverty people""". My computer was making low noise and I had to stop doing what I was doing on my computer; but I got to put up with coworkers yelling about junk - which is interrupting my work almost on a daily basis. The above daily log report was emailed to my supervisor. After this bruce stands around talking to mary Sampson and sharron statten about junk. At 09:10 Bill Crawford and then frankie Jackson enters rm 520 questioning me about the noise being emitted by my cpu when cd's and/or diskettes are run on it and the noise that occurs when the machine is shut down. Basically, a brief argument broke out between me, mary Sampson and bill Crawford – basically about mary Sampson complaining about some low noise that my machine is making which seems to be bothering her; but I got to put on ear protection to block out the loud noise that personnel are constantly verbally expressing in the office. Once Bill Crawford left the office – several of my coworkers got seriously loud – commenting about the incident. For me, the conclusion was that bill Crawford either could not

or would not doing anything about mary Sampson personal problem. So as long as my machine is creating low noise I got to put up with mary sampsons' cry baby junk. Oh, and should I also mentioned here that repeatedly mary Sampson has had her radio turned up enough (on numerous days) that I could here the announcer and/or singer very well. It seriously bothers me hearing mary's radio and her version of what she calls music when I am trying to data enter my work. And repeatedly a number of individuals are at mary sampsons' work area frequently in loud conversations about a little bit of everything. At times these conversations are so loud that I put on my ear protectors – just to block out the noise going on behind me. So in brief, I got much more to complain about than mary Sampson has. In brief the noise being emitted by my CPU when using diskettes or cd's was not even that loud, in fact it was just barely audiable. My previous cpu which was changed this past Monday did the same thing; but maybe a little less noticeable. My conclusion: with all the noise that occurs in the office – my cpu is just fine the way it is and mary Sampson is stressing out and bothering me again about her personal problem – which she has done in the past – several times. Ms. McCoy was emailed about the above situation. By the way I am getting seriously tired of getting blamed for the computer always having problems – what I discovered is the a number of personnel have had trouble with their computers – and yesterday and today the entire computer network crashed on the 3rd floor – passports can not be processed. When several vendors outside the building are asking me why there is so much/many problems with the computers at the Passport office – then you know something is not working right. Note for my reader: for the past approximately 2 months I have had to seriously cut down on the amount of book studying I use to do – which use to be a lot – because the pressure (conflicts) on the job site and a heavy duty study agenda was just too much pressure for me to handle. I have basically adjusted and re-adjusted my off-the-job activities to content with the overload of stress and pressure at the jobsite. And if my reader hasn't already read over the past month or two of my daily log entries – you will find that I previously indicated more than once that activities in my office were heating up ((again)) and repeatedly when this happens at least one of my coworkers automatically comes bothering/harassing me about their personal poverty problem(s). It is the same pattern repeated in my office many many times. And it doesn't matter what I am doing at my workstation data entering, typing a letter, cropping a photo or even researching materials on the internet/intranet – someone else is always interjecting their junk off on me. After today I absolutely stop trying to build a working relationship with mary Sampson – I am just spinning my wheel for nothing – just to get my basic job done. Question if my coworker has a problem – whose responsibility is it to deal with their problem(s)? mine or the supervisors. Extra note here – it is now 12:00/noon and for the past two things have been real quiet in my office. Last comment about the above incident: personally what is really ticking me off is that I know what I am supposed to do and I do it – I am not one of those lazy bums who sit around all day goofing off. But I have seriously gotten tired of all this petty poverty junk that occurs in the office – I don't have time for that poverty person groveling stuff in the office – it is not my responsibility to maintain their existence. And it is seriously hard for me to believe that Americans are living in such poverty conditions that they grovel over petty little junk instead of going after the golden ring of life – this is sick and a freaken waste of my time and energies. Yes, so I don't want any contact with several of my coworkers because they are constantly living in the gutter. By 14:10 timi spratt is back on the telephone and velma and bruce are now having another loud conversation. Someone (sharron or velma) has turned up their radio to where the announcer is literally shouting about something. So as my reader can understand nothing was done about the incident, which occurred this morning. Why – I now have to put on my ear protectors to block the crazy person screaming on the radio and that sharron statten whom keeps (loudly) shouting out junk across the room. Question here: how come mary Sampson is not complaining to any of these other coworkers about the noise they are creating at much higher decibel levels – because the problems in the office are not about little noises or smells or production output – but about one individual wanting the other individual to kiss their ass – poverty ego trippers. My reader really wants the truth about the problems at the passport office here it is: Here is the different between me and several of my coworkers. Several of my coworkers are living so much in the gutter that even if someone (else) say farts; they go verbally hysterical – these guys really think its funny. For myself I am just at the office for the paychecks – why because there is nothing else for me in this environment – even the girls here don't look good. And a number of passport personnel are basically intellectual zombies – this is what scares me (the zombie people) – I avoid them whenever possible. Except for Ms. McCoy I have no one to talk with at a much higher educational level. So when I tell my reader that I don't want contact with most of my coworkers I really meant it – because I have nothing to learn from any of them – encounters with them such as the one described above is just a waste of time and a waste of government funds and seriously impedes me in getting my job done in a timely and efficient manner. Let me put it in different wordings: repeated exposure to a number of my poverty coworkers has brought me into gutter thinking/attitude more than once; where I have to repeatedly find ways to clear my mind/attitude before engaging in my off-the-job activities. After analyzing events at the passport office over the past (10) years, I now believe tasha trian and steven cox fell into the poverty gutter in which greatly affected their job performance – because they where heavily exposed to poverty people at the passport office. To prove my point – yesterday Vanessa Washington appropriated a printout of some pornographic materials whereupon Ms. McCoy basically emailed the entire staff that pornographic materials will not be tolerated within this facility. Let me ask my reader: if Vanessa Washington and Ms. McCoy are exposed to this kind of stuff day after day, week after week, month after month and year of year – what do you think their work performance would be like in addition to their personal life. This is the (critical) point of maintaining my daily log report. I got tired (burned out) being forced to do (2) jobs for a long period of time. I am just the clerk and I type. It is not my duties to even hear the problems of that weirdo, or crazy person setting next to me in the Office that is being forced on me. The supervisor is supposed to be managing them and their problems. So what the entire issue of the above situation and other situations that have occurred at the passport office – is whom is properly doing their jobs and who is not. Oh, by the way as I type this entry that old woman timi spratt is ((again)) waving her (f) finger at me. I believe I have already made it clear to everyone that I am not interested in having sex with this old woman. And that her repeated finger invitations are seriously sick and perverted. Let me ask the Court whose job is it to be sexually satisfying timi spratt. I am absolutely positive that this duty is not listed on my job performance evaluation. //// Piers Batch Review: DE-050622-001-complex Records completed: [045]

Friday, 24 June 2005 Sick Leave: 07:30-16:15 – leg problem – real bad / Notes: //// Piers Batch Review: 000 Records completed: [000]

Saturday, 25 June 2005        Sunday, 26 June 2005

Monday, 27 June 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 07:30-16:15 Notes: Friday and all weekend my leg was hurting seriously bad. This morning as I entered the office crystal, mary and sharron were talking. By 09:45 things were ***real quiet*** in my office. Only mary Sampson and I were at work. Everyone else disappeared. It seems bruce Thompson and timi spratt are out of the office today. Man! – I can finally work in peace! What a difference from last week. At 10:50 Justina Lewis enters room 520 and begins a conversation with mary Sampson – something about old records being renamed(?). During the conversation I received a phone call from the MetroCheck office. Justina Lewis got so loud that I could not hear the individual on the phone. By 13:15 Sharron re-enters rm 520 and has a conversation with velma and mary. //// Piers Batch Review: DE-050609-005-complex & DE-050609-003-non-complex. Records completed: [090]

Tuesday, 28 June 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 08:30-16:15 / Sick Leave: 07:30-08:30 & 14:45-16:15 - Leg problem / Notes: I entered the office today at 08:17 - Bruce, timi spratt and velma were all in a loud conversation – talking about being given a number and labeled as a slave…… Eventually Sharron Statten got into this conversation. Bruce Thompson and velma in particular just kept going on

and on (loudly) --- so I put on my ear protection to block these guys out and just do my data entry work. I am seriously not interested in engaging/having contact with any of my coworkers today – because my leg is hurting me real bad. I have seriously thought about going home. I am seriously trying to avoid a number of my coworkers anyways; because it is the supervisors' job to be maintaining them; not mine. Several times today burce turned up his radio and then turned it down. //// Piers Batch Review: DE-050609-003-non-complex & DE-050622-001-non-complex    Records completed: [092]

Wednesday, 29 June 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: 15 minutes after I entered the office; velma, timi spratt and bruce begin talking about how many people are dying on the streets in DC - everyday. After this mary, velma, and sharron startup another exhaustive conversation about personnel existing in a depressive state of mind and personnel need to pump themselves up daily with a positive attitude/outlook. I got the idea from their conversation that individuals are falling into the religious trap; because they can't handle the pressures of everyday living. As the morning progressed Velma, Bruce, Sharron, timi spratt and Mary continued their conversation(s). And, here I am setting at my desk data entering my work and thinking about taking future college & military training courses; and inadvertently overhearing their conversation(s) to the point I am ready to put on my ear protection. In brief, here is another example of many; of what I have expressed to the supervisors for approximately the past (9) years - people do what's on their minds and in their hearts. As evident from the above description; I don't seriously fit-in socially with most of my coworkers and don't really want too, either. Anyone reading my daily report will discover that basically each of the individuals mentioned in today's log report are doing basically the same thing; they did a year ago; and also (5) years ago. By 08:40 I put on my ear protection to blockout my coworkers depressive conversations (and particularly timi spratt's sexual verbal expressions); which other coworkers are laughing loudly about. It is now 11:40 and timi spratt has been on the telephone for about the past (2) hours. And I have almost completed my daily data entry requirement of 150 applications. FYI for my reader - if I am setting at my desk typing away all day - then it is not even my responsibility to even hear about my coworkers problems - besides managing them or even have social contact with them. My job is to basically type and that's it. Anyways, at 15:25 I was talking with mary Sampson and velma yells out where is Kensington Maryland - which no one answered her. I then proceeded to kindly tell mary Sampson whom inturn could tell velma. Again, it appears that sharron statten has a personal problem "upstairs" - for as soon as I told mary where Kensington Maryland was located - sharron starts mouthing-off about whom I was or was not directly communicating with. And, of course, I did not response to sharron's remarks. This is the crazy stuff I have to put up with at the office - some weirdo black woman telling me whom I should be properly communicating with - basically prison camp mentality. Broken down more simply - harassment. May I remind my reader that in the past my supervisor(s) have instructed me not to talk with my coworkers. Sharron keeps harassing me; and I am not even speaking to or having contact with her. In brief, the supervisors should seriously duct tape sharron's mouth. As a reminder - in the past I have had to carry scissors in my back pocket (for protection) because I felt sharron was going to attack me. I don't know what is wrong with sharron but in the past; at least (3) other individuals in room 520 have verbally called her crazy. For me, it is one thing to have lets say; a humble reaction with sharron; but no one said I should be living like some of my coworkers do. //// Piers Batch Review: DE-050622-001-non-complex & DE-050628-001-mixed Records completed: [177]

Thursday, 30 June 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 08:30-16:15 / Sick leave: 07:30-08:30 Notes: I arrived at work at 08:16 and since then bruce, velma, and Sharron have had lengthy conversations. At 09:20 that sharron turns up her radio to some black music radio station. At 09:45 sharron is talking with bruce and velma loudly complaining about other personnel (their character and proficiency standards.) All (3) of these individuals are getting "loud!" – yelling. I finally put on my ear protectors. Piers is operating a little slower than yesterday – but is definitely working. After lunch things got quiet in my office. Even bruce and timi spratt were not even saying anything. //// Piers Batch Review: DE-050628-001-mixed & DE-050622-002-mixed Records completed: [080]

Hello Ms. McCoy

Just as an added reference to the email I forwarded to you earlier.

For at least the past (5) years, I have downloaded from the Internet many army and marine corps courses (training manuals) to diskettes and/or to memory sticks. I then take the memory diskettes/sticks next door to the print shop and have the course materials printed out. The guys at the print shop next door know me well. I am in their shop about once a week. And I just happen to come from there 20 minutes ago.

I basically study the course materials and then go to the military websites and take the online examines. (A lot of studying!)

### Courses completed

**U.S. Department of the Army, Newport News, Virginia**   Jul 2003 – Jul 2005   Photography & Journalism

Field Television Production / Photography in Climatic Extremes / Introduction to Basic Color Photography / Introduction to Special Photographic Assignments / Photographic Documentation-Admin. & Prep. / Video Tape Editing & Character Generator Operation / Copy Photography I / Laboratory Procedures / Copy Photography II / Introduction to Portrait Photography / Documentation Cinematography / Photographic Quality Control / Basic Lighting Techniques / Printing Color Negatives / Tactical Documentation Photography / Operation of Automatic Film Processors / Audio Production Principles / Operation of Automatic Print Processors / Filming Uncontrolled Action / Filming Controlled Action / Television Lighting, Audio, & Scenery / Fundamentals of Video Tape Recorders / Photographic Filters & Techniques / Operation & Maintenance of Photographic Equipment / Principles of Photography / Organizational Maintenance of Laboratory Equipment / Operation of Electronic News Gathering System / Introduction to Community Relations / Public Affairs & the Law / Still Photography for Journalists / Introduction to Journalism / Photojournalism I / Photojournalism II / Photojournalism III /

**U.S. Marine Corps, Washington, D.C.**   Jan 1999 – Jun 2005

Introduction to Electronic Warfare / Communications Security / Interior Wiring / Communications Plans & Orders / Desert Operations / Land Navigation / Antenna Construction & Propagation of Radio Waves / Solid-State Devices / Reconnaissance Marine /

The (2) diskettes enclosed are some of the stuff; I was copying to diskettes and/or to my memory sticks when mary Sampson started complaining about the low noise being emitted by my CPU. When diskettes are used in my current CPU you can hear a low level clicking of the files being transferred from one drive onto the diskette and also in reverse order. In brief, it is my current CPU that has a problem handling diskettes and possibly CD's; because previously I have downloaded most of the courses shown above and no one ever complained about my machine making noise – while copying files.

The (2) diskettes enclosed have been printed in paper form and are for your information – I don't need them returned. I thought you might want to see what materials I was copying when things erupted in my office.

Thank you

Ed

**Cheris, Eddie S**

| | |
|---|---|
| From: | Bounds, David H |
| Sent: | Monday, June 27, 2005 8:42 AM |
| To: | Cheris, Eddie S |
| Cc: | McCoy, Gale A |
| Subject: | RE: Request for Reassignment/Transfer |

Herb Casey is the Director of CA's Human Resources Division and replaced Ms. Hatchett; I replaced Rich McClevey.

Reassignments or transfers within the Department are difficult if there are no job opportunities.
You should continue to check the Department's vacancy list and may find other opportunities via www.USAJobs.com <http://www.USAJobs.com>.
Please work with Gale concerning all Records HR actions.
Thanks.

David H. Bounds
Director, Office of Information Management Liaison
CA\PPT\IML
Department of State
2100 Pennsylvania Ave. NW St. 3094
Washington, DC 20037
202-663-2424

-----Original Message-----
From: Cheris, Eddie S
Sent: Thursday, June 23, 2005 11:24 AM
To: Bounds, David H
Subject: Request for Reassignment/Transfer

Dear Mr. Bounds

If I understand it correctly you replaced Ms. Adrienne Hatchet - whom was the Personnel Director.

Previously, I had spoken with Ms. Hatchet and requested a transfer/reassignment out of my current office to another office or directorate (possibly at Main State or at SA-1.)

I have contacted you to ask for a transfer/reassignment.

Attached is a brief copy of my resume.

The reason for this request is that there are "so many" interruptions within my office that getting the work completed and in a timely and efficient manner is (almost) impossible.

And there are also, other issues.

Thank you

Ed
<< File: ESC1.doc >>

1