**Daily Log Report**    2005    (Ed Cheris)

**Sunday, 01 May 2005**

Monday, 02 May 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: As I walked into the office this morning and sat down and got to work Mary, Crystal, velma and timi spratt are all talking loudly about some junk from the television news cast. I immediately put on my ear protectors. At 09:10 Piers database crashed and I stepped-out to have a cigarette. Forgetting my book at my desk I turned around at the door and returned to my desk when I just happen to notice that timi spratts' computer is wide-open and she is not even in the office. By 09:30 things finally quieted down in the office. At 11:47 Piers crashes again – unable to access. //// Piers Batch Review: DE-050426-005-non-complex & DE-050426-007-non-complex Records completed: [150]

Tuesday, 03 May 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: Piers database system crashed even before I arrived at the office – unable to access database. It finally came back up around 08:00. It is now 09:00 and all morning bruce, velma and timi spratt have been goofing-off yelling and talking at length about a variety of topics. Twice the supervisor (Bill Crawford) entered the office and spoke with mary Sampson about the changes to the electronic databases and still bruce, velma and timi spratt are goofing-off right in front of the supervisor – which they usually do when he disappears from the office. Timi spratt keeps talking/condemning other personnel and saying the word 'shit' repeatedly. At 09:15 mary and timi spratt get into a discussion about timi complaining about something(?) wanting to sue the government -- and – something about the government messing up her mind/brain. This morning timi spratt has been acting up again – <u>several times</u> when I passed her desk she would through out her right hand above her computer like she was jabbing at something while setting in her seat and mumble something. Due to timi spratts' previous negative behavior, I came to the conclusion some time ago; that she is either on illegal drugs or has a psychiatric problem and I have tried my best to avoid any contact with her. By 10:45 Bruce, timi and mary get into another loud conversation so I put on my ear protectors. Velma has been on the telephone for a long while. By 11:15 the processing speed on Piers database is slow. At 12:42 I arrived back into the office and logged into Piers database which I then discovered that the batch of work I was previously working on was taken over by timi spratt – whom inturn complained that I was causing her trouble. I informed the supervisor of this incident – which is attached. After this I continued to data enter another batch of work. Which I completed all of the work needed to be done on the Piers database. No additional work issued so after 14:20 I spent the rest of the afternoon on the Internet. //// Piers Batch Review: DE-050426-007-non-complex & DE-050502-005-non-complex & DE-050503-001-mixed Records completed: [093]

Wednesday, 04 May 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: This morning timi spratt has been acting up "again" – <u>several times</u> when I passed her desk she would through out her right hand (with pin in it) above her computer like she was jabbing at something while setting in her seat. At 10:15 I returned from break and was about to set down in my chair to do work and I just happen to notice that timi spratt had her (left) hand raised above her head with her large (F) finger pointed upward. At 11:17 mary Sampson was helping/showing me how to scan documents for MPDQA. I happen to get up and quickly move away from mary Sampson and seezed heavily. Immediately that sharron statten starts mouthing off about germs and covering my mouth......... I told her I did not want to hear about her poverty problem. All morning several people have been sneezing – and here is this weido sharron verbally attacking me about her psychiatric problem instead of taking it somewhere else and/or to someone else. Lately sharron has - repeatedly - mouthed off to me. Sharron has previously been told that if she has a problem – she is supposed to consult her supervisor, not me. I am not the supervisor – it is not my responsibility to baby set sharron. My supervisors need to be informed particularly about this sharron incident – due to previous encounters with sharron where it was mandatory for me to carry my office scissors in my back pocket for protection. In brief, a number of my coworkers have come bothering me about their personal poverty problems over the past 8 to 10 years and I honestly feel they are trying to convert me. In any case, I briefly spoke with Bill Crawford and Gail McCoy – who both told me to just ignore my troubled coworkers – which I followed through with. But the problem of being forced to do (2) jobs and only getting paid for one has not been settled. If this case went to Court today – let me ask the Court what is the price of being psychologically tortured on the jobsite – repeatedly. --- Personally, I use to believe (strongly) in that patriotism stuff – "be proud to serve your County............" But after I got to the Passport Office and continued to encounter a number of these poverty-weidos and lazy bum coworkers – I eventually changed my mind and just do my job for the money. Yes I have been and continue to be tortured on the jobsite and I have gotten tired of it. But sincerely, I honestly feel really sorry for all those U.S. troops (almost 1600 now) whom have died in Iraq – for what did they die for – so some (bum) coworkers at the Passport office can set around goofing-off all day (day after day) and getting paid for it? //// MPDQA Review - Batches: 83061 / 83020 / 82929 /

Thursday, 05 May 2005 Break: 10:00–10:15 Arrive-Depart: 07:30-12:00 Sick Leave: 12:45-16:15 Nasal flu -- Notes: This morning bruce, velma and sharron loudly discussed sexual encounters/activities. Timi spratt is still projecting her big finger repeatedly high in the air. And this morning I happen to cough and that weido sharron statten starts mouthing-off about covering my mouth.......bla, bla, bla. By 09:46 again bruce, velma and timi spratt start having another loud discussion on joulesy and personnel conflicts issues. I put on my ear protectors. After this sharron, bruce and velma disappear from the office for a while. //// Piers Batch Review: DE-050504-004-non-complex Records completed: [051]

Friday, 06 May 2005 Break: 10:00–10:15 Arrive-Depart: 07:30-11:30 Sick Leave: 11:30-16:15 the flu -- Notes: timi spratt is still performing her figure expressions. //// Piers Batch Review: DE-050504-004-non-complex Records completed: [037]

**Saturday, 07 May 2005          Sunday, 08 May 2005**

Monday, 09 May 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: All weekend I had the flu – Saturday was seriously bad – coughing my lung out. Twice today, timi spratt gave me her middle (F) finger salute when I passed her desk. //// Piers Batch Review: DE-050504-004-non-complex Records completed: [125]

Tuesday, 10 May 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: Piers batch: DE-050509-001 had a number of application where it was difficult to read the handwriting. Twice I had to consult mary Sampson on fixing particular application for data entry. At 14:26 I encountered another application where I needed mary's assistance to continue with the batch; but Between 14:30 – 16:15 mary Sampson disappeared from the office – unable to continue with current batch until she returns. No other batches available in Piers reject review list to be completed. //// Piers Batch Review: DE-050509-001-non-complex Records completed: [063]

Wednesday, 11 May 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 07:00-12:00 Sick leave: 12:45-16:15 Notes: I arrived in the office this morning at 07:00 -- all morning bruce, velma, crystal, mary and sharron have been having a loud conversation on a number of social topics. Velma and sharron get verbally perverted at times. Bruce keeps talking about death and dying situations. So I finally put on my ear protectors. And that Timi spratt keeps flipping me her middle finger each time I enter and exit the office. And she keeps yelling out the word: shit - several times a day usually while talking to bruce. Just for the record for approximately the past (5) years I have informed each of my supervisors that this crazy women (timi spratt) keeps coming and bothering/harrasing me about her 'problem'. Even when one of the supervisors have told her to shut-up -- she keeps trying to make contact with me. At 09:55 Piers database began crashing -- unable to access until 13:15 and even then the system was slow in processing the data. By 13:35 velma, mary and sharron have another loud conversation on a number of social topics -- basically homelessness. //// Piers Batch Review: DE-050509-001-non-complex · Records completed: [091]

Thursday, 12 May 2005 Break: 10:00-10:15 Arrive-Depart: 06:50-12:00 Sick leave: 12:45-16:15 Notes: By 09:00 today my computer was experiencing problems - particularly in Piers database - where the system was not responding. My machine eventually frozen-up (repeatedly). I had to contact the computer technicians (twice) to possibly solve the problem. And also tried re-booting my machine. Still the processing time/function on Piers database is slower today than it was yesterday. This morning, both timi spratt and sharron stattan have been mouthing-off while in conversation with other personnel. And timi spratt keeps projecting her middle (f) finger -- which I try to ignore. By 11:45 Piers database continued to experience problems - where again I had to consult with the computer guys. The system is so slow that I can barley get the work done. And it occasionally freezes-up where I then need to get out of the database and then re-enter it.  //// Piers Batch Review: DE-050509-001-non-complex & Records completed: [044]

Friday, 13 May 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 07:30-16:15 Notes: Piers database is processing slow -- again -- by 09:00 I could only get 16 data entries applications completed. At 08:30 bruce turns up his radio to some black talk show -- and so I put on my ear protectors. Sharron, mary, velma, and timi spratt are not in the office today. Crystal did come in, but then disappeared. After lunch the piers database system got really, really slow -- at times the function button did not work or took a long time to work. By 14:00 I was able to complete 50 data entry records. //// Piers Batch Review: DE-050506-001-complex  &  DE-050509-001-non-complex.  Records completed: [072]

**Saturday, 14 May 2005            Sunday, 15 May 2005**

Monday, 16 May 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 07:30-16:15 Notes: today was basically quiet. Bruce and crystal was not in. //// Piers Batch Review: DE-050506-001-mixed & DE-050512-004-mixed   Records completed: [128]

Tuesday, 17 May 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 07:30-16:15 Notes: All morning sharron, velma, timi spratt and bruce have been in a loud conversation(s) about a variety of topics. At 08:35 bruce turns up his radio to some ridiculous black talk show which I could still hear even by 09:40. All morning there have been delays on Piers database operating the function buttons. At 08:50 everything froze-up -- unable to data enter anything. While the computer technician was examining my machine -- timi spratt began projecting upwards both of her middle (F) fingers. It is now 09:30 and for the past hour bruce has been around the 5th floor just talking junk/socializing with several personnel -- I happen to see him at these different locations as I went to report to the computer technician the database problem. Sharron statten is still in a conversation about non-job related topics with someone (maybe velma) -- because for the past hour+ I could hear her from my desk. After lunch piers database got real slow -- so slow that I intentionally began experimenting with digital images while waiting for the database to process the data entry -- just to have something to do. For most of the afternoon bruce, velma and sharron had lengthly and loud conversations about everything. Paulette keeps entering and leaving the office loudly expressing her greeting(s) to mary sampson each time she passes her desk. //// Piers Batch Review: DE-050509-001-non-complex & DE-050516-002-non-complex    Records completed: [063]

Wednesday, 18 May 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 07:30-16:15 Notes: It is now 08:15 and for the past hour bruce has been yelling about the mexician president yelling about racism and black slavery and some other junk. By 09:35 I completed the (2) batches of work and then recheck the piers inventory list to begin working on another batch. All the work was completed. I went to ask Mary Sampson for addition work to be completed; but she disappeared from the office for several hours. I did notice that timi spratt was logged into (2) separate Piers batches at the same time. Anyway when mary Sampson arrived back into the office she gave me (3) batches to review on the Prism database. After lunch I continued work on another Piers batch. //// Piers Batch Review: DE-050516-002-non-complex & DE-050518-001-non-complex & DE-050518-004-non-complex    Records completed: [047]

Thursday, 19 May 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 07:30-16:15 Notes: At 11:50 dave the computer guy came and worked on my computer and eventually gave me a new CPU. Some thing(s) did not work correctly on my old CPU due to several possible factors: 1. just maybe, I inadvertently deleted an operational program that I should not have. 2. maybe two or more application programs were conflicting with each other; or 3. there is some wiring/communication connections between my CPU and the server(s). 4. but, just may be a possibility - that some one is playing around with my computer when I am not in the office - the reasoning for this 4th factor is that for some time I have gone through at least (4) maybe more CPU's all having a variety of problems - so logically if the operator (me) possibly screwed-up on 1 CPU - what is going on with all these other CPU's. Dave the computer guy spent an hour trying to fix the problem and then finally gave me another CPU - which at the moment seems to be working well. Most of the day the Piers database system has been running slow - sometimes the function buttons don't work. I even showed the supervisor what was occurring with this database. By 14:15 the Piers database just keeps freezing up no matter how many times I exit out of it and then re-enter the database. Between 11:40 and 13:30 while I worked I spoke to mary Sampson about some of my off-the-job experiences - nothing negative; but all positive experiences. By 13:30 timi spratt start spouting-off: shut-up and some other things - like that guys is always talking. Of course timi spratt was sleeping at her desk - 'again' - which I just happen to see about 10 minutes earlier when I went out to have a cigarette since dave the computer guy was reattaching a new cpu to my computer monitor. About 10 minutes after timi spratt spouts-off mary Sampson ask me if I was nervous (because I was talking at length) - which kind-of took me by surprise. I told mary, not really, and that in fact I feel pretty good - since I got a real good nights' sleep - last night. I personally believe mary Sampson asked me this question because timi spratt was getting verbally unstable - again. Timi spratt has done these outbursts a number of times in the past while I was talking to someone else (almost any one) and Corey Bent witness this (timi spratt outbursts) several times. But timi spratt does not say anything when bruce, velma and/or sharron get into a loud and lengthly (usually perverted) discussion - which has (at times) lasted for hours. In fact timi spratt has participated frequently in these discussions with bruce, velma and sharron for I have heard her yelling across the room - usually expressing something in a negative viewpoint. This happened yesterday morning - where bruce starts talking about some Mexican president saying something and then timi spratt yells-out (and at length) something about the mexican president condemning black people

and something about some passport personnel do(   )mething bad to her (I think in the bathroom?)....(   )me other junk - which she goes on and on. I try my best to ignore several of my coworkers and when things get out-of-control acoustically and/or morally/socially; I then put on my ear protectors to block-out this contamination. Anyways, today, each time I pass timi spratts' desk she pops-up her middle (f) finger. And, I just smile and keep walking. My supervisors instructed me to ignore her and that is what I am doing. I keep my daily log report as a reference so my supervisor are advised about what occurs. Timi spratt has spent the past approximately 1-1/2 hours on the telephone for I could hear her discussion from where I am setting. //// Piers Batch Review: DE-050518-004-non-complex & DE-050518-006-non-complex    Records completed: [083]

Friday, 20 May 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: At 08:45 Bruce turns up his radio real loud for about 5 minutes then turn it down again. Timi spratt and sharron are not in the office today. At 09:02 piers database function buttons stop working – unable to process the work. I tried repeatedly to exit the system and then re-enter it – but made very little progress with the data entry work. By 09:57 the piers system came alive again and I finally got some more data entry work done. By 10:50 piers database again began malfunctioning/not operating. By 11:50 piers was still experiencing problem when Mr. Bounce happen to walk through rm 520 and happen to see my just setting at my desk. I arrived by early from lunch and then tried piers database which is now working but processing the data very slowly. Piers Batch Review: DE-050518-006-non-complex & DE-050519-001-non-complex & DE-050520-001-non-complex & DE-050520-002-non-complex    Records completed: [062] 33

Saturday, 21 May 2005                    Sunday, 22 May 2005

Monday, 23 May 2005 Break: 10:00–10:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-14:15 Sick Leave: 14:15-16:15 Notes: As I entered the office this morning timi spratt, bruce, velma and sharron are all in a loud conversation about a variety of topics (laughing and yelling about something and basically just goofing-off instead of doing work – "again"). And which went on for a while. I immediately put on my ear protectors and began data entering my work. By 09:30 piers database began malfunctioning and a computer technician looked over my machine. Throughout the morning – piers database froze-up several times. Timi spratt again mouthed-off while talking to bruce about her "stick-shit" problem. At 13:22 Piers database froze-up again. A note for the record – this past Saturday and Sunday I attended the Air show at Andrews AFB and basically walked around (a lot). Got some great photos; but physically over did it. Between Saturday and Sunday I walked (back and forth) at least (10 times) the length of the airfield. Pretty good , exercise. The only difficulty I basically encountered was walking up the door-ramp of the C5 Galaxy Aircraft – which was tough – especially after walking around all day on the flight line. When I awoke this morning I felt pain in my lower left leg. What has become very apparent over the past 3 or 4 months is that by getting out and spending my weekends walking to different places/monuments, and events – I have been strengthening my leg and back muscles – the physical therapy is working (well!). I have even noticed that my legs are toned-up. But I am guessing here that my style of walking must have change dramatically do to my back injury — because when I do go out walking around especially in the earlier mornings – by the early afternoons I am so exhausted that I immediately fall asleep on the train(s) as I return home and I typically go into "deep" sleep. This fall-out/sleep-out has occurred each and every time I have performed physical exercise – basically walking around for several hours. Today I am mentally alert; but physically dead tired to the point practically falling asleep at my desk. --------------- By 13:45 - the operation functions of the piers database has slowed down a lot.   //// Piers Batch Review: DE-050520-002-non-complex & DE-050519-002-non-complex & DE-050523-001-non-complex    Records completed: [070]

Tuesday, 24 May 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: Surprisingly when I walked into the office this morning everyone was quiet and at work and the only out of the ordinary thing was mary Sampsons' radio – which was turned down enough where I could barely hear the announcer/singer. As I began typing this entry; bruce Thompson turns-up his radio to some black radio program dealing with blacks and American Society – I could hear the announcer very well from where I am setting. Eventually bruce turned-down his radio. And gets on the telephone laughing with someone. Then he turns up his radio again where some old black woman is yelling about something(?) I finally put on my ear protectors to block out this poverty garbage and get my work done.    Question: who instructed any of these personnel to bring radios and/or TV's to the work area. And are they not supposed to be wearing headphones or earphones to listen to their (version) of audio entertainment. ---- Anyways, to add to my entry from yesterday, I got a good nights' sleep; but my upper legs (today) feel like I did 500 squat exercises. I definitely can get around physically; but if I overdue it then I incur pain. It will take another day or two to recover from last weekends' physical adventure. ---- By 08:30 piers database began freezing-up. Unable to type, anything. By 09:00 I exited and re-entered piers database several times and finally consulted the computer guys - whom then switched most of the personnel in room 520 to a new computer server unit to fix the problem. The processing time on the new server is faster except when the operator initiates one of the function buttons and this is when a momentary slows down occurs ('sometimes"). Anyways, Piers is now working much faster than this morning and/or over the past several weeks/months. There use to be an older computer database which was called Prism – which repeatedly had functioning problems <u>and a lot of downtime</u> – costing the government a lot of money to operate and fix. On this old system; malfunctions occurred so often and with lengthy downtimes – that I began bringing to work with me my school study notes – just to have something to do – while the computer guys worked on the failing computer system. Several years ago something happened to this computer system that several of us had no work to do for approximately 4 to 6 months. I basically sat around doing personal typing and a lot of it. What a waste of government money. Anyways, now, for over a year and a half under this new computer system (called piers) that was installed about 2 years ago -- I (and others) have experienced many, many computer related-problems/interruptions -- basically preventing us from getting our work done in a timely and efficient manner. My CPU has been replaced at least (4) maybe more times due to these (new system) computer malfunctions/problems. This CPU swapping incident just occurred last week.    **At 11:07, I walked past timi spratts' desk and she looks at me and yells-out the word: "shit", again.** And, she had on her headsets so she was not talking to bruce at the time. As soon as I sat down Mr. Crawford sat down in my work area discussing with me and frankie Jackson about the computer problem I "was" experiencing on my computer – which Mr. Crawford believed that it was (my) the operators error and I tried to tell Mr. Crawford repeatedly that it is the computer system (processing function) that was repeatedly malfunctioning because I tried several options (buttons) that several people suggested to use to accomplish the data entry task – which sometimes worked and sometimes did not work. And the problem is not the data entry operator; but the database system processing; which was functioning too, slow. In brief, here is another one of those situations where the operator is getting blamed for the lack of performance of the computer guys – why - a number of personnel have been experiencing problems with their computer systems (repeatedly) and for a long time. If any of these guys were doing their jobs correctly (upfront) very few if any of the other personnel would not be experiencing malfunctions with their computers besides putting up with a lot of frustration and stress in getting their assigned work, out. In brief, since this morning when Frankie Jackson switched my computer to the new server and (I guess) then back to the older server I have tried repeatedly to use (2) separated function buttons (which were previously malfunctioning - a lot) and now are operating with no problem(s) at all. After today, I will not be reporting to the computer guys any future computer problems – I think it is best to let the supervisor be advised of any future computer problem and let him or her deal with the computer guys. **I am not getting paid to do the computer guys, job – it is not my job to ensure that the computer system works properly -- nor am I getting paid to baby set crazy timi spratt. I am getting paid to data enter passport information. And, sincerely, I am getting really tired of being forced to do (2) jobs.** At 13:07 timi spratt returned to the office yelling to

velma about someone giving her their passport and something about her loosing her mind and missed placed papers -- saying shit, shit, shit, "again" and continued to verbalize her frustration about something(?) – missing papers - I think?. Mary Sampson got directly involved with this particular situation. I eventually put on my ear protectors to get my data entry work done. It is now 13:30 and since this morning when the computer guys switched the computer servers I have not encountered (1) system error while data entering my work no matter which function button(s) I used.  ////  Piers Batch Review: DE-050523-002-non-complex & DE-050523-003-mixed  Records completed: [110]

Wednesday, 25 May 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: This morning Piers database was running pretty well until about 10:20 then it slowed-down a lot, but was able to some work done. All afternoon the system was slow. No system errors have occurred since yesterday morning. All morning timi spratt and bruce thompson have been mouthing-off to each other about a variety of topics. At 12:30 I arrived back to the office from lunch and as I passed timi spratts' desk, she expresses the word(s): shit-boy, "again". Honestly, this time I did not even notice timi spratt setting at her desk – since I am really tired after studying text books into the late hours last night. I happen to look at her when she spouted-off and noticed bruce Thompson was on the telephone. So as evident (again), the supervisor(s) have not done their jobs – for timi spratt is still harassing me about her personal needs and/or wants – it is the supervisor(s) whom is supposed to be baby setting timi spratt not me.  ////  Piers Batch Review: DE-050523-003-mixed  Records completed: [062]

Thursday, 26 May 2005 Break: 10:00–10:15 Arrive-Depart: 07:30-12:00 Annual Leave: 12:45-16:15 GovSec Expo – attendance – DC Convention Center / Notes: At 08:02 bruce and timi spratt start yelling (((very loudly))) across the room to mary about wearing womeans' clothing and then velma and sharron get into this yelling frenzy – "way too loud." After this velma and bruce continue yelling about some other garbage and went on and on. It is absolutely necessary to have my ear protection in order to get my job done due to this freaking war-zone in the office. When coworkers are setting around yelling and screaming about junk poverty issues; which are not even related to the job and not attending to their assigned job duties – it is very apparent that the supervisor(s) are not performing their assigned job duties. For the Courts information these yelling/screaming sessions of out-of-control individuals at the Passport office have been going on for more than (10) years. Individuals like myself have to find ways to protect our (ears)/hearing besides maintaining our composure and temperance. By 09:00 bruce is on the telephone again, piers function buttons are working, but the system is real, real slow. By 11:02 I have been working on another application program while waiting for the piers database to process the inputs – which is seriously slow. Bruce is still on the telephone from early this morning and I happen to hear timi spratt on the phone again, also.  ////  Piers Batch Review: DE-050523-003-mixed & DE-050525-001-mixed  Records completed: [029]

Friday, 27 May 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 08:30-16:15 / Sick Leave: 07:30 – 08:30 Notes: Wednesday afternoon, all day Thursday and this morning my leg was hurting. I began getting muscles cramps in my lower left leg – propably over stressing my back last weekend. I am in 1 hour later today. As I entered the office this morning only crystal collins was present in the office; but bruce had his radio turned up pretty loud. Piers database is not operating so I am unable (again) to get any data entry work done. I repeatedly tried to access piers database throughout the day – but the system was constantly down. And of course, I am not running to/contacting the computer guys any longer about the computer repeatedly crashing. I will be report it to the supervisor and let him deal with the computer guys (it is his and her job to manage them – this is due to the situation which occurred earlier this week when one of the computer techs were blaming me for the computer not functioning properly. All day bruce did not say anything to me and I did not say a thing to him. Bruce repeated left the office for longer periods of time and then would return. I happen to see him down stairs in front of the building (3) separate times. I basically spent the day working on my personal website and studying a few computer-related notes. ////  Piers Batch Review: 000  Records completed: [000]

Saturday, 28 May 2005      Sunday, 29 May 2005

Tuesday, 31 May 2005 Break: 10:00-10:15 Break: (     )-15:15 Lunch: 12:00-12:45 Arrive-Depart: 07:3(   )15 / Sick leave: 15:15-16:15 leg problem
Notes: This past Sunday and Monday I went out taking pictures of the Rolling Thunder activities. Sunday walked around the pentagon and then went to Arlington national cemetery and walked across memorial bridge past the Lincoln monument and to 22nd and Constitution avenue - taking a lot of pictures - and 1,000's and 1,000's of people. (((It definitely was a great event!))) By Sunday afternoon my left leg was seriously hurting were I had to take some motrin set down several times just to relax out the pain. I finally went home; and rested up Sunday evening and then went out early Monday morning (slightly limping). I made it to several events area and took pictures; but encountered sharp pain in my leg and hip area and only spent a few hours walking around 22nd street & constitution avenue. By the time I got home Monday afternoon I could not walk up anything such as a staircases or ladders - too much "freaken" pain in my back hip area. I rested for several hours and felt much better. By this morning when I awoke; it felt like something sharp sticking in my left hip area (pain) and I was walking with a limp. I am spending the rest of the week not physically doing much - so I can recover. So as repeatedly evident by my previous daily log reports - is that I can physically get out and about and walk some distances; but it eventually catches up with me where I have to fall-out of whatever I am doing and rest for a while and then continue my former activity. And if, I physically overextend/over-pressure myself then I eventually end-up walking around (limping) with pain and critically need to use motrin and/or ben gay. The physical activity of walking distances and going to and from a variety of social activities is good physical therapy - I need it - to strengthen my muscles in my legs and back and that is why I intentionally do a lot of these walking activities. And having a camera in my hands while photographing different events definitely takes my attention away from being aware of the pain in my leg/hip while moving around these event areas - up to the point where the pain becomes a little more than unbarrable and then I find a place to rest for a while until the pain subsides. And so I am permanently; but partially physically handicapped and am still learning how to live with this handicap/injury. If I want a productive life-style then I have to physically build my body or go around crying from pain. To put it simply; as I type this log entry setting down into my chair and particularly getting up out of my chair, is "painful". I have a problem with the vertical descent and lift in my lower back area. The piers database was still not working when I signed onto my computer this morning. One of the computer techs examined my machine and finally fixed what I soon discovered what was a possibly malfunction in the web application software settings that supports piers database on my particular machine - this has happen many times before. So it is not the data entry operators' failure to operate the computer system properly - it is the configuration settings of the software packages being established and run on each computer terminal that is causing problems (at least on my particular machine). In any case piers database is still processing slow; but I am able to get some data entry work done. Even timi spratt keeps complaining (loudly) about how slow piers database is processing. Piers database keeps running slow throughout the day. By 13:40 I could only get 37 data entry records completed. In brief, look over my daily entry log for the past 30 days and you will see that I am barley completing half of my 150 daily entry requirement - due to the piers database system and/or my computer not operating efficiently. I just may be able to get about 55 entries completed today. At 09:00 the piers database was processing so slow; that I went out for a cigarette and then re-entered the office. Upon re-entering the office and passing crazy timi spratts' desk; she "again" takes her 'wet' (F) finger out of her mouth (like a banana or tootsy roll) and gives me her (F) finger solute; mumbling, something - which I honestly could not understand. I am, really getting tired of being continuously hounded/harassed by this crazy woman. It is the supervisors' job to provide crazy timi spratt with whatever she needs; not me. I am not getting paid as a supervisor nor a manager; but as a clerical employee - my job is to type. It is the same garbage over and over again; for the past (9) years; how much (""extra"") work must I do; to earn my measly paycheque -- while the supervisors are getting the big bucks and neglecting their assigned duties. Simply put it is the same problem that has occurred among a number of personnel at the Passport office many, many times; basically illustrated with the crazy timi spratt situation; that here is some poverty individual coming and bothering/harassing me about her (need or want); but she could care less if I lived or died tomorrow and honestly I could care less if she lived or died tomorrow. Basically for approximately the past (5) years each of my supervisors have not performed their assigned jobs - proof crazy timi spratt keeps coming to me for her 'questionable' need(s); after I have complained to the supervisors many, many times concerning this harassment problem. I use to think that timi spratt had problems at home such as maybe her husband might be hitting her or something; and then she brings her problems to work and takes her aggression out on other employees. After encountering timi spratts' repeated harassment (many, many, & many times); I came to the conclusion that for the past approximately (5) years that timi spratt has been harassing me for sex. A note to my reader: Honestly, I am not into oral sex and don't even like that French kissing stuff - with the tongue. My preferred choice of prime rib are mediterranean and middle eastern women (with curly dark hair, chestnut brown eyes, olive colored skin, mildly aggressive, a little taller than I am - and no-speak english, either). <u>Being sexually harassed by this old, ugly Asian woman (timi spratt) is seriously sick and perverted</u>. With an extra note here: if there were a few Greek, Italian, Lebanese, Syrian, or even Persian woman in the office - my supervisors might seriously have problems with me (((("over participating"")))) socializing with my fellow female coworkers. In reality, there is nothing at the passport office that I fine even remotely sexually appealing. And, so I am only at the work place for the paycheque(s) - there is nothing else to gain at this poverty-stricken environment - and I have told my supervisors this in the past. I have to admit here that for at least the past month neither that weirdo sharron statten nor bruce Thompson have come directly bothering me about their particular poverty problem(s). But, they do talk to other personnel (in the 3rd person) about me and other personnel for I have overheard their conversations. At 12:00 as I left the office for lunch; it was unavoidable to notice that timi spratt was fast asleep in her chair which was positioned between bruces' cubical and her cubical. By 13:45 timi spratt is engaged in a conversation with mary Sampson talking about someone doing something ,'again', to her and someone going to jail....... And by 14:05 timi spratt is on the telephone speaking with someone in Vietnamese. Throughout the day timi spratt keeps coughing and sneezing and that sharron statten keeps yelling over to hear about covering her mouth - at least today they are making a joke out of it instead of cursing each other out. //// Piers Batch Review: DE-050525-001-complex-every application   Records completed: [042]