**Daily Log Report          2005                              (Ed Cheris)**

Friday, 01 April 2005 Break: 10:00–10:15 Arrive-Depart: 07:30-12:45 Sick Leave: 12:45-16:15 Leg Problem Notes: This morning bruce thompson went around making a lot of noise until 10:00. And frequently turning his radio up and down. I just basically ignored him. The only other individual in the office, today was timi spratt, whom sat at her desk doing emails. I just happen to see her computer screen when I walked passed her desk. At 11:55 my leg was hurting pretty bad and I wanted to give my supervisor a leave form to go home. I eventually discovered the supervisor on the other side of the 5th floor assembling one of these large industrial metal shelving units – needing a lot of bolts and nuts. It is more than 'questionable' when my coworker is screwing-off for several hours and then I find the supervisor basically worn-out from doing a labor job. I could tell by the expression on his face that he was tired. Well for the passed three day I have been getting painful muscle cramps in my left leg. Yesterday I surrendered to more Motrin and Ben Gay Paste. It doesn't look like this back injury will ever permanently disappear. After speaking with at least 70 different people over the past 3 years and whom all have similar conditions as my own. Some much, much worse, and some a little less. I have come to the conclusion that by the time I reach 50 or 60 years old; it will be an absolute necessity to use a cane to get around. Particularly up and down inclines/slopes. //// Piers Batch Review: DE-050323-002 & DE-050328-001 - complex  Records completed: [074]

**Saturday, 02 April 2005                    Sunday, 03 April 2005**

Monday, 04 April 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: today every data entry application had endorsement codes – which take more time to process – either that or the Piers database is running slower today than friday. //// Piers Batch Review: & DE-050328-001 – complex  Records completed: [96]

Tuesday, 05 April 2005 Break: 10:00–10:15 Arrive-Depart: 07:30-12:00 Annual Leave: 12:45-16:15 FOSE Expo Notes: t is now 09:00 bruce has been setting around all morning talking with several personnel about his poverty personal issues. Timi spratt has been on the telephone for sometime. At 09:05 I happen to step out to have a cigarette and I see bruce in the hallway talking to robin about candy bars. When I returned to rm 520 timi spratt was still on the telephone and I overheard velma also on the telephone. Mary Sampson was at work as usual. It is now 09:30 velma and timi spratt are still on the telephones because I can hear them from where I am setting. Bruce has also been on the telephone for a while talking about his or someones' boyfriend. In brief, mary Sampson and I are the only personnel doing work, again. Sharron Staten frequently disappears from the office. The Piers database is running/processing slow today. Several systems error have popped-up on Piers database. //// Piers Batch Review: DE-050328-001--complex & DE-050328-002—complex  Records completed: [080]

Daily Log Report   Wednesday, 06 April 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: As soon as I entered the office today, I hear bruce, mary, velma, and sharron all yelling about velma's tax problem with the state of Maryland. And, something about child support and food stamps/welfare. The first thing I did is put on my ear protectors – though these guys are so loud I can still hear them with the ear protectors on. This is one of the reasons I got my ear protectors. I came into work this morning thinking about what better design techniques I could integrate into my future photography website and here are some coworkers (again) yelling (emotionally upset) about poverty issues. Someone like myself has learned the hard way to keep distance between ourselves; and these troubled coworkers – basically we don't want to be eating, thinking and living like they do. So the primary reason for wearing ear protection in the office is to help block-out all that garbage contamination which is "frequently" dispersed within the office. In brief, at the State Department and in order to get my simple data entry job done; I need to implement a psychological warfare technique. At 08:50 I stepped out to have a cigarette and as I passed timi spratts' desk she says shit and stink looking at bruce Thompson. Several times last week timi spratt mouthed-off as I passed her desk; but she would wait until I was at the door instead of directly at me near her desk. Just for the record I took a shower this morning and am wearing clean clothes and so I know I am not aromatically over powering. Monday morning timi spratt began spraying a lot of what smelled like vanilla – in which the smell was so bad that I had to tell mary Sampson I am stepping outside to get a breath of fresh air. Frequently there is some kind of smell present in timi spratts' work area; because I have to pass her work area to and from my desk and I have noticed it repeatedly. The major smell that frequently shows-up is formaldehyde (which I refer to as the smell of death) – and, which I start coughing almost every time I encounter it. In brief, timi spratt has repeatedly bothered/harrassed me saying things like shit-guy and stink/smells and some other junk – and she is the one repeatedly smelling like the living-dead. At 09:30 I again stepped-out to have a cigarette and as I passed timi spratts' desk; she says again, shit and something about going in and out. When she says this; she is not looking and/or focusing directly at me. But past experience/ behavioral pattern with timi spratt has demonstrated that she will start acting like she is possessed. So I know better than to confront her and just report it to the supervisor. At 09:40 timi spratt goes to mary samspons' work area and starts talking about someone (outside) doing something to her or harming her. Bruce and sharron, again disappeared from the office. At 10:50 timi spratt starts expressing to bruce saying loudly that someone is a stupid shit and something about their ridiculous behavior. I did get the idea that this time timi spratt was not talking about me. Anyway, timi spratt kept on mouthing-off saying the word(s): stupid-shit. And I kept on typing. Finally Mr. Crawford entered the office around 11:00 and timi spratt finally shut-up for a short while. Then by 11:30 she started back up again. Anyways timi spratt has become 'active' again and will more than likely come bothering/harassing me (directly) about her personal problem. How I know this because it is the same pattern she has displayed repeatedly in the past. Honestly, I am too damn, tired to put up with timi spratt besides several other troubled coworkers. For myself, I am frequently trying to get a cigarette and still drink a lot of coffee and eat candy bars frequently – all stimulants. And my supervisors are well aware that I frequently go out for a cigarette. To give my reader an explanation, for excessively intake of these stimulants. Let me describe yesterdays' activities. I came to work as usual and then at 12:30 I attended the FOSE Expo at the DC Convention Center and walk-around for about (2) hours. Then I got onto the subway/train. Once I sat down in the train – I went out like a light bulb. In solid ryhm-state sleep for about 40 minutes. Anyone could have robbed me and I honestly would not have been aware of it. Once I woke-up; I had regained my energy and then headed to Crystal City Mall to meet some friends. For about the past year and a half; I have frequently woken-up from sleep in the middle of the night. And, not always the same time of night. And basically, I have a couple of cigarettes and maybe a cup of coffee and usually go back to sleep. Sometimes, I can't go back to sleep and stay up the rest of the morning (usually studying) and then come to work. And as the day progresses I consume more stimulants to stay awake. And usually by the time I get off work and get the subway train to go home I am then asleep on the train. This has happen many times. One time I was so tired; I fell asleep in a restaurant. Since the

restaurant owner knew me and always saw me reading books; he did not tell me to get out. You can even ask mary Sampson that at least (10) times; I have fallen asleep at my desk just after my work schedule was completed 16:15. With (2) of these sleep drop-outs mary Sampson had to wake me up because she was leaving the office at 17:00. As time past; these middle of the night sleep interruptions occurred more frequently. A year ago I thought I had a form of post dramatic stress syndrome (PDSS) or what is commonly referred to as burn-out due to all of this garbage I had to put up with at the office. After speaking with several individuals/friends I find out that I have (a form) of sleep disorder called apnea – which also seems that a lot of people have this sleep disorder. Several of my friends told me that they know other individuals working 2 and 3 jobs and have severe sleep problems. Apnea can be caused by a variety of things; working two jobs. Or too much stress. Or ingesting too much stimulates. And, a number of other things. In my case putting up with all the garbage at the work place and maintaining a very, very heavy study load would definitely have given me sleep apnea. Basically I have a case of burn-out and sleep apnea and it has been impacting my study patterns (a lot). I recently needed to cut-down on the amount of studying I do on a daily basis – because its' too much pressure. So in my case there is an additional factor. Due to the back/leg pain I frequently needed to take the pain reliever Motrin. Motrin definitely works in relieving pain but also has a terrible after-taste. If I consume the basic (2) tablets of Motrin it will put me to sleep almost within 20 minutes. To get back to a normal sleep routine; I need to quiet coffee, cigarettes and candy bars; and definitely change the pain reliever that I have been using. Using Motrin (in addition to other factors); more than likely altered my sleeping pattern. Anyways it is now 11:15 and piers database has crashed (3) times today. By 14:20 Piers database processing capabilities has slowed down a lot. //// Piers Batch Review: DE-050328-002—complex Records completed: [085]

Thursday, 07 April 2005 Break: 10:00-10:15 Arrive-Depart: 07:30-12:00 Sick Leave: 12:46-16:15 Notes: Piers database crash twice this morning – and has been operating slow. At 10:22 Piers database crashed again. It is now 11:45 and system errors keep popping-up on Piers data entry screen. Bruce came in late today, and ever since he arrived he has been goofing-off just setting around talking to a number of personnel and on the phone. Sharon disappears from the office frequently. Audio Visual, mary Sampson, and Liaz, the only individuals actually at work – you can hear our keyboards clicking away. I went home early today – because I feel like I have the flu or maybe its the pollen in their air – coughing and sinus drain //// Piers Batch Review: DE-050328-002—complex & DE-050329-001—non-complex Records completed: [070]

Friday, 08 April 2005 Arrive-Depart: 07:30-16:15, 09:30 – 16:15 – flu /// Notes: This morning I arrived into the office and bruce and velma are at mary Sampsons' work area and all three of them were having a very 'loud' discussion on a number of topics. I just put on my ear protectors. Eventually bruce and velma returned to their assigned seating areas and continued their conversation by yelling across the room. As I entered the office I just happen to notice that timi spratt was on the internet. About 15 minutes later she was back on the telephone, again. By 08:05 crystal and mary are in another loud discussion about crystals, medical complications and then bruce entered the discussion. About 20 minutes after I entered the office this morning I began coughing heavily. Timi spratt was also coughing – which she does on a daily basis – which I honestly believe is from all those chemicals she is always spraying in her cubical. Later mary Sampson was also coughing. There is some kind of mold or possibly chemical/dust present in rm 520. Other personnel have previously complained about this mold or possibly chemical/dust. It is now 08:30 and velma and bruce are still at it. Anyway I have definitely come down with stomach virus/flu and have had it for the past (2) days. Bruce keeps turning up his radio – playing that obnoxious sounding music he thinks is good. By 08:55 timi spratt and mary Sampson are having a lengthy discussion covering a variety of topics. Since I can hear their discussion – timi spratt is still talking about other people's conduct and someone or a group doing something bad to her and something about someone going to kill themselves. After talking to mary, timi spratt gets back on the telephones – laughing with someone – personal call. Once the phone call was over her and bruce began joking and discussing some junk about taxes. //// Piers Batch Review: DE-050329-001—non-complex Records completed: [032]

Saturday, 09 April 2005          Sunday, 10 April 2005

Monday, 11 April 2005 Break: 10:00-10:15 Break: 15:00-15:15 Lunch: 12:00-12:45 Arrive-Depart: 07:30-16:15 Notes: On Saturday 9 April I photographed the Cherry Blossom Festival from 08:30 – 11:30 walking around the Mall Area then down Constitution Avenue. By the time I got passed the White House my leg/back pain acted-up again and I went home and rested. By Sunday morning I was feeling pretty good and so I went to the Jefferson Memorial and took a lot of photos of the Cherry Blossoms/scenery. I was doing real good going up and down the steps at the Jefferson Memorial. It seems like having a camera in my hands (kind-off) slows me down – instead of just rushing from one point to another. Well on my way back (walk) from the Jefferson Memorial to the subway station – wamo' the back/leg pain hit hard and I was back on bengay paste and Motrin – tearfully limping home. I basically rested at home all Sunday afternoon. Living with this disability is not easy (terrible). Basically I got to keep learning to pace myself in my (physical) activities – instead of just rushing and jumping around like I use too. For an extra note here: I am one of those guys whom cannot stand watching a football/baseball game for 2 – 4 hours – it is too boring. But put a camera in my hands and put me on the sidelines at the ball field and away I go. I am also a chicken of being on top of high buildings/structures and flying in airplanes; but if I am on top of a building or in the air taking photos then the height/altitude (visual effect) does not bother me. This is same affect with crowds of people at events and festivals. I normally can't wait to get away from these crowds of people just to much mass confusion. But give me a camera with a telephone lens and "wow" crowds of people are fabulous/energizing. The closer you are to the subject/action the better the picture. Anyways, at 08:05 Maudel starts complaining (loudly) to mary Sampson and crystal Collins about some personnel conflict that she encountered with Justina and someone else. This is early Monday morning and personnel are talking about filing grievances. Luckily timi spratt nor Bruce Thompson are in the office today – so the morning hours have been serene. At 13:00 wilma entered to the office with a plate of food (lunch) and at the same time the vacuum cleaning lady enters rm 520. Velma immediately requested that she come back later because she was eating. As soon as the vacuum cleaning lady left the room, velma starts commenting to mary Sampson about the dust created from the vacuum machine. Two hours latter it was mandatory to send my supervisor the following message: _____ At 3:10 today the cleaning woman came into rm 520. Each time she vacuums; dust is stirred-up. I was setting at my terminal data entering and began coughing from the dust, when all of a sudden that weirdo Sharron Statten starts mouthing-off to me about covering my mouth and learning some manners and something about (CBO's) from one so-to another setting in mary sampsons' work area. So she was mouthing-off to me. She kept on mouthing-off to me after I had told her twice that I did not want to hear about her poverty problem. I have to something about putting this weirdo in self-defense as she comes attacking me. But I have gone way out of my way to avoid this particular individual. After mouthing-off to me, sharron got on the telephone again arguing with someone (maybe her boyfriend), and then hangs-up on them. Which she has done several times before. I think this is just one of those cases where Sharron is coming and dumping her aggression on me. And I honestly could care less if she lived or died. I thought you should be informed about sharron's condition before something else errupts. Thanks Ed _____ Well here is another one of those situations where I am just concentrating on

doing my data entry job and one of my coworkers come bothering me (((again))) with their personal problem(s); interrupting my work. And again, I am being forced to do the supervisors job. The response from the supervisor is attached. Concerning the individual (sharron statten) mentioned above. There have been other hard verbal conflicts with this individual in the past – where I was forced to carry my office scissors in my back pocket because I had no doubt that this individual was going to attack me because she has a psychiatric problem and it is not my responsibility to 'fix it'. In light that several supervisors don't critically restrict/curb sharron statten's negative behavior; besides several other out-of-control personnel – then personnel like myself are left to defend ourselves at whatever measure is "absolutely" necessary. Similar situations as previously mentioned above; have been going on at the Passport office for years and among a number of personnel. For me, the situation mentioned above with sharron statten is seriously a waste of my time – when I am already trying to get my work done properly. The legal condition in the above case is that sharron has been told more than once; not to make contact with me and I have been told not to make contact with her due to previous engagement/conflicts. If I may explain to my reader both the Sharron statten situation and the timi spratt situation were both previously taken to Frank Moss's office. It is his responsibility to "fix" their problems, not mine – I am just a clerk typist and that is all I am getting paid for. I honestly thought that once ms Mccoy (the manager) came on board things in the office would change; but it has been approximately 70 workdays since another coworker (timi spratt) came bothering me about their personal poverty problem. //// Piers Batch Review: DE-050329-001—mixed & DE-050329-003—mixed Records completed: [114]

Tuesday, 12 April 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: This morning as I entered the office velma, bruce, sharron, crystal and mary were all yelling about that drugged-up bomber that was captured at the US Capitol yesterday and then they started talking about other non-job related topics – this garbage yelling went on for about an hour. At 07:32 the ear protectors go on so I could get some work done. By 08:25 bruce keeps turning-up his radio to some talk show were the announcer is screaming about something(?) Repeatedly this morning system errors keep popping-up on the Piers database screen. By 14:00 bruce and velma are at it again. Bruce has basically been screwing-off all day and on the telephone for long periods of time. That weido sharron statten has also been screwing-off all day not only on the 5th floor but I have seen her several times downstairs in front of the building just standing around talking. So as my reader can see from yesterdays' incident with sharron statten – the supervisors did not do anything about sharron statten's behavioral misconduct. At 16:30 I had a brief talk with Vanessa Washington (one of the managers) kindly informing her again that I am getting a little more than run-down being forced to do (2) jobs – mine and the supervisors. And I am getting tired of putting-up with several of my coworkers and their ethnic conversion junk. – end of discussion. Extra Note: After 10 years at the passport office this is the conclusion I have come to that some passport personnel expect/insisted that other passport personnel conformed to/participate in their lifestyle(s). And, if they don't, then they are condemned and considered the bad guys and must by continuously on guard for other personnel conflicts. The primary purpose of this daily log report is to keep an accountability of how many times a number of my coworkers come bothering me about the social/ethnic problems – which the supervisor are supposed to be handling, not me. If I may prove my point with the sharron statten incident occurring yesterday. Both timi spratt and mary Sampson have been coughing a lot over the past several weeks. A lot more, than I have been. Mary Sampson seems to have a heavy sinus condition. While timi spratt's cough honesty sounds more like lung cancer – which might be do to all that junk she is always spraying in the air around her work area. Sharron statton has not been yelling at them about their coughing. And, so I am and have previously been targeted by sharron statton more than once and I basically keep telling her I am not interested in hearing about her poverty condition. It is basically the same thing over and over again. When I have to deal with sharron Statten (besides several other problem coworkers); then I am not actively performing my data entry duties (as required). But being forced to do the supervisors' job. Where is the supervisor? This is the problem at the passport office and has been for years – the supervisors have (((repeated))) failed to perform their job duties – forcing employees like myself, to do extra work and not getting paid for it. If this case was in Court today – then let me ask the judge this question. Whom does sharron statten officially report to: me or the supervisor in charge. Secondly, whom is responsible to provide sharron statton with what she needs (whatever her needs may be -- which is somewhat questionable, anyway); mine or the supervisors. The fact of the matter is the supervisors are not providing attention to sharron statten; and in turn she is coming and harassing me to participate in her poverty activities. It is the supervisors' job to take the problem coworker by the hand and set them down at their assigned work station and have them do their assigned duties. It is not my job to baby set my coworker(s). The actual picture here is that over the past 8 to 10 years I have repeatedly been way overworked by being forced to do (2) jobs; mine and the supervisors job – while the supervisor(s) set at their desks and get a big-fat paycheque. Definitely, a case for the Court -- I want the big-fat paycheque, too! And I have earned it. To further justify this statement my poverty coworker would not be bothering/harassing me if she had the big-fat paycheque. Logically, if she did had the big-fat paycheque; she would be too busy in someplace like the Carribean chasing after some other guy in tight shorts -- instead of trying to weasel something from me. This condition of poverty at the passport office is so bad that restraining orders should have been placed again several passport personnel more than (5) years ago. //// Piers Batch Review: DE-050329-003—mixed Records completed: [088]

Wednesday, 13 April 2005 Break: 10:00–10:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-14:15 Sick Leave: 14:15-16:15 Leg Problem Notes//// Piers Batch Review: DE-050329-003—mixed & DE-050329-005—mixed Records completed: [062]

Thursday, 14 April 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: //// Piers Batch Review: DE-050329-005—mixed Records completed: [110]

Friday, 15 April 2005 Break: 10:00–10:15 / Annual Leave: 12:45 – 16:15 Arrive-Depart: 07:30-12:45 Notes: : At 09:02 timi spratt begin again mouthing-off to bruce about the office smelling like shit and people spying on her and something about leaving or going back to some communist country she previously left. Looks like timi spratt is getting active (weirding-out) again. If she comes bothering/harassing me again – then I am reporting it to my supervisors as ethnic conversionism – for too many times coworkers have come bothering/harassing me about their personal poverty problems (particularly timi spratt). There is nothing in my contract that says I am supposed to be converting to someone elses' lifestyle. I got 8,000 – 10,000 years of Greco-Roman history to caught-up on. And, I honestly could care less about the (((third-world America))) junk from my coworkers; whose poverty condition(s) is their, own personal business. In addition, they are not my people and I am not obligated to feed, cloth, and/or baby set them. As I previously mentioned earlier in my daily log reports – several of my coworkers could care less if I lived or died tomorrow and I honestly could care less if they lived or died tomorrow. So there is no sense of even saying good morning besides conducting personal communications. I am at the workplace to do my specific typing job and that is it. Anything more than that; then I am being forced to do (2) jobs (mine and the supervisors). At 10:20 timi spratt starts talking about/condemning some woman in the office saying the word shit over and over again. In reference to the Greco-Roman History mentioned above let me clarify this statement more. We are all serving our county (USA) because we are born here – its' our country -- we are supposed to serve here. Over the past (10) years I have met hundreds of Americans of all different ethnic

backgrounds – whom are going through a process I called de-anglo-saxonizing themselves and trying to re-gain more of the cultural identify/fingerprinting that there grandparents were. In fact some of these individuals even purchased property and investments in the old countries so that can eventually retire there. In brief most of us are around the same age group and have come to the conclusion that the melting-pot generation that was once in American is fast disappearing. So someone like myself starting several years ago and outside of the work environment began hanging around Greek and Italian establishments to re-establish/re-enforce my ethnic heritage connection. I have even joined a few social clubs and now take pictures for them. And who knows; I may eventually reside in Greece and/or Italy – which for me, would definitely be a wonderful experience. And around the age of 50 I will probably end-up marrying a Greek or Italian woman. So I already know what I want out of life and I am trying my best to acquire it. Hanging around and getting (socially/poverty) contaminated by some of my coworkers is not benefiting me at all. And, I eventually needed to initiate my own de-programming method from getting contaminated by all of this junk from my coworkers – and now, most of my friends outside the workplace are foreigners – 'not standard Americans'. I have even noticed that my foreign accent is slightly returning. So I am just doing my job for the money and have no sincere interest in buddying-up with a number of my coworkers – because there is nothing in it for me. Let me take this one step further to clarify to my reader a deeper understanding. I recently completed my 20 years of government service and I am proud I served our Country (USA) – 'its' what every American should due. I said 20 years ago that I would serve our country for 20 years and I have and I am satisfied. Let me put it in different words: I have rightfully fulfilled my obligation. Just-in-case WWIII or Armegedon brakes-out tomorrow. Let me say, I definitely will not be at my (American) post setting with that dirty American next to me; but will be in the trenches with my fellow Greeks in Greece. Logically, if I am going to possibly die for freedom, liberty, and justice besides fighting for good against evil – whom would I rather give my life for that strange dirty bum setting next to me in the office or my own cousins in a foreign land. (Honor and dignity) //// Piers Batch Review: DE-050329-005 — mixed & DE-050413-011 — mixed. Records completed: [070]

**Saturday, 16 April 2005     Sunday, 17 April 2005**

Monday, 18 April 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: Today was basically quiet in the office – bruce Thompson was not here today. As indicated by the records completed I went beyond the 150 data entry records required on a daily basis. I believe because I got (2) separate batches back-to-back with old passport applications and no computer system errors and the office was basically free of distractions. I was able to complete a lot more today than I have on previous days. The strategy here is can I accomplish the same results tomorrow and the day after. //// Piers Batch Review: DE-050413-014 — mixed & DE-050413-007 — mixed Records completed: [201]

Tuesday, 19 April 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: For most of the morning velma has been on several telephone calls. Bruce has repeatedly all morning had conversations with a number of individuals about a variety of topics. And I just happen to notice that timi spratt was doing emails, again and has been on the telephone several times between 07:30 – 10:00. Again, me and mary Sampson are the only ones doing straight work. Around 10:40 I discovered bruce playing around with some girl outside the building (in front). By 10:50 timi spratt is back on the telephone. And velma is still on the telephone from this morning. And it is now 12:00 and velma is still on the telephone. For the past hour bruce has been running around the 5th floor just talking to people about junk. At 13:00 I thoroughly cleaned my work area and then continued my data entry. The following message was email to my supervisor. Between 14:45 – 15:00 I happen to be speaking with Mary Sampson about the flower show coming up at the national cathedral in early May and the Bonsai Festival at the National Arboritum in mid-May. During my conversation with mary, timi spratt began making noises/low sounding comments. At 15:00 I stepped-out to have a cigarette and as I passed timi spratts' desk she began verbalizing some kind of junk – something about 'he doesn't shut up' . . . 'bla bla bla'. I left the door close behind me as I exited to room. Note here - bruce Thompson was not at his desk. And velma was still on the telephone. So basically timi spratt is bothering/harrasing me again about her personal problem. ------ Note for my reader – earlier this morning timi spratt and bruce were having a loud conversation and no one says anything. But I start talking to mary and timi spratt begins to mouth-off. //// Piers Batch Review: DE-050413-007-non-complex & DE-050413-004 — mixed Records completed: [140]

Wednesday, 20 April 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: All morning has been quiet. By 11:02 I completed 135 data entry records and decided to go and have a cigarette – as I passed timi spratts' desk, she verbalized the words: 'bull-shit – boy''. I looked at her and just kept walking. By noontime I will have completed my 150 daily data entry requirement. Pretty good, timing. As my reader can understand – I can be pushing my butt all morning to get the work out and not even paying attention to any of my coworkers because I am too busy and what happens -- one of my coworkers comes harassing me when I need a break. At 14:30 I re-entered rm 520 after going to the bathroom – passing timi spratts' desk – she looks at me and says "shit". After this I began data entering my work and timi spratt went back onto the telephone again for a while. //// Piers Batch Review: DE-050413-004 — mixed & DE-050413-003 — mixed Records completed: [192]

Thursday, 21 April 2005 Break: 10:00–10:15 Sick Leave: 12:45-16:15 – Leg problem, again Arrive-Depart: 07:30-12:00 Notes: It is noontime and for at least the past ½ hour timi spratt has been on the telephone. Velma has basically been on the telephone almost all morning. Mary Sampson and I have been doing our work. I went home early today because the pain in my leg began acting-up again. Today timi spratt sat at her desk saying shit and dirty (again) – but I could not make-out whom or what she was referring too. //// Piers Batch Review: DE-050413-003 — mixed & DE-050413-002 — non-complex Records completed: [050]

Friday, 22 April 2005 Break: 10:00–10:15 Arrive-Depart: 07:30-11:30 Sick Leave: 11:30-16:15 sinus problem – heavy pollen – a number of people are complaining about it. Notes: At 11:00 timi spratt steps out of the office and returns and loudly complains to bruce Thompson about something being dirty & filthy. I think she was talking about the woman's restroom – where in the past someone has (more than once) taken solid human waste product and scattered it on the walls and bathroom accessories. At least she has not made direct contact with me yet, today. //// Piers Batch Review: DE-050413-002 — non-complex. Records completed: [050]

Saturday, 23 April 2005       Sunday, 24 April 2005

Monday, 25 April 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: 08:45 - bruce has been Bs'ing with a number of personnel – talking about a variety of personal topics. By 09:30 velma, bruce and timi spratt are all on the phones. At 10:22 I stepped out of the office to have a cigarette and as I passed timi spratts' desk – she starts mouthing-off to bruce "that guy is always going in and out and some other stuff. Again, at 11:22 I stepped out side to have a cigarette (trial test); and again as I passed timi spratt's desk she starts mouthing-off (again). At 11:40 – particularly (bruce), but also vela, sharron and timi spratt start talking loudly about a bunch of personal junk so I put on my ear protectors. Anyway, I spent yesterday photographing the flower gardens at the Franciscan Monastery near Brookland metro station. Got some good photos from this assignment. Walked around for about (3) hours and made it back to the subway station. As I walked down the steps into the subway station I was at the point of almost (physically) collapsing – pain especially in my left leg. I rested/sat for a while and then went home. At least I am walking (getting around) a lot better than I did a year ago. As my reader can understand – I am able to get out and roam around the city; but if I exert too much pressure on my back – then I am forced to stop whatever I was doing for a while. And, yes it can be very painful. But this adventuring-out and going to different places and also taking pictures is one of my physical therapy techniques – it is helping me buildup/strengthen my leg and lower back muscles. I am not trying to perform a Spartan workout on the weekends – but slowly over the next (12) months gradually buildup my leg, waist and back muscles. My plan over the next (12) months is to visit most of the events, monuments, parks, and other places in and around the DC Area (on the weekends) giving me a gradual, but frequent and steady physical exercise routine – basically building physical endurance while getting the best photos I can. On these weekend assignments I usually take along my study notes for computer science and study them as I walk-around the parks, monuments and other places. This way I am doing 2 or more things at one time and it all benefits me. And if I just happen to meet a nice girl on my weekend adventures then there is something (((extra))) for me to accomplish. So as anyone can understand I am not a lazy bum. Even when I am handicapped, I live an active lifestyle – and am doing pretty well at it. Let me put it in different words; I need to either try my best to physically buildup my body's muscle/skeleton system or continue to spend time in the hospital's ER walking around in very extreme pain like a 99 year old man. The honest truth is every one eventually gets something and I got the back problem. I really could care less about playing football or soccer and any other high impact sports. But,.. I am way too young to be giving-up women and so I need to find a way over and/or around this handicap. Which brings me back to the beginning of todays' daily log report. Outside the work place I live a simply structured, clean cut and 'peaceful' lifestyle. I come to work and do my assigned job and some of my coworkers come bothering/harassing me about their personal poverty problem(s). I am not the supervisor – I am not responsible for nor am I getting paid to manage my coworker. After a while I have gotten so damn tired of being forced to do the supervisors job – that if one more incident occurs I will be emailing my second level supervisor (Ms. McCoy) letting her know that I will be taking leave to file a lawsuit at the U.S. District Courthouse. At 15:00 I went and took a break and arriving back to the office bruce, velma, sharron and timi spratt are all in a lengthy conversation about sex and sexual devices. At 15:12 bruce, sharron and timi spratt disappeared from the office. Velma was at her desk. Mary Sampson left the office this morning and crystal has repeatedly left the office early every day for the past 2 to 3 weeks. All batches in the Pier reject review have been caught-up – unable to do additional work because the work has been caught-up. //// Piers Batch Review: DE-050413-002—mixed Records completed: [092]

Tuesday, 26 April 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: at 08:30 bruce enters mary sampsons' work area and began talking to mary about some guy repeatedly trying to kill himself by first drinking draino and then firing a shot gun blast through his throat area and then bruce detailed the blooding experience of other people discovering this suicide incident. Yesterday, bruce was talking about some kid getting killed on Minnesota Avenue in DC. After talking to mary; bruce then gets on the telephone for a long while. Bruce definitely has an obsession with death and dying – because repeatedly over at least the past (5) years; bruce continuously talks about death and dying issues. If anyone is wondering why I wear ear protection in the office it is used to block-out junk like bruce is continuously expressing. I don't want to be eating, thinking, and living like this other guy. In brief, this morning, I am setting at my desk data entering my work and dreaming/praying for (((any))) opportunity of being able to photograph places like Corinth, Greece and Naples, Italy and Pompei and Petra and many other archeological sites. And as I work and think about how to technically photograph ancient ruins; I am picking-up vibes that either my coworker is seriously depressed and/or possibly contemplating suicide. As I typed the above details timi spratt enters mary Sampsons' work area and begins discussing personality conflicts in her family (life) and some one in her family (again) doing something bad to her. Velma is still on the telephone from this morning. And, Sharron repeatedly enters and leaves the office frequently. Crystal again has disappeared from the office.     //// Piers Batch Review: DE-050426-001-mixed Records completed: [096]

Wednesday, 27 April 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: I basically put on my ear protectors today and blockout bruce, velma and sharron. //// Piers Batch Review: DE-050426-001-mixed & DE-050426-002-non-complex Records completed: [100]

Thursday, 28 April 2005 Break: 10:00–10:15 Break: 15:00–15:15 Lunch: 12:00–12:45 Arrive-Depart: 07:30-16:15 Notes: This morning as I arrived into the office and sat down and got to work – velma is repeatedly 'screaming' out-loud about something (?). Seriously irritating and distracting. I immediately put on my ear protectors – though I could still hear her. And, Bruce is on the telephone again, laughing with someone. By 07:50 Mary, bruce, sharron and velma are all yelling across the room about some little girl and some lawyer shown on the TV news and some other junk. Seriously ridiculous – that velma is so loud – I seriously wonder if she is on illegal drugs. After a while mary quieted down and then bruce and velma but also sharron went on with their loud and obnoxious conversation for some time. Should I make a note hear – Bruce, Velma and Sharron are much - much louder - yelling across the room – than when I am speaking to mary and/or crystal and you don't hear me describing in the above statement: timi spratt yelling-out to or harrassing them saying things like: shut-up or shit-guy and so on. Timi spratt makes many of these comments, basically when I am speaking to someone else. This happened yesterday when I was speaking to mary Sampson and timi spratt began making strange noises/low sounding comments. By 07:45 sharron disappeared from the office and bruce, timi spratt and velma are on separate telephone conversations and mary Sampson has turned-up her radio to some black music radio station where I could hear the singer very clearly. At 12:50 after taking a Motrin table (for my leg pain) and setting at my desk data entering my work and thinking about different ways I could possibly make more money from my weekend photography business --- I just happen to burp (due to the Motrin upsets my stomach). Immediately following this burp timi spratt starts making comments to bruce about it and then bruce starts laughing hilariously and then that crazy sharron yells-out who did that and they should say 'excuse me'. For me, I did not think anything of the burp nor did I feel angered nor embarrassed at what bruce, timi, nor sharron were doing or saying. What struck my attention is that some of my coworkers are ((repeatedly)) making a big deal out of some (any) little thing (and

it doesn't benefit them in the long run). The burping example mentioned above is just one of a number of things particularly bruce, timi, sharron, and velma have previously exploded over and 99% of these incidences were not even dealing with me. These guys are not rich enough to leave their jobs; but are continuously erupting over little things instead of trying to find their next meal. This morning's (yelling session) is a good example. Hard core reality has repeatedly shown that some of my coworkers have serious psychiatric problems (probably due to living in a state of poverty for a long period of time). They are not on any personal mission nor are they out to achieve anything – they just exist day to day. The military guys call this individual stagnation (looping) – basically it is where the individual /mentally goes around in circles (wasting a lot of their time) and doesn't get anywhere in the long run. I have observed this looping effect in several other personnel at the Passport Office over the past (10) years and is the prime reason I avoid contact with these problem people. In contrast to the above – at the Passport office you will find other personnel who know what they want out of life and are after that objective. They are focused and are succeeding. For myself I cannot be living, thinking and eating like timi spratt, velma, bruce and sharron besides several other passport personnel because I am just the opposite personality profile. I am starving to do more and more in life. I know what I want out of life and am trying hard to achieve it. Honestly I am one of those highly motivated individuals whom has an entire list of objectives to achieve. My problem is if I do too much at one time – I get severe burn-out and then need to take a vacation for a while and so I have learned to pace myself and do things by increments. I am one of those guys that I have 20 or 30 projects all going at one time. I work on one project for a while and then switch to another project and then eventually return to the other project I was working on (and back and forth) and eventually get them all done. Someone like myself way over depletes my resources to the extent that I have to go out and work a second job and/or start my own business to generate more and more funds to achieve and finance my next future objectives. I am not afraid to go to places such as the amazon basin and photograph the flowers, and the villages, and the animals and so on. I am not afraid to travel to and photograph the ancient ruins in the war-torn region of Aleppo Syria – in fact I starve/pray for opportunities such as these. So what I am trying to explain to my reader is that for a number of years now I have learned (the hard way) that it is just common sense to ask the (correct) people for good advice before taking on any new venture; but since 99% of the people that are around me on a daily basis is senseless to even talk with them because they are mentally too slow – there is no fire that burns in their hearts – that is the honest truth and sometimes I get seriously scared being around a few of these mentally slow people because they do resemble the living dead – so things in a much different way – there are always going to be the wealthy people and there are always going to be the poor people but eventually everyone will have to give account of their deeds/life to the biggity guy upstairs. What is the sense of looping when each of us have responsibilities to live life to the fullest. What is anyone going to gain by living/existing in stagnation like some of the coworkers are doing. And so I definitely don't fit into same psychological profile as a number of my coworkers and so I stick to myself a lot – and don't usually discuss with anyone my dreams, ambitions, guests, and/or build any solid relationships. The few people I do converse with I usually provide them a brief overview of some things such as the photography and some day I will have my own photography website but I don't go into much in any extensive details. I have learned to keep my interpersonal relationships short and somewhat distant. Why – you learn to direct your energies and resources to proper objectives that will hopefully benefit yourself and your friends – instead of having your energies and resources scattered and wasted for nothing. At the passport office there are (2) types too starving (poor) people those whom are using well the resources they are given and trying hard to get ahead and there are those others who are going around bumming from others. Personally I have been bothered/harassed by these bumming poor people so much that I ended up getting burned-out, besides getting contaminated with their psychological junk. It is not my job/duty to be baby-sitting them – this is the supervisors job – I am hired to do a typing job and that is it. It is one thing to maintain my humility and work honestly for a living and use my resources wisely to get ahead – this is what I am doing – no one said I am supposed to be a slave to the government. So if one more of my poverty coworkers come bothering/harassing me about their poverty problem/condition – then I am filing a lawsuit against my supervisors. It is one thing to be loyal to the American Government; but how much abuse I am willing to put up with is the situation here). //// Piers Batch Review: DE-050426-002-non-complex & DE-050426-005-non-complex. Records completed. [119]

Friday, 29 April 2005 Break: 10:00–10:15 Arrive-Depart: 07:30-12:00 Annual Leave: 12:45 – 16:15 Notes: at 08:55 Timi spratt begin talking loudly to bruce. Timi Spratt went on and on about someone bothering her and repeatedly saying shit and shitty – I think she was initially talking about Maudel. Then she went on talking about other people and in particular some individual whom is or was suffering in pain and she was laughing at their painful situation. Then bruce began making comments about other individuals. //// Piers Batch Review: & DE-050426-005-non-complex Records completed. [121]

**Saturday, 30 April 2005**

Before lunch I was data entering this particular batch. At lunchtime, I logged out of Piers database and went to lunch. When I returned to do my work I discovered timi spratt was logged into this particular batch that I was previously data entering. I informed mary Sampson of this and I presumed mary sampson spoke with the computer guys. Originally batch DE-050502-005 had 126 entries and I data entered down to 111 or 110 before going to lunch. Normally when one of the data entry operators log into a particular batch their name is stuck permanently on the batch until someone like mary or bruce changes it. After informing mary Sampson about this usual situation timi spratt began mouthing off particularly to bruce that we don't need this shit…….. and every week that guy starts some garbage………….

I was just trying to get my work done – and I think one of these guys (timi spratt and or bruce are intentional trying to cause conflict). Thought you should be informed about this incident. My daily log report shown on next page indicates I was data entering this particular batch this morning – because I recorded this entry before going to lunch.



**Cheris, Eddie S**

| | |
|---|---|
| **From:** | Crawford, William |
| **Sent:** | Tuesday, April 12, 2005 7:23 AM |
| **To:** | Cheris, Eddie S |
| **Subject:** | RE: Personnel Conflict Problem |

I'm sorry Sharon spouted off at you. Personal issues can cause people to behave erratically. However, I'm confident she would not become physical.

I would ask you though, in recognition of our cultural norms and as a courtesy to others, that you cover your mouth when you cough or sneeze. I agree that the vacuum cleaner seems to still up more dust than it cleans.

Thank you for keeping me apprised.

-----Original Message-----
**From:** Cheris, Eddie S
**Sent:** Monday, April 11, 2005 3:27 PM
**To:** Crawford, William
**Subject:** Personnel Conflict Problem

At 3:10 today the cleaning woman came into rm 520. Each time she vacuums; dust is stired-up.
I was setting at my terminal data entering and began coughing from the dust when all of a sudden that weirdo Sharron Statten starts mouthing-off to me about covering my mouth and learning some manners and something about (TB) and whom was also then setting in mary sampsons' work area.

So she was not even close to me.

She kept on mouthing-off to the point that I had to tell her twice that I did not want to hear about her poverty problem.

I have no sqerms about hitting this weirdo in self-defense; if she comes attacking me. But I have gone way out of my way to avoid this particular individual.

After mouthing-off to me sharron got on the telephone (again) arguing with someone (maybe her boyfriend) and then hangs-up on them. Which she has done several times before.

I think this is just another one of those cases where Sharron is coming and dumping her aggression off on me. And I honestly could care less if she lived or died.

Thought you should be informed about sharron's condition before something else errupts.

Thanks

Ed

1