| Daily Log Report / 2005   (Ed Cheris) |
|---|

Tuesday, 01 March 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-16:15 / Notes: Mary insisted I complete MPDQA batches 81533 & 81658 before continuing to work on Piers Reject Review database. Most of the day was quiet – did not need to use my ear protectors. //// Piers Batch Review: DE0050126-003 & DE-050211002-complex  Records completed: [074]

Wednesday, 02 March 2005 / Break: 10:00–10:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-14:15 / sick leave 14:15-16:15  Notes: A number of errors messages 'many' keep popping up on Piers database screen. Finally I could not access Piers database for a while. Velma keeps singing out-loud her gospels music. And, Mary and crystal are back with the length/loud conversations. At 10:40 Kenny Hawkins enters rm520 and begins talking to mary Sampson and crystal Collins about sleazy topics such as people not using toilet paper and going to the bathroom in the back alley and some other perverted junk. As Kenny continued his sleazy and ridiculously 'loud' conversation; I pulled-out and put on my ear protectors. After Kenny left rm520, bruce turns-up his radio again. After this crystal and mary went back to the lengthy conversations about religion. Piers database keeps coming up for errors. //// Piers Batch Review: DE-050211-002-complex & DE-050228-001-complex  Records completed: [028]

Thursday, 03 March 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-16:15 / Notes: By 09:00 Piers database keeps crashing – repeatedly. By 09:35 repeatedly unable to access Piers database. This morning when I arrived in the office Bruce, Velma and timi spratt were having a loud/noisy conversation about a variety of topics. At one point timi spratt starts mouthing-off to bruce about someone or something smelling like shit. It looks like timi spratt has gone active, 'again' – and of course, I refuse to have anything to do with her and seriously have tried my best to avoid any kind of contact with her – since she has basically harassed/tormented me for approximately the past 4 years. If this woman comes bothering me again about her questionable problem's; then I will be filing court papers – my absolute last resort – since it is not my job/responsibility to manage and/or baby set timi spratt.  Before lunch Piers database was crashing a lot. After lunch Piers began work fine until 14:30 when it began crashing again. At 3:00 pm a number of Passport Personnel were requested to A Union Meeting which lasted about 10 minutes. A short time later I needed to ask Mary Sampson what this meeting was for – because it seriously was not clear. //// Piers Batch Review: DE-050228-001-complex  Records completed: [033]

Friday, 04 March 2005 / Break: 10:00–10:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-12:00 / Annual Leave: 12:45-16:15 appointment. Notes: This entire week was a waste in getting the data entry work done. The computer keeps crashing. This morning it has crashed (3) times – unable to get back in for a while. This is especially bad when you have a batch which is mostly complex – it takes more time to complete. Earlier I left a Memo for Vanessa Washington concerning the Union meeting, yesterday. //// Piers Batch Review: DE-050228-001-complex  Records completed: [030]

Saturday, 05 March 2005        Sunday, 06 March 2005

Monday, 07 March 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-16:15 / Notes: Today piers database crashed at least (7) times. Some time I could re-enter the database immediately; but on two incidencies I had to wait for about (5-10) minutes to re-gain access. //// Piers Batch Review: DE-050228-001-complex & DE-050214-001-non-complex  ¾ of the daily was pretty quiet. Records completed: [071]

Tuesday, 08 March 2005 / Break: 10:00–10:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-14:15 / Sick Leave: 14:15 – 16:15  Notes: not one computer error occurred today. Straight work //// Piers Batch Review: DE-050214-001-non-complex  Records completed: [075]

Wednesday, 09 March 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-16:15 / Notes: As I walked into the office this morning Mary is in discussion with several different people talking about a variety of topics. I was about to put on my ear protectors; when Mr. Crawford entered rm520 and spoke with mary; about data entry work being done by other employees. Latter I had to go to the restroom and discovered bruce is down the hallway having another lengthy and loud discussion with employees from another office about street stuff. Velma continues to spend a lot of time on the telephone – I think with her husband. For the past month or more each morning when I enter rm520 there is the presence of some kind of odor – sometimes weak and sometimes strong – and I believe it is generated from employees using the microwave oven. This morning when I entered the office the smell resembled vomit. Both timi spratt and mary have been sneezing all morning – so it could be a lot of dust in the air. Piers database crashed at 09:25 – unable to gain access for about 20 minutes. At 11:40 I returned to rm 520 from visiting the restroom. As I approached my work area I happen to pass Kenny Hawkins whom was talking to mary Sampson 'very loudly' concerning the subject of his condition of grewing-up in poverty. It was very apparent that this guy had been drinking – the smell of alcohol surrounded him. Personally I could care less if Kenny Hawkins drinks or does not drink – it is none of my personal business. But in the past Kenny Hawkins repeatedly has approached other personnel talking "loudly" and typically expressing depravity (poor-type) situations/issues and/or commenting about other personnel and their behavior. Basically this guy has been and continues to be a distracting element on the fifth floor. Several years ago Kenny Hawkins picked a (racial) argument with me (while he was intoxicated) and after this incident I refused to talk/socialize with him – basically this guy kept on asking me if I thought I was better than everyone else – just to piss the guy off – I said, absolutely!. Also since I have observed Kenny Hawkins repeatedly goofing-off many, many times -- I have intentionally avoided contact with him so the supervisors don't think that I am goofing-off. In any case there have been other incidences with Kenny Hawkins such as he intentionally likes to put his hands on people to intimidate them. Also, there have been a number of previous occasions that when I happen to pass Kenny Hawkins (particularly in the hallways); and encountered the smell of liquor. //// Piers Batch Review: DE-050214-001-non-complex & DE-050309-001-complex  Records completed: [064]

Thursday, 10 March 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-16:15 / Notes: Starting at 08:20 I have encountered repeated error message on Piers database. This morning I arrived in the office at 07:43. Entering the office it was unavoidable to notice that Bruce, Velma, timi spratt and Sharon were all in a "loud" and noisy conversation about sex. Even timi spratt shouts-out real loud some guys' name. This went on for about an hour where I had to put on my ear protectors. By 09:00 both velma and bruce stayed on the phone for a while.

Then Sharon and velma start another conversation; once these two started talking bruce turns-up his radio to some black talk show discussing kids and racism. By 09:25 Velma, Bruce and Sharon are back at it – yelling about the dust and other things occurring on the 5th floor. These guys are so loud I can hear them wearing my ear protectors. At least there is one thing that most of the Passport employees agree upon and that is that there is a lot of dust and/or mold on the 5th floor of the Passport office; which is causing employees breathing and headache problems. At 11:30 velma turns-up her radio to another black talk show where the gentleman is yelling about his imprisonment and some other junk. At 11:45 Piers database crashes and has been down for the past hour. A few minutes after this database crashed so did my computer – total blackout and then it rebutted. After speaking to dave the computer guy about my computer crashing; I happen to notice walking through the front office area that none of the supervisors were in to work today. Piers finally came back up around 14:00. At 14:17 a message popped-up on my screen instructing me to closed down my machine and the rebut – and I politely informed dave the computer guy of the errors. By 14:30 velma and bruce are back on their telephones – lengthy conversations. After today I decided to stop visiting the computer guys' office every time my computer crashes - which is a lot. The computer problem has been going on for some time and is never permanently fixed and know one seems to know what the problem is. In brief, I am supposed to be typing; not trying to fix my computer.   ////  Piers Batch Review: DE-050309-001-mixed  Records completed: [086]

Friday, 11 March 2005 / Break: 10:00–10:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-13:45 / Sick Leave: 13:45 – 16:15 / Notes: It is not even 08:00 and I have already had 3 Piers database errors pop-up on my computer monitor. And surprisingly the morning as I arrived in the office these co-workers are not yelling and screaming as usual about junk – everything is quiet. At 08:02 Vida the secretary announces that there are free donuts in the conference room. Upon hearing this bruce, timi spratt and velma all start yelling. Here began their lengthy and loud conversations for the day. By 09:00 I put on my ear protectors. At 11:12 I began getting system errors on Piers database repeatedly and was unable to access the system for a while. It is now 11:52 and for the past hour or more timi spratt has been on the telephone talking to someone in Vietnamese.  ////  Piers Batch Review: DE-050309-001-mixed  &  DE-050309-002-mixed   Records completed: [088]

Saturday, 12 March 2005        Sunday, 13 March 2005

Monday, 14 March 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-16:15 / Notes: As I entered the office I noticed timi spratt and velma standing around and in a discussion about parties. Also Bruce and Sharon were in another discussion something about movie stars. After this bruce starts talking about micheal Jackson possibly killing himself to escape trial. Here velma gets into the conversation which continued for a while (loudly). They continued their conversation about people getting shot and raped on the streets. After this I put on my ear protectors and studied my computer notes while doing my data entry work. By 08:20 the first error for today popped-up on Piers database screen. Throughout the day at least 7 error messages popped-up on the Piers database screen. After 10:15 most of the day was quiet in the office until 15:40 when Sharon and velma began talking again about something(*). In fact, I believe I was the only individual left in the office by 16:00 hours – everyone else disappeared.  ////  Piers Batch Review: DE-050309-002-complex &  DE-050309-003-non-complex  Records completed: [112]

Tuesday, 15 March 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-16:15 / Notes: As soon as I sat down in my seat Bruce and velma start loudly talking about mayor williams and marion berry. At one point velma starts signing-out/screaming like she is in some hard-rock band. Making all of this irritating and useless noise has become a daily ritual for several of my coworkers. After break/10:15 sharon began arguing with someone on the telephone – sounded like a lovers quarrel. And bruce and velma were on the telephone. By 11:00 bruce is setting in mary Sampsons' work area for a long while talking about his cousin dying and found in a state of deteriorating decomposition. Bruce is frequently talking about death and dying. Today is exactly the day I have been waiting for, for a while. About a month ago velma had the flu and was coughing a lot (a lot). Then two week ago, timi spratt had the flu and was coughing a lot. Then last week Bill Crawford had the flu and was coughing frequently. Today Mary Sampson has the flu and has been coughing about every 10–15 minutes. Bruce has not yelled at any of them, nor is he on the telephone calling the supervisors requesting that the flu infected person be sent home and/or to a doctor. But just before Christmas 2004, I happen to catch the flu and began coughing a lot – bruce Thompson got extremely out of control; verbally attacking me and then going to the supervisors complaining. Whereupon Vanessa Washington requested I immediately see a doctor or I could not return to the office. By chance I happen to get a doctors appointment that day and the basic result was that the flu was affecting my bronchitis/emphasima – which caused me to cough a lot. Junk I already knew about. Basically; all of this junk a sincere waste of my time. Now other personnel are coughing a lot and Vanessa Washington is not insisting they visit a doctor. Unfortuantely, I think I also may be catching the flu 'again' (heavy sinus drain, headache, and heavier breathing). And since mary Sampson is setting directly behind my work area the resulting statistical probability would be that I will be inflected. I am hoping that I have already built an immunity to this flu since I had it just before Christmas. Personally, I have gotten more than a little tired of bruce bothering/harassing me about his racial problem; which has occurred a number of times in the past. And honestly I don't have time to put-up with this other guys poverty existence. If he needs a baby setter; then the supervisor is suppose to be doing this job; not me. Oh by the way, just an extra note here – mary Sampson seriously has the flu and I have been smelling it all day long and the smell is bad; but bearable. And I finally turned on my desk fan too get some fresher air. And I honestly feel bad for Mary. You don't hear me describing timi spratt setting at her desk and verbally 'yelling' at mary; calling her sticky and shit-guts like she did with me. The smell is pretty bad and why isn't timi spratt saying something now. In any case, if I start showing severe signs of having the flu; I plan to use that Zicam nasal spray this time around. It is supposed to be able to cut the duration of the flu symptoms in half. Twice today my computer monitor displayed blips. Basically it looked like the computer was going to crashed. Dave the computer guy visited the office and degaussed my machine to possible fix the problem. By afternoon today, Piers Reject Review database seemed to be running slower than this morning. In fact Piers seems to be working slow than yesterday. By 15:23 Piers database got real slow.  ////  Piers Batch Review DE-050309-003-complex – almost every application in the batch. Records completed: [052]

Wednesday, 16 March 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-16:15 / Notes: By 08:05 Sharon starts talking to another woman about young kids having sex on her porch and some other topics such as the ghetto – so I immediately put on my ear protectors. The processing time on piers database is really slow this morning. My supervisor requires me to complete 150 data entry records per day and there is no way I can achieve this requirement at the slow (speed) rate the Piers database is processing at. This past Monday I completed 112 data entry records. Yesterday I got only 52 data entry records completed. Keeping this daily log report is a good indicator of how fast Piers database is processing at – because I can only type/data input as fast as the machine will let me. Besides trying to block-out acoustically some of my

coworkers; in intentionally have music CD's and text books next to my desk; because over the years there has been some many times that the computer systems have crashed and/or not working properly – that I do something useful during these computer lag-times – instead of setting at my desk starring at the wall. At 10:20 a number of errors began popping-up on the database screen. Eventually, I and other personnel could not gain access to Piers database. Dave the computer guy did check my machine; but was unable to fix the problem of speeding-up the processing time on Piers database – system slow all day. By 13:05 Sharon Statten starts having a 'lengthy' discussion with some guy about her personal problems and interactions with other individuals. It seems like Sharon has some serious problems. After about (5) minutes of hearing this stuff; I put on my ear protectors.  ////  Piers Batch Review: DE-050309-003-complex & DE-050309-004-complex   Records completed: [097]

Thursday, 17 March 2005 / Arrive-Depart: 07:30-09:30 / Sick Leave: 09:30 – 16:15 Notes: This morning when I arrived in the office; bruce, timi spratt and Sharon are all in a conversation about some email joke and the train system. Velma again was on the telephone. Crystal was at work and mary came in later. About ½ an hour later timi spratt is on the phone for a long while and velma is having a lengthy discussion with a woman from another office – covering a variety of topics. And bruce and sharron have disappeared 'again' from the office. Mary Sampsons' computer permanently crashed and a computer technician is in the process of replacing it. Well at least the usual ultra-high decibel chatter is at a minimal level this morning. So far I have not needed to put on my ear protectors. But basically it is the same situation that has been occurring time after time and that is some personnel are doing the work while other personnel are setting or standing around goofing-off. It is now 09:00 hours and piers database is running slow; but there have not been any system errors. At 09:25 my computer system crashed – unable to regain access.  ////  Piers Batch Review: DE-050309-004-complex   Records completed: [000] 146

Friday, 18 March 2005 / Break: 10:00-10:15 / Break: 15:00-15:15 / Lunch: 12:00-12:45 / Arrive-Depart: 07:30-16:15 / Notes: My computer system was still down when I entered the office this morning. Tried repeatedly to reboot the system but nothing work. Dave the computer guy replaced my CPU and still nothing worked. Finally at 09:30 today the Piers database began functioning properly and I did not encounter any systems errors. I was basically quiet all day in the office. By 13:55 Piers began malfunction – no verifiable window.  ////  Piers Batch Review: DE-050309-004-non-complex    Records completed: [063]

Saturday, 19 March 2005         Sunday, 20 March 2005

Monday, 21 March 2005 / Break: 10:00-10:15 / Break: 15:00-15:15 / Lunch: 12:00-12:45 / Arrive-Depart: 07:30-16:15 / Notes: This morning I arrived in the office where I overhead mary Sampson and sharron staten arguing (loudly) about something; sharron said. Later mary continued her conversation with crystal Collins. I just put on my ear protectors. Timi spratt is on the telephone again for long periods of time. At 08:27 received 1st Piers database error. 08:30 Piers crashes – unable to gain access for about 10 minutes and the computer guys are not in the office. The rest of the day was quiet in the office. Throughout the day there were at least (10) errors message which popped-up on the data entry screen.  ////  Piers Batch Review: DE-050309-004-non-complex  &  DE-050309-005-non-complex  Records completed: [172]

Tuesday, 22 March 2005 / Break: 10:00-10:15 / Break: 15:00-15:15 / Lunch: 12:00-12:45 / Arrive-Depart: 07:30-16:15 / Notes: Entering the office this morning velma, sharron, mary Sampson and bruce were in lengthy discussions covering a variety of topics. Once sharron started talking to crystal about "someone" going to executing President Bush; I put on my ear protectors. At 08:30 talking to velma; bruce starts 'yelling' about sharks in florida attacking college students. It is now 09:00 sharon, bruce and timi spratt are in another loud and lengthy discussion about steve cox and bill Crawford abusing her at some award ceremony (she used the word 'abused". Bruce then turns up his radio where everyone could hear some woman screaming loudly. Oh by the way there is no supervisors even passing through the office. Bruce keeps turning his radio up and down where everyone can hear his black music. It is really none of my business; but crystal Collins has disappeared from the office frequently over the past 3 to 4 weeks. I understand that she may be getting medical treatment for something. It is now 10:00 and for the past half hour bruce has been on the telephone laughing and joking with some. Just by chance while walking past timi spratts' desk I happen to notice that she is playing on the Internet – it was more than obvious since she had a commercial webpage up on her screen. At 10:30 bruce starts yelling out to timi spratt about some woman lying dead on her kitchen floor for two years. After this velma and timi spratt start mouthing off about human decay. Particularly timi spratt kept going on and on for more than half an hour saying the word stink. Before this happen, mary Sampson and velma were talking about some personnel conflict that velma had and velma wanted to sue the other person. Mary basically gave her advice to keep her mouth shut. Then bruce began yelling about the schiavo right to live or die case – which sharron then began yelling about – then they both started searching the internet news site for information on the Schiavo case. As I mentioned previously in my daily log report – bruce is repeatedly talking about death and dying and it has been going on for some time. I don't know if his situation would properly be referred to as obsession with death; but I honestly don't want to hear about it. The best I can do is to put on my ear protectors and just do my typing job. As reference – just in case all of this eventually goes to Court. The above daily log report is a primary indicator that soon one or more of my fellow coworkers will come bothering me about their "personal" problem(s) (again). And I am not the supervisor and it is not my responsibility to assist and/or provide for their personal needs or wants. I call it a rollercoaster effect. Some of the troubled passport personnel will settle down/quiet-down for a while (particularly when something critical has previously happened). And then activities slowly heat-up and build-up and then there occurs some volcanic eruption where one employee begins fighting with another employee for any number or a variety of different reasons. This same pattern of behavior has repeatedly occurred at the passport office many, many times over the past 10 years. Over the past approximately 8 years I have seriously gotten burned-out being forced to do my supervisors job, beside my own. If I am bothered/harassed by one more problem coworker and it does matter what their problem might be (psycho, sexual, racial…etc.); then I will be suing my supervisors. For I am assigned my civil service job (typing) and I am properly doing it – I am not a slave – it is not my job to do the supervisors duties in addition to my own job. With an extra note – this morning I arrived in the office and began doing my data entry duties; seriously thinking about how to improve on my current design work for a future (super) top-notch/techno savvy - photo-studio – including a mobile vehicle lab. And here are several of my coworkers setting around talking about death and dying. I don't think it takes a genius to figure-out why I am not interested in socializing with several of my coworkers. Some of these fellow-coworkers have been living in the same state of poverty (mind set) for more than the past (5) years – basically having very little or no progress in their lives. And I have previously heard remarks from other coworkers basically stating the same point just mention. For this exact – simple reason, I keep telling my supervisors I am just in it for the money (the paycheque); because "**honestly**" there is nothing else for me to gain at the workplace and there never has been for the past 10 years. To further the above statements; I happen to know that several of my troubled coworkers are earning about the same annual pay as myself. When I have observed troubled coworkers

 

repeatedly goofing-off -- talking about junk, and not even trying to find additional ways to make more money to improve their lives – then I don't have to ask my supervisors what is wrong with my fellow coworker(s) – it is already evident that there is something 'seriously' wrong with them. In brief, if my coworkers are constantly complaining about their poverty situations; why are they not doing something about it. And, of what I have observed and heard from a number of personnel at the passport office most of the employees are barely surviving paycheque to paycheque. So whom is joking whom. And as I have mentioned previously in my daily log report if 'any' of the passport personnel where on the street (homeless) tomorrow morning and/or living out of their vehicle; do you really think other passport personnel would even care about them. By experience I have learned that a number of my fellow coworkers could care less if I lived or died tomorrow. And honestly, I could care less if they lived or died tomorrow. So there is no logical point for other coworkers bothering/harassing me (and/or other personnel) about their personal problems. Let me put all of this in a different perspective from all of the personnel conflicts among a number of passport personnel that have occurred over the past 8 – 10 years – what did any one get out of it. All just a big waste of time for nothing. But what has it costs the government *(state dept) financially to deal with each and every one of these personnel conflicts. I have to admit there are a few good people at the passport office – and if I can help them with something, I usually do – and the rest of the other personnel I have try to avoid. For the Courts' information I would have quit my present job some time ago if it wasn't for the fact that I took the idiot advice of my former supervisor (Tasha Tilman) and attended evening college – which unfortunately got me into thousands of dollars of debt. I am slowly paying this student loan – which may take another (2) years. Once I have paid my student loan (in full); I plan to resign my current job. All day over (12) system errors message have popped-up on Piers database. At 12:55 another error popped-up and I was unable to regain access to Piers for about 10 minutes. (5) minutes later the same problem occurred on piers database. //// Piers Batch Review: DE-050309-005-non-complex & DE-050321-007-non-complex. Records completed: [085]

Wednesday, 23 March 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-16:15 / Notes: By 08:30 several errors have popped-up on Piers database. At one point I could not regain access to Piers for about 7 minutes. Throughout the day more than (8) errors popped-up on piers database screen. Today for about 30 minutes, I spoke to mary Sampson about my adventures riding the Greyhound bus since 1969 – while I was data entering. I was not yelling nor screaming, just mildly describing some of the adventures I have seen on the buses all over the United States. Not even 10 minutes into my verbal descriptions timi spratt starts making comments (not directly to me). At one point she even gave me a hard stair. Later bruce enters the office, and starts laughing and saying something to timi spratt each time I continued my verbal description to mary Sampson. Eventually bruce turned up his radio. This has happened several times before. These other coworkers frequently and loudly mouth-off about their poverty junk and I must set at my desk and block it out. But when I start talking to another coworker at length; usually timi spratt and bruce start complaining. Here, I am required to hear their verbal garbage on a daily basis; but I am repeatedly suppressed by my coworker(s) when I decide to talk with someone at length. In brief, some of my fellow coworkers repeatedly compete; but for worthless junk issues instead of going after the golden ring – something worth competing for – which seriously leads me to the conclusion that some of my coworkers have been living in a state of poverty for so long that they (mentally/emotionally) can't escape or they have depression or burn-out. For logically if any of these trouble coworkers had much more important/vital issues on their minds; like making serious money, then what or why are they even competing for little office junk issues? Even the basic study of human behavioral science basically says that what people have on their minds is basically what they do. The above situation is an entire waste of my time, for I am being for to compete with fellow coworkers in gaining nothing. And, it is the same scenario that has been repeated and repeated at the passport office among a number of personnel for at least (10) years. Since this waste of time over worthless issues has occurred so many times and is an interruption for others needing to get their work done. It would be logical to conclude that some coworkers are competing for worthless office issues as a device or a diversion from doing their assigned job duties. They need these diversions to psychologically survive at the workplace – because for them the pressure is too much. Where individuals like myself are starving for super intellectual intake. As I have mentioned previously in my daily log report I am way to busy to be playing-around with my fellow coworkers – especially when I stay awake until 2 and 3 o'clock in the morning memorizing technical manuals. And is the main reason I keep this daily log report - accountability. If I am directly bothered/harassed by one more problem coworker and it does matter what their problem might be (psycho, sexual, racial…etc.); then I will be suing my supervisors. Anyway, several times personnel have complained about some kind of smell (may be emitted from he vents) – bruce has repeatedly yelled about this. Today, mary Sampson starts commenting about the smell of smoke – which I also become aware f and we both started coughing and continued even an hour later. Later, sharron began complaining about cigarette smokers. There is repeatedly ome kind of smell/order being emitted in rm 520 maybe from the rug or air vents and it also might be mold. //// Piers Batch Review: DE-050321-07-non-complex & DE-050321-002-non-complex. Records completed: [124]

hursday, 24 March 2005 / Break: 10:00-10:15 / Lunch: 12:00-12:45 / Arrive-Depart: 07:30-14:15 / Sick Leave 14:15 – 16:15 Notes: At 08:40 I egan getting errors on Piers database – unable to regain access to the database until 11:33. For the past 2 days the striking pain re-activated in my leg here I needed to take Motrin. I went home early. //// Piers Batch Review: DE-050321-002-non-complex. Records completed: [070]

iday, 25 March 2005 / Break: 10:00-10:15 / Lunch: 12:00-12:45 / Arrive-Depart: 07:30-11:30 / Sick Leave 11:30 – 16:15 Notes: By 07:45 both ni spratt and bruce are on the telephone for a long period of time and since I could here the conversation from where I was setting it was personal ls. By 08:20 velma and bruce start laughing and shouting about some off-the-job subject matter. Bruce keeps talking about death and about neone's funeral and velma keeps talking about having sex with her husband. Here I am just trying to simply do my data entry job and am getting ss-contaminated with mental impressions/images of some, ugly, old black woman having intercourse – "some sick junk!" Upon hearing this junk opped into my CPU a Rosemary Clooney CD and listened to songs such as Mumbo Italiano – just to refocus my attention. As I listened to my sic; bruce is setting at his desk laughing at some tv or radio program. Why do I have/wear my ear protectors so I don't get contaminated with my orkers sleaze-bag poverty life-style. By 09:26 timi spratt is back on the telephone again. And then velma is on the phone again. And by this time n listening to a CD of soft Italian love songs like traviata. It is now 11:00 and at least (10) separate error message have popped up on Piers data y screen. Bruce, Velma and Timi spratt are on separate phones laughing and joking with someone about something. I and Mary Sampson are the personnel doing work. And I have switched my CD's over to listening to Middle-eastern belly dancing music. Anyways, I keep getting re- uring pain in my leg where I needed to take Motrin – which also makes me drowsy/sleepy. I finally went home - early. //// Piers Batch Review: 050321-002-non-complex & DE-14-050321-005-non-complex. Records completed: [045]

rday, 26 March 2005          Sunday, 27 March 2005

Monday, 28 March 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-16:15 / Notes: At 07:30 mary and velma are yelling about cooking pineapple. And then bruce and sharron start goofing-off (laughing-loudly) about something. These guys in the office are getting louder and louder so I finally put on my ear protectors. Late last night and into this morning I have been getting painful muscle cramps in my lower left leg. So when this happens I get up and walk about for a short while and then get back to work. Last week and this morning several time when I got up to go to the bathroom (leave the office) timi spratt starts mouthing-off the bruce Thompson about me leaving. On my last walkabout returning to the office; I discovered timi spratt in the hallway talking to Ms. Gladhill about off-the-job activities. She then returned to the office and began laughing and talking to bruce Thompson about something. It seems like timi spratt is getting active, "again". If she comes directly bothering/harrassing me one more time about her 'psycho problem' – then I will be filing a lawsuit against my supervisors. Now, it is 10:00 hours and I already have 75 data entry records completed for the day – half of my daily data entry requirement. I don't need weido timi spratt come interrupting my work since I am making great progress! I just might have my daily data entry requirement done by noontime. For the past hour Kenny Hawkins keeps entering rm520 and making a lot of noise for nothing. For the past hour bruce has been on the telephone talking to someone concerning of the job topics. Mary samspon keeps getting visitors from other office – whom basically stick-around talking for 15-20 minutes about junk and then leave. This happens on a daily basis. At 11:22 timi spratt shouts-out the word shit, again – it was not clear what she was using it in reference too. Last week she did the same thing. At 11:35 betty enters rm 520 and involve mary and bruce in a loud conversation about junk. At 11:51 timi spratt begin making some kind of weird noises – which sharron starts verbally complaining that sounds like a cat. By lunchtime I complete 111 data entry records. (2) system errors pupped-up throughout the day. Today, before I went home; I was discussing with mary Sampson the news report(s) I have seen on television where the CDC-Atlanta is trying to stop the Avion (bird) disease now in southeast asia – which they fear might develop into a worldwide pan-epidemic. Here I am talking with my coworker on a slim chance of possibly finding a way to stop maybe thousands and thousands of people dying from some ridiculous bird infection. And while I am speaking to mary Sampson; she starts brining-up the Kluo Klux Klann (KKK); and for what reason, I am not even sure? Once she started talking about this other subject matter; I basically stopped talking to Mary Sampson. Mary has done this pattern of topic switching a number of times in the past. For me, I have repeatedly come to the conclusion that it is senseless/useless to discuss any topic with several of my coworkers (including mary Sampson); because basically we end-up talking about their poverty condition – which of have gotten tired of. In brief, some of the passport personnel will find anything to blame someone else for their poverty state of being. Fighting with and/or entangling others in their affairs is a way for them to avoid their poverty situation. Since I am not getting anything beneficial out of these poverty encounters – then I really don't care to have contact with these troubled coworkers. The only reason I even talk with Crystal Collins and Mary Sampson is to keep some form of working relationship going since I have to consult with them on the work to be done. Other than that I have nothing or very little in common with either individual and honestly nothing to personally gain. Also some workman are up in the ceiling (again) cutting some type of metal with a power saw – noisy but bareable. //// Piers Batch Review: DE-143150321-003-non-complex & DE-050321-08-non-complex Records completed: [161]

Tuesday, 29 March 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-16:15 / Notes: This morning timi spratt verbally got out of control (loudly) commenting on Maudel's new hairstyle. It was evident on Maudel's face that she felt uncomfortable with timi spratt's remarks; but maudel did not retaliate. After this bruce kept on yelling about a variety of none-job related topics – and then particularly about someone stealing something from the conference room. He intends to trap them in the future. By 07:40 bruce turns up his radio to where I could hear some guy yelling at someone about a boat. Soon after this bruce, mary and sharron statten get into another (loud) and lengthy conversation about people and their personal conduct. I finally put on my ear protectors. Also some workman are up in the ceiling cutting some type of metal with a power saw – noisy but bareable. Bruce keeps turning his radio up and down. At 08:55 I asked mary about a window that is supposed to show-up on Piers database when the operator saves each data entry record – which was not re-appearing. This missing window occasionally shows-up on Amendment records. I don't know what the hell is wrong with mary Sampson. I asked a simple question and she gives me a hard time. By the way she repeatedly interrupts people when they are speaking. She frequently did this with steve cox and repeatedly does it with me. It will stop today – because the next time she does it I will rebuke her for her conduct. She needs some training in how to communicate properly. Let me put it in different wording – this morning I almost lost my patience and was a second away from telling her to get out of my work area. To expand on my description above when she does this to timi spratt - timi spratt acts like a little Chihuahua and laughs through the situation usually glaring at her computer screen. One time I happen to see steven cox encounter a similar situation with mary (about the computer) and his left hand began shaking – he could not stop. The guy had a seriously hard time responding to Mary. And soon after disappeared from the office. Unfortunately, in steve cox's case, he let people treat him badly. In my opinion he was scared to fight back – so he was frequently forced to kiss the other persons. butt.) With Corey Bent (the other supervisor): he also encountered a situation with mary – where I observed he just patiently smiled and listened to mary Sampson instead of even resisting her. So I am not the only individual whom has encountered mary sampsons' rath. I am not going to kiss mary sampsons' butt nor am I going to give her a big warm hug. We are both at the workplace to do our specific jobs - and that is it. When I got to repeatedly "compete" with mary Sampson for some very minor piece of junk on the computer database that could be answered in less than 30 seconds' it is seriously stupid – I think its' time to consult my supervisor for answers on any future computer data base problems instead of approaching mary Sampson. Extra note here – I had already previously informed Mr. Crawford of mary's problem several times. By 09:30 both velma and bruce are back on the telephones talking to someone about personal stuff – because I can hear part of what they are saying even from across the room. Shortly after this bruce and sharron start another conversation about something while laughing loudly. At 11:25 piers crashes – unable to gain access for about 5 minutes. By 11:30 bruce, timi spratt and velma are on the telephones again and mary Sampson and I are the only ones doing any work. From 11:40 – 12:00 I received a number of errors on the Piers database screen. By 11:52 unable to gain access to Piers database – went to lunch. It is now 13:15 and velma is still on the telephone from 11:30. From 13:45 to 14:30 bruce was on the phone again. Then I saw him in the hallway talking to some woman. And by 14:40 he is back on the phone again laughing with someone. It is now 15:30 and velma is still on the telephone talking about a variety of non-job related topics. //// Piers Batch Review: DE-050321-08-non-complex & DE-050323-01-non-complex  Records completed: [120]

Wednesday, 30 March 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-16:15 / Notes: By 07:35 velma starts loudly complaining to mary Sampson about her early morning conflict/fight with some other personnel and that the other individual is complaining to the supervisor(s) that she is crazy. Then velma takes this verbal issue to someone else in the office expressing that she is going to get her husband involved and some other stuff. An hour later she is still complaining to other people on the telephone. I have gotten several piers systems error pop-up on my screen and the piers systems seems to be slower than yesterday. At 14:00 hours there is a all-hands meeting in the 3rd floor conference room. I really hope that this isn't another one of those hello, how are you meetings – basically wasting my time. Because I am seriously trying to get my data entry requirement done for the day and the database seems to be working slower than yesterday. Meeting ended at 14:42 –

basically I should have stayed at my desk and done more work. Just a waste of time. By 14:45 velma is back on the telephone again (laughing) about something. And Bruce has been complaining about anna barrett -- question about job conversation(?) or something. It is now 15:30 and velma and bruce have been on the telephone for at least half an hour making all kinds of noises. Mary Sampson and I are the only ones doing any work. Sharon disappears from the office frequently and crystal Collins has been absent from the office a number of days I believe for some-type of outside activity.  ////  Piers Batch Review: & DE-050323-01-non-complex  Records completed: [107]

Thursday, 31 March 2005 / Break: 15:00-15:15 / Sick Leave: 07:30 – 12:45 – leg problem. Arrive-Depart: 12:45-16:15 / Notes: It is the last day of the month and I need to attach a document to my daily log report as an explanation overview – just in case everything ends-up in Court. Approximately (10) months ago I began purchasing quality camera equipment - (the basic essentials). I needed to find additional ways of deprogramming/cleansing myself from this poverty junk contamination that continuously occurs at the workplace -- it is not healthy! Putting up with this junk for approximately (10) years is going "way" beyond the call of duty. So besides spending my weekends persistently hitting the textbooks, I have been slowly improving my photography skills by attending events such as those listed in the attachment (Events List). This way I am also spending my time around more "cultured" individuals – which significantly helps to maintain some harmony in my life. I needed to provide the Court the above statement – because there have been many times at the workplace that coworkers should have been fired do to the misconduct to other employees. To further this: in the past I have come very close to literally punching two of my coworker directly in the face and onto their behind – due to their misconduct -- where basically I had to light them off. Sufficient time has passed to allow each and every one of the supervisors to properly do their jobs and do it correctly. Problems keep surfacing at the passport office, as you can well see by reading my daily log report. Unfortunately, several of my coworkers keep coming and bothering/harassing me about their poverty issues instead of consulting their assigned supervisors – which is basically forcing me to do (2) jobs – and which has been going on for a long time. In light that I have been and continue to be "way" over worked, a lawsuit is filed with the Court to further my description mentioned above. To the Court, on the need for "quality" social activities: I would also spend the few dollars I do earn for top notch evening entertainment such as attending the great dynamic Italian Opera – which I appreciate and do understand its significance. But, unfortunately there isn't much of this type of opera in the DC Area. So I do the best I can under the circumstances and purchase related CD's as an alternative. Which brings me to clarify the above statement more appropriately for the Court. I and many other government employees well understand and highly respect the meaning behind the painting of George Washington on the inside dome of the US Capitol. The impact of its meaning is so vibrant that we have it embedded into our lives. If it does not mean anything – then why are any of us even serving in the US Government. Here is the prime reasoning behind the future submittal of a lawsuit. It is one thing to be loyal, dedicated and sincerely serve in whatever capacity an individual is able to. But it is a much different situation when your supervisor(s) abuse your services and basically force you to do (2) jobs for a long period of time. I have been and continue to be forced to do (2) jobs and I rightly should be paid for doing so. Even as I type this description: (2) of my fellow coworkers are yelling across the room about some off the job junk topic. Due to this frequent yelling: I make sure I wear ear protection in the office; just to get my job done, properly. And the last time I saw any supervisor was (4) hours ago – down in front of the building. So, basically it is the same problem for at least the past 10 years within the passport office. There are some employees at work accomplishing their required duties and other employees are just going to/from doing nothing - and it never stops. It is the same picture day after day. //// Piers Batch Review: [illegible] Records completed: [066]

## 2005 Festivals & Events in and Around Washington DC Area

| | |
|---|---|
| Mar 25 – Apr 10 | National Cherry Blossom Festival -- Wash DC (202) 547-1500 – Parade on Saturday, April 9th  www.nationalcherryblossomparade.org |
| Apr 05 -07 | FOSE Expo - Wash DC Convention Center www.dcconvention.com/ www.fose.com |
| May 12 – 15 | Greek Festival -- Saints Peter & Paul 920 West 7th Street Frederick, MD 212701 (301) 663-0663 fathera@stspeterpaul.net www.stspeterpaul.net |
| May 13 – 15 | Greek Festival -- Saint Sophia Greek Orthodox Cathedral 36th Street & Massachusetts Avenue NW Wash, DC 20007 (202) 333-4730 www.saintsophiawashington.org/contactus.htm |
| May 20 - 22 | Greek Festival -- St. George's Greek Orthodox Church 7701 Bradley Blvd, Bethesda, MD 20817 (301) 469-7990 www.stgeorge.org/ |
| May 28 | Memorial Day Ceremonies at Arlington Cemetery -- Wreaths at JFK's tomb and the Tomb of the Unknowns. Services in Memorial Amphitheater (703) 697-2131 |
| May 28 | Memorial Day Ceremonies at the Vietnam Veterans Memorial -- Wreath-laying, speeches, bands, and a keynote address (202) 619-7222 |
| May 28 | Memorial Day (Rolling Thunder) - (Arlington National Cemetary) - Wash DC |
| May 21 & 22 | DOD/Joint Services Open House -- Andrews Air Force Base, Camp Springs, MD. Fabulous air aerobatics (301) 568-5995 or (301) 981-4424 – 7am suitland metro D14 bus Southern Avenue to Andrew AFB 7:14 & 8:14 return 7:16 & 8:16 D14 Bus same schedule on Sunday. Take D14 bus from Southern Avenue metro station to Andrews AFB. Earliest bus is at 7:14 am and then 8:14 am. About a 11 minute ride. Returning from Andrews AFB to Southern Avenue metro station take bus D14 at 6:14pm, 7:14pm or 8:14 pm. Basically the same bus schedule for both saturday and sunday |
| May 28 - 30 | Taste of D.C. - first weekend of Oct. Top restaurants line Freedom Plaza for public tastings, concerts, arts and crafts, and games (202) 724-5347 Wash DC |
| Jun 03 – 05 | Greek Festival -- St. Katherine Greek Orthodox Church, 3149 Glen Carlyn Rd. So. Falls Church, VA (703) 671-1515 www.saint-katherines.org/ |
| Jun 02 - 04 | Greek Festival – Greek Orthodox Cathedral / Sts Constantine & Helen 30 Malvern Ave, Richmond, VA 23221 804.335.3687 office@vagocathedral.org Amtrak is located 7519 Staples Mill Rd. Greyhound is located at 2910 Boulevard. Each one is about the same distance from our church, at 30 Malvern Avenue in the West End of Richmond. see map on our website:www.greekfestival.com |
| Jun 10 - 12 | Greek Festival -- Saint Nicholas Greek Orthodox Church 520 South Ponca Street Baltimore, MD 21224 (410) 633-5020 www.stnicholasmd.org -- B30 bus leaving from greenbelt station earliest 8:45am lastest 10:pm Same schedule Saturday and Sunday B30 bus leaving from BWI earlist 9.35 am lastest 10:45 |
| Jun 10 – 12 | Greek Festival -- Saint Theodore 7101 Cipriano Road Lanham, MD 20706 (301) 552-3540 theodore@sttheodores.org www.sttheodores.org |
| Jun 27 – Jul 01 | Smithsonian Folklife Festival -- Also extended through July 04 to 08 on the Mall (202) 357-2700 |
| Jul 04 | Independence Day Celebration – on the Mall Wash DC (202) 619-7222 |
| Jul 17 | Italian Street Festival -- will be held outside Holy Rosary Church, at 3rd & F Streets, N.W., near the Judiciary Square Metro stop on the red line ■ Casa Italiana ■ Fieri Erika Pontarelli fieridcpresident@yahoo.com ■ Holy Rosary Church 595 Third St., N.W. Washington D.C. 20001 (202) 638-0165 casaitaldc@yahoo.com ■ ■ For more Italian festivals see: Order of the Sons of Italy / Italian Festivals throughout U.S. www.osia.org at Studies in Culture: Festival Report ■ ■ For more information call OSIA's George Washington Lodge (2038) Alexandria, VA (703) 256-6438 ■ ■ For more information call Festa Italiana Washington, DC (202) 368-7379 (703) 628-0681 |
| Jul | Latin and Jazz Festival – or early August - Columbia Rd. NW and the Mall (703) 588-8719 |

| Date | Event |
|---|---|
| Jul | Hispanic Festival -- at the Washington Monument. Food, music, and dance from 40 Latin American nations (202) 835-1555 |
| Aug 27 - 28 | NBC 4 Digital Edge - Technology Show Wash DC Convention Center www.dcconvention.com/ www.nbc4.com |
| Sep 09 | Adams Morgans Day - Live music on 3 stages, stuff for sale, and a kaleidoscope of ethnic food (202) 789-7000 Wash DC |
| Sep 16 - 18 | Greek Festival -- Saints Constantine & Helen Greek Orthodox Church 4115 Sixteenth Street, NW, Wash, DC 20011 (202) 829-2910 www.stsconstantine-helen.com/ |
| Sep 23 - 25 | Greek Festival -- Saint Theodore 7101 Cipriano Road Lanham, MD 20706 (301) 552-3540 theodore@sttheodores.org www.sttheodores.org |
| Sep | Greek Festival -- Annunciation Cathedral Greek Orthodox Church 24 West Preston Street, Baltimore, MD 21201 (410) 727-1831 www.goannun.org (called for further details) (church is located 2 blocks from Baltimore's literails Penn Station & Mt Royal station |
| Sep | Labor Day - Wash DC |
| Sep 30 – Oct 1-2 | Greek Festival -- Saint Demetrios Greek Orthodox Church 2504 Cub Hill Road, Baltimore, MD 21234 (410) 661-1090 www.stdemetriosmd.org |
| Sep or Oct | Oktoberfest – last weekend in Sept. to first few days of Oct. Reston Town Center, Market St. Four days of beer, polka, and sauerbraten---not to be missed (703) 787-6601 |
| Sep or Oct | Alexandria Arts Festival - King Street Alexandria VA |
| Oct 03 - 05 | Army / AUSA Expo -- Wash DC Convention Center www.dcconvention.com/ www.ausa.org |
| Oct 07 - 09 | Greek Festival -- St. Katherine Greek Orthodox Church, 3149 Glen Carlyn Rd. So. Falls Church, VA (703) 671-1515 www.saint-katherines.org/ |
| Sep or Oct | Navy Race - (Note: The Army race always preceeds the marathon by a week or two, and it appears the Navy race may be preceeding both.    In addition there are sports for military members through the Washington Area Military Athletic Conference and a variety of individual sports from golf to sailing to hiking. One place to get a lead on all of these is through the MWR publication Forecast. See www.dcmilitary.com/mwrforecast/4_9/news/32544-1.html |
| Sept or Oct | Army 10 Miler Race – Rosslyn, Arlington, VA (Note: The Army race always preceeds the marathon by a week or two, and it appears the Navy race may be preceeding both. |
| Oct 30 | Marine Corps Marathon -- Iwo Jima Memorial - last weekend of Oct. This world-famous marathon draws elite runners to a course that snakes past D.C.'s most famous landmarks (800) 786-8763 www.marinemarathon.com/ |
| Nov 11 | Veterans Day Ceremonies – Arlington National Cemetary Wash DC (703) 619-7222 |
| Nov | Columbus Day Parade - Union Station Wash DC |
| Nov | Thanksgiving Day - Wash DC |
| Nov 30 – Dec 01 | Government Video Expo - www.gvexpo.com Wash DC Convention Center www.dcconvention.com/ |

## Websites for other festivals & events in and Around Washington DC Area

- Let's Go Washington dc – Calendar of Event -- www.letsgo.com/DC/01-DiscoverDC-142
- Washington DC Convention Center -- www.dcconvention.com/
- Smithsonian institution Wash DC --
- Dulles Expo Center --
- Alexandria Virginia Events www.alexandriacity.com/calendar/events.asp
- Fairs and Festivals in the DC Area www.rawdc.org/dc/fairsDC.html
- Military Athletic Events – Wash DC - www.dcmilitary.com/mwrforecast/4_9/news/32544-1.html
- Military Events – Wash D - www.mdw.army.mil/events.htm

Date:             04 March 2005 / Friday

To:               Gale McCoy, Vanessa Washington, William Crawford

From:             Eddie Cheris

Subject:          Union Meeting on 03 March 2005

On Thursday, 05 March 2005 at 3:00 pm, I was requested to a meeting by Justina Lewis, which included a number of Passport personnel. In this (10) minute meeting one of the Union representatives basically said that someone sued someone else and Passport personnel should sign the attached form to get money from the settlement. And that some personnel are entitled to $10,000 and other personnel will only get $250. And, we are not to contact are supervisors about this matter.

Not signing the attached form; I walk away from this meeting wondering what is this. Later, I needed to ask Mary Sampson to possibly clarify what this meeting was for. Mary's reply was that the Union sued the State Department on several mismanagement issues. Basically, not paying personnel for past work performed.

Personally, I am not sure what this Union lawsuit involved and yesterday was the first time I had heard of it. In retrospect, it would be stupid of me to sign the attached form, if I am not sure what I am getting into.

Also, I previously told (2) supervisors and several of my co-workers that I did not want to be a member of the Union and/or have anything to do with the Union. In fact, I formerly requested one Union member to take me off his mailing list - so I would not receive his paper flyers/announcements.

Truthfully, I don't know these (Union) people and don't know what their intentions and/or motives are. In any case, on Thursday 03 March; I was requested to participate in this Union activity -- which was not clear what their activities were. Plus, I personally have no need/quest in supporting these guys.

Explaining the above statement more clearly. In light that there has been 'so many' personnel conflicts among a number of Personnel at the Passport Office over the past (10) years; has lead me to seriously distrust or guard myself from several of my coworkers (which also includes several of my supervisors).

It is seriously strange that a number of personnel signed the attached form requesting money; which maybe some personnel are honestly entitled too. But there has been 'too many' times where I have observed personnel frequently goofing-off (not doing their jobs) and getting paid for it. Even as I type this memo; (2) of my fellow coworkers are setting around just talking about junk topics instead of typing/doing their work. Something is not right with this picture.

I am returning the attached form to you; since you are my supervisors. And, 'respectfully' request, not to be included in any more of these Union meetings. The justification for this request is that I am not a supervisor, nor a manager. I am only getting paid as clerical employee. Supporting and/or insuring that my fellow coworker(s) get their "properly allotted paycheques" is Frank Moses' job duty; and he either does it or he doesn't. For me, anything beyond doing the basic job duties, is forcing me to do more work than I am paid for. Thank you

## ATTACHMENT A

I _____ affirm that in my position as a _____ _____ at the Department of State's _____ Passport Agency, I worked, traveled and/or trained above and beyond my scheduled full-time tour of duty during the period of April 20, 2002 and August 28, 2004 with my supervisor's knowledge and was not prevented from doing so nor compensated for my time.

I hereby acknowledge that, as per the settlement entered into by the United States Department of State, Passport Services and the National Federation of Federal Employees, Local 1998 on (DATE), I am entitled to a lump sum payment of $250 as compensation for this time. This payment is accepted by the Union and myself in lieu of any individual claim for suffered and permitted overtime. Management has agreed that I will suffer no retaliation in any manner whatsoever for submitting this form.

I understand that from this point forward before working, training or traveling any time above and beyond my scheduled hours, including working through lunch or breaks, I should seek express approval by management.

_____
Signature

_____
Name

_____
Date