# Daily Log Report / 2005   (Ed Cheris)

Tuesday, 01 February 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:10 - 16:15 / Notes: I arrived inoffice today at 07:10 and piers reject review database was down and surprisingly when I enteredoffice at this time every thing was seriously quiet; no one was around. By 07:40 Velma and Mary enteredoffice. Velma demonstrates to mary some type of automated toy which kept on (loudly) repeating a recording about 'white boys..... dead(?)'. I just put on my ear protectors to block-out this sleazy poverty garbage. After this velma gets ontelephone for a while. At 08:19 Maudel entersoffice and again velma demonstrates her loud toy to her. It is now 11:20 and forpast hour velma has been ontelephone talking and laughing to someone about a variety of topics – velma stayed ontelephone for most ofday. Mary Sampson and I have been doing straight work. Prier Reject review database crashed at 14:28. All day I have been hustling to get piers batch review: DE-050126-003 done as fast and as efficiently as possible – just to see how many data entry records I can complete in one day. I have been typing-in information all day and as fast as this database system can take it. Since this batch contained mostly simple records by 15:50 I got 138 records completed before passport number errors began occurring – which I then had to pass this particular batch over to mary Sampson – whom in turn consulted with davecomputer guy – to figure out what this new database system is doing incorrectly. At this point mary Sampson suggested continue working on a different pier review batch which I attempted to open butPiers Reject review database crashed again for a while. It doesn't matter how well I do my job – something "aways" happens with this passport computer system. //// Piers Batch Review: DE-050126-003   Records completed: [138]

Wednesday, 02 February 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:10 - 16:15 / Notes: At 08:00 justina enters rm 520 and velma demonstrates her loud toy to her. Soon after this bruce, velma and justina all get into a loud verbal conversation that went on for a while. Of of course I just put on my ear protectors and do my job. Velma and bruce throughoutday had a number of loud conversations. Piers Batch Review: DE-050126-002 Records completed: [129] non-complex batch

Thursday, 03 February 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:00 – 09:00 / sick leave 09:00 – 16:00 / Notes: 08:30 – piers reject review database has crashed several times. Bruce, Sharon and crystal get into a loud conversation this morning – I just put on my ear protectors. / Piers Batch Review: DE-050126-002 Records completed: [017] non-complex batch

Friday, 04 February 2005 / Arrive - Depart: 07:30 - 10:30 / Sick Leave: 10:30 – 16:15 Notes: At 07:45 Piers database crashed again. It is now 10:20 and piers database has crased 7 separate times. / Piers Batch Review: DE-050126-002 Records completed: [050] non-complex batch

Saturday, 05 February 2005                    Sunday, 06 February 2005

Monday, 07 February 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:25 - 16:15 / Notes: Most of the day was quiet and productive. Piers reject review database crashed this morning at 07:45. This morning and later in the afternoon that velma keeps turning up her radio and signing to some-type of religious music. It is irritating so I just put on my ear protectors. Bruce and timi spratt are not in the office today. Batch Review: DE-050126-002 & DE-050201-002 Records completed: [105] non-complex batch

Tuesday, 08 February 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 / Notes: This morning bruce, velma and mary Sampson get into a loud conversation about a variety of topics – I just put on my ear protectors. As the morning progressed bruce continued to have lengthy conversation with several people including mary Sampson. Velma for most of the day is just playing around talking/yelling to a number of personnel. By 13:40 everyone in the office is working and things have turned 'dead quiet'. (seriously nice). All you can hear is the clicking on the keys on several keyboards. I can't say it is a miracle; but I think the influence of Ms. McCoy coming on board at the Passport Office permanently has had a lot to do with the social/environment change in my office. This is the first time that I have ever seen everyone in the office working in unison – quiet and productive. Even bruce's radio is turned down to a very, very low volume. I realize this quiet and productive atmosphere will not last long; but it is definitely a drastic change from what use to occur in the office; basically warfare and torture. By 14:50 this silence was broken with Velma back on the telephone again loudly talking to someone about violence in church. By 15:00 Bruce and Velma are back into a loud and length conversation about some woman. At 14:05 I completed 100 data entry applications on Piers Batch Review database – which seems like the standard daily input rate – if the database are running well and the batches are non-complex I seem to get 100 data entry record done by 14:00 to 15:00 each day – plus a few more done by 16;15. //// Piers Batch Review: DE-050201-002 &  DE-050208-001 Records completed: [111] complex batch – a lot of DP's – needed to insert (2) endorsement codes for each application – time consuming.

Wednesday, 09 February 2005 / Break: 10:00 – 10:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 – 14:45 / Sick leave: 14:45 – 16:15 / Notes: Piers Reject review database crashed several times today – it was down for approximately 2 hours – and then ran slow for a long time. Bruce, Velma and Sharon got into loud conversations several times today – talking about such things as organisms. Piers Batch Review: & DE-050208-001   Records completed: [056]  - Complex Batch

Thursday, 10 February 2005/ Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:10 - 16:15 / Notes: I arrived in the office at 07:10 Piers Reject Review database was not working until 10:20. Bruce, mary, and Sharon were in a lengthy and loud conversation for about an hour about a variety of topics. As the day progressed mary Sampson and crystal Collins frequently got into lengthy conversations – and I just put on my ear protectors. Piers crashed again at 11:28 and then at 11:42 and again at 13:58 and again at 14:37. //// Piers Batch Review: DE-050208-001   Records completed: [042]  - Complex Batch – a lot of endorsement codes to embed.

Friday, 11 February 2005 / Break: 10:00 – 10:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 14:15 / Annual leave: 14:15-16:15 – appointment / Notes: On batch DE-050208-001 I had to ask mary Sampson a number of questions because A number of amendments where showing up with errors particularly dealing with endorsement codes and wrong PPT numbers. Mary Sampson herself had to fix several of these amendments because

she has additional access authority on the database than myself. Plus each of these fixes takes time where I need to log out of the database and mary needs to log into the database into the specific batch I was working on. Piers database crashes several times this morning. Surprisingly the office was quiet today – I did not have to put on my ear protector once. //// Piers Batch Review: DE-050208-001 & DE-050208-002 Records completed: [087] complex & non-complex batches.

**Saturday, 12 February 2005**    **Sunday, 13 February 2005**

Monday, 14 February 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:00–16:15 / Notes: This morning at 07:14 Mary Samson, Bruce Thompson and Crystal Collins begin one of their daily loud and noisy conversations (again) yelling across the room about junk poverty issues – I immediately pulled-out my ear protectors and put them on. This is another one of those mornings were I have spent the entire weekend thoroughly memorizing military technical manuals and then come to work and must hear my co-workers loudly discussing topics such as illegal drugs, sexual abuse, and death & destruction; among other perverted things. As the morning progressed Mary Sampson and Crystal Collins continued their own conversation; which went on for some time about all sorts of topics. They have been having these long/lengthy daily discussions for about the past 2 – 3 months. I am not sure if these two are really getting anywork done; but after thinking about it for a while; maybe by these two having these discussions – may be decreasing the chatter normally done by other personnel in the office; basically and indirectly entertaining them. I intentionally put on my ear protectors to sincerely concentrate on my work; because formerly I have overheard a number of other employees' conversations and truthfully 99.9% of the material they discuss does not even benefit me. And ironically in the past 30 work-days no one has been coming and bothering/harassing me about their personal (?) problems; which the supervisor(s) are supposed to be handling. Note for the record: Saturday evening this back/leg problem I have; painfully reactivated strongly again – I was hoping it was re-healing well especially when I went through hours and hours and hours of physical therapy to regain my mobility. But it looks like I will have to deal with this back injury for life. When I physically put too much strain on my lower back area – then I incur pain – which can become partially disabling for different periods of time. All day Sunday I stayed home and just laid in bed; studying. Another note for the record. This new computer database that I have been working on for approximately the past 30 days is seriously; very, very slow and I have informed Mr. Crawford about the functionality of this database. I am now doing about ¼ (daily) the amount of data entry work than I did (5) years ago. This particular database is so slow with its operations that I have intentionally kept a computer training manual on top of my desk to study while I am data entering just to have something to do during these long wait computer processing periods and frequent down times. Sometimes instead of studying the computer training manual I listen to (Greek) language training CD's. At 10:26 Piers database crashed again – unable to access for a while. Between 11:30–13:00 Piers database repeatedly crashed – even Frankie the computer tech was examining several computer for possible solution. Piers database keeps crashing even after lunchtime. **With most of the batches on Piers Reject Review database most of the applications from the beginning to about the middle of each batch are basically simple (non-complex) data entry. Once the data entry operator completes about ½ to about ¾ of the batch, they usually encounter more complex applications to data enter – which takes more time to perform.** //// Piers Batch Review: DE-050208-002 Records completed: [093]

Tuesday, 15 February 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30–16:15 / Notes: At 14:20 piers crashes again for a while. Half-way through this batch I began encountering complex applications which needed 2 or more endorsement codes and other additional entries. At 13:12 bruce turns-up his radio loud enough that I can hear the announcer – and again I just put on my ear protectors. And I just happen to notice that timi spratt has repeatedly been on the telephone. Velma keeps repeatedly playing some kind of electronic device with music. //// Piers Batch Review: DE-050208-002 Records completed: [083]

Wednesday, 16 February 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:10–16:15 / Notes: This morning arrived at work at 07:10 and noticed that mary, bruce, Sharon, maudel and velma were all in conversations about different topics. This went on for about an hour. I sat at my desk data entering and thinking about future purchases of Mediterranean furniture. At 08:05 Sharon starts talking and getting excited about someone threatening to jump from the top of a building – at this point crystal and mary start making their lengthy remarks about sharons' statement. I immediately put on my ear protectors to block-out another one of their discussions about death and dying. This subject about death and dying comes up frequently among several personnel in my office – which leads me to conclude that something is not right upstairs with one or more of my fellow coworkers. Particularly Sharon; whom frequently talks about psychiatric people and their issues. Crystal talks about this particular subject matter; but the way she basically phrases her statements it is apparent that she is either involved in some way such as a social worker or possibly a student of behavioral sciences. Let me re-emphasize my need to be wearing ear protection in the office – which is more beneficial for me to be thinking about the acquisition of beautifully designed Mediterranean future or the topic/contemplation of suicide. I wear the ear protection in the office to block-out the other guys' psychological contamination. As I mentioned in my previous daily report logs, after being exposed to several of my coworkers and their poverty life-style(s) for a long period of time, I have learn to avoid them because I don't want to be thinking, eating and living like they do. Anyway around 10:30–12:00 several electricians began working in rm 520 threading cabling through the ceiling. After lunch piers database crashed several times. During lunch time mary and crystal had a lengthy conversation on a number of topics – which I got tired of hearing and put on my ear protection – this conversation went on for about an hour. At 13:35 while data entering, I came across an application that I am 100% positive I had data entered previously from another batch. In fact I have come across several of these application that seems to be duplicated on the database. I kindly informed mary Sampson of this and then proceeded to ask her about possible duplicate entries showing-up on the reject review database screen – and again I run into a problem with mary Sampson – where I have to kiss her butt to get an answer. I am just trying to get the data entry job done and well and that is it – I am getting more than a little tired of encountering marys' bad attitude. Just for the record – I have encountered a number of these situations with mary sampson for at least the past 8 years – this situation is not something new. Soon after asking mary Sampson a job related question she is then in a loud conversation with Sharon and velma about car accidents or malfunctions. Following this crystal and velma begin their own lengthy and loud conversation on something which I avoided by putting on my ear protection and eventually mary Sampson entered this conversation. Crystal keeps going on and on "loudly" about visiting her doctor – I can even hear her with the ear protection on. Piers database crashed again at 14:15 unable to re-enter for a while. By 15:00 these (5) woman are still at it – laughing and shouting loudly. By 14:30 the electricians are back in rm 520. Since lunch time – timi spratt and Bruce Thompson have disappeared from the office. At 15:42 Piers database crashed again – could not access for about 7 minutes. //// Piers Batch Review: DE-050208-003 – complex & DE-050211-004 – non-complex Records completed: [072]

Thursday, 17 February 2005 / Break: 10:00–10:15 / Arrive-Depart: 07:15-12:00 / Annual Leave: 12:45-16:15 / Notes: Most of the morning was quiet. Mary and crystal continue of have their long and lengthy discussions. It was more than unavoidable hearing velma set at her desk all morning playing around first on the telephone (loudly) talking to someone and then latter she keeps playing with some kind of electronic device or devices that play a variety of music tunes.  ////  Piers Batch Review: DE-050211-004 – non-complex    Records completed: [066]

Friday, 18 February 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:15-16:15 / Notes: For most of the daily some workmen have been working on the wall next to my desk installing something in the ceiling – a lot of mechanical cutting of metal – maybe piping. By 14:45 timi spratt starts complaining to bruce Thompson about the construction noise. Do to this noise I gradually took my time on the data entry work and did it as accurately as possible. I stayed alert – 'just-in-case' that workman working directly above me in the ceiling area did not come falling through the ceiling tiles and crash down onto my work area. Timi Spratt and I sat in rm520 for more than (2) hours ((**alone**)) – and no one else was present. I continued to do my data entry work and whatever she was doing I seriously did not pay any attention too. Though I did overhear timi spratt on the telephone for a while speaking to someone in Vietnamese. Latter in the afternoon bruce Thompson arrived back in the office. Surprisingly, timi spratt did not approached or say anything to me all day. Piers database crashed one-time today at 15:00 hours. Note for the record: During this past week my back/leg pain re-activated where I had to take Motrin (again) several times to relieve the pain. I plan to relax over this coming (3) day weekend to get the swelling down.  ////  Piers Batch Review: DE-050211-004 – non-complex  &  DE-050211-001 – complex   Records completed: [080]

Saturday, 19 February 2005          Sunday, 20 February 2005

Monday, 21 February 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-16:15 /  Federal Holiday

Tuesday, 22 February 2005 / Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-16:15 / Notes: This morning I arrive in the office and mary Sampson has her radio playing with some kind of irritating music. Soon after this crystal and mary start having another one of their long and length conversations. Those workmen from Friday are still working above me (in the ceiling) this morning cutting and/or drilling something? I am glad I have my ear protectors to wear! Around 08:55 I step out of the office and on my way back into the office I just happen to notice timi spratt setting at her desk with her head down on her keyboard with a tissue in her left hand next to her face. It seriously seemed to me that she was crying. I hate to see someone in pain and agony; but at least timi spratt is not bothering me about her personal problem(s). Mary and crystal are still in their conversation(s). And, by this time velma and Sharon get into an even louder conversation.  ////  Piers Batch Review: DE-050211-001 – mixed/complex & non-complex    Out of concern that timi spratt just might get verbally abusive again; around 10:30 I showed Mr. Crawford the above note about timi spratt. Mr. Crawford kindly informed me that timi spratt currently has an ear condition/infection. By 10:15 those workmen finally stop making all that noise. An extra note here: I honestly don't mind doing my work and doing it well – that is what I am getting paid for – but this Piers electronic computer database operates so slow that it is ridiculous – it is so slow that I try to do other things on the side (like study my school notes) just to have something to do besides waiting for the machine to process the data. It is now 11:00 hours and I just completed 50 data entry records for the past 3-1/2 hours – in retrospect this means I am "only" getting about 13 or 14 data entry records completed each hour. 13:10 Piers crashes and again at 13:27 and again at 13:45 – finally piers database revived at 14:15 and crashed again at 14:25. By 14:00 mary and crystal are back at their lengthy conversation(s). At 14:30 I briefly spoke with Mr. Crawford about the reason for possibly duplicate data entry records showing-up on Piers database (basically when piers d/b crashes the operator needs to recheck the previous entry before proceeding). As I tried to convey my possible discovery to Mr. Crawford; mary Sampson interrupts me (basically making a big deal out of nothing.) I believe Mr. Crawford was aware of what was transpiring because he responded to me directly. I kindly walked away from mary Sampson's work area quietly instead of verbally telling her to shut-up and/or aggressively saying I did not ask for her idiot input. Some of my coworkers seriously need some discipline. Soon after Mr. Crawford left the room, mary, crystal, and another woman (charlotte?) from another office started into a loud lengthy conversation about off-the-job junk. And they go on and on and on about junk – to the point that I need to put on my ear protectors. In brief, I am setting at my desk all day properly doing my job; while mary Sampson is setting around talking all day.   DE-050211-001 – mixed complex & non-complex -- Records completed: [075]

Wednesday, 23 February 2005 /// Break: 10:00–10:15 / Break: 15:00–15:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-16:15 /// Notes: By 10:00 Piers database crashed at least 10 separate times. Dave the computer guy inquired about what was occurring on my computer system. As the database continued to crash repeatedly; I intentionally printed-out the error message(s) for Dave the computer guy to examine. Also by 10:00 hours I got (58) data entry records completed – a lot faster than yesterday. It has been apparent that the processing time/speed on the computer database(s) changes or fluctuates at different times of the day. Mary Sampson keeps playing her radio. By 10:45 mary and crystal begin another one of their long and lengthy (daily) discussions about a variety of topics. It is now 11:30 and mary Sampson doesn't shut-up – she keeps talking about other people and their poverty condition(s). Eventually crystal left the office (I think for an appointment) and for most of the after mary was quiet. Around 13:00 to 14:00 someone (I am not sure whom) printed-out a bunch of sheets from the printer on Caribbean recipes --- previously timi spratt use to prints-out a large number of internet-related pages; but she is not here today. At 13:45 the following error message appears on my data entry screen: PTRSW2KSWEB. Viprr Web. Mod Global. GetNextImageInBatch error '80040e31'    Timeout expired   /PRR/PRRReconcile.asp, line 390 ////  presented dave the computer a copy of error message.    Anyway the database system seems to be a little faster than yesterday – by 14:00 hours I got 100 data entry records completed. At 14:20 the following errors message pops-up on my data entry screen: PPTRSW2KSWEB .Viprr Web.mod Global.Get NextImageInBatch error '80004005' Transaction (Process ID 93) was deadlocked on lock resources with another process and has been chosen as the deadlock victim. Rerun the transaction. /PRR/PRRReconcile.asp, line 390..... All the time timi spratt's telephone rings at the highest setting (loud) and several people have complain about it – and it has been ring all day. At 14:45 mary Sampson went to timi spratt's work area and re-adjusted the telephone ringer to a lower ring tone or possibly unplugged it – I am not sure which one – but timi spratt's phone seems to have stop ringing for the rest of the day. By 15:00 hours it was apparent the the processing time/speed on the Piers database was slower than earlier today.  ////  Piers Batch Review: DE-050211-001 -- mixed complex  &  non-complex applications  &  DE050211-002 – mixed complex  &  non-complex applications --- Total Records completed: [112] --- Average spread approximately 14 entries per hour for (8) hours. I am now doing about ¼ (daily) the amount of data entry work than I did (8) years ago.

Thursday, 24 February 2005 / Break: 10:00–10:15 / Arrive-Depart: 07:15-11:30 / Notes: At 07:15 Piers d/b down – no access – gained access at 07:45. By 09:30 the processing time/speed on Piers database has become real slow. Piers D/B crashed at 11:26. Velma has been on the telephone for some time. Earlier she was laughing and making a lot of noise at something happening on her radio – which she turned-up to listen to. Mary Sampson had her radio tuned to the same station – so it sound like stereo in the office.    //// Piers Batch Review: DE050211-002 – complex applications -- Records completed: [041]

Friday, 25 February 2005 / Sick leave – leg problem.

Saturday, 26 February 2005                    Sunday, 27 February 2005

Monday, 28 February 2005 / Break: 10:00–10:15 / Lunch: 12:00–12:45 / Arrive-Depart: 07:30-15:15 / Sick leave: 15:15-16:15 – leg problem. Notes: I arrived at the office this morning at 07:30 --- Piers database is currently down. Mary and crystal are in a deep discussion; and also bruce and Sharon are in another loud discussion about off-the-job topics. By 09:00 someone released something (airborne). Bruce started shouting-out that he could smell heavy mildrew. About 5 minutes latter the smell in the room got real strong. Piers database has been down all day. Around 14:00 hours mary Sampson provided me some work with/on the MPDQA Batch 81593 – a different database than Piers reject review. It took dave the computer guy about half an hour to re-set PRISM database on my computer. Again at 14:00 mary Sampson and crystal Collins get into another lengthy and loud conversation – by 14:30 bruce Thompson gets into this same conversation which was even louder where he is yelling across the room and all three are yelling about off-the-job junk. Bruce is so loud that I can hear him while wearing the ear protectors!