# Daily Log Report / 2005 (Ed Cheris)

**Saturday, 01 January 2005** **Sunday, 02 January 2005**

Monday, 03 January 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 / Notes: This morning after I entered rm520 timi spratt immediately starts mouthing-off to bruce Thompson about the sinky activities of last week – using foul language, again. Of course I just ignored her. After talking to bruce Thompson, timi spratt talked to mary Sampson for about 40 minutes about outside activities – something about shopping malls. Basically, she just stood/sat around for an hour not working. By 08:30 Bill Crawford enters rm520 and immediately timi spratt goes back to her work area and begins working 'I think' or at least I did not hear her talking to anyone. At 09:33 I went to the brestroom. Re-entering rm 520 and passing timi spratts' desk; I overheard timi spratt saying to bruce Thompson comments about me – something about shit….. After returning from break 10:12; I happened to notice that timi spratt was on the telephone (speaking Vietnamese) – this conversation went on for some time. Bruce is playing his radio just loud enough that I can hear the announcer. By 11:00 timi spratt keeps ludly verbally expressing her comments using foul language. After she went on for more than 30 minutes I contacted Bill Crawford and reported the matter to him. I got the idea that he is thinking-over what to do about the timi spratt. Surprisingly, after 13:00 today, I did not hear anything from timi spratt and can only presume Bill Crawford spoke with her. Also surprising today is that the were no crashing of Piers Database and/or total black-outs of my computer. ROBs/Box(es): 137 & 136 Records completed: [288] ////

Tuesday, 04 January 2005 / Break: 10:00 – 10:15 / 12:00 – 12:45 / Arrive - Depart: 07:30 - 14:15 / Sick leave 14:15 – 16:15 – leg problem / Notes: This morning I arrived at the Faregut West Metro at 06:43 memorizing my computer notes as I traveled. I proceeded down 18th street towards the café works restaurant at 1145 19th Street – which I usually go to almost every morning. As I reached K. Street headed towards L. Street I had to stop for the traffic light. Looking for on-coming traffic. I first looked to my left and then to my right. Looking to my right for on-coming traffic - I then noticed timi spratt standing next to me about 3 feet away – looking at me and then saying something(?) – which was not clear due to the noise of the motor traffic passing by. As soon as the traffic was cleared I swiftly got away from timi spratt and continued down 18th Street towards L. Street. Looking behind me several times; I noticed that Timi spratt continued to follow me down and onto L. Street headed towards 19th Street -- so instead of going to the Café Works Restaurant; I intentionally went to the Au Bon Pain restaurant (L. Street) just to get away from her. I not only have to put-up with this weirdo woman at the office; but now ""must"" have contact with her out-side the workplace. This morning I am a little more than angered that I am being forced to participate with timi spratt and whatever her problem is. The above information was emailed to Bill Crawford – for his information. Seriously I don't have time for these people whom act/exist like they are from the Jerry Springer show – I got too much study materials to cover/memorize to even bother with individuals like timi spratt – whom seriously are a waste of time and bother others about their poverty condition. At 08:22 timi spratt starts mouthing-off "again" loudly saying shit-boy and bruce Thompson is just laughing at timi spratt. At 08:55 someone released/sprayed something in the office that seriously smells bad. Throughout the day timi spratt continued to mouth-off her expressions. After and before lunch several times as I passed her desk to exit and re-enter rm520; timi spratt would express some verbal comment about me. ROBs/Box(es): 136 & 151 Records completed: [205] ////

Wednesday, 05 January 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 / Notes: Around 08:30 timi spratt starts mouths-off again saying shit……. while talking to bruce Thompson. Someewhere around 09:00 timi spratt seriously and loudly starts mouthing-off again saying (shit…..) where mary Sampson had to yell across the room – questioning timi spratt by saying are you talking to yourself again, and something about being crazy. I basically tried to ignored this 09:00 incident because I pushing myself to get the work done – particularly when Pier D/B keeps crashing and yesterday bill Crawford informed to not to react to timi spratt taunting behavior. Around lunch time Bill Crawford entered rm 520 and requested that timi spratt meet with Ms. McCoy. What was discussed in this meeting I am not sure of. But later timi spratt returned to her work area and was quiet for a while. Between 13:20 to 14:50 timi spratt frequently spoke with Bruce Thompson still saying the "shit" word several times and something about her telling someone about something(?). At least at this point she was not yelling across the room. Yesterday, Bill Crawford told me that I should avoid reacting to timi spratt's taunting expressions and that the timi spratt problem would be taken care of tomarrow. He said he could not inform me of the details of this situation – which I respected; but management personnel where seriously keeping an eye on timi spratt and were going to do something about it - tomorrow. Well, at 13:20 today I setting at my desk seriously doing my work and I here timi spratt mouthing-off again; but not directly at me. Unfortunately, this looks like the same old junk the previous supervisors played. They don't take care of the problem(s) when it occurs and it keeps building up again. In brief, the supervisors did not firmly/critically take care of the timi spratt problem. She has now quieted down for the moment. But will be back harassing and taunting me again. It is the same pattern or cycle that has been occurring for the past (4) years. In brief, I am repeatedly being forced to do (2) jobs; mine and the supervisors and only being paid for one. And, it is more than apparent (now) that a law suite against the supervisors is the only avenue to pursue in fixing the problem. Between 13:05 - !3:35 Piers D/B keeps crashing a number of times I was getting a little worried I would not make my required 300+ data entry quota; but at 15:46 I made it. ROBs/Box(es): 151 & 141 Records completed: [303] ////

Thursday, 06 January 2005 (Payday) / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 / Notes: At 07:55 I was returning a box of completed data entry work to the inventory shelves and retrieving another box of data entry to work on. As I passed timi spratts desk I hear her in a low voice saying 'shit'. As I then entered my work area and placed the box on my desk; timi spratt began talking to herself (in Enblish and in Vietnamese). It was loud enough that mary Sampson and crystal Collins could easily hear her. Soon after this timi spratt enters mary Sampsons work area and discusses the Asia Tsunami disaster with mary for at least 20 minutes. Around 09:30 Mr. Crawford requested to speak with me in his office concerning the timi spratt issue. He said I was not in any trouble but timi spratt was; but he did not go into great detail. He instructed me not to talk with timi spratt and that timi spratt was told not to talk to me and that she was to stop her verbally abuse. Mr. Crawford ask me not to tell other employees about my encounters with timi spratt. I formally told crystal Collins and mary Sampson about several of these timi spratt encounters because crystal and mary are the lead people in the office (rm520) – they control the workflow. It is logical they be informed just in case they encounter trouble with timi spratt. Anyway I agreed to follow his instructions. Mr. Crawford also showed me a piece of paper detailing a portion of my last entry of my daily log report of last month (december). He informed me that someone (he was not sure



whom) made copies of it and passed it around the 5th floor to other personnel. He asked me if I had distributed this and I said no. What I think happen is that on the previous Thursday afternoon things got busy and I printed out a copy of the daily log report for the month of December for my own records. I had to make several corrections on the last page and forgot it in the printer tray in light that another employee approached me concerning working overtime with the emergency task force team at the Main State Department building which encompassed talking to two other people. Mr. Crawford advised me to 'make sure' I got anything I printed from the printer – because he was apprehensive that some of the Passport personnel my use it as a racial discrimination article. Mr. Crawford also told me that the problem in rm 520 is that Personnel are portraying childish behavior and it has to stop. I seriously tried not to have an argument with mr. Crawford and followed his instructions about avoiding timi spratt and not talk with fellow employees about encounters with timi spratt. But, seriously, the situation(s) in rm520 has previously gone way beyond the idea of childish behavior. When someone like timi spratt harasses me (repeatedly) for more than (4) years – this is not childish behavior, but psychological illness or it 'possibly' could be that timi spratt is being instructed to harass employees (particularly me); to try and get them so angered that they quit. Whatever the case may be – in my opinion timi spratt should have been immediately fired. For no one was doing anything to her. She kept on verbally erupting like she was on drugs or maybe demonically possessed. Her behavior was so critically bad, that I intentionally took leave (last week) just to get out of the office and away from her – in turn making the excuse that my leg hurts. I am always having some pain in my leg - which I need to live with if I like it or not. Managing and/or baby setting timi spratt is not my professional, nor my personal responsibility. I am a simple file clerk just trying to do my assigned job (typing) and legally I have no obligation to timi spratt. The supervisors are supposed to be taking care of (maintaining control of) timi spratt no matter what mode of behavioral consciousness she may be displaying. The above mentioned situation with timi spratt is just another of many incidences that have occurred at the Passport Office where individuals like myself, are being 'forced', to participate with and/or in the activities of other "problem" personnel and the supervisors one after another don't take care of it. To make it very, very simple let me ask the Court; whom is supposed to be providing timi spratt with whatever she needs and/or wants; me or the supervisor(s)? Am I, getting paid to personally service timi spratt or am I getting paid to type documents? Oh", and may I ask, what do I get out of being harassed or hounded by timi spratt? I am not at the workplace to personally service timi spratt, besides a number of other problem individuals? Which brings me to another issue here. At the Passport office there have been a number of "so-called" racial accusations among a number of personnel. After observing several of these incidences and also experiencing several myself, I came to the conclusion that, at least, several of these Passport personnel expressing racism just want to be personally serviced due to their poverty condition. The logic here is, what responsibility does one individual have to another individual, no matter what their social, economic, and/or ethnic background is. My last entry for today concerning the subject above is that my supervisors owe me $500M for forcing me to do (2) jobs for the past 8-9 years – it is seriously not an easy task trying to get my data entry done and done well – while guarding myself from seriously trouble coworker(s). By 14:10 I completed my daily requirement of 300+ data entry records. As long as I am not repeatedly interrupted I can get my job done and well. At 14:30 piers d/b crashes. ROBs/Box(es): 141 & 103 Records completed: [321] ////

Friday, 07 January 2005 / Break: 10:00 – 10:15 / Arrive - Depart: 07:30 – 12:45 / Sick leave – 12:45 – 16:15 – flu / Notes: At 07:30 this morning Bruce Thompson is talking to crystal collins on something about the good old buys and the bad working conditions at the passport office. Soon after this timi spratt starts mouthing-off to bruce Thompson about people/individuals stinking, people writing other people up for talking to loud and some others comments about bad working conditions at the passport office. At 08:15 timi spratt goes and talks with crystal for some length complaining about some other employee(s) and some other topics – which I tried to ignore. After this timi spratt returns to her work area and begins another conversation with bruce Thompson. After this timi spratt gets on the telephone. By now an hour has gone by and I am setting doing my job while timi spratt is goofing-off. ROBs/Box(es): 139 & 150 Records completed: [183] ////

**Saturday, 08 January 2005** **Sunday, 09 January 2005**

Monday, 10 January 2005 / Break: 10:00 – 10:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 09:00 – 16:15 / Sick leave – 07:30 – 09:00 – The Flu & 11:00 – 16:15: Notes: All weekend I have had the flu – seriously bad. Heavy coughing and heavy sinus drain. May leave latter today if I don't feel better. ROBs/Box(es): 150 & Records completed: [053] ////

Tuesday, 11 January 2005/ Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 08:30 - 16:15 / Sick leave – 07:30 – 08:30 – Flu / Notes: At 08:40 bruce Thompson turns up his radio to where I can here an older black woman screaming about something. At 09:10 timi spratt enters mary Sampsons' work area and discusses a number of (non-job related) topics with mary Sampson. By 09:28 Robyn enters bruce Thompsons work area where it looked to me that she was crying. I happen to notice this when I returned a box of data entry to the inventory shelves. Timi spratt then, starts up a conversation with robin and bruce – something about an incident occurring in another office involving robin. Shortly after this timi spratt was back on the telephone with several different calls; which lasted approximately half an hour. Bruce Thompson was also on the telephone for sometime and about what was not clear; but this went on pass 12:00 hours – when I went to lunch. Mary Sampson just continued her work. For me I am doing my data entry work and seriously don't want to be bothered by any of my coworkers since I have had one terrible weekend handling the flu – ""seriously bad."" I still have it today; but the coughing, nasal congestion and severe headaches have subsided substantially. After break I returned to the office and happen to notice that there were multiple spots on my computer monitor/screen like someone sprayed something(?) – pretty heavy. This was not present this morning when arrived in the office – because I would have noticed it immediately. I suspect velma or timi spratt may have spraying lisol on my workstation. At 13:10 someone (I believe Robyn) cooked something in the microwave oven that seriously smells like a dirty pair of tena-shoes and related athletic apparel – stinks real bad. At 14:14 bruce Thompson turns-up his radio again where I could here the announcers laughing at length and screaming – after about 10 minutes he turns-down the volume. By 14:00 onward timi spratt is still on the telephone. And by 15:15 bruce Thompson is back on the telephone for a while. ROBs/Box(es): 150 & 219 & 191 Records completed [365] ////

Wednesday, 12 January 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 – 16:15 / Annual Leave: 12:45 – 13:45 – SDFCU Visit / Notes: At 08:45 Piers D/B crashes again. At 09:10 Bruce Thompson enters mary Sampsons work area and bruce, mary and diane Maynard have a lengthy and loud conversation covering a variety of topics and Kenny hawkings loudly interviened in this conversation while moving supplies to rm 520. I just put on my ear protectors to block these guys out. At 11:30 Piers D/B crashes again. Frequently timi spratt would get up and go and talk with mary Sampson and to crystal Collins about non-job related topics. At 13:20 Piers D/B crashes again for

some time. At 14:15 bruce enters rm 520 and visits mary Sampsons work area where he starts yelling about someone putting some kind of paper in a toilette and some other (?) topics. Mary Sampson and crystal Collins got in on this loud conversation and then timi spratt mouthed-off a few more comments reflecting on what bruce said. Since these coworkers got so loud and just talking about useless junk – I in turn put on my ear protectors – to block out their loud and obnoxious noise. ROBs/Box(es): 191 & 190 Records completed: [280] ////

Thursday, 13 January 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 / Notes: Today in the office it has been quiet. As indicated by the records completed that follows – again I need to state that if I am not repeatedly bothered/interrupted by my coworkers I can get the work done and well. ROBs/Box(es): 190 & 221 Records completed: [408] ////

Friday, 14 January 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 – 12:00 / Annual Leave: 12:45-16:15 – Appointment / Notes: At 08:10 velma starts talking (loudly) to bruce about a number of topics; she just went on and on and on about junk; so I put on my ear protectors to get my job done. 09:30 Piers D/B crashes again. At 10:42 Robyn Oakley enters rm 520 and starts a brief argument with crystal Collins something about the time schedule – in turn everyone in the office starts laughing at Robyn Oakley. ROBs/Box(es): 188 & Records completed: [146] ////

**Saturday, 15 January 2005 Sunday, 16 January 2005**

Monday, 17 January 2005 / Federal Holiday - MLK Day

Tuesday, 18 January 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 / Notes: At 09:15 took DOS Shuttle to SA-1/Main State to have my old badge renewed – arrived back to office at 11:30. Velma, crystal and Mary get into a loud and lengthy conversation about velma eating pork chops in bed or metaphorically having sex with her husband. ROBs/Box(es): 188 & 218 & 189 Records completed: [242] ////

Wednesday, 19 January 2005 / Break: 10:00 – 10:15 / Arrive - Depart: 07:00 – 13:00 / Earl Release due to the Inaugural Celebration(s) and street closings / Notes: This morning mary, bruce, and velma get into a lengthy and loud conversation. I just tried to ignore them and get the work done since we only have half a work day, today. And, Timi spratt is constantly on the telephone. In fact yesterday and today I walk past timi spratts work area and noticed that some kind of odor/smell was present – smells something like gasoline. By 09:00 my fellow co-workers in the office continue having their loud verbal discussions about a variety of topics so I put on my ear protectors. All morning it feels like a railroad spike is stuck in my left foot – a reaction to the cyatic back problem – so several times I got up and walk around and went and had a cigarette. At 11:00 I got up to exit rm520 and as I passed timi spratts desk she spouts-off; 'that shit-guy is always going in and out.' I just ignored her and went and had a cigarette. As soon as I step outside; I noticed Mr. Crawford about to enter the building and informed him of timi spratts remark(s). By 12:00 it is more that noticeable that some kind of odor/smell is present in timi spratts work area – something like the smell of gasoline. For anyone reading my daily log report my leg feels like it is going to fall-off 'again' – because I put to much pressure on it – and in the mean while I have to put-up with timi spratts psychological problem. ROBs/Box(es): 189 & Records completed: [202] ////

Thursday, 20 January 2005 / Federal Holiday - Presidential Inaugural

Friday, 21 January 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 / Notes: This morning at 07:27 I entered rm 520. Directly behind me also entering rm 520 was Maudel. As I entered the office a very heavy smell/odor was in the air – so bad (overpowering) that I began coughing terribly; even maudel asked me if I was all right and then she left the office. Then I noticed timi spratt spraying something in the air from a white-coated aerosol can. I finally turned on the little fan at my desk to help disperse the smell. Five minutes later even timi spratt starts coughing. I finally went outside and got a breath of fresh air. Piers keeps crashing. After break I tried repeatedly to log back onto my computer. I had to repeatedly contact the computer guys because my password would not work. Finally the computer guys let me re-enter a new password to gain access to the computer system – this all took about 25 minutes. Piers D/B keeps crashing for longer periods of time. In fact Piers D/B was down from 11:43 – 12:55 today. Even by 16:00 Piers D/B keeps crashing. ROBs/Box(es): 411041 & 29 Records completed: [343] ////

**Saturday, 22 January 2005 Sunday, 23 January 2005**

Monday, 24 January 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 08:30 - 14:15 / Sick leave – 07:30 – 08:30 / Annual leave – 14:15 – 16:15 Appointment / Notes: At 13:21 Piers D/B crashes again. ROBs/Box(es): 01 & 411038 Records completed: [360] ////

Tuesday, 25 January 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 15:15 / Annual Leave – 15:15-16:15 – appointment / Notes: At 10:40 Mary samspon got me on the Piers Reject Review – but unfortunately this particular database is terribly/seriously slow – it may take me all afternoon just to complete 50 – 100 applications. ROBs/Box(es): 411038 & Records completed: [200] //// Piers Batch Review: DE-050125-001 Records completed: [044]

Wednesday, 26 January 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 / Notes: Piers reject review database crashed several times today and is seriously slow. Piers Batch Review: DE-050125-001 Records completed: [112]

Thursday, 27 January 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 08:30 - 16:15 / sick leave 07:30-08:30 / Notes: Most of the day was quiet. Piers reject review database crashed several times today and is seriously slow. I informed Mr.




Crawford about only being able to data enter about 100 entries per day on this particular database because of the processing function of the database is very, very slow. No matter how fast I type in the entries – the system is still slow. Piers Batch Review: DE-050125-001 Records completed: [112]

Friday, 28 January 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:00 – 12:00 / sick leave 12:45-16:15 / Notes: Around 10:20 I needed to ask Mary Sampson a question about a passport application and the applicants last name – A. Bagigi. I wasn't sure if the last name would correctly enter the database as abagigi or would it be rejected back out as A space Bagigi. Mary Sampson gave me one seriously hard run-around about this to the point that I was ready to tell her to kiss my butt...... After this I stop asking mary sampson any additional questions. All I was trying to do is my job correctly and accurately and I even came in today a half an hour early just to make sure I got my job done well. It is now 11:47 and for the past hour bruce Thompson has been in mary Sampsons work area talking to mary about a number of off-the-job topics. I just put on my ear protectors to block-out bruces' verbal garbage. Several times today I passed timi spratts work area and she smells like gasoline. Piers Batch Review: DE-050125-004 & DE-050125-005 Records completed: [095]

**Saturday, 29 January 2005** **Sunday, 30 January 2005**

Monday, 31 January 2005 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 – 16:15 / Notes: At 07:30 when I signed onto Piers Reject review database the systems was not working. For the past hour there have been a number of system errors. I keep doing the data entry work when the database is up and running. Piers Reject review database crashes again at 15:40.
Piers Batch Review: DE-050125-005 & DE-050126-008 Records completed: [103]

## Cheris, Eddie S

**From:** Cheris, Eddie S
**Sent:** Tuesday, January 11, 2005 4:02 PM
**To:** Crawford, William
**Cc:** McCoy, Gale A
**Subject:** Private Message ///

I am not sure whom is in today - but I thought you should be informed of something I saw a few minutes ago.

/// FYI - security purposes only ///

At 3:42 after completing 365 data entry records I step out side the front of the building to have a cigarette.
As I lit-up, out through the front doors comes yelling the FEDEX woman yelling to someone across the street.

Once I looked across the street I then saw a bunch of boxes laying on the ground near jonathans restaurant and some left on a (flat-bed) push cart. One heavy-set black gentleman was by the cart; but just stood there.

The FEDEX woman approach him loudly complaining about these boxes -- which she proceeded to pickup and I got the idea of counting. She definitely had an angered look on her face.

This took about 7-10 minutes and then she proceeded to get the push cart to her truck which was located in front of the Wollenski Steak house.

As they moved the cart to the truck I happen to notice that these boxes look like the boxes we use in Doc Prep with the agency box number and Accession number on the front of the boxes.

Thought you might want to know about this.

There where a lot of boxes on the ground and anyone could have picked one up and walked away with it.

Thanks

Ed