# Daily Work Progress Report                                    (Ed Cheris)

Wednesday, 01 December 2004  Break: 10:00 – 10:15  / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:00 - 15:15 / Sick Leave: 15:15 – 16:15 Notes:  This morning I arrived in the office at 07:00 and went to work immediately at my desk. At 07:45 bruce Thompson arrived at the office yelling loudly as he entered to office to mary and crystal across the room – then Mary would respond in a loud voice. From this point on until 10:20 bruce Thompson went on and on with a 'loud' conversation particularly with mary Sampson on a variety of topcs – death, distruction and drugs...... This guy would not shut-up. Finally at 10:30 bruce Thompson went back to his desk and spent at least an hour on the telephone. Seriously irritating when I am trying to get the data entry work done. After 12:30 bruce settled down a lot – but still spent time on the telephone. Piers database crash 6 separate times today. ///// Piers Batch Review: 001  Records completed: [092]

Thursday, 02 December 2004  Break: 10:00 – 10:15  / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 / Notes: Msg forward to: Bill Crawford and Vanessa Washington -- Monday or Tuesday Mary Sampson gave me a batch of Passport data entry to do on Piers Database – not ROB work. In light that I have not processed these documents for a long while and supposedly Piers D/B is fully automated -- I asked mary Sampson to give me a run-down on how to properly process/data enter these online passport applications including amendments. The Piers passport Database system is very slow especially when processing amendments. And it crashes frequently. The first day I started with this particular batch of passport applications; mary Sampson was very willing to show me through the data entry system.  The first day I got the data entry system learned fairly well – but still needed to ask mary Sampson a number of questions concerning the piers system and particular problem applications – missing dates, missing endorsements code....... On the first day I was seriously geared-up to process this batch very precisely and accurately – trying to not make any mistakes at all. Yesterday, when asking mary Sampson several questions in processing this batch I encountered some heavy resistance in getting a straight answer – but overlook it.  This morning I came into work and immediately began data entering this batch and several times needed to ask mary Sampson some questions about properly data entering particular information like endorsement codes and mismatched names and passport numbers.  After asking several questions mary Sampson starts getting a snappy attitude, questions where my former work materials were - compared to the current piers database and then ridicules me for doing the work. Plus seriously her breath stinks, terribly! Now all morning I have been data entering my work and trying hard to be precise as possible and here mary Sampson has been setting around all morning goofing-off having lengthy conversations with Mame, Bruce Thompson and crystal Collins on non-job-related issues. It is not my place to tell the managers how to perform their jobs; but would suggest someone teach this black woman some manners before countermeasure/complications occur. This woman has got to learn that you don't jump on someones' backside when they are already doing excellent work. And this is not the only time this has occurred. Will tried and have this batch completed today. During the late afternoon bruce kept turning his radio up and then down. By 16:00 mary, bruce and crystal are in another loud conversation. I eventually got to get some industrial ear protectors to get my job done without repeated interruptions. ///// Piers Batch Review: 001  Records completed: [092]

Friday, 03 December 2004  Break: 10:00 – 10:15  / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 – 14:45 / Sick leave: 14:45-16:15 leg pain  Notes: This morning as I entered the office timi spratt loudly mouthed-off saying someone is a liar again and again and something about someone made a report to the supervisors that she went to the bathroom in her pants and that someone else (a counselor?) will be showing-up this coming Monday to handle the problem. Timi Spratt just went on and on. As she continued to mouth-off; one gentleman from another office entered rm 520 and got velma all excited where she yelled or acting out something "very" loudly – I think it was about a Christmas party activity – maybe – I really wasn't paying attention to the gentleman whom entered rm 520.  Crystal even jokingly commented to velma that she is going to get written-up and we all are going to serve some jail time. By 08:30 velma keeps singing Christmas songs and bruce and timi keep commenting to her. By 09:50 timi spratt is back verbally expressing her commenting with the use of fowl language – it was more than apparent by 09:10 that she definitely was talking about me. As repeatedly occurring in the past timi spratt goes on and on with her expressive comments for a period of time until she gets all worked-up and then she calms down. She basically pumps her own-self up by her own words – like she is fighting with herself. I have seen this repeatedly displayed by timi spratt and is one of the reason I avoid her. By 09:15 I completed the batch of Passport data entry and continued with a box of ROB data entry. By 10:40 onward to about 11:30/12:00 -- things in the office become dead quiet – no one was saying a thing – hopefully one of the supervisors shut these guy up for a while. At 12:55 Bruce starts ridiculously yelling across the room to mary Sampson about some kind of garbage. As he walked towards mary Sampson desk his radio was loud enough that I could her some woman screaming her lungs out. Even velma comments on who is screaming. Soon after this paulette enters rm 520 and starts up a loud conversation with crystal Collins about some tv program. All, seriously disturbing in getting the work completed. Beginning at 13:30-14:00 timi spratt printed off 'a lot' of sheets (50-200) from the printer in Vietnamese. I happen to notice this because earlier I printed off 1 sheet and noticed a pile of other papers in Vietnamese and she continued printing these. Almost every time I passed timi spratt desk today, she says the word shit. ROBs/Box(es): 16  Records completed: [152]  ///// Piers Batch Review: 001  Records completed: [014]

Saturday, 04 December 2004                    Sunday, 05 December 2004

Monday, 06 December 2004  Break: 10:00 – 10:15  / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 – 16:15 / Notes:  At 09:10 Mary sampson is on the telephone while her radio is more than loud enough that I can hear the singers words. At 09:17 Bruce Thompson starts yelling and laughing very loudly particularly to crystal Collins and Sharon statten and using fowling language as shit complaining about someone "maybe" timi spratt – smelling seriously bade -- maybe" bio-odor. After about 10 minutes hearing bruce Thompson loudly verbally express himself – I then notice a smell in the room. By 09:26 Piers Database has crashed (3) separate times this morning. By 09:30 I went out and got a breath of fresh air. At 11:12 one fat gentleman from another office entered rm 520 and first contacted mary Sampson (loudly expressing his need for her to attend some meeting/party?). Then he got velma all excited; where she began signing at the top of her lungs – concerning something about a Christmas party talent show. Then Sharon statten starts loudly verbally expressing to the fat gentleman that now she has to put up with velma (verbal expressionism) for the next 20 minutes. I don't honestly know what is wrong with some of these co-workers; but I am seriously trying to get my data entry job done and keep encountering these loud interruptions. At 11:25 Bruce gets all verbally excited and extremely loud -- I believe he was re-enacting some person or group singing country gospel songs. Bruce went on acting-out loudly for some time; like he was demonically possessed. As lunch time approached he sat at his desk singing along with the music from his radio; but in a lower sounding voice level. For the past hour mary Sampson and crystal have had a lengthy conversation about food – Christmas dinner preparation and other topics – at least these two keep their

voices low enough that I can concentrate on my work. The afternoon hours in the office were basically quiet and peaceful. ROBs/Box(es): 16 & 15 Records completed: [317]

Tuesday, 07 December 2004  Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:20 - 16:15 / Notes:  At 08:40 bruce turns up his radio loud enough that I could the announcer.  At 10:15 I arrived back into the office and bruce has his radio at a much louder volume and he is not even at his desk.  Sharon and another woman from another office are having a lengthy and loud conversation about a variety of topics.  Timi Spratt is on the telephone, again.  As I entered the office this morning Sharon and crystal were talking about some woman cutting her babys' arms off and killing her baby – (sick puppies"").  By 11:30 I am data entering my work and Sharon and crystal start talking about insane people and sanitariums and Sharons' stepfather who is crazy for life.  And some sister whom is also crazy, and lost a bunch of property or something; and something about the family structure collapsing.     This conversation went on passed 12:00. I went to lunch and got away from these two and their troubled verbal and negative mental mindset.  I have seriously gotten sick and tired of hearing this poverty junk time after time after time – when I am setting at my desk doing my work and deeply thinking of "great stuff to accomplish" for example:  future trips to turkey, Italy and Greece, NASDAQ – NYSE future possible stock investments, membership in Congress Press Photographers Gallery and other photography organizations, my Army and Marine Corps online training courses and computer certification exams, purchasing Greek and Italian Music CD's, buying my (used) Jeep Cherokee and fixing it up with all of the great accessories, photography assignment of the presidential inaugural come January 2005 and other photo projects, and visiting art-related museums and gardens in and around Washington, dc and collecting reprints/copies of raphael, renoir, monet, vermeer and others.     By the time I returned from lunch, (12:40) these two were still at it – talking about sharons' person(?) problems.  By the way timi spratt is still on the telephone.  And bruce has turned up his radio again – to where I can hear the singer screaming about his cry-baby love affair.  I had a lot of respect for Crystal Collins in regards that she was former army personnel and honestly tried to build a solid working relationship with her since she is supposed to be a team leader, but have now decided to break-off any further social contact with crystal because she is constantly involved with (talking about and in some cases seriously condemning) other people and their personal (psychological) problems.  I have sat at my desk and have unavoidably/inadvertently overheard her and other personnel talk about a number of other people (on and off the job site).  It seems like these gals do not get enough of this sick-perverted junk.    Neither personally, nor professionally, is timi placed to tell my co-workers how to live their personal lives – but I don't want to hear their sick perverted junk, either.  Payday is this coming Thursday and I will definitely be purchasing some ear protectors to wear in the office.  For approximately the past hour I have also been waiting for crystal to return to the office to issue me another box of data entry work – I am not sure where she disappeared too, again.  But at 14:00 I do informed crystal that I was almost done with the box of work I currently was working on, and would need another box soon.  ROBs/Box(es) _____ Records completed: [317]  ////

Wednesday, 08 December 2004  Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:05 - 16:15 /  Notes: This morning I came in early to the office.  Five minutes after I walk into the office Bruce is talking about some woman intentionally running down some young kids with her car.  Then him and velma get into a loud conversation.  By 07:50 Bruce turns up his radio to where I can hear the announcers comments about the American race problem.  I am definitely getting a set of ear protectors to block-out this propaganda junk that I am exposed to almost daily.  By 09:20 Mary, Velma and particularly Bruce keep yelling across the room about a number of topics events in the news. And I am just trying to concentrate on doing my data entry work and getting a headache hearing these guys yell about junk.  By 09:10 timi spratt is back on the telephone for a long while.  From 10:10 to 11:00 crystal verbally and loudly went on talking to mary Sampson on a variety of subjects. Then around 11:42 bruce and velma start getting seriously loud "again" over decorating the office door for Christmas.  Seriously some of these personnel get so emotionally out-of-hand time after time, something got to be done about it – and all I am trying to do is concentrate on getting my data entry job completed.   By 11:50 velma begins singing, again!  At 12:46 Paulette enters rm 520 and starts talking loudly to crystal and mary seriously loudly and disturbing.  A few minutes later she returns to rm 520 making more noise.  At 13:25 from my work area I can hear very well someone screaming from bruce's radio, but bruce is not even in the office.  Finally by 13:15 crystal and mary quieted down and sat at their desks doing work.  Bruce and velma disappeared from the office.  The office environment was very quieted for a while – 15 minutes.  As soon as I typed this message mary and crystal start back up again.  Surprisingly timi spratt today and yesterday has been except for the telephone has been quiet almost not noticeable.  By 14:12 I finally got my 300 daily data entry requirements completed through all of this noisy and highly interruptive war zone some people would call an office.  I usually try and have my 300 requirement done before lunch.  Exactly at this same completion time bruce thompson returned to the office loudly talking to mary Sampson about some basketball fight situation on the news channel.  Damn, some days it is almost impossible for me to get my job done and correctly.  Today was one of those days.  Logically if any of these personnel are standing around talking at length besides very loudly on a variety of outside topics and not job related – they are not doing their assigned jobs.  In addition someone keeps turning up the (ventilation) heat to where it is unbearable.  I keep my small desk fan going constantly.  crystal Collins has also complained about this heat overflow, also.  By 14:35 bruce gets timi spratt verbally excited where she is verbally expressing a cowboy expression something like roping a cow.  After this bruce, mary and crystal are talking loudly to each other across the room about some ol' paper or somebody.  Bruce is particularly "loud".  Then velma intervenes with crystal and bruce which got even louder.  I went out for a cigarette to get away from these guys.  By 14:50 Velma, mary and crystal are still at it – loud and noisy and nothing about the job.  At 15:02 I forwarded the above todays daily log entry to Ms. McCoy informing her that tomorrow I will be purchasing a set of industrial ear protectors to get my job done in peace.  As soon as I did this Diane Maynard comes into the office yelling to mary sampson about a data entry box which was kicking across the floor. Then engages sharon statten in a lengthy conversation.  The noise does not stop.  I have put up with a lot of this office junk for over the past (8) years – which basically demonstrates that the supervisors are not doing their jobs – no matter what they may say time after time.  This kind of stuff has been going on ever since tasha thian managed the office.  ROBs/Box(es): ___ 0045 & 22 Records completed: [315]  ////

Thursday, 09 December 2004  Break: 10:00 – 10:15 / Arrive - Depart: 07:30 - 11:30 / Sick Leave: 11:30-16:15  leg program  Notes:  Piers D/B has crashed (3) separate times between 07:30 and 08:50.  ROBs/Box(es): 22 & 40 [209  Records completed: [119].

Friday, 10 December 2004  Break: 10:00 – 10:15 / Arrive - Depart: 07:30 – 12:45 / Sick Leave: 12:45 – 16:15  leg problem  Notes:  Most of the morning hours were quiet except for bruce playing his radio which I could hear but not understand the singers.  Around 11:15 timi spratt begins talking to bruce thompson for a while, saying that someone makes her sick and she wants to hit them in the face.  She said this several times.  Before this timi spratt was on the telephone, again.  ROBs/Box(es): 40 [209 & 6  Records completed: [30___  ////

Saturday, 11 December 2004          Sunday, 12 December 2004

Monday, 13 December 2004 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 08:30 - 16:15 / Sick Leave: 07:30 – 08:30 - leg problem Notes: Piers electronic database has crashed since 07:00 this morning – it came back up at 11:45 - no data entry work completed for the past approximately 3 hours. At 09:10 I received a long distance call from one of my cousins that a family member had passed away (Friday) and the funeral is tomorrow morning. I waited for about 20 minutes and then telephoned a cousin that resides in the Washington DC area and informed her of the death in the family. At the beginning and end of these calls; timi spratt sat at her desk and grumbled/commented about me being on the telephone – stuff like "oh my god " and cursing/sneering sounds. I have seriously gotten tired of this weirdo and her personal problems – this particular woman can't even get serious even when it deals with someone dying. The computer system is currently down and I am not interrupting her work – so what is she complaining about(?). Plus I very seldom, almost never receive any personal calls – so what is the big deal(?). I tried to maintain a calm and maybe non-emotional persona in light that my aunt (92) (whom was like a grandmother to me – died); and I can't financially afford to go to the funeral; but I got to put-up with timi spratt's psycho garbage – this is going way beyond the call of duty – plus it is the supervisors job to pamper timi spratt, not mine. Between 10:50 to 11:40 timi spratt continued to print-out a large quantity of papers from the printer – I happen to notice that at least one of these sheets was printed in Vietnamese. Later I did confirm with crystal Collins in the hallway that she also heard timi spratt grumbling/commenting that I was on the telephone. As I arrived back from lunch 12:30 - entering room 520 - I overheard mary Sampson "repeatedly" from way across the room chewing-out timi spratt about leaving her papers that come out of the printer (in the printer tray). Timi spratt got bend-out-of-shape about this and made a few low-sounding comments and then got back on the telephone, again. After lunch I forwarded a copy of todays log report to bill Crawford to look into. ROBs/Box(es): 3 Records completed: [200]  ////

Tuesday, 14 December 2004 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:20 - 16:15 / Notes: at 07:20 I walked into the office this morning and bruce has his radio blasting. He finally turned it down by 07:30. About 5 minutes later one fat black woman enters rm 520 and starts yelling about where is crystal and some other stuff(?) - directly talking to Sharon statten. I have no idea what this womans' name is. But, she kept this up for about 10 minutes and bruce and velma got into this very loud obnoxious conversation. By 07:50 the noise was so loud that I got up and went outside for a cigarette. I re-entered the office/rm 530 at 08:00 immediately noticing that the office smelt like vomit. These guys are getting out-of-control, again. And I am just trying to get my data entry work done. I informed Mr. Crawford of the above incident by email and continued working on my data entry. Throughout the day bruce, timi spratt and velma would get into short but excitable conversations. By 14:40 Bruce turns up his radio where some woman is cursing and shouting about someone breaking down her door and/or something about used Kotex(?) – velma and timi spratt were getting verbally excited and laughing at this. By 16:00 velma starts signing to the radio – again. ROBs/Box(es): 51 & 2 & 1 - Records completed: [422]  ////

Wednesday, 15 December 2004 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 / Notes: From 07:30 – 07:55 bruce, velma, timi spratt and diane Maynard where in multiple conversations. Diane Maynard even left out a scream – due to something – which I am not sure what occurred. Velma again, got into the signing mode – where I could hear her way across the room. The fat black woman that was yelling yesterday morning was in conversation with Sharon statten – complaining about her charge card bill and something else – which I tried to ignore. Bill Crawford entered the office/Rm 520 around 07:55 and these guys in the office got real quiet. But as soon as Bill Crawford left the office – then these guys got verbally active, again – particularly Bruce thompson. By 08:10 bruce has his radio turned up more than enough that I can hear the announcers speech on what seems to about rascism in America, "again." Remember bruce Thompson sets at the opposite side of the room from me -- so his radio audio output is pretty loud – plus I seriously don't have any particular interest in hearing about that black-american radicalism – that is the other guys (social-economic condition, state of mind and/or personal fight/social warfare – not mine). Now, mary Sampson sets approximately 5 feet from my work area and she currently has her radio playing also; and I can her the singer singing on the radio but barley can make out what the singer is saying. At 09:54 Piers crashes again. By 10:45 today, I have keyed-in my daily data entry requirement of 300 records – this is what I am referring to/complaining about many, many times in the past. If none of these moron coworkers come bothering about their 'personal' problems; I can really get the work done - and well. By 15:15 I completed the box of data entry work I was working on and went to the inventory shelf to get a new box of data entry – unfortunately everything on the inventory shelf was completed and it was more than evident that I did most of the work. Which brings me to another point. Somewhere around lunchtime today everyone in my office except sharron statten and including most of the people of the 5th floor disappeared for the rest of the day. I got the idea that they went to some party or some boat ride or something(?). Sharron statten stayed around until about 13:30 and then disappeared also. For the rest of the afternoon was ""great!"" I was the only individual in the office – and just did straight work and listen to a CD of Rosemary Clooney. No interference or interruptions at all. It is great not hearing these animals screaming and yelling and/or bothering me about their personal problems. This is what I have been complaining to the supervisors for the past (8) years – just come in to the office - do the job and that's it. Damn, this is how I absolutely know all of my supervisors except for one, did not due their jobs properly and it continues. ROBs/Box(es): 1 & 8 Records completed: [442]  ////

Thursday, 16 December 2004 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 / Notes: By 07:46 bruce Thompson turns up his radio where I could clearly hear the announcer(s) talking about some baseball team and some player involved in some racial sex scandal. By 08:10 sharon statten starts talking about some show she is going to be in and then velma and bruce start signing loudly like they were in some comedy act. By 08:20 mary, crystal and mammi start into a loud conversation about the subway system. Eventually bruce got into the conversation shouting across the room – they continued their lengthy (loud) conversation about some TV news team whom was sick and some woman having a baby on the beltway. At 09:05 Piers D/B crashes again. By 09:35 Justina enters rm 520 and starts talking loudly to mary Sampson and then crystal and bruce join into this conversation – about junk – this went on for more than ½ an hour. I was listening to music with my headphones while I was data entering; but once justina start-up the noise drawned-out the music. Piers crashes again at 09:45. I came back from break and mary and crystal are still at it – loud and noisy. By 11:30 bruce has turned his radio a little louder than before. This overkill of continuous noise in the office has been torture; so finally at lunchtime I visited the local hardware store and purchased a set of industrial ear protectors which blocks-out approximately 95% of the office-related noise. Wow! – some sincere peace and quiet. It is so quiet using the ear protector that I want to fall asleep in my chair. For anyone reading my daily log report I absolutely needed these industrial ear protectors. Day after day I have heard several of my coworkers get so out of control that it is barely possible (distracting) to get my work done. Plus more critically; I have gotten seriously tired of hearing all that black-american poverty junk that several of my coworkers are constantly verbalizing. Let me express this previous statement more clearly: I am Greek-American and proud of it – I don't need nor do I want that poverty black-American junk. In light

that a number of my fellow coworkers have previously come bothering about their 'personal' problems and in turn causing me a lot of problems – I refuse to have anything to do with them and rightfully so.  ROBs/Box(es): 81 & Records completed: [264]  ////

Friday, 17 December 2004 / Break:  10:00 – 10:15  / Lunch:  12:00 – 12:45  /  Arrive - Depart:  07:30 - 15:15 / Sick Leave:  15:15 – 16:15 –leg problem / Notes:   Piers D/B crashed (8) separate times today.  I have to keep waiting for 5, 10 or 20 minutes for it to pop-up again.  I have been wearing this industrial headset all day – wow! what a difference (peace).  All I am doing is straight data entry work.  As anyone reading my daily log report – managing my coworkers and the personal problem(s) is not my job duty.   ROBs/Box(es): 77 & 83 Records completed: [230]  ////

**Saturday, 18 December 2004**                    **Sunday, 19 December 2004**

Monday, 20 December 2004  / Break:  10:00 – 10:15  / Break:  15:00 – 15:15 / Lunch:  12:00 – 12:45 /  Arrive – Depart:  07:30 - 16:15 / Notes: This morning as I entered the building the janitor shouted out to me to use the center revolving door instead of the side manual doors.  And I said, No.  There is a sign on one of the side doors something about saving heat.  Approximately a few minutes before I entered the building I stood outside having a cigarette and (2) other individuals entered the building through the side doors and the janitor said nothing to them.  This particular janitor has been targeting me for some time, particularly when I would be having a cigarette – he would immediately exit the building and come directly to where I was standing and start sweeping.  And of course I would immediately adjust my position away from this janitor to avoid conflict.  As I adjusted my position he then would adjust his position.  After a while I came to the conclusion that this is another one of those black-problem things.  In the past while riding in the elevator he has made several comments to me and I just ignored him.  And also one day as I stood outside having a cigarette this janitor swiftly comes out of the side door with the mop and bucket – where the end of the mop handle just missed hitting me in the left side of the face. – if I wasn't paying attention to my surroundings – I seriously could have lost my left eye.  And so I have tried to avoid contact with and intentionally put space between me and this janitor because he is hazardous and I have no need nor wish to converse with him.  I have nothing to gain by doing so.  Several times Piers database has crashed this morning, so I went down stairs to have a cigarette.  I noticed that a number of people have been using the side doors, and the janitor is not saying anything to them.  So I was specifically targeted this morning.  Plus I am not the janitors' supervisor – it is not my duty nor responsibility to provide him with anything – especially attention and/or how to do his job – that is his supervisors job to perform.  Later I honestly handed the security guard at the front desk a note of the contents shown above so she would have an understanding of what is going on in case this janitor keeps coming and bothering me (again).  She is the security guard – it is her job/responsibility to maintain building security – not mine.  And I continued to avoid the janitor.  Let me put the above in a different wording.  One day I 'seriously' came close to loosing my left eye because of this janitor's ridiculous poor job performance and I got scared of this guy – I am insisting he stay away from me.  Oh, by the way when the mop stick handle incident occurred I mentioned this incident to the nice maintenance lady whom changes the light bulbs – mentioning to her that she might seriously want to keep an eye on the janitor who is dangerous and that I was going to avoid the janitor.  A week or so later I also mentioned the above incident to another (Equity Office) maintenance employee (not sure of his name; but he is slightly chubby about 5'8" and converses frequently with many people in the building.  As I have noted previously in my daily log report – I have repeatedly tried to avoid any contact with a number of my coworkers – because I have previously gotten blamed/punished for their personal problems.  This morning as I exited the Farragut West Metro Station entering the International mall eatery I stop at a section of tables to have a cigarette before traveling on.  While standing at these tables one of the employees that works across the hallway from me comes and sets down at the table I am standing at.  Now there are five other empty tables in this particular outdoor (alcove) section and she sets down at the table I am standing at.  As soon as she looked at me and was about to say something I turned and walked away from her.  I honestly don't know her name; but she has several fingers missing on her hand.  I hate to be anti-social to some of my coworkers especially during the Christmas season – but I have already been severely punished due to other coworkers and their psycho problems and the 'intentional' avoidance of supervisors to perform their assigned job duties – and so I have to draw the line somewhere or suffer the continued painful consequences.  Which brings me to another point.  It is December 20, 2004 and I am now setting at my desk wearing industrial headsets and doing basically the same job I was doing (8) years ago;  data entering information.  A simple and straight forward job.  I come into the office and do my job and then go home.  I have intentionally block-out all that verbal garbage my coworkers are constantly talking and yelling about and have seriously focused in on my data entry work.  I could care less if that guy setting next to me in the office is doing his or her specific job or not.  I am concentrated on getting my work done and well, I am not going to con anyone here.  I can still here my fellow coworkers talking and yelling about junk; but wearing the industrial ear protectors the noise is at a very minimum – almost unnoticeable and I am not getting cross-contaminated with all the verbal garbage.  To anyone reading today's daily log entry – am I detailing here any situation where I have to tell my coworker to get the hell out of my work area because she is taking her anger/aggression out on me and in turn I have to carry scissors in my back pocket to protect myself.  Or am I describing here: here comes another one of those tearful coworkers telling me about their problems/conflicts with other personnel and in turn I have to inform the supervisor(s).  Or am I writing about some coworkers coming and bothering yelling at me about their poverty personal garbage harassment and I am seriously forced tell them to get away from me you dirty American and I am not your supervisor – I don't want to hear your poverty garbage it's not my responsibility.  Or am I being pressured to move a large quantity of furniture or being forced to attend an idiot 5th grade educational class or to attend a black rally.  I can go on and on and on detailing past situations at the Passport Office; but finally one of these supervisors is doing their job correctly.  I am not sure which one – but I honestly suspect that it is Ms. McCoy whom recently came on Board.  Things began changes about 4 weeks ago about the same time Ms. McCoy was constantly present on the third floor.  But **"WOW" – "WHAT A DIFFERENCE!"  I can honestly say that I am not currently being forced to do (2) jobs (TODAY)**.  Lashia Tilman, Steve Cox, Jim Martin, Frank Moss and Bill Crawford owe me a great deal of money for being forced to do their jobs over the past (8) years.  Question: Am I not being forced to do their jobs now; what was going on for the past (8) years.  Anyways how long this peaceful transition in the office will last is my questions do to past history/activity in the office.  Just in case anyone is wondering how my back/leg pain is doing – it seemed to be getting a lot better until this past Saturday morning when I carried a 19 pound box of candies to the post office to mail to my aunts for the Holidays.  Yesterday afternoon I had to start taking Motrin again and today the 'pain' is still lingering.  No matter how much physical therapy I think this injury is definitely permanent – I got it for life.  ROBs/Box(es): 83 & 178 Records completed: [305]  ////

Tuesday, 21 December 2004 / Break:  10:00 – 10:15  / Break:  15:00 – 15:15 / Lunch:  12:00 – 12:45 / Arrive - Depart:  07:05 - 16:15 / Notes:  It is now 08:30 and for the past hour bruce, velma, Sharon statten and timi spratt have been yelling (loudly) across the room about a variety of topics.  Timi Spratt is still using foul language and talking about her unusual (sexual) situation(s) at home – something about a bathroom incident.  At approximately 08:16 I seriously thought there was a fight brewing between velma and Sharon; but I just tried to ignored them and do my work by

putting on my ear protectors – which seriously make a tremendous difference (acoustically) – I can finally block-out these animals 'almost' totally and just do my work. Velma continues to sing out-load and at the top of her lungs. I can sincerely understand if the supervisors can't (fully) control the noise level and/or what other personnel talk-about; but some of these personnel keep getting extremely out-of-hand and so the mandatory need for me to wear ear protection in the office. By 09:20 Frankie Jackson enters the office and crystal and Sharon get seriously loud - joking with Frankie. Let me detail the above in a different approach. If I can hear my fellow coworkers and their loud and sometimes distasteful/sleazy conversation(s) while wearing standard industrial ear protectors and they are across the room from my position – then these coworkers are seriously (extremely loud). It is not my place to tell my fellow coworkers to shut-up, set-down and get to work – this is the supervisors job. This yelling/loud conversations between personnel has been going on for years and I and other personnel have complained about it (repeatedly). I not only need to wear ear protection on the job now; but initially started wearing ear protection on the job site more than (8) years ago – which my supervisor at that time was intentionally refusing to issue me. At 10:22 Piers D/B crashed again. By 13:30 things quieted down for a while and then by 15:00 crystal and Sharon began and lengthy and loud conversation and then bruce and (I think velma) were also having their own loud conversation. This noise went on even as I left the office at 16:15 to go home. I had to spend my own money for these industrial ear protectors; but they are well worth the money. ROBs/Box(es): 78 & 115  Records completed: [240]  ////

Wednesday, 22 December 2004 / Break: 10:00 – 10:15  / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 /  Arrive - Depart: 07:05 - 16:15 / Notes: At 13:10 my computer blacked-out. Just totally shut down – I informed the computer guys and one of them (Dave) came and replaced my CPU – suggesting that I might have had a virus on the CPU. This took about an hour. The computer guy went out the door. A few minutes later as I am data entering my work someone entered the room 520 and I turned around to see if it was the computer guy re-checking if my computer was working correctly. Upon glancing to the side of me I discovered that it was bruce Thompson instead of the computer guy and bruce looking at me; immediately spouted out something to me maybe (FU). Honestly it was not clear what he said and of course I did not response to him. As he entered his work area he said to timi spratt some ones got to learn to mine their own business. I was seriously trying to get my computer back-up and running so that I can get my daily requirement of data entry completed before closing time. Seriously I don't have time for bruce nor his poverty condition – and I don't want to be eating, thinking and living this other guys lifestyle. If he has some problem; he is supposed to be taking it to the supervisor, not to me. I am not getting paid to baby-sit this guy. The power on my CPU was out when I arrived into work this morning. Word Processing documents documents keeps having problem saving the document. ROBs/Box(es): 115 &  1  Records completed: [307]  ////

Thursday, 23 December 2004 (Payday) / Break: 10:00 – 10:15  / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 /  Arrive - Depart: 07:05 – 10:00 / Sick Leave: 10:00 – 16:15 / Notes: This morning I arrived in the office and bruce has his radio turned-up. The power on my CPU was out again, when I arrived into work this morning – I mentioned this because previously we were told that it is a security violation to turn off our computers when we leave at end of the work day. Plus my computer again totally black-out and then rebutted back to where I started. At 07:20 I began talking to crystal about what stores may be open tomorrow (just-in-case) any personnel must work the emergency situation team – so they can get their lunch break. While I was talking to crystal timi spratt shouts-out her dirty verbal remarks. Now I was just trying to help me coworker crystal just in case she had to work tomorrow or possibility on Christmas day and here is timi spratt saying shut-up...... Soon after bruce and velma re-enter the office and timi spratt, Sharon, bruce, velma and crystal all get into a loud verbal conversation. Timi spratt continued (loudly) expressing her foul language and even velma remark about timi spratt using cuss words. This went on for some time. Now timi spratt is not telling anyone else to shut-up while they are in a loud conversation – but has frequently did this when I spoke with other personnel. After half an hour timi spratt finally shut-up for a while. Believe me, wearing my ear protectors really help out 'a lot.' Either Velma or Sharon or maybe both - just cooked something in the microwave oven (I think popcorn) – which seriously stinks like vomit or urine. This putrid smell has become a daily ritual in the office. By 09:30 these coworkers settled-down and began working. Bruce continues to turn-up his radio. Dave - the computer guy has been working on my computer this morning – something was not working correctly from yesterdays' CPU and software installation/exchange –- and there is no way I am going to get my 300+ daily requirement of data entry completed – too many interruptions. ROBs/Box(es): 3 & Records completed: [030]  ////

Friday, 24 December 2004 / Federal Holiday - Christmas

Saturday, 25 December 2004                          Sunday, 26 December 2004

Monday, 27 December 2004 / Break: 10:00 – 10:15  / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 /  Arrive - Depart: 07:00 - 16:15 / Notes: At 07:10 timi spratt mouth-off again as I passed her desk; but I did not sure/understand her expressed words. And my computer seems to be working "OK" today – so far! By 07:40 I have to put on my ear protectors for Velma starts signing out-loud "again" and then starts a loud conversation with Crystal which went on for about 15 minutes. Bruce, sharron and Mary are not in the office, today. At 07:55 either timi spratt or maybe velma sprayed or opened something that seriously stinks. By 08:10 velma turns up her radio to where I can hear what sounds to me as black-gospel music – which I honestly don't want to hear about – a much different religion than my own. When I walked pass timi spratt's work area the smell is particularly strong. 20-minutes later, me, velma and timi spratt are all sneezing heavily. I finally got up at 08:43 and went outside for a breath of fresh air and as I passed timi sprats work area she expressed the works – 'you stink'. Once I got back into the office – timi spratt sat at her desk and continued her verbal expressions of 'you stink like shit' – and some other stuff. And of course I did not verbally respond to her and just put on my ear protectors. To any one reading my daily log reports – I think it is more than evident why I need to where ear protection at the job-site. For the record this weekend I did wash my clothes and this morning I did shave and shower – so I know I smell decent. I will not comment about the old lady smell always being emitted by timi spratt – but she needs attention and it is the supervisors' job to provide that attention to timi spratt, not mine. In light that I did not travel anywhere this Christmas season; I spent the holiday hitting the text books (//hard\\) and so I am a little tired this morning and just trying to get my work done; and I don't have the patience to put up with timi spratts' aggravation, verbal assaults and/or amateur torture tactics. If she has some "questionable??" problem she is supposed to be contacting her supervisor, not me. Timi spratts has repeatedly (and repeatedly) come bothering me many times which is now going into its' 5th year of this junk. And this issue has already been taken to Frank Moss and Tim Martin to take care of it – which they tried to reverse and blame on me – particularly when I did not want to have anything to do with timi spratt one month after she came to the Passport Office. Both Steve Cox and Corey Bent witnessed and were additionally told about timi spratts' conduct or aggravation, verbal assaults and/or amateur torture tactics. And I have repeatedly informed Bill Crawford of Timi Spratts' conduct many times over the past year. And, I am more than apprehensive that one day if timi spratt doesn't get whatever she wants from me that while I am doing my work she might be so aggravated enough to come up behind me and hit me in the head with a hard object or just maybe stab me in the back



and/or possibly if we are alone in the office together she might cry "rape". At 10:09 I arrived back in the office after taking my break and timi spratt, again starts mouthing-off – 'you stink like shit'…. And I just put on my ear protectors. At 10:24 I sent the above information to Gale McCoy – informing her of the office situation. At 11:14 I step-out to have a cigarette and by this time I have already complete 270 data entry applications. Both velma and crystal were on the telephone and as I passed timi spratts' desk she yells out (loud) 'that guy is always going out'. After this I forwareded to Ms. McCoy another message that I thought timi spratt was having emotional or psychiatric problems. Now I am not doing anything to Timi Spratt and have no idea what she is doing at her desk other than yelling at me when I pass her work area. On my way back from having a cigarette one of the security officers were in the hallway and I nicely told him about timi spratts conduct and that I had informed Ms. McCoy of the office situation. Around 11:40 Ms. McCoy had a walk-through in my office and spoke with each individual and inquired what they were working on. After Ms. McCoy left rm520 timi spratt shouted over to velma saying something about 'you see, she was checking-out the smell' – and they both started laughing. In truth it does not matter if I had a smell or I did not have a smell – timi spratt was specifically targeting me this morning instead of just doing her work. In turn causing not only me trouble, but also the security guard and Ms. McCoy, additional trouble. For both of these other individuals had to take time out from their schedule of duties to cater to or baby sit timi spratt – costing the government more money (again). "Oh" by the way beside's a measly (cheap) paycheque – what do I get out of all of this? This has been my complaint at the Passport Office for over the past (8) years. If I can now explain the above in more detail – timi spratt has come bothering me many, many times over the past (4) years about junk and I could care less to even to say good morning to her. Except for the first day when she worked at the Passport Office where she specifically asked me for some office supplies and which I gave her some from the supplies I had in my desk drawer – none of these other encounters that I have had with timi spratt ever had anything to do about getting out specific the job done – it was always some personal gripe. Over the past (4) years I have had something like 1,500 encounters with timi spratt. I stop counting these encounters after frank Moss and timi Martin (approximately 2) years ago tried to blame me for timi spratts psychological problem(s) and they refused to pay me extra money (ies) for being forced to do their jobs – baby set my coworker(s). As is now apparent Frank Moss is setting in his office somewhere in another state Department building and timi martin has disappeared from the State Department and I am again repeatedly forced to do their jobs. And I can no longer blame Than and Steve Cox whom were supposed to take care of this timi spratt problem originally since they were first and second level supervisors. An ongoing problem which is really costing the government a lot of money. My personal gripe about the entire situation above is that I spent my entire Christmas weekend hitting the books, hard covering memorizing subjects such as USMC field operations manual – geography, U.S. Army Photography manual – journalism, stock market trend book, computer certification exam textbook, and a camera operations manual – (a lot of study material to cover) and then I came to work on Monday morning and must put-up with timi spratt and her emotional/psycho problem besides her poverty level vocabulary. If I may let me put this in different wording – when you spend hours and hours and hours seriously focused on your studies – basically floating at the Alpha brain wave level – in pure thought / soaring like an eagle and memorizing volumes of information and then you must mentally gear-down (way down) to what I call the zombie level mentality (timi spratt) – then Palsm 23:4 comes into play. For those individuals whom are much more astate. I intentionally wear my ear protectors and stick to myself (frequently) because I can't stay at the zombie level for long – (it is way too slow for me, let me cut it short ) – as I am frequently speaking into the Alpha brain wave level and I have done this for years. I intentionally use the ear protectors to block-out all that (useless contamination) verbal junk that some of my coworker(s) are frequently expressing – because the way some of them mentally operate is honestly (truthfully) too slow for me – the proof – listen to what and how they talk about things, plus a lot of the junk they do verbalize is just poverty / perversion / negative feels from the heart expressed outwardly. Frequently shifting gears is a major distraction for me – (sometimes) once I have to gear-down to a lower thinking level, it takes time a while to gear back up again – something like the Jacobs latter scenario and I believe this is also the reason I smoke cigarettes a lot – stress break my concentration. To respect in doing my job – I am paid to do something and I do it. Timi spratt is not my relative nor my friend and I have no legal nor moral obligation to continue socialize and/or share anything personal with her besides the same problem with several other coworkers. Because if I do – what do I get out of it. Shouldn't my supervisors be giving me extra money (ies) for doing their job(s)?. The kind of personnel conflict issues described above have been going on at the Passport Office for more than the past (8) years. The supervisors have repeatedly refused to pay up for services rendered. It is one thing to be loyal to duty in service of our Country, but when it comes to being forced to do (2) jobs for an extended period of time and only being paid for doing one – I have to lookout for my own best interest. It seriously looks like the only way to solve this problem is to take into Court. ROBs/Boxes: 3 & 113 & 114 Records completed: [288] ////

Tuesday, 28 December 2004. Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 06:48 – 16:15 / Notes: I came in early today to the office – 06:48. All morning bruce Thompson and timi spratt have been in loud, verbal discussions with other personnel in room 520 and it is almost breaktime (10:00). Bruce Thompson is particularly loud. Velma would phase in and out of their conversations. Here are two individuals screwing-off all morning and (almost every morning) and where are the supervisors? Mary Sampson is not here today and me, crystal Collins and sharron Statten have been doing are work. My ear protectors seriously help-out a lot. At 09:32 Velma turns-up her radio loud enough that I could here from across the room the signer with my ear protectors on – that is pretty loud. Even bruce shouted out to velma "what the hell are you listening too". By 09:52 someone cooked something in the microwave oven that really stunk-up the room – even one woman entering rm 520 from another office expressed her feelings about the bad smell. At 09:54 piers D/B crashes again. After break 10:15 both bruce and timi spratt settled down for a while. In fact timi spratt sat at her desk with headsets on humming/singing. Piers crashes again at 13:01. Earlier I went out for a cigarette and came back to the office, and then noticed that someone scattered some type of liquid (solution) around the one side of my desk next to the door and inside part of my work area. There is a smell being emitted by this substance on/in the carpet. I am not sure what it is but I suspect timi spratt or velma put it there. It could be just plain water or soda that some one spilt by accident or it could be that some jokester put perfume there due to timi spratt comments from yesterday. I seriously enjoy the oil-based scents – excellent aroma, but some of my coworkers buy and use that cheap chemical junk that seriously burns my eyes and sinuses besides gets into my lungs. Timi Spratt and velma have previously done this cheap chemical spraying on numerous occasions and it literally stinks. I have noticed that there is some kind of sweet scent now present in my work area which is mildly effecting my sinuses. I turned on my little desk fan to air it out of my work space. Half an hour later bruce Thompson is complaining about some type of smell like nail polish, in his work area. Once bruce complained to crystal – crystal then contacted Ms. McCoy – whom entered rm 520 to investigate. By now it is 14:45 hours and I have completed data entering 300 ROB's. As anyone can see reading my daily log reports that if I am not repeatedly interrupted I get the work out. Today I data entry more than 300 applications – compared to yesterday when I was repeatedly interrupted. ROBs/Box(es): 114 & 80 Records completed: [300] ////

Wednesday, 29 December 2004 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 – 16:30 / Notes: This morning as I entered rm 520 and walked passed timi spratts desk she began loudly verbalizing to bruce Thompson – "that guy is

looking at me" and something else about what he want." And, of course I just went to my work area and began working. Timi Spratt, bruce Thompson and velma continued their loud conversation like they have almost every day – basically screwing-off and doing very little if any work. Timi spratt continued to make her comments about me and so I put on me ear protectors. Here is what I have been informing several supervisors for some time – that timi spratt (metaphorically) and dramatically blows things way out of proportion. It doesn't matter what the subject matter is – she just keeps going on and on like someone is seriously doing something bad to her; and someone like myself could care less to even know her. Why don't I even want to know her – I don't want to get cross-contaminated in the cesse-pool of all that verbal (negative) garbage she is always expressing. It is the same reason I don't have contact with several other personnel at the Passport Office. If timi spratt wishes to live, breath and die in that mental and spiritual poverty that she is always expressing - then that is her preferred choice – not mine. I do not maintain that lower class lifestyle and it is not my responsibility to service and/or maintain timi spratt – it is the supervisor's job. This is a very seriously problem because timi spratt had previously went to tim martin and bill Crawford and told them I was doing something harmful/bad to her. And in fact in this particular case it was the reverse situation – she kept on bothering me and threatening me about her personal problem(s). In brief, I have been and continue to be forced to have contact with timi spratt way beyond the confines of just doing the basic job. In light that timi spratt has ((((repeatedly)))) commented about my conduct, physical features and physical condition – such as my leg problem, hair style, and smell; I have suspected for sometime that she is trying to influence/pressure me into having sex with her. Timi spratt keeps bothering/hounding me about her personal problem(s) and I don't want to give her anything – I now need to consult with my supervisors in filing an official grievance against timi spratt. Todays' details shown above; was forwarded to Ms. McCoy. Note for the record – I began noticing/observing this poverty state/lower class lifestyle(s) of a number of personnel at the Passport Office some 8 to 9 years ago – particularly when steve cox and tasha thian insisted/coerced me into participating in a subclass/5th grade educational course called OSP – which was seriously a waste of my time and energies. It is one thing to be humble and maybe except some conditions; but my supervisors intentionally wasted my time and energies on junk/garbage and I told them so. And I also insisted that they remove the OSP course attendance from my official record. Tasha Thian told me that it would be officially removed within 3 years and it is still currently on my official personnel record. After this I began having major problems with steve cox to the point that I was at the point of seriously placing this supervisor under arrest for critically abusing my services. Tim Martin, Frank Moss, and Bill Crawford have already way surpassed this critical point of abuse because I have ((((repeatedly)))) been forced to do their job(s) and not getting paid for it – plus doing (2) jobs has caused me a lot of pain, agony and a lot of stress – which I should not have since I am only a file clerk. Anyways around this same timeframe when steve cox and tasha thian sent me to the OSP course a major problem at the passport office was voiced by several individuals. It was readily apparent that several passport personnel; including myself were repeatedly approached/bothered/harassed by other passport personnel concerning their 'personal problems?'– such as racism, money, sex.... and some other issues– and some of these incidence(s) errupted into arguments and fights. In one particular incident the question was put forward; "is it absolutely necessary or mandatory that any of us (personnel) socialize and/or participate with other personnel on a personal basis(?)." Once this question was put forward - Tasha Thian got so bent-out-of-shape that she walked out of the room in a seriously angered disposition. Later, steve cox picked an argument with me over this particular issue where he asked if I thought I was better than everyone else and of course I joyously said, YES! And also listening and/or hearing about those other problem personnel and their personal issues is his job, not mine. So even steve cox came and bothered me about his personal problem(s); because he personally did not like what he heard; but could not refute the truth. Why because as long as individuals like myself kept the other 'problem' individual(s) occupied (either in conversation or a fighting mode) the supervisor(s) did not need to handle the situation and/or basically do their job. At this point in time I become solidly aware that I was being pressured into or forced to do (2) jobs and more notably being forced/pressured into socializing with several coworkers whom I could care less to even know besides having responsibly/obligation to serve them. And this problem of one personnel bothering another personnel about their personal problem(s) continues as in the example of timi spratt mentioned above. Here is the problem – when one personnel says to another I don't want a (any) social relationship – 'just strictly business' – some of the other personnel can not handle rejection and timi spratt is a prime example of this – but there have also been several other personnel. In my particular situation I have been forced to do my job and the supervisor(s) job for such a long time that I began getting burned-out forcing me to make some personal lifestyle changes. As I mentioned previously in my daily log report that over the past 8 – 9 years I have been approached/bothered/harassed by a number of black personnel at the passport office that I seriously got tired of getting (cross-) contaminated with other guys' poverty junk lifestyle and stop speaking to and avoided contact with several of my coworkers and changed my off-the-job activities by hanging around foreigners (particularly southern Europeans.) I agreed to do my job and be loyal in service to our Country; not to be ethnically converted – this is how serious the problem got at the Passport Office. With the timi spratt issue – timi spratt was told approximately (4) years ago, due to her porno-email distribution not to come bothering me any longer and she was to consult her supervisor on any personal and/or office issues – steve cox told her this and told me this. I was seriously scared that the (IG) would come questioning me about the porno junk on my computer. It is now four years later and I walk past timi spratts' desk and she calls-out to me 'shit' and I am not even doing anything do her. Timi spratt is being permitted to lash out at me; because the supervisors are not restraining her out-of-control behavior; not only now but over the past approximately 4 years. I positively know that I am not legally required to socialize with timi spratt and so it is not my duty/responsibility to manage her – this is for the supervisor to perform. I do not want contact with timi spratt besides several other personnel because previously I have been forced to do (2) jobs and have only been paid for doing one. Secondly there is timi spratt and several other personnel at the Passport office whom I am sorry to say are intellecturally/scholastically much lower on the totum pole than I am. I am not saying this to be egotistic but only being honest. I don't get any benefit from socializing with timi spratt nor several other personnel. In fact, by doing so I am actually cheating myself of greater opportunities to gain more knowledge from other individuals. Question: If I am not getting anything out of a relationship (with anybody, besides timi spratt) – what am I having that relationship for. Last entry - this Piers D/B keeps crashing for a few minutes to 10 and 20 minutes at a time. This has happen about 10 times today. The above notes were re-sent to Gale McCoy for her information – in light that she recently came to the passport office and may not be fully aware of some of the activities that have transpired over the years. Note for the Record – today and yesterday, Bruce Thompson and Timi Spratt have been complaining (loudly) that some kind of smell is coming from the air conditioning/heating vent. Ms. McCoy did visit the office again to investigate. Truthfully and at present - from where I am setting in RM 520; I don't smell any orders/scents or aromas that are unusual. Though the room temperature does fluctuate from cold to hot and back again, frequently. My conclusion about this is either timi spratt on Monday was cursing me out for the smell coming from the vents or this supposedly ventilation smell is some kind of hoax to cover-up timi spratt's misconduct on Monday. The ventilation smell might be an actually problem; but I now wonder if just maybe timi spratt or bruce thompson put/sprayed something into the vents to possibly get out of doing work. ROBs/Box(es): 80 & Records completed: [240] ////

Thursday, 30 December 2004 / Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 / Notes: I have now been in the office for about an hour. Surprisingly things are quiet – (so far). Just maybe if I don't get a bunch of interruptions today – I

will make it over the 300+ daily data entry requirements. By 08:40 Velma walks into the office and her and timi get into a lengthy (loud) conversation – something about a bus and people yelling on bus...... I just put on my ear protectors. Piers D/B crashes again at 08:45. At 09:27 I get up and went to the printer to get a piece of paper I just printed – and I hear timi spratt mouthing-off again saying 'stink – shit'....... -- the only thing I can do is just ignore her. For anyone reading my daily log reports I am seriously getting tired of playing the roll of Father Damian Karras every time I walk past timi spratts work area -- a supervisor and/or a security guard needs to be posted in her work area to maintain/curve her verbally combative behavior. I got more important things to do and to think about than hearing timi spratt weirdo condition. At 09:57 my computer crashes (totally blacks-out) again. I went and consulted with Dave the computer guy to hopefully fix the problem. He informed me that a number of other personnel are experiencing similar problems with their computers. So I took my break and then began working on my computer. Seriously these computer black-outs are irritating – when I am just trying to get my job done. Between 10:30 – 11:00, Sharron and velma are just talking at length about a variety of subjects neither one is working; but at least neither one is coming and bothering me about their problem(s). Due to New Year's holiday officially released from office at: ROBs/Box(es): 129 & 137 Records completed: [208] ////

Friday, 31 December 2004 / Federal Holiday – New Years

**INSTRUCTIONS FOR USE:**
1. With the headband over-the-head, pull the earcups down to fully enclose the ears. The two halves of the headband may be slid apart or together to adjust for a snug, comfortable fit, that provides maximum quiet. This will result when the cushions exert equal pressure around the ears.
2. Best performance will be obtained when the cushions seal tightly against the head. Pull hair back and out from underneath the cushions as much as practical. Eyeglass temples should fit close to the head and be as thin as possible (items such as pencils should not be stored under the cushions).
Caution: Bending or reshaping the headband will cause a loose fit and allow noise to leak in under the earmuff.

**CARE AND CLEANING**
1. Sponge clean with warm soapy water. Rinse thoroughly. *Do not use alcohols or solvents.* The foam liner should be allowed to air dry before reinserting into the earcups.
2. Inspect regularly for hardened or deformed cushions, deteriorating foam liners, and worn or damaged parts.
3. The muff may be easily disassembled for repair or for cleaning.

The EPA has selected the NRR as the measure of a hearing protector's noise reducing capabilities. Aearo Company makes no warranties as to the suitability of the NRR as a measure of actual workplace protection since such protection is highly dependent on user training, motivation, and utilization. A better estimate of workplace protection can



be obtained by derating the labeled NRR of this, or any other hearing protector, by 50%.

**ATTENUATION DATA**

| Test frequencies (Hz) | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | NRR |
|---|---|---|---|---|---|---|---|---|---|---|
| Over the head Mean attenuation (dB) | 11.7 | 16.2 | 26.5 | 31.6 | 32.5 | 35.0 | 38.1 | 41.8 | 41.8 | 20 |
| Standard deviation (dB) | 3.3 | 2.7 | 2.7 | 2.6 | 3.0 | 2.8 | 2.5 | 4.7 | 3.8 | |

The NRR calculated from these attenuation data is 20. Improper fit of this device will reduce its effectiveness in attenuating noise. Consult the instructions for proper fit.

The level of noise entering a person's ear, when a hearing protector is worn as directed, is closely approximated by the difference between the A-weighted environmental noise level and the NRR.

**EXAMPLE:**
1. The environmental noise level as measured at the ear, is 92 dBA.
2. The NRR is 20 decibels (dB).
3. The level of noise entering the ear is approximately equal to 72 dBA.

CAUTION: For noise environments dominated by frequencies below 500 Hz, the C-weighted environmental noise level should be used.

The NRR used in the above example was achieved under laboratory conditions.

Although hearing protectors can be recommended for protection against the harmful effects of impulsive noise, the Noise Reduction Rating (NRR) is based on the attenuation of *continuous noise and may not be an accurate indicator of the* protection attainable against impulsive noise such as gunfire.

**22818A-R1/01**



0  78371 90540  8

Aearo Company
8001 Woodland Drive
Indianapolis, IN 46278

Technical Assistance/Product Information:
1-800-444-4774
Customer Service/Ordering Information:
1-800-327-3431

Visit us on the Web at: www.aosafety.com

U.S. Patent No. 4,471,496

© 2001 Aearo Company. AOSafety® is a registered trademark licensed to Aearo Company.

THANK YOU FOR SHOPPING AT
W.J. CANDEY HDWE. CO.
(202) 659-5650

12/16/04  12:25   S          04 SALE
M-F 8:30-6:30 SAT 10:00-5:00 CLOSED SUN.
SERVING YOUR NEEDS SINCE 1891!

6224422              1
EAR MUFF, ECONOMY 90540    17.99 /EA    17.99

SUB-TOTAL:    17.99    TAX:         1.03
                      TOTAL:      19.02
BK CARD#: 4071         AMT:       19.02

====>) JRNL# X46027
       CUST # *5              ((===



## Cheris, Eddie S

| | |
|---|---|
| **From:** | McCoy, Gale A |
| **Sent:** | Wednesday, December 29, 2004 2:01 PM |
| **To:** | CA-PPT-IML-R-RP-QA |
| **Subject:** | FW: Request Confirmation |

Equity has been advised.  Let me know if they come directly to your office.  Gale

-----Original Message-----
From: Service Request Notification [mailto:noreply@aa.angusanywhere.com]
Sent: Wednesday, December 29, 2004 1:59 PM
To: mccoyga@state.gov
Subject: Request Confirmation


Confirmation #: 1531785

Building: 1111 19th Street
Tenant: GSA - GS-11B-30132
Contact: Gale McCoy
Floor:
Location/Suite:

Your Request:
Toxic Smell
We have a toxic smell coming out of the overhead vents in Suite 502 at
1111 19th Street.  One employee is suffering from a nose bleed that will
not stop.  It smells similar to cleaning solvent or some type of gas.
Please send someone as soon as possible.  Thank you.

Gale McCoy
Chief, Record Services Division
Passport Services
1111 19th Street, N.W.
Washington, D.C.  20036
202-955-0257

Sensitive but Unclassified per Executive Order 12958



Your service request was received on 12/29/2004 01:58 PM and has been scheduled for
completion.  Please refer to the Working@ pages on the Equity Office website at
www.equityoffice.com to track the status of this request.

Please note that a request submitted after normal business hours will be attended to
during our next business day.

Also, please do not reply to this electronic notification.  If you have any questions,
or require further assistance with regard to this request, please contact the Management
Office/Customer Service Center.

Thank you for allowing us the opportunity to serve you.

1