**Monday, 01 November 2004**                                    Records completed: [400]
Break: 10:00 – 10:15  /  Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45  /  Arrive - Depart: 07:30 - 16:15 /
Notes: This was basically and nice and productive work day. Straight work that's' it. Bruce Thompson and timi sprat are not in the office today and there is no screaming and yelling and no one is coming and bothering me about the personal condition. I wish everyday was like this – I would get a lot of work done. ROBs/Box(es): 410116 & 410117 &


**Tuesday, 02 November 2004**                                   Records completed: [303]
Break: 10:00 – 10:15  /  Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45  /  Arrive - Depart: 07:30 - 16:15 /
Notes: all morning velma has been mouthing off on the phone and to other personnel in the office – as time progressed velma got louder. When any of these guys in the office begin yelling across the room I automatically put on my radio headsets and listen to Greek and/or Italian music to blockout all the junk poverty noise. By 09:10 Bruce Thompson enters the office and sets down in mary Sampson area – both of them begin a lengthy and loud conversation – seriously distracting when I am trying to get my work done. Bruce finally went to his work area where him and velma then began a loud and another length conversation. Between 11:00 – 12:00 things calmed down substantially and everyone was working. By 12:45 Bruce, Crystal & Mary Sampson started a loud conversation yelling to each other across the room – the conversation dealt with someone having sex and something about money. ROBs/Box(es): 410117 & 410123 & 410131


**Wednesday, 03 November 2004**                                 Records completed: [200]
Break: 10:00 – 10:15  /  Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45  /  Arrive - Depart: 07:30 - 16:15 /
Notes: At 08:15 Timi Spratt sprays something seriously bad smelling almost every one in the office is complaining about it. It smells like bathroon deodorizer & moth balls and way too much of it. It took about half an hour for the smell to dissipate. Me and I believe it was Dorothy began coughing from this smell. Bruce Thompson immediately left Rm 520. My sinus was burning so I went outside for some fresh air. As I got off the elevator on the 5th floor on my return to the office I more than notice the smell in the hallways coming from room 520. As I returned to my work area Timi Spratt is at mary sampsons' work area in a lengthy conversation about someone elses' (off-the-job) psychiatric problem and timi spratts' personal conflict(s) with this particular individual. It is more than unavoidable overhearing timi spratt & mary Sampson sense they are positioned about five feet away from me. As they had their lengthy conversation it was obviously noticeable that a heavy bad smell was being emitted by timi spratt – maybe some type of perfume – seriously stinks. After talking with mary Sampson for about half an hour Timi spratt was back on the phone for a long period of time speaking to someone in Vietnamese. Timi Spratt has done this aerial dispersement several times in the past and getting the same reaction from fellow co-workers. The logical conclusion is that timi spratt critically needs attention and it is the supervisors whom are suppose to provide that attention. By 09:10 Kenny Hawkins enters rm 520 with (2) building maintenance personnel. One of the building maintenance personnel and Kenny Hawkins get into a lengthy & loud conversation about ethics, war, killing, and racism. Then Kenny Hawkins switches his conversation to a woman named charolette and both finally left rm 520. As this went on the building maintenance personnel moved around ceiling tiles looking for something in the ceiling which they were coordinating with a paper blueprint. Airborne dust began getting scattered. Even Bruce Thompson yelled over to Mary Sampson and asked if we should evacuate the room. What a circus. Soon after this paulette stops by mary Sampsons' desk and both have a lengthy conversation with crystal joining in. Paulette left the room and crystal and mary continued their conversation and this went on until 10:00 pm. There is too much traffic at mary sampsons work area and the majority of the communication does not even deal with getting the work done. Crystal is a hard working individual; but she has frequently spoken about a number of social work cases and individuals involved (occurring out side the workplace). Some of the stuff she has spoken about is a little off-the-wall and basically people living in perversion/sin & poverty. I have wondered that just maybe; crystal is getting too personally/emotionally involved with her social case-work and bringing it to the workplace. While all of this garbage is going on; here I am just trying to do my data entry work. At 12:30 I arrived back from lunch. Setting at mary Sampsons' work area was Kenny Hawkins whom kept on talking loudly and continuously until 13:00 about his personal problems on and off the job site. Kenny Hawkins has some serious personal problems that has been going on for years and I honestly don't want to even know whom he is. Instead of doing my data entry job I tried to ignore him and played on the Internet until 13:05. Soon after this Maudel enters mary sampsons' work area and crystal, mary and maudal have a lengthy conversation about everything. After today I have decided that next payday I will purchasing one of the industrial ear protectors in order to block out all of this poverty noise. I am paid to do my data entry job and done well and am not being paid to hear these other guys personal problems. Every time these other guys get out of control I get behind in my daily data entry requirements – such as today. I probably can caught-up tomarrow; but this is putting a burden on me. Basically todays' situation is the same junk that has been going on for approximately the past (8) years – some government workers are properly doing their assigned jobs; while other government workers are setting around goofing-off. Today at 15:55 my computer froze-up. Ultimately I had to pull-out the electrical plug to shut down the computer. Crystal Collins also had the same computer problem. ROBs/Box(es): 410131


**Thursday, 04 November 2004**                                  Records completed: [300]

Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: This morning when I arrived to work Piers database had crashed again for a while. .  Bruce Thompson frequently gets up and walks out of the office and loudly talks to other individuals as he passes through. ROBs/Box(es): 410131 & 410141

**Friday, 05 November 2004**                                          Records completed: [360]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: There is one black woman who enters rm 520 frequently and makse a lot of noise - verbally; I don't know her name (maybe Genetta King).  She is skinny and has braided hair.  Today around 09:45 this particular woman seriously got out of control. Seriously difficult to keep my concentration on my work. By 09:40 I already had 230 data entry applications completed – once this moron began yelling it broke my concentration. Bruce Thompson frequently gets up and walks out of the office and loudly talks to other individuals as he passes through.  At 14:35 Crystal comes asking me if I was complaining about this woman Genetta King.  I told her I would be taking the issue to Bill Crawford. ROBs/Box(es): 410141 & 410146

**Saturday, 06 November 2004                    Sunday, 07 November 2004**

**Monday, 08 November 2004**                                          Records completed: [323]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: For most of the morning hours Bruce keeps playing his radio – at times it is at a low volume and then he turns it up to a level that I can hear the radio annotncer very easily. Between 08:30 – 09:30 timi sprat was on the telephone loudly talking to someone in Vietnamise – it sounded like she was unset about something (?).  At 12:24 Kenny Hawkings enters Rm 520 and tapped some carpet at the base of the rear door frame of rm 520.  For about ½ an hour Kenny Hawkins kept on rambling on (loudly) about a bunch of verbal garbage and signing at length – I think a religious song ((?)).  As this guy sat on the floor next to my desk and near the doorframe I could smelled what basically resembled liquor.  For about ½ an hour Mary Sampson, Crystal Collins, Bruce Thompson, Sharon Statten and Velma all begin talking loudly and several times yelled to Kenny Hawkins' comments about something: Christian prosecution & suppression and/or slavery.  And here I am just setting at my desk trying to get my data entry work done.  By 15:00 time sprat is back on the telephone and is loud enough that Sharon statten start commenting about timi sprat and saying "speak english". ROBs/Box(es): 410146 & 410153 &.

**Tuesday, 09 November 2004**                                          Records completed: [306]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:20 - 16:15 /
Notes:  This morning as I arrived in the office several coworkers where in loud conversation and Velma was dancing around with some type of plate/dish in her hands.  Timi Spratt was mouthing off, again about other personnel.  At 09:00 we had an all-hands meeting with Director McCoy presiding.  After this meeting things quieted down a lot in the office today.  Even Bruce Thompson turned his radio down significantly.  By 15:15 bruce turns up his radio and several individuals begin conversation but a minimal audible level.  ROBs/Box(es): 410162 & 410165

**Wednesday, 10 November 2004**                                          Records completed: [181]
Break: 10:00 – 10:15 / Arrive - Depart: 07:30 – 12:45 /
Annual leave taken 12:45 – 16:15 PFCU
Notes: Bruce keeps playing his radio louder than required. ROBs/Box(es): 410165 & 410173

**Thursday, 11 November 2004  (Pay Day)**                                          Records completed: [0]
Notes:   Federal Holiday

**Friday, 12 November 2004**                                          Records completed: [309]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:20 - 16:15 /
Notes: straight work day – basically quiet and productive – Bruce Thompson and mary Sampson, and Dorothy are on leave today.
ROBs/Box(es): 410173 & 410181

**Saturday, 13 November 2004                    Sunday, 14 November 2004**

**Monday, 15 November 2004**                                          Records completed: [382]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:10 - 16:15 /
Notes: Most of the day was quiet and productive.  Throughout the day several individuals entered rm 520 and spoke with Crystal and Mary at length. Around 13:45 Maudel was setting at mary sampsons' work area and I asked her if she had discovered the California Tortilla Restaurants – in light that she likes (spicy) hot sauces and the California Tortilla Restaurants has a variety on hand.  And also I previously gave maudel a sheet listing the California Tortilla Restaurants in the DC Area. As I and maudel was speaking; timi sprat starts complaining about the noise.  Throughout the day several individuals entered rm 520 and spoke with Crystal and Mary at length and timi sprat did not say anything (out loud) and (2) of these other individuals were much louder than I was.  Even Mary and Crystal

went on discussing a variety of topics throughout the day and timi sprat did not say anything to them. ROBs/Box(es): 410181 & 410185 & 410192

## Tuesday, 16 November 2004                                    Records completed: [326]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:05 - 16:15 /
Notes: This morning I arrived in the office at 07:05 – entering the office I could Bruce Thompson and Timi Spratt in a loud conversation – particularly about Las Vegas. These two kept-up this noisy conversation until about 10:30. Between 10:00 – 11:00 bruce Thompson had his radio playing – I could easily hear the words to the music – which personally did not sound good. Any way bruce keeps playing the same song over and over again – something about "whatsa love gota' do with it" -- All morning bruce keeps getting up from his desk then walks out of rm 520 for brief periods of time then returns. By 11:00 he has done this about 10 times. At 11:05 Piers D/B crashes for about 10 minutes and then again at 11:30. By 16:05 bruce is still playing the same song from earlier today. Instead of the radio I am thinking that he has a CD that keeps re-running. ROBs/Box(es): 410192 & 410197.

## Wednesday, 17 November 2004                                 Records completed: [300]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:05 - 16:15 /
Notes: By 08:45 Timi Spratt starts an excitable conversation with Crystal Collins something about someone going to the printer and then timi spratt goes to Bruces' station and begins another conversation about communism (again) with bruce. Timi Spratt has repeatedly brought-up this topic of communism over the past year – by her speech it is a little difficult to determine if she is condemning someone else of being a communist or if she is preaching communism. Both timi spratt and bruce continued to goof-off for about an hour; while me, crystal, dorothy, and mary continued working. At 10:20 bruce turns up his radio/cd player again – he keeps playing that same song over and over again – just like he did yesterday – sounds like so woman screaming in agony. I seriously have to wonder if this guy might be showing signs of depression – in light that he keeps playing the same cd, randomly & repeatedly gets verbally excited when frequently conversing with co-workers and then calms down and repeatedly leaves and re-enters the office approximately every 20 – 30 minutes. Several times today and yesterday I either step out to go to the bathroom and/or have a cigarette. Particularly today, timi spratt repeatedly mouths-off to bruce and/or crystal about me leaving the office and/or going somewhere. Just in case everything goes to Court – it should be clarified that I make sure I first get my job done; but frequently must de-program myself from this daily poverty psychological input that goes on in the office. Unavoidably over heaving the poverty verbal junk that comes from several of my coworkers such as timi spratt, bruce and others can be damaging and highly intrusive in getting my data entry work done. Since I don't live like these other guys; I honestly don't want to hear their poverty junk. Question: which is better for me to go and have a cigarette or continually be verbally impacted by someone like timi spratt whom frequently speaks of and lives-off of perversion. Insuring I keep my heart and mind clean in accordance to proper living standards is my personal responsibility; but once one of my coworkers comes bothering me about their (questionable) problems – then I am being forced to do (2) jobs. I am not getting paid to be manager nor supervisor; I am getting paid to do clerical duties. This has been same problem for approximately the past (8) years at the Passport Office. Frank Moss, Bill Crawford, Tim Martin, Tasha Thian, Steve Cox, and these other guys up the command chain are getting paid the big bucks $50,000 to $100,000 per year and it is their job to baby set/manage and/or to provide for the needs of the poverty individuals in the office. Over the past (8) years I have been forced to do (2) jobs which has been wearing me out and seriously causing me health problems. For the Courts information; if I and several other personnel are setting at our desks actively doing designated work and other personnel are frequently goofing-off (and this situation has been going on for years) – are those guys up the command chain really doing their jobs, properly. Since these other guys are making the big bucks $50,000 to $100,000 per year and I have to do their job (2 jobs) – let me ask the Court for $500,000,000.00 year salary. It is just common sense that if I am being forced to do (Frank Moss, Bill Crawford, Tim Martin, Tasha Thian, Steve Cox), job(s) then I should be properly paid for it. I was hired to a clerical job not to adopt someone else poverty lifestyle. Piers D/B has crashed several times today. ROBs/Box(es): 410197 & 411003 &

## Thursday, 18 November 2004                                  Records completed: [305]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:00 - 16:15 /
Notes: Around 08:00 timi sprat again starts mouthing-off about taking sleezy pictures. She kept these remarks going for all morning basically and loudly commenting to Bruce and Shron. Commenting about someone take pictures of woman (virgina?) in the bathroom and selling them to newspapers...etc. Several times I passed timi spratts' desk and she would immediately comment about someone taking inappropriate pictures. Timi Spratt has done this commenting a number of times before. I seriously suspect timi sprat to be on drugs or maybe has depression – for many, many times she is asleep at her desk – then at other times like this morning she can't shout-up; but goes on and on usually about the same (negative) subject matter. By 09:20 Piers D/B crashes again. And also bruce starts turning up the volume on his radio. By 11:05 bruce starts signing to the noise from his radio. Piers Database crashed many times today. Boex(es): 411003 & 411004 & 411020

## Friday, 19 November 2004                                    Records completed: [157]
Break: 10:00 – 10:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 13:15 /
Sick leave taken 13:15 – 16:15
Notes: Piers database crashed between 06:30 – 09:30. ROBs/Box(es): 411020 & 411023

**Saturday, 20 November 2004          Sunday, 21 November 2004**

**Monday, 22 November 2004**                                     Records completed: [444]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:00 - 16:15 /
Notes: From 08:15- 09:30 bruce Thompson kept a lengthy and loud conversation with several individual especially with Timi Spratt.
By 09:30 he left the office and return and quieted down. By 10:00 today, I completed approximately 240 data entry applications. By
11:15 I have completed 300 data entry records – my daily requirement. As evident from todays' workflow; if I am left-alone to do my
job then I do it good. The supervisors are supposed to manage these animals in the office, not me. At 10:45 I received a new box of
work from Dorothy. I tried to wheel my chair from dorothy's section back to my work area. Some boxes where blocking my way and
I tried gently to get my chair through the narrow hallway. Bruce Thompson starts mouthing-off about indirectly who is making that
noise. Here is the major point/problem at the Passport Office. I am not doing anything to bruce and critically don't want anything to
do with him. I "must" have contact with this wiedo. I must participate with this particular individual – and it does not matter if the
encounter is positive or negative. This is the problem. It is the supervisors' job to hear this cry baby's wining and crying, not mine.
ROBs/Box(es): 411023 & 411031

**Tuesday, 23 November 2004**                                     Records completed: [363]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:00 - 16:15 /
Notes: This morning I arrived in the office at 07:00. At 07:40 I decided to go and have a cigarette. As I tried to step onto the elevator;
out comes the Polish lady whom began expressing angrily/aggressively that someone in her office did something bad to her, which
caused her to have a stroke/heart attack and she had to go to the hospital. As I looked at her face it appeared to me that she was at the
point of seriously crying – her eyes were watery. This all took me by surprise (shookup) – since I was not expecting it. Then, the
Polish lady proceeded to tell me about her meeting one of the managers and that some of the blacks in her office are out-of-control and
they keep playing their music (loudly) and doing something (?) bad to her. Since she was very upset, I propt the elevator door open
with my foot and gently tried to calm her down by talking with her. Truthfully I don't know the Polish lady's name; but she sets in the
next room from me and she seems like a very nice and quiet individual. In fact, over the past several months I have given her names
and numbers of several other Polish people I know in the Area so they might get together as friends. I showed her this respect because,
I had an aunt I grew up with whom was married to my uncle and she was also from Poland. Unfortunately this is not the first time the
nice Polish lady has approached me referencing/expressing about the out-of-control blacks in her office, there have been a number of
times. Personally, I can relate very well to what she is referring too, but I am not the supervisor, I am only a clerk – what can I do(?).
I do not work in the Polish lady's office and honestly do not know what occurs there; but I doubt seriously that the nice Polish lady had
a heart attack; but encountered something else – a buildup/overload of a lot of stress from being forced to put up with some of these
other Personnel whom are repeatedly out-of-control. I have experienced this buildup repeatedly over the past (8) years and refer to it
as a form of post dramatic stress syndrome. In light that so many Black co-workers have come bothering me (so many times) about
their personal problems and I am not the supervisors, I eventually had to make some solid life-style changes. By learning to curve this
stress buildup by explicitly refusing contact with these poverty American Personnel and I have been hanging around more and more
foreigners over the past (2) years. Simply stated, I am Greek-American – and I am supposed to be living, eating, and thinking as a
Greek; not as a poor Black American. This is how I have controlled the office-related stress by being around the kind of people I
enjoy being with. I have also and recently spent a lot of money on photography equipment and to spend my weekends traveling
around taking photographs – this has greatly help in relieving job-related stress buildup. Plus photography is something I sincerely
enjoy doing – especially photographing people. Unfortunately, I feel bad for the nice Polish lady, she is experiencing this post
dramatic stress syndrome, I mentioned previously. She needs to find something outside the work place, that tremendously
overwhelms/over-emphasizes joy, personal satisfaction, and prosperity, or the stress from the job to work will eat her alive. I know this
for a fact – for it has happen to me and I can see the same symptoms in the nice Polish lady. This mornings encounter means that I
now have to avoid the nice Polish lady, in order to disentangle myself from her office situation and any future possibly risky
situation(s) in and/or from her office and other personnel. It is one things or responsibility to manage my own personal stress level but
I am not getting paid as a manager and refuse to do the supervisors job. In light that the Polish lady and Ms. McCoy are about the
same age group I kindly referred the above situation to Ms. McCoy's attention.
Between 09:15 – 09:45 I had to wait for a new box of data entry work for Dorothy and some other Personnel were transferring all of
the incoming/outgoing data entry boxes. Soon after this Dorothy disappeared from rm 520, all day. At 15:00 I took my break a got
(2) hot dogs and brought them back to the office with me. At 15:12 Timi Spratt begins (loudly) commenting to Bruce that something
stinks. At this time no one else had any food in the office. Timi Spratt mouths-off about my hotdogs; but how many times timi sprat
cook-up popcorn in the microwave which stunk up the office so bad that several people complained about it. ROBs/Box(es): 411031
& 56 & 58

**Wednesday, 24 November 2004**                                     Records completed: [110]
Break: Arrive - Depart: 07:00 – 09:30 /
Sick leave taken 09:30 – 16:15 – sick all night – came in for (2) hours then went home.
Notes: ROBs/Box(es): 58

**Thursday, 25 November 2004 (Pay Day)**                             Records completed: [0]
Notes: Federal Holiday

**Friday, 26 November 2004**                                        Records completed: [217]
Break: 10:00 – 10:15 / Arrive - Depart: 07:00 – 12:00 / Sick leave taken 12:45 – 16:15 – sick all night – stomach virus

Notes: This morning Timi Spratt again starts complaining to Bruce about me stepping out of the office to go to the restroom and she keep using fowl language such as (shit) – at least she is not commenting directly to me. By 10:30 Piers database has crashed (3) times this morning. At 10:50 bruce again disappears from the office. At 11:02 I stepped out to have a cigarette and as I passed timi spratts' desk she says in a low sounding voice something to the effective of: shut-up and she was not on the telephone and I just tried to ignore her. By 11:20 I am setting at my desk data entering and I can her timi spratt making some kind of verbal noise like she is either mowning or maybe crying (or something?). The best thing I can do is continue data entering and stay alert just-in-case timi sprat goes-off again for whatever reason. To be truthful I am a little edgy being alone in the same room with timi spratt – because she seriously might flip-out (again) and possibly go to the supervisors and tell them something crazy like maybe I tried to rape her and/or some other wiedo stuff. She has done this in the past with Tim Martin (supervisor) and I was the one trying to get away from her. I am not feeling to good today, and decided to go on sick leave for the afternoon. I must admit and I also informed Vanessa Washington that since Oct 22 when bruce Thompson seriously got out-of-control -- that things have literally gotten quiet in my office. No one in my office is currently and/or directly confronting me about their idiotic - wiedo personal problems – I "believe" this just might be due to the fact that a new 3rd level supervisor (Ms. McCoy) has been permanently assigned to the Passport Office. Basically Ms. McCoy has taken on the position that was once held by Tim Martin and also, Tasha Thian.    How long this peaceful transition will last is again questionable – because it has all happen repeatedly in the past – things settle down then all of a sudden volcano up again. ROBs/Box(es): 58 & 61

## Saturday, 27 November 2004                    Sunday, 28 November 2004

## Monday, 29 November 2004
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:00 - 16:15 /
Notes: Today at 12:58 I completed my data entry work (box). Mary Sampson wanted me to start working on a different Piers data entry batch (passports) earlier this morning. Mr. Crawford instructed me not to start another box of data (ROBs) if I was going to work on the Passport applications. I began entering the database to data enter the passport application materials and mary Sampson said she was on lunch. I had to wait an hour for mary Sampson – to get working on the passport applications.
ROBs/Box(es): 61 & 62 Records completed: [296] Piers Batch Review: 001 Records completed: [020]

## Tuesday, 30 November 2004
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: At 07:30 I entered the office and went to my workstation and signed on – while I did this Wilma walks through the office with her hands in the air and making weird noises -- acting like she might seriously be on drugs – crystal Collins laugh at/with her. As I sat at my workstation I softly blew air out of my mouth instead of coughing. Immediately Sharon Statten begins mouthing off saying - is that you timi spratt -- blowing. Timi Spratt gets all excited and yells back at Sharon - how dare you......indicating some sexual experience. Then timi spratt redirects the issue towards me in the 3rd person (him); but did not directly make contact with me. All of this went on for about 20 minutes.    At 09:35 I was at Crystal Collins work area showing her a document and all of a suddenly Sharon statten interrupts us.    By 10:00 Sharon starts critically commenting to timi spratt about someone wipping her ass and changing her drawers/underwear -- (note: thsese are her words not mine) Particularly Sharon, but also Crystal and Wilma all (loudly) commented about this bio-smell coming from timi spratt – which seriously did not smell too good. Timi Spratt just laughed at all of this. Finally someone propted open the door to rm 520. This looks like one of those days that Sharon is in her fighting mood. I would not be surprised that latter today she gets into an argument with someone – this mood switching seems like her normal routine. Yesterday Mary Sampson got me to start doing data entry work on Piers Passport Applications instead of doing data entry work on reports of birth (ROBs). Mary Sampson yesterday and this morning demonstrated the processing of data entering this work. Unfortunately, the automated processing time for Piers Passport database is so ridiculously slow it will take me all day just to complete 200 applications. I informed mr. Crawford about this inefficiency. At 12:45 I returned from lunch and began working on the Piers Passport data entry – Piers froze-up/crashed for more than half an hour.
ROBs/Box(es): Records completed: [000] Piers Batch Review: 001 Records completed: [040]

## Cheris, Eddie S

| | |
|---|---|
| **From:** | Crawford, William |
| **Sent:** | Tuesday, November 30, 2004 12:13 PM |
| **To:** | Cheris, Eddie S |
| **Cc:** | Collins, Crystal L; Sampson, Mary |
| **Subject:** | RE: Work Msg |

Thank you Eddie. On days in which you work on passport applications for Mary, you will not be held to the 300 CRBA data entry minimum. However, please let Crystal know when you are working on the passport applications so she will make appropriate notation for our tally records.

Also, if you are working on a CRBA box when Mary gives you an assignment, please be sure to complete the CRBA box before working on the passport applications.

Thank you for your flexibility and assistance. - Bill

-----Original Message-----

| | |
|---|---|
| **From:** | Cheris, Eddie S |
| **Sent:** | Tuesday, November 30, 2004 12:00 PM |
| **To:** | Crawford, William |
| **Subject:** | Work Msg |

Hello Mr. Crawford

Yesterday, Mary Sampson got me to start doing data entry work on Piers Passport Applications instead of doing data entry work on reports of birth (ROBs).

Mary Sampson, yesterday and this morning demonstrated the processing steps of data entering this Passport application work.

The work is basically simple and needs to be proofread before saving each entry.

Unfortunately, the automated processing time for Piers Passport database is so ridiculously slow -- it will take me all day just to complete 200 applications -- and maybe, longer.

I thought you should know this because I have been trying solidly to maintain 300+ data entry records per day. Now I am barely getting 25 done an hour.

Thanks

Ed

1

## Cheris, Eddie S

**From:** Cheris, Eddie S
**Sent:** Monday, November 01, 2004 11:24 AM
**To:** Crawford, William
**Subject:** RE: Logging Off Computers at Night

Hi Mr. Crawford

Thanks for the email message shown below. I put a reminder slip on my monitor to remind me to shut the computer properly at the end of the work day.

Previously the computer guys tolds us told shut the computer down by getting all the way out and manually clicking the power switch (off) on the CPU at the end of each work day.

I double-check with Crystal whom was doing the same things at the end of each work day and suggested she read over your message:

Thanks

Ed


-----Original Message-----
**From:** Crawford, William
**Sent:** Monday, November 01, 2004 11:01 AM
**To:** CA-PPT-IML-R
**Subject:** Logging Off Computers at Night
**Importance:** High

Reminder to all government and contract employees -

All employees are required to **LOG OFF** their computers at the end of their shifts.

This is accomplished by clicking on the **START** button,
then selecting **SHUT DOWN**,
then **Log Off (Your User Name)**.

Do not select <u>SHUT DOWN</u>, <u>RESTART</u>, or <u>STAND BY</u>.

**DO <u>NOT</u> TURN THE POWER OFF TO YOUR COMPUTER.**

These procedures are necessary to properly secure your computer while still enabling the uploading of virus protection and other security software by State Department systems personnel.

Failure to follow these procedures constitutes a security violation and can result in adverse action. Your compliance is appreciated.

**William Crawford**
**Unit Security Officer**
**Records Services Division**
**Passport Services**

1

## Cheris, Eddie S

**From:**     Cheris, Eddie S
**Sent:**      Monday, November 08, 2004 12:39 PM
**To:**        Crawford, William


For the past 1/2 hour kenny hawkins has been in rm 520
going on and on about about a bunch of junk and loudy.
He also has been singing at length.
He has a smell like liquior.

I thought you should know about this  -- he has
gotten  several people in rm 520 all excited
and yelling loudly.

thanks

Ed

## Cheris, Eddie S

**From:** McCoy, Gale A
**Sent:** Tuesday, November 02, 2004 3:57 PM
**To:** CA-PPT-IML-R
**Subject:** Policy Regarding Personal Audio/Visual Devices

In order to clear up any questions regarding the policy on personal audio/visual devices, I am attaching a copy of the memo that was disbributed to all Regional Directors and Office Directors in March, 2003.


AudioVisualPolic
y.doc

If you have any questions regarding this memorandum, please let me know.

Gale McCoy
Chief, Record Services Division
Passport Services
1111 19th Street, N.W.
Washington, D.C. 20036
202-955-0257

Sensitive but Unclassified per Executive Order 12958

1



**United States Department of State**

*Washington, D.C. 20520*

March 14, 2003

## MEMORANDUM

TO:        CA/PPT – All Regional Directors
               CA/PPT – All Office Directors

FROM:     CA/PPT – Florence Fultz, Acting

SUBJECT:   Personal Audio/Visual Devices in the Workplace

In response to a recent OIG Hotline Complaint, this memorandum clarifies Passport Services policy regarding personal audio/visual devices in the workplace.

Under no circumstances are personal televisions authorized for use in passport workspaces. Please instruct your employees to remove any personal television sets they may have in the office. Personal radios, CD players, or cassette players are acceptable in the workspaces only if used with headphones.

Government televisions are authorized for use in the public area, the training areas and the agency's front office suite. The front office televisions are to be used for emergency reasons, such as severe weather or evacuation guidance, or to hear breaking news that might affect staff safety.

Please advise your staff as soon as possible regarding Passport Services policy on the use of personal electronic devices in the workplace. If you have any further questions regarding this policy, please contact your PPT/FO/FC liaison officer.

cc:  CA/PPT – Mr. Moss
      NFFE – Mr. Allen