| Daily Work Progress Report | (Ed Cheris) |
|---|---|

**Friday, 01 October 2004**                                                                 Records completed: [160]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Sick leave taken 12:45 – 16:15 – Leg problem
Notes: most of the morning Bruce jokes & talks with Timi Spraggs. By 11:30 Bruce turns-up his radio loud enough that I can here the announcer. As the hard rock music is playing along Bruce occasionally yells out a rhythym to the music. ROBs/Box(es): 409095 & 409099

**Saturday, 02 October 2004         Sunday, 03 October 2004**

**Monday, 04 October 2004**                                                             Records completed: [401]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: morning hours mostly quiet, except for that woman setting on the other side of the wall from me (in the next room) she keeps coming into rm 520 and talking loudy to mary Sampson . From 13:00 – 14:00 Moudel, Jenal & mary Sampson talk lengthy about many topics – at times their voice would get loud and then tone-down. In light that I am setting five feet away from mary Sampson work area makes it somewhat distracting to get the data entry work done. By 14:00 Jenal and Moudel leave rm 520 and the Timi Spratt gets on the phone for a long while. The velma visits crystal Collins work area and talks with crystal loudly for about 20 minutes. At 14:40 Betty enters rm 520 making all kinds of verbal noise (talking to someone) – which seems like her normally operating mode since this has happened many times. At 15:00 I proceeded to take my break on the way out the door of rm 520 I kindly told Dorothy that I had enough work to carry me through until 16:00. Dorothy seems to be upset about something. Any way I went outside the building to have a cigarette. One man drove up on the sidewalk in a custom make car – whom wanted to pickup his passport. One of the security officers told him the Passport Office closed at 15:00. The customer was upset but not verbally abusive – in the meantime Kenny Hawkins begins arguing with this man whom eventually got back into his costume made car and drove off. But one of the security officers had to tell Kenny Hawkins to shut-up in front of everyone present. Piers crashed three separate times today. The older woman, (?)Velma repeatedly keeps letting her cell phone ring loudly – some kind of circus tune plays on it – in its full length recording. Its was funny at first, but once you hear it time after time after time it is seriously distracting. ROBs/Box(es): 409099 & 409101

**Tuesday, 05 October 2004**                                                             Records completed: [261]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:12 - 16:15 /
Notes: This morning as I entered rm 520 as I approached my work area I stopped and was considering to go back to the front of the room to inform Dorothy that yesterday Crystal Collins gave me an extra box of data entry work to complete after Dorothy had left for the day and to ensure that it was registered in her logbook. I changed my mine and headed into my work area. Timi Spratt starts spouting off about/to me and then tells bruce Thompson; I was looking for him. As time passed Timi Spratt continued verbally expressing herself about me taking pictures..... in a derogatory manner. Timi Spratt has demonstrated this instability many, many times. As described above no one is even bothering timi spratt and she gets crazy. This type of situation has happen so many times with Timi Spratt that I started feeling like the Apostle Paul -- if my shadow even passes near this demonized individual she calls-out and continues her calling for a while. Bud, I am not the Apostle Paul and its not my job nor my responsibility to baby set timi spratt. In the past, I have already been 'severely' penalized by my supervisors for being associated with Timi Spratt – I know better not to have contact/communication with this particular individual. I was hoping that Corey Bent -- supervisor -- took care of this Timi Spratt problem before he moved-on; but unfortunately it continues. As I previously mentioned to my supervisors more than once that due to timi spratts past and continuing conduct/behavior -- that I am more than apprehensive that timi spratt will eventually go to an extreme – perhaps shoot someone one or worse. By 07:50 Mary Sampsons' radio is playing louder than usual. By 08:40 Timi Spratt is on the lengthy telephone call with someone. By 08:55 Betty enters rm 520 and is extremely loud talking to velma and bruce – it sounds like a party going on in the office. Then Bruce begins yelling about someone going into someones else work area and calling someone else on the telephone. Immediately after this the woman setting on the other side of the wall from me (in the next room) enters rm 520 and her and bruce get into a very loud conversation while this woman cooks something stinky in the microwave. Here I am just trying to get my data entry work done with all of this loud noise going on. The only individuals in the office doing any work for the past 1- 1/2 hour; is me and Mary Sampson everyone else is either goofing-off or have disappeared from the office. Office printer and email service is not working, again. Around 10:20 Piers crashes again for about 20 minutes and things in the office quieted down. Placed labels on most of the applications in box 408105. ROBs/Box(es): 409105 & 409110

**Wednesday, 06 October 2004**                                                           Records completed: [200]
Break: 10:00 – 10:15 / Arrive - Depart: 07:30 – 12:00 /
Annual leave taken 12:45 – 16:15 – GV Expo – DC Convention Center
Notes: At 08:20 I went to the bathroom. As I passed Timi Spratts desk; she began cursing me in a low voice and I intentionally avoided her, again. It is the supervisors' job to maintain Timi Spratt, not mine. In light that Timi Spratt keeps coming to me about her problem(s) than going to the supervisor(s) – is forcing me to to do (2) jobs and this has been going on for a long time. Since Timi

Spratt is bothering me (repeatedly) this can only mean that the supervisors are not doing their particular jobs. Approximately 30 days ago my supervisor gave me a memorandum to improve the quality of my data entry work or be fired and here I am (repeatedly) being forced to do his job besides my own. Though to be fair about things happening in the office I must give credit to one or more of my supervisors because since late March 2004 several troubled coworkers such as Sharon Statten have not come bothering me about their problem(s) – like they use too. It is a lot more relaxing environment than what it use to be under Tim Martins' and Tasha Thians management structure. ROBs/Box(es): 409110

### Thursday, 07 October 2004                                                                                   Records completed: [60]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 09:30 - 14:15 /
Sick leave taken 07:30-09:30 – leg problem & Sick leave taken 14:15 – 16:15
Notes: At 09:40 I was talking to Crystal Collins in a low sounding voice telling her that yesterday I was experiencing severe leg pain walking around the DC Convention Center and that's is why I came in late today and some other things – like I think I am over doing the physical therapy exercises.. As I was conversing with Crystal Collins, I overhead clearly - Timi Spratt grypping/complaining to someone else (or to herself(?) about me talking to much! There is something seriously mental ill with Timi Spratt for many many times a number of coworkers have been yelling during their conversation with others in the office and timi Spratt does not say a thing to them. In any case for almost a year I have been trying to form a good solid working relationship with crystal Collins in light that she is motivated and does her job well – someone you can depend on to do the job right 99% of the time. And here is some bozo, timi sprat who has a number of times interrupted are conversation(s). Plus the above complain by timi sprat is more than illogical for 90-95% of my time is spent doing data entry and I don't usually talk with anyone while I am working. At 10:50, Timi Spratt places something (popcorn?) in the microwave oven that stunk seriously bad, so bad I began coughing heavily. I again reported to Bill Crawford the ongoing problem with Timi Spratt – providing him a copy of this report for the past week. ROBs/Box(es): 409117

### Friday, 08 October 2004                                                                                     Records completed: [200]
Break: 10:00 – 10:15 / Arrive - Depart: 08:30 – 12:00 /
Sick leave taken 07:30-08:30 – leg problem / Sick leave taken 1245-16:15 – leg problem
Notes:   ROBs/Box(es): 409117 & 410018

### Saturday, 09 October 2004          Sunday, 10 October 2004

### Monday, 11 October 2004                                                                                    Records completed: [0]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: Federal Holiday   ROBs/Box(es):

### Tuesday, 12 October 2004                                                                                   Records completed: [483]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: at 10:46 piers crashes again – 7 minutes. At 11:26 piers crashes again – 10 minutes. At 12:32 piers data base crashes again – 5 minutes. At 15:40 piers crashes again – 7 minutes. Most of the day was quiet in the office and I got a lot of work done. Basically this was a perfect workday. I came to work and did my job and then went home – that is it – straight and simple. For anyone reading this daily report – it is more than evident that it is not even necessary to have contact with most of my coworkers let alone be babysetting them and/or be required to hear about their problems – whatever they may be? ROBs/Box(es): 410018 & 410024

### Wednesday, 13 October 2004                                                                                 Records completed: [270]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: by 07:30 Mary Sampson is playing her radio louder than usual. Sounds like some black guy on the radio crying his lungs out – I think about a girl(?). About an hour later Mary Sampson turned down the volume a little bit. Finally Crystal Collins went over to marys' work area and talked with mary for a while – were mary turned down her radio to almost no audible sound. Bruce has also has his radio playing – some-type of talk show and I can hear the radio announcer; but at a lower level and bruce is at a distance from my work area. At 08:50 a woman named zsoneta enters rm 520 calling out to mary and bruce – seriously loud and distracting. This particular individual has done this many, many times and I finally got the idea that she is doing it intentionally. When an individual, such as the one previously mentioned enters the room not doing anything but goofing-off and making a lot of noise for nothing – her supervisor – whomever they maybe are not doing their job properly. Paulette whom sets on the other side of the wall from me frequently enters and/or passes through rm 520 yelling out at different coworkers – seriously irritating – she has already done this, this morning several times – complaining that she has candy(?) stuck in her hair. I have suspected for some time that this individual may be on drugs. So far it is not even 10:00 and today is much different from yesterday. In any case the previously mentioned situation is the same junk that has been going on for the past (8) years. Basically there are some government employees seriously doing their specific jobs and there are some government employees just goofing-off. It is the same things time after time. As I typed up this report I needed to ask Crystal Collins what tsoneta's name was – crystal got bend out of shape/upset. About 10 minutes after this bruce, crystal and Dorothy all get into an excited conversation about some young boy getting killed yesterday on the streets. During and after this (10) minutes conversation Timi Spratt was on the telephone, again. At 09:46 there was a fire drill. I arrived back into the office, first and went directly to my workstation. Following me into the office was Timi Spratt whom entered her work area

banging or slamming angrily on her desk and expressing the word "shit". I just ignored her. At 11:05-11:57 my computer would 'black-out' when I would print certain Microsoft Word documents. This has occurred several times in the past. Dave the computer tech replaced my CPU and the problem still existed. We came to the conclusion that there is some type of macro-virsus attached to specific formatting of Microsoft word application. To solve this problem in the future I will need to store large Microsoft word documents 1 or 2 page in a separate file instead of saving 10 or 20 pages in one file. Dave the computer tech also enlarged the graphics/type image on my computer screen – wow! what a difference – it is now a lot easier to proofread my data entry work before saving it. I now wished that someone would have done this months ago – it would have saved me a lot of eye strain during proofreading my work. The atmosphere in rm 520 during the afternoon was much quieter than this morning. Mary Sampson keeps insisting on playing her black music all day long and every day. Personally, I have gotten more than a little tired of hearing this poverty black junk music – I never asked to be brainwashed into this kind of stuff – this is someone else's preferred life-style; not mine. By tomorrow, I am bringing to work my Greek and Turkish Belly Dancing music so I can block-out that other Americans' poverty junk programming. ROBs/Box(es): 410024 & 410034

**Thursday, 14 October 2004  (Pay Day)**                                                           Records completed: [200]
Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:05 - 16:15 /
Sick leave taken 08:30-12:00 – leg problem
Notes: Arrived at the office at 07:05 – mary Sampson has her radio playing loud enough that I could hear very clearly the black music being played. By 07:30 she turned the radio set volume down considerably. At lunchtime; I went to the nearest music store and bought myself a set of headsets to use as ear protection to blockout most of this junk noise that goes on in the office. In fact I have continued my practice of listening to Greek and Italian music over the Internet while I do my work. I do this for two reasons. One to blockout the unnecessary noise that occurs within the office environment – which seriously peaks at times and is irritating to the point that I just stop working until things calm down. Secondly, I have gotten more than a little tired of getting contaminated with this black poverty junk at the Passport Office (especially after 8 years of it.) – I am required to do my job well and be loyal in service to our Country. I am not at the work place to adopt someone else's poverty lifestyle. Fortunately for me – I have worked within other government agencies and have become aware of several different American lifestyles. So I happen to know first-hand that all Americans/government employees are not bums and some are very dedicated, loyal and technically skilled. Unfortunately after working at the Passport Office; I have seen the negative side of government employment and would not die in service to protect my current fellow coworker(s) from enemy fire. If they were laying on the street outside the building I would not even bother checking on them. Why because 99% of my fellow co-workers would not even care if I was in a similar situation. How do I know this – several months ago, I accidentally met up with one individual whom use to work at the Passport Office some time ago. He somehow ran into bad difficulties and is now living in his car (homeless). Even this homeless gentleman told me that he use to have friends at the Passport Office but now, no one at the Passport Office could care if he lived or died. ROBs/Box(es): 410034 & 410039

**Friday, 15 October 2004**                                                                       Records completed: [200]
Break: 10:00 – 10:15 / Arrive - Depart: 07:00 - 16:15 / Sick leave taken 11:30-16:45 – leg problem
Notes: This morning I came to work early. I was up at 03:30 this morning studying my computer books to squeeze in the study time. As I sat at my desk Maudel arrives in the office. Bruce Thompson starts spouting off that other guy is telling lies to the supervisors making some kind of report and some other junk stuff. Then Timi Spratt jumps into the conversation talking about people's facial expressions and how serious they look and told maudel that guy is crazy and don't worry we are going to get him. Of course I well understood whom Bruce and Timi were talking about, me. These guy were more than loud enough that it is unavoidable to over hear what they were talking about. About 30 minutes later I reconfirmed with and quietly spoke with maudel and told her that Bruce and Timi are giving her a BS line and that I have been keeping this daily report for several reasons. Primary it is not my job to provide sex, money or anything else to Bruce or Timi – that is the supervisors' job. And if I keep being forced to do (2) jobs (mine and the supervisors); eventually all of us will end up in Court. Here I am up 3:30 am spending my time studying technical books. Sleepy and tired and my leg is hurting and I still come to work and do my job and then must hear about the other guys' poverty junk. I think is it more than evident that I could care less to communicate with Timi Spratt or Bruce Thompson – because I don't have the time and am too tired to do so. Timi Spratt and Bruce Thompson need attention and it is the supervisor(s) job to provide that attentiveness; not mine. Unfortunately, especially Timi Spratt has emotionally erupted so many times – when no one is doing anything to her; that I have formerly told my supervisors that Timi Spratt is one day going to do something stupid like try to harm or kill someone. In light that Bruce Thompson has commented on and about me so many times over the past approximately (8) years and I have had very little contact with him (personally) – that over time I came to the conclusion that he is (funny-weird) maybe bisexual – but I am not really sure(?). Corey Bent had his own opinion about Bruce Thompson. Since a working relationship is not possible with Bruce; I try to avoid contact with him. As I mentioned in my previous daily report I have been at the Passport Office for approximately 10 years and truthfully 95-99% of my fellow co-workers I could not tell you their names besides where they live and/or what their off-the-job lifestyles/activities are and I honestly don't care. As described above is some crazy woman (timi spratt) telling others that she is threatening to get me and in the past has ("repeatedly") come bothering me about her personal problem(s). Since this issue has previously been taken to Frank Moss and Personnel – who is this crazy woman – except for her outrageous conduct at the job site for approximately the past (4) years; I don't personally know this individual and she keeps coming and bothering me as if I was her husband. Timi Spratt has previously been told that several individuals do not want anything to do with her. I finally came to one of two conclusions concerning Timi Spratt. Either she has serious mental illness or she is being paid to intentionally cause trouble within the Passport Arena in other words she is not whom she appears to be). After the above incident Bruce, Timi and Velma get into a lengthy and loud conversation about everything. In any case – if these other co-workers are setting around goofing off (many times) – then they are not doing their jobs – plain and simple. ROBs/Box(es): 410039

**Saturday, 16 October 2004         Sunday, 17 October 2004**

**Monday, 18 October 2004**                                                                                    Records completed: [432]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 – 16:15 /
Notes: The morning hours were basically quiet. After break Timi Spratt spends approximately an hour on the telephone – I can hear her speaking Vietnamese; but her voice is softly spoken instead of the usual angered inflections – she is even laughing. All day Piers database repeatedly keeps crashing for minutes at a time. Today showing symptoms of the flu. May come to work tomorrow may not. ROBs/Box(es): 410047 & 410050

**Tuesday, 19 October 2004**                                                                                   Records completed: [050]
Break: 10:00 – 10:15 / Arrive - Depart: 07:30 – 10:30 / ***Leave -- Sick leave taken 10:30-16:15 – The Flu
Notes: Between 07:30 – 10:15 Bruce Thompson and Timi Spratt repeatedly commented on me coughing a lot – By this time it was more than evident that I had the flu. By 10:30 Mr. Crawford (the supervisors) requested I go home on sick leave. Rough night sleeping. ROBs/Box(es): 410050 & 410054

**Wednesday, 20 October 2004**                                                                                 Records completed: [0]
Sick leave taken 07:30-16:15 – The Flu
Notes:  Today was the penticle of the Flu – high temperature, coughing repeatedly -- can't keep anything down and I cannot speak well. ROBs/Box(es):

**Thursday, 21 October 2004**                                                                                  Records completed: [200]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 08:30 – 16:15 /
Sick leave taken 07:30-08:30 – The Flu.
Notes: Today I feel a lot better than yesterday; but have trouble speaking – my throat is horse. I have coughed so much over the past 3 days – that when I cough now; it feels like both sides of the rib-cage is broken. I needed to go the hospital; but I try to take this option as an absolute last resort – because I don't like participating in the other guys' religion commonly referred to as medicine. I arrived in the office at 08:30 – and as usual Mary Sampson has her obnoxious black music/radio playing – by 09:00 she did turn the volume down to a reasonable level. And for the past hour Velma has been laughing and joking about something with Bruce Thompson (basically making a lot of noise). ROBs/Box(es): 410054

**Friday, 22 October 2004**                                                                                    Records completed: [200]
Break: 10:00 – 10:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 – 13:30 /
Sick leave taken 13:30-16:15 – The Flu / Doctor Visit
Notes: Around 09:30 workman putting together some new furniture – propt open the backdoor to rm 520. I and two other people gradually began coughing. Some kind of dust or odor/scent was coming from the next office burning my throat and nasal passage – I think is coming from Paulette's office – which typically stinks of something(?) – maybe inscents. By 11:30 I just got up and shut the backdoor to stop the stinky smell from spreading. Piers has crashed several times today. At 12:45 I arrived back to my work area after lunch. I tried to access Piers electronic database; but Piers had crashed again for about 10 minutes and then continued data entering my work.. By 13;10; I began coughing heavily; nasal congestion -- to the point that I immediately made the decision to get up and go outside for some fresh air. As I stood up to walk out of my work area; I again began coughing and gasping for air – with my hand grabbing the back of my chair and my head and shoulders facing towards the floor for a few seconds. I had a difficult time taking in air. And seeing star-like effects in my vision. As I raised my head and shoulders upwards I again began coughing. As I was in the process of either strongly clearing my throat or possibly passing out; Bruce Thompson starts mouthing-off saying "you got to stop doing that" (loudly) and some other verbally abusive junk…... As I stood upright and was able to take in good lung full of air and relaxed it out – I then said to Bruce, "I don't was to hear your black poverty junk. I then looked at my work area to make sure my computer was secured and proceed to walk out of the office to get some fresh air. As I left my work area and headed toward the front door of room 520 Bruce was already spouting off more verbal junk towards me. I looked at him and said, 'Zeek Hail' – just to piss-off this guy. At this point Bruce finally shut-up until I left-out the front door of Room 520 – carrying in my left-hand one of those uni-ball pens – just in case this animal decided to jump me. As I headed towards the elevators; I changed direction into the front office to inform Bill Crawford of the previously mentioned situation. Bill Crawford was not in and so I took the issue to Vanessa Washington. I tried nicely to explain to Vanessa that several people where coughing all morning because workman were installing new furniture and dust was scattered everywhere and some woman named Paula puts something that seriously smelled bad in her office. Vanessa requested me to immediately take leave and it was mandatory for me to see a doctor before returning to work. And that she would also speak to a personnel officer and with Bruce Thompson. By 15:30 I located a doctor and had an appointment. The doctor questioned and examined me and then issued me a (5) day pack of Zithromax Antibiotics for the flu – a prescription for more antibiotics and another prescription slip for medicated inhaler. The doctor instructed me repeatedly to stop smoking (gradually) because I have emphasima and bronchitis. I got the idea to use the inhaler when I came across those situation where I encounter things like dust, car fumes, smoke…. Where I begin coughing terribly. Hopefully this will relieve the heavy coughing and gasping for air and the star-like effects that appear in my vision when these episodes occur. I did not cough once within the entire (hour) visit I had with this doctor. In fact I was felling pretty good. Later, I went to a restaurant where people were smoking. As I began eating I also began coughing and wheezing. Once I got outside in the fresh air; everything was fine. In conclusion the nice doctor did not tell

me anything new that I was not already aware of. He just reaffirmed the problem. Quit smoking or quit breathing – simple.... Vanessa Washington does have a kind hart; but basically wasted my time, energies and money when I already informed her the reason why I was coughing heavily in the office today – the airborne dust generated by the furniture workman in combination of just having the flu. A number of personnel have previously complained "repeatedly" about the environmental dust – which may have also contributed to my pulmonary disease over time. If I may let me re-defined the above outline with the doctor's question to me: why are you smoking so much? And my response was: For the past approximately (8) years I have been forced to do (2) jobs mine and the supervisors. To much pressure – cigarettes became my drug of choice. By Sunday morning 24 Oct my horse voice began returning to normal and my coughing subsided substantially. Just-in case all this material is presented in Court. The judge should be aware of that for several years now I have had an ear problem. A cyst is logged near my ear canal and nasal passage. When the cyst becomes inflamed (puffed-up); usually due to heavy intake of nicotine and cafeine it presses against my ear canal and may air/nasal passage making it a little hard to breath. Particularly when I have something like the flu. Fluid tremendously builds-up in the nasal passages causing me to cough terribly and coughing then irritates the cyst condition more. How do I know this for the last several years; each time I caught a cold or flu the same (cyst) ear, nose, & throat condition arises. In brief, here I am trying to get my job done under any type of condition. And here is my coworker interfering "repeatedly". Causing me a lot of stress, expense and my time for his "personal" poverty problem(s). Let me illustrate to the Court the above statement in a different perspective by asking the Court a question. What are the long-term psychological affects to government employees like myself whom are paid to do our jobs and be loyal in service to our Country and must endure day after day for years poverty Black American coworkers yelling, fighting, calling each other pet names such as nigger and constantly talking about negative issues as death and destruction, drugs and the ghetto; and perverted sex acts and so on.... I not only have tried to avoid a number of my coworkers for some time; but have continued wearing ear protection to block-out as much as possible the poverty junk that continues to be thrown around verbally; which I refer to as contamination and has been going on at the Passport Office for years. After a while I chose to stop communicating with and avoid "most Black Americans altogether (on and off the job site). With the incident which occurred earlier today – I am not Bruce Thompsons' supervisor. In light that Bruce keeps coming to me with his "personal" problems (many times) instead of consulting his supervisors and the supervisors are well aware of this fact – then I am being forced to do (2) jobs (mine and the supervisors). If I am being forced to do the supervisors' job (repeatedly) what are/is the supervisors doing. I previously have not and am currently not being paid for doing (2) jobs. For my last entry for today because of Bruce Thompsons' emotional behavior – I fell behind in my 300+ daily data entry requirement and most hustle this week to caught-up – this is a lot of pressure. ROBs/Box(es): 410068 &

**Saturday, 23 October 2004**        **Sunday, 24 October 2004**

Monday, 25 October 2004                                                                                     Records completed: [305]
Break: 10:00 – 10:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 15:15 /
Annual leave taken 15:15-16:15 – AUSA Expo – DC Convention Center
Notes: By 08:45 Piers database has already crashed (3) times. Surprisingly most of the morning hours have been nicely quiet for the exception of one brief but strong moment when Veda entered rm 520 – Velma in turn lets out a strange but repeated scream. At first I could not determine if velma was crying or what(?) A minute or so later she was then laughing. By early afternoon Kenny Hawkins visits Mary Sampsons' workstation several times making a lot of noise discussing/condemning other personnel. ROBs/Box(es): 410068 & 410076 & 410080

Tuesday, 26 October 2004                                                                                    Records completed: [400]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 08:00 - 16:15 /
Sick leave taken 07:3-08:00 flu
Notes: Today was basically a quiet and productive day for the exception of Bruce Thompson whom several times would leave his workstation and enter mary sampsons' work area and have lengthy conversations with mary on a variety of topics. Here is a guy last week yelling at me for coughing and today his sets around and goofs-off. Today, I enusured I hussled to get the work done to make up for the lack of work performed last Friday. ROBs/Box(es): 410080 & 410087

Wednesday, 27 October 2004                                                                               Records completed: [441]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: at 09:15 Piers crashes again. ROBs/Box(es): 410087 & 410093 & 410099

Thursday, 28 October 2004  (Pay Day)                                                                Records completed: [300]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: As soon as I entered the office this morning bruce is mouthing-off about something. This went on for an hour. Then Bruce kept leaving and re-entering the office – laughing about something each time. At one point bruce turns up his radio where what seemed like an older black woman called the police and she was killing someone and screaming at the top of her lungs about blood everywhere. Basically loud and noisy junk when I am trying to get my data entry work done. ROBs/Box(es): 410099 & 410102

Friday, 29 October 2004                                                                                       Records completed: [250]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: Today was basically a quiet, peaceful and productive work day. Except for Bruce Thompson – whom played around most of the morning hours and complained that Steve Cox abused him on his performance evaluations and something else. Note this is about

the 5th time I have heard bruce complain that steve cox did something "wrong" to him. He has also complained about tasha thian in the past also. Whom Bruce was talking to I did not pay attention. Supposedly he left the job site at noon. The rest of the day was great — quiet and highly productive. ROBs/Box(es): 410106 & 410116

**Saturday, 30 October 2004**          **Sunday, 31 October 2004**

---

**SIPHATH CHREA, M.D., P.C.**
3215 Columbia Pike, Suite 103
Arlington, VA 22204

(703) 486-0716                                     DEA # _____

Name: Cheris, Ed
Address: _____ Date: 10 22 04

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Combivent inh → [illegible]

_____

Sig: inh 2 puff q 4hrs.

☐ Dispense As Written          Refill (3) Times
☐ Voluntary Formulary Permitted   ☐ Label

Signature of Prescriber
If neither box is marked, a Voluntary Formulary product must be dispensed.

---

**SIPHATH CHREA, M.D., P.C.**
3215 Columbia Pike, Suite 103
Arlington, VA 22204

(703) 486-0716                           DEA # AC2629523

Name: Ed Cheris
Address: _____ Date: 10 22 04

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Phenper w/codeine 6oz

[illegible] one tsp [illegible] TiD

☐ Dispense As Written          Refill _____ Times
☐ Voluntary Formulary Permitted   ☐ Label

Signature of Prescriber
If neither box is marked, a Voluntary Formulary product must be dispensed.

---

**SIPHATH CHREA, M.D., P.C.**
3215 Columbia Pike, Suite 103
Arlington, VA 22204

(703) 486-0716                           DEA # _____

Name: Cheris, Ed
Address: _____ Date: 10 22 04

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Mr Cheris is seen in this office for Chronic obstructive pulmonary disease related to heavy smoking.

☐ Dispense As Written          Refill _____ Times
☐ Voluntary Formulary Permitted   ☐ Label

Signature of Prescriber
If neither box is marked, a Voluntary Formulary product must be dispensed.

APPROVED OMB-0938-0008

PLEASE DO NOT STAPLE IN THIS AREA

# HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
CHERIC, ED

3. PATIENT'S BIRTH DATE  MM  DD  YY    SEX  M ☐  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY                                STATE

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY                                STATE

ZIP CODE    TELEPHONE (Include Area Code) ( )

ZIP CODE    TELEPHONE (INCLUDE AREA CODE) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  ☐YES  ☐NO

a. INSURED'S DATE OF BIRTH  MM  DD  YY    SEX  M ☐  F ☐

b. OTHER INSURED'S DATE OF BIRTH  MM  DD  YY    SEX  M ☐  F ☐

b. AUTO ACCIDENT?  ☐YES  ☐NO    PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  ☐YES  ☐NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐YES  ☐NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____ DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

14. DATE OF CURRENT:  MM  DD  YY    ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM  DD  YY    TO  MM  DD  YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM  DD  YY    TO  MM  DD  YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  ☐YES  ☐NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. _____  3. _____
2. _____  4. _____

22. MEDICAID RESUBMISSION  CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS \| MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 22 04 | | | OV 1 | | 45 — | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER    SSN  EIN ☒
54-1811478

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☐YES  ☐NO

28. TOTAL CHARGE  $ 45

29. AMOUNT PAID  $ 45

30. BALANCE DUE  $ 0

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _____ DATE _____

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SIPHATH CHREA, M.D., P.C.
3215 Columbia Pike, #103
Arlington, VA 22204
Telephone: (703) 486-0716
PIN# D09317    GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE    FORM CMS-1500 (12-90), FORM RRB-1500, FORM OWCP-1500
Mfd. by Medical Arts Press    #19423 - #29423 - Medical Arts Press