**Wednesday, 01 September 2004**                                        Records completed: [ 334 ]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: At 07:30 – 07:55 - I entered the office at 07:28 and began working. At Mary Sampsons work area Mary, Bruce, Crystal and some woman from another office were already in a loud lengthy discussion about some one wearing something. Hard to concentrate with 4 people trying to all talk at the same time.   At 09:40 Kenny Hawkins enters room 520 with another gentleman; for about 10 minutes Kenny was loud and noisy as usual.  This guy is very interruptive almost continuously no matter where he happens to be located. I am not sure if it is the present case or not; but in the past I and others have smelled liquor airing from Kenny Hawkins. Between 13:20 – 13:30 Piers went down again.

**Thursday, 02 September 2004 (Pay Day)**                               Records completed: [337]
Annual leave taken 14:15 - 16:15  - to credit union /
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 14:15 /
Notes: When I entered the office most every one in the office where in some conversation with some one else.  From 08:00 – 10:00 the Piers system crashed several times for short periods. Most of the day – quiet.

**Friday, 03 September 2004**                                          Records completed: [34]
Sick leave taken 11:00 - 16:15 -
Break: 10:00 – 10:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 – 11:00 /
Notes: Security Gas Mask Training 08:30 – 09:30.

**Saturday, 04 September 2004                    Sunday, 05 September 2004**

**Monday, 06 September 2004**                                          Records completed: [0]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: /// Federal Holiday ///

**Tuesday, 07 September 2004**                                         Records completed: [350]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes:  Kenny Hawkins entered rm 520 and spoke with Mary Sampson for 15 minutes a little loud.  Kenny Kawkins re-enters rm 520 between 11:10 – 11:37 and him and Mary Sampson are joking and laughing about something. From 14:05 – 14:35 justina talks with maria – loudly.  By 15:50 Sharron turns up her radio real loud.—even Mary Sampson had to tell her to turn it down.

**Wednesday, 08 September 2004**                                       Records completed: [300]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /

Notes: I entered the office at 07:25 Mary and Bruce are shouting across the room about some TV program about people acting psychotic. This shouting went on for about ½ an hour. Extra Note – I have never heard Mary Sampson talk as much as she has over the past approximately 3 weeks – compared to the past 8 years. She use to be, a very quiet individual. By 08:00 Mary Sampson is talking with (2) other individuals and turns her radio up real loud for about 3 – 4 minutes. 08:30 – 09:00 Bruce talks with Mary Sampson concerning something about his friends roommate and a dirty bathroom. It was not hard to over hear what they were talking about since Bruce was standing approximately 5 feet away from me. During this timeframe, Timi Spratt stayed on the telephone until 09:45 and I over heard Sharron in conversation with someone (maybe Crystal), but didn't pay attention to whom or what their conversation was about. By 09:30 Betty enters rm 520 and starts a loud conversation with Sharron. Sharron and the older black woman setting next to her began singing loudly – something about a man loves a woman - this went on for about 20 minutes. Timi Spratt was still on the phone. At 09:30 Bruce enters rm 520 and the older black woman got seriously loud yelling his name and laughing at/with him and continued singing "be happy". Seriously irritating when I am trying to do the data entry work. I seriously have wondered more than once; if one or more of these guys are on illegal drugs. The older black woman (I think her name is Velma) and Bruce went on and on with their loud conversation until 09:45 and then everything turned dead quiet. After 10:15 Bruce and Timi Spratt have a lengthy conversation about communists something (?) – I try and block out all of this junk to get my work done. At 10:50 Bruce becomes active again and starts a conversation with Mary Sampson – once this guy gets started he becomes loud. By 11:05 he returns to his seat. After 11:05 things got quiet for a while. By 11:20 Kenny Hawkins enters rm 520 and began a loud conversation with Mary Sampson. At 11:25 Betty enters rm 520 and begins a loud conversation with Velma. By 11:30 Bill Crawford enters rm 520 and makes individual polite contact with almost everyone in the room. Things got quiet again. By 11:50 Jose enters rm 520 and begins a conversation with Mary Sampson. How long this lasted I am not sure – I went to lunch at 12:00. From 13:50 – 14:20 bruce & timi Spratt have a lengthly conversation. After this timi Spratt talks with someone for a long while on the telephone. How can I tell she is on the phone for long periods of time. It is the only time she speaks Vietnamese to someone and it is loud enough that I can hear her. Bruce continued his conversation with someone because I can hear him; but with whom I was not sure. This went on to 15:00. By 15:20 Bruce is frequently laughing at some tv or radio program (at his desk). By 15:30 Bruce is back over at Mary Sampson desk talking about other people and their personal activities. By 15:45 Janet joins Bruce & Mary in conversation. By 15:55 bruce returns to his desk and yells across the room to Mary Sampson about something with his computer. Let me ask what is wrong in using the telephone. Something seriously wrong with this guy – bruce. This yelling went on even when I left at 16:15 Due to all of this junk that has gone on today, I barely made my 300 data entry quota – and especially when I am trying to achieve the work with absolutely no data entry typing errors. Basically, today was a re-enactment of what has repeatedly occurred over the past (8) years.

**Thursday, 09 September 2004**                                             Records completed: [305]
Sick leave taken 14:45 – 16:15 – leg pain /
Break: 10:00 – 10:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 – 14:45 /
Notes: 08:30-09:00 Bruce has a lengthy but somewhat quiet discussion with Mary Sampson at her work area about a number of personal topics. Timi Spratt continues to have long telephone conversations. Most of the morning has been quiet. By 11:30 I have completed 3 / 4 of the data entry work I am required to do daily. I big performance difference from yesterday output..

**Friday, 10 September 2004**                                               Records completed: [320]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: Piers having trouble crashing between 07:30-08:30. Most of the day quiet. By 15:50 Piers database keeps crashing.

**Saturday, 11 September 2004**                    **Sunday, 12 September 2004**

**Monday, 13 September 2004**                                               Records completed: [338]
Break: 10:00 – 10:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:15 - 14:15 /
Sick leave taken 14:15 - 16:15
Notes: by 09:40 Piers began slowing down during processing stage. Today, at 09:20 I handed Bill Crawford a leave slip for early dismissal. Bill Crawford mentioned to me that someone complained about me not placing the data entry applications from each folder back into each folder in the proper order. I mentioned to Bill Crawford that I will watch and maintain the proper placement of refilling these applications. What I did not mention to Bill Crawford that twice over the past (2) weeks both when I went on break and also when I went to lunch – that when I later returned to my desk I become aware that someone had moved around some of the data entry applications I was working on. With this latest incident I almost missed data entering about 13 applications – which I am glad I double-check my work before I place it back into its proper file folder. In light that I am being very particular on the data entry typing accuracy and the proper document refilling – if this problem keeps occurring – I then suspect someone else is intentionally tampering with the boxes before, during and/or after I complete the data entry work. And/or one or more individuals are complaining about the so-called refilling mistakes because they have a personal problem and they are taking this easy avenue and targeting me. This is in comparison of directly making contact with me where I am being underlined forced to associate with them; as has been the situation in the past. In any case I have intentionally slowed down on the amount of data entry I perform each day just to the basic minimum requirement – so that I can be much more accurate with my typing. So far proofreading each entry before I have the computer permanently save it – drastically has improved eliminating typing errors – to almost none. But so has the reduction of verbal noise in the office help-out tremendously. Example of the above mentioned document refiling errors – today I am data entering box 409003 and I noticed that ¾ of the way through the box several ROB applications are out of numerical sequence. Since someone complained about my work I am

placing the application back into the box the way I got them out of the box. In the past I use to fix these misplaced application as I did my work. Since things have become critical making notations like this one is the best way to keep myself out of trouble. By 13:00 Mary Sampson and another woman from another office are getting verbally loud while cooking up something in the microwave oven. by 15::20 Piers began again slowing down during processing stage.

## Tuesday, 14 September 2004                                    Records completed: [340]
Break: 10:00 – 10:15  /  Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45  /  Arrive - Depart: 07:30 - 16:15 /
Notes: Entering the office at 07:25 – 08:30  Mary, Bruce & Crystal are in conversation about several topics – bruce is particularly loud. By 08:00 the processing function on Piers is slow.  By 09:20 six different individuals from other offices have come to Mary Sampsons' work area and have had conversations on a number of topics – at 09:15 Justina begin conversing with Mary Sampson & Crystal Collins about body care & cosmetics and night clubs – this woman is loudly distracting until 09:40.  Then things go quiet for a while.  From 10:30 – Timi Spratt converses with Mary Sampson on a number of topics.  At 11:40 someone cooked something in the microwave oven – seriously smelt bad – got a headache from it – since it was almost noon – I went to lunch. At 12:45 Piers crashes again! – backup at 13:00.  Printer problems occurred at 15:30.  By 15:55 Bruce, Mary and Crystal are back into a lengthy discussion about other people – Bruce in particular is loud.  Anyway that woman (? Paulette) that sets on the other side of the wall from me (in the next office) keeps walking through my office and each time she passes through makes a lot of noise by shouting out to someone. If she only did this once or twice a day it would not be bad; but she does it each and every time she enters my office – which is frequently.

## Wednesday, 15 September 2004                                    Records completed: [320]
Break: 10:00 – 10:15  /  Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45  /  Arrive - Depart: 07:30 - 16:15 /
Notes: Around 8:00 I happen to overhear (in Rm 520) Mr. Crawford heavily discuss with Sharron Staten her non-performance of her job duties – something about her ability to alphabetically file documents in the proper order with a number of boxes of data entry work.  Towards the end of this discussion Sharron Staten happens to mention my name concerning a particular box of data entry work. As soon as she mentioned my name; Mr. Crawford requested I come to his location and he showed me applications in a folder that were in reverse order.  Mr. Crawford asked me to be sure I place the data entered applications back into the each folder in proper numerical order.  I mentioned that after our discussion several days ago; I was already in the process of properly refilling all documents as I did my work. I also showed Mr. Crawford what I was currently working on at my workstation and the procedures I was following to maintain proper re-filing of all documents – which was working well.  Basically how I take any and all documents out of each box I place them back into each box in the same position.  Mr. Crawford was polite about the entire situation and I just went back doing my data entry work as usual.  The above is just another example where Sharron Staten is getting chewed-out because she is unable to perform her job duties and then tries and transfer her problem(s) onto me.   Soon after Mr. Crawford leaves the Room Bruce Thompson begins loudly laughing and joking with someone else (?).  And Timi Spratt stays on the telephone for a while.  By 09:05  things became quiet in the office. By 09:45 Timi Spratt is back on the phone with someone. As Timi Spratt was talking on the phone Mary Sampson enters room 520 with (2) others individuals from another office – all three individuals where seriously loud – arguing about some application in the electronic database. This arguing went on for sometime. I intentionally left the room for break just to get away from these guys. While I am trying to data enter and concentrate on my work: I seriously wondered if some of my co-workers are on illegal drugs.  By the time I got back from break Sharron Staten, Crystal collins, Mary Sampson & 4 other woman are in heavy discussion about some bank name change for about 10 minutes - loud.  Then things quieted down again for a while.  By 10:40 – 11:05  Bruce is loudly talking with someone about someone else cutting the finger. With data entry box 409020 some of the applications are missing labels. 12:45 – 14:10; Crystal, Mary & Sharron discuss a variety of subjects: death situation , drugs, some email message, movies, bars/nightclub, & food.  By 13:25 Piers crashes again!

## Thursday, 16 September 2004  (Pay Day)                            Records completed: [50]
Sick leave taken 09:30 – 016:15 - flu
Arrive - Depart:  07:30 – 09:30 /
Notes:  By 07:40 Bruce, Sharon, Crystal & Mary are shouting across the room about the Ghetto, and some substandard elementary school conditions, pimts & hookers, and some little girl getting laid..... these guys don't shut-out for a moment.  If anyone wonders why I stick to myself – after 8-10 years I seriously got tired of the this poverty perversion junk. I basically had to learn to de-program myself from this daily poverty junk by hitting the photography, computer, and Greco-Roman Cultural History books. Eventually I will need to get another set of ear protectors to use on the job.  The above is one of many examples that I could use to demonstrate why I would rather be downtown Bahgdad, Iraq taking pictures with the U.S. Marines – it's a quality of life issue.  By 08:30 Timi Spratt is on the phone again! and Bruce Thompson is going around talking with several people in the office about different topics. By 09:15 Bruce turns up is radio again – someone on the radio program is literally and repeatedly screaming about something(?).  Bruce just sets at his desk a laughs.

## Friday, 17 September 2004                                    Records completed: [60]
Sick leave taken 09:30 – 16:15 - stomach flu

Arrive - Depart:  07:30 – 09:30 /
Notes: Bruce & Wilma spent the morning talking.  Bruce has his radio playing but at a minimal level.

**Saturday, 18 September 2004                    19 Sunday, September 2004**

**Monday, 20 September 2004**                                                    Records completed: [39]
Annual leave taken 07:30 – 08:30 - flu
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 08:30 - 16:15 /
Notes: At 08:45 someone (I think Timi Spratt) cooked something in the microwave oven which stunk serious bad where I began coughing bad enough that I step outside the building for few minutes to get some fresh air. At 09:05 Kenny Hawkins enters rm 520 and starts a loud conversation with several individuals about 10 minutes later he leaves Rm 520 and several other individuals at Dorothy's work area also become loud – especially Velma and Betty. By 09:20 Velma then cooks something; if think popkorn in the microwave oven which stinks-up the room, again!. By 09:45 Dorothy provides me with another box of data entry – which has no labels on any of the applications. After speaking with Crystal – I got the idea that Dorothy got so backed up on the work that everyone doing data entry must label their own work (each application) which is taking a lot more time to get the data entry work done. At 10:57 Piers is having trouble processing – real slow!. By 11:05 Kenny Hawkins is back in rm 520 talking with Mary Sampson – making a lot of noise. After lunch this got quiet. At 15:12 Piers crashes again until 15:20. Needed to put labels on each applications in the particular data entry box.

**Tuesday, 21 September 2004**                                                   Records completed: [242]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: at 10:20 Piers crashes for about 10 minutes. At 13:00 – 13:17 Piers crashes again. Needed to put labels on each applications in the particular data entry box.

Extra Note: At 11:18 Timi Spratt comments to Bruce Thompson that Ed is scared to bring his camera to work "today" because he is scared someone will steal it. Then she made some other comments which was heard to hear. For the record I did not bring my camera with me today, because for the past week I have had some type of stomach flu and did not get much sleep the night before. It is kind of useless to be taking pictures at lunchtime on K street if I am barely staying awake at my desk.

**Wednesday, 22 September 2004**                                                 Records completed: [363]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /
Notes: Needed to put labels on each application in this particular data entry box. Most of the day quiet except for 3 individuals from other office coming into rm 520 and talking to Mary Sampson – loudly.
Extra Note: by 09:15 I am setting at my desk data entering and feeling pain in my leg and lower back area. Trying hard to bare with it by rubbing my leg and taking deep slow breaths. It was more than apparent that Timi Spratt; talking to Bruce was imitating me by blowing air just as I was doing. Timi Spratt has been doing these imitations of me for a long time. As I have already informed the supervisors approximately (4) years ago – don't want anything to do with Timi Spratt because she has a psychological problem and it is not my job to fix it. I don't say anything to Timi Spratt because she is not making contact with me directly. Anyone with common sense would recognize Timi Spratt has a problem; for after approximately 4 years at the Passport office Timi Spratt could find something/someone else to focus on instead of me. I expect more problems with Timi Spratt in the future – because of her past track record of repeatedly making unwanted contact with me. I am not her baby setter the supervisor is. Plus like several other problem individuals in the Office – Timi Spratt is not my wife, my mother, nor my daughter – I have no legal obligation to this particular individual at all. At 12:00 I left for lunch. On the way down on the elevator Dianne Maynard and another black woman came on the same elevator. Once we got to the ground floor Dianne Maynard went to the front of the building and I went through the hallway to the back of the building. As I approached the back door to exit the building I heard someone behind me – saying Jesus Christ!.. and something else which wasn't clear. As I turned around and looked - I discovered it was the older black woman from the elevator who was starring at me and was about 100 feet away from me. I don't know what this old woman was cursing me out for – but I swiftly went out the back door and up the alley just to get away from her. My objective for lunch was to go over to the National Geographic exhibit – which I did. Sorry don't know the older black womans' name – maybe Dianne Maynard knows; but I think she works somewhere on the 5th floor. Note for the Record – several times I have encountered situations like the one described above – usually not knowing whom the other individual is or what they want. As far as I can figure-out some of these blacks don't like white people – and when the opportunity present it self, they harass white people. Since I have seen and also heard about similar occurrences happening to other white people not once but a number of times in and around the DC Area; I came to the conclusion that this is a form of socialism in America where one group of people are forced to socialize and/or participate with (against their will) with another group of people – and when one group of people do not wish to participate in the other groups' activities then they are called racist or prejudice. As is more than evident I am not one of those individuals whom has gotten trapped in that American Socialist ideology garbage that we are all the same and should think, eat, and live the same and all go to the same church and.....etc – brainwashing.

By13:35 Piers is crashing again. By 15:22 Crystal begins talking to Mary about some comedy TV program – Bruce get all excited a starts yelling across the room. This went on for about 15 minutes. Today, I received another data entry box with two files & applications (out-of-sequencial order) - to be consistant; I put them back into the back exactly how I took them out.

**Thursday, 23 September 2004**                                                  Records completed: [370]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:30 - 16:15 /

Notes:  By 09:30 Bruce enters Mary Sampsons work area and discusses dysfunctional families with Mary Sampson and then yells across the room with Sharon Statten about Dr. Phil.  While these guys were talking Bill Crawford enters rm 520 and then things got quiet again. The entire time the above was going on and even after I overheard Timi Spratt on the telephone.  By 09:55 someone cooked popcorn in the microwave (again).  The burnt smell is very noticeable – I and several people are heard coughing and/or clearing the throats.

**Friday, 24 September 2004**                                    Records completed: [335]
Sick leave taken 14:15 – 16:15 – leg problem
Break:  10:00 – 10:15  / Lunch:  12:00 – 12:45 / Arrive - Depart:  07:30 - 14:15 /
Notes: most of the day quiet. By 12:00 supposedly I got 312 applications done (if the number on the CRBA Box Tracking sheets are correct..

**Saturday, 25 September 2004                    Sunday, 26 September 2004**

**Monday, 27 September 2004**                                    Records completed: [255]
Sick leave taken 07:30 – 08:30 – leg problem /// Sick leave taken 15:15 – 16:15 – leg problem
Break:  10:00 – 10:15  / Break:  15:00 – 15:15 / Lunch:  12:00 – 12:45 / Arrive - Depart:  08:30 - 16:15 /
Notes: Since 09:20 Mary Sampson has been playing her radio a little louder than usual.  I personally find the music she is playing a little more than irritating.  10:20 – Timi Spratts does another mocking sensation to bruce imitating me enduring my leg pain.  By 13:10 it seriously sounded like Mary Sampson was crying at her desk; I could not see anything visually but heard her snifaling and humming along with some song on her radio.  13:20 – 14:00 Jenal talks with Mary Sampson and Crystal.  Jenal keeps going on and on about her kid.  A little difficult getting the data entry work done when Jenal is standing five feet away from me and talking loud. By 15:00 bruce is back in Mary Sampson work area and there are having a lengthy discussion about other people.

**Tuesday, 28 September 2004**                                    Records completed: [400]
Break:  10:00 – 10:15  / Break:  15:00 – 15:15 / Lunch:  12:00 – 12:45 / Arrive.- Depart:  07:30 - 16:15 /
Notes: at 08:55 Betty enters rm 520 at starts shouting about some football game – then bruce and some woman from another office began shouting about this game.  This went on for about 20 minutes – irritating.  By 09:30 – 1100 timi sprat is talking on the phone with someone in vietnameze – sounds like she is angry about something? – inflections in her voice. By 10:30 mary Sampson has her radio going I can just hear it, today – she is listening to some kind of acid rock group. Earlier this morning; Crystal Collins happen to show me the track sheet of one of the data entry boxes I completed on Sep 15th.  This particular sheet had eight errors marked on it. The errors consisted of mostly reversed number in the date field and country code selection.  Basically indicating that I am typing too fast & need to strictly concentrate on double-checking my work before I permanently save it per entry.  Crystal Collins did mention that most of the data entry boxes did not have these many errors.    At 11:15 – 11:20 Bruce Thomson and jenal are at Mary Sampson desk talking about people.  Around 11:35 one gentleman from another office comes in and loudly talks with mary Sampson about the red skins game; then leaves.  Seriously distracting.  By now I have ¾ of my required work done.  At 11:15 I began data entering box 409075 and discovered that a number of applications are not in the proper numerical order and many are upside-down in the box. After speaking with crystal; she told me that the red bordered applications are not required to be in any particular order; but they should not be upside-down in the box originally.  As I data entered this box of work I automatically corrected the placement of each application back into the box in the proper order. At 15:15 coming back from my break I entered rm 520.  As I passed timi spratts' desk she was starring at me and said the words: shit-a guy.  There was no misunderstanding whom she was directing her attention to. As I approached my work area Bruce Thompson yells-up 'what are you looking at'.  Then timi spratts began talking and laughing with bruce Thompson using more cursive words; and then talked about somebody else.  One of the managers got to put a mussel on this dirty animal.  For the past (3) workdays timi spratts has been commenting to several individuals (including Crystal Collins) about taking pictures (jokingly).  Timi spratt never commented on any aspect of photography until I began brining my camera with me to work.  In brief, Timi Spratt doesn't stop bothering other people about her personal problem(s) – which has been going on for almost (4) years.  I happen to know that other individuals on the floor avoid contact with Timi Spratt; because they have told me so.  In any case it is not my job to baby sit this troubled individual.

**Wednesday, 29 September 2004**                                    Records completed: [310]
Break: 10:00 – 10:15  / Break:  15:00 – 15:15 / Lunch:  12:00 – 12:45 /  Arrive - Depart:  07:30 - 16:15 /
Notes: This morning when I entered the office at 07:20 Bruce and Timi are in a loud conversation about something(?).  This went on for a while.  At 08:05 I stood up to take-off my sweater – as I pulled my sweater over my head I just happen to notice that Timi Spratt was setting at her desk starring at me – with intensified eyes.  Once we made eye contact she shouk her head and looked away.  As the day progressed the office environment was quiet.  Frequently throughout the day Timi Spratt was on the telephone.

**Thursday, 30 September 2004  (Pay Day)**                                    Records completed: [200]
Break:  10:00 – 10:15  / Break:. 15:00 – 15:15 / Lunch:  12:00 – 12:45 /  Arrive - Depart:  07:30 - 16:15 /
Annual leave taken 12:45 – 13:45 – SDFCU
Notes:  Piers crashes again at 11:45-12:00.  Box(es): 409089 & 409095

> **Note for the Record** — The memo[...]m shown below is one of a number of ridic[...] incidences (an example) that have occurred at the Passport Office over the past 10 years. Things will go far a while peaceful and then suddenly something like this incident will occur. I try my best to avoid particular co-workers because they are trouble; and seriously a waste of my time when I am doing my job and spending most of my personal time memorizing technical manuals. For the record the last paragraph below stating "family" oriented atmosphere?" Who is joking whom – I never agreed to this type of working condition. That bozo(s) setting next to me in the office; is not my brother nor my sister – its' another government employee; getting paid to do a specific job. The last paragraph is propaganda. (Ed Cheris)

September 28, 2004

# MEMORANDUM

TO:        PPT/IML/RS Government and Contractor Staffs

FROM:    PPT/IML/RS – William Crawford, Acting

SUBJECT:    Practical Jokes


On Monday, September 20, a practical joke was played on one of the government employees. Specifically, a small plastic snake was placed in a box of birth records on the employee's desk. Since the employee was deathly afraid of snakes, the desired reaction was achieved.

While this kind of juvenile behavior may find an acceptable place among 10-year olds, it is totally reprehensible in the workplace. Activities that cause fear or embarrassment to an employee, government or contractor, will not be tolerated. There can be no leniency in this matter. Anyone, whether government or contractor, caught perpetrating this type of activity can expect to receive severe disciplinary action, including dismissal, not to mention whatever civil action the recipient may choose to take.

If a practical joke of this type occurs again, the management will take appropriate measures to identify the perpetrator and curtail the action. This may include enlisting the resources of Diplomatic Security, conducting random searches, and restricting the privileges and freedom of movement on the floor for all employees.

Be advised, this activity will not be taken lightly. If you see anyone involved in committing a practical joke, report him or her to a supervisor. If you know of any person(s) planning such an activity, warn them not to do it. You will be saving them and yourselves a lot of trouble.

The Records Services Division prides itself on its "family" oriented atmosphere. We work together as a team to accomplish the goals set before us. Many of us have worked together for more than ten years. Regardless of our specific jobs, we try to make Records Services a pleasant place to work. Please do your part.

Thank you for your cooperation.

## Cheris, Eddie S

| | |
|---|---|
| **From:** | Cheris, Eddie S |
| **Sent:** | Wednesday, September 08, 2004 11:14 AM |
| **To:** | Crawford, William |
| **Subject:** | Office Activities |

Hello Mr. Crawford

Things are getting active in my office - today  (maybe someting happens to get everyone excited)

Below is a brief desciptions of activities

Thanks

Ed


Wednesday, 08 September 2004                                    Records completed: [100 ]
Break:  10:00 - 10:15  /  Break:  15:00 - 15:15 / Lunch:  12:00 - 12:45  /  Arrive - Depart:  07:30 - 16:15 /
Notes: I entered the office at 07:25 Mary and Bruce are shouting across the room about some TV program about
people acting psychotic.  This shouting went on for about ½ an hour.  Extra Note - I have never heard Mary
Sampson talk as much as she has over the past approximately 3 weeks - compared to the past 8 years.  She use
to be, a very quiet individual. By 08:00 Mary Sampson is talking with (2) other individuals and turns her radio
up real loud for about 3 - 4 minutes.  08:30 - 09:00 Bruce talks with Mary Sampson concerning something about
his friends roommate and a dirty bathroom.  It was not hard to over hear what they were talking about since
Bruce was standing approximately 5 feet away from me.  During this timeframe, Timi Spratt stayed on the
telephone until 09:45 and I over heard Sharron in conversation with someone (maybe Crystal); but didn't pay
attention to whom or what their conversation was about.  By 09:30  Betty enters rm 520 and starts a loud
conversation with Sharron.  Sharron and the older black woman setting next to her began singing loudly -
something about a man loves a woman - this went on for about 20 minutes.  Timi Spratt was still on the phone.
At 09:30 Bruce enters rm 520 and the older black woman got seriously loud yelling his name and laughing
at/with him and continued singing 'be happy'.  Seriously irritating when I am trying to do the data entry work.  I
seriously have wondered more than once; if one or more of these guy are on illegal drugs. The older black
woman (I think her name is Velma) and Bruce went on and on with their loud conversation until 09:45 and then
everything turned dead quiet. After 10:15 Bruce and Timi Spratt have a lengthy conversation about communists
something - I try and block out all of this junk to get my work done.  At 10:50 Bruce becomes active again and
starts a conversation with Mary Sampson - once this guy gets started he becomes loud.  By 11:05 he returns to
his seat.  After 11:05 things got quiet for a while. By 11:20 Kenny Hawkins enters rm 520 and begin a loud
conversation with Mary Sampson.