| Daily Work Progress Report | (Ed Cheris) |
|---|---|

**Monday, 30 August 2004**                                                                    Records completed: [272]
Sick leave taken 07:30 – 08:30 – leg pain /
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 08:30 - 16:15 /
Notes: Had discussion with Bill Crawford on mid-term evaluation.  Justina Lewis stands around and talks to Mary Sampson from 09:00 to 10:00 on a variety of subjects. Bruce talks to and sets in Mary Sampsons' workarea from 10:15 – 10:45 – discusses a variety of subjects. 10:55 – 11:00 - then Crystal stands at Mary's workstation and talks to Mary on a variety of subject matter.  Everyone else is doing their jobs. Bruce entertains a young boy for most of the morning hours. 13:10 – 13:30;  Crystal, Dorothy & Sharon had a lengthy discussion on many topics.  Piers/computer down from 07:30 – 09:45  & 13:46 - 14:10.

**Tuesday, 31 August 2004**                                                                    Records completed: [350]
Break: 10:00 – 10:15 / Break: 15:00 – 15:15 / Lunch: 12:00 – 12:45 / Arrive - Depart: 07:00 - 16:15 /
Notes: By 07:12 – 07:25  Bruce & that older black woman new in the office began talking loudly about something. The old woman was particularly loud.  By 07:50 Bruce turns up his radio more than loud enough that I could here the 'black' radio program well.  By 08:00 Mary Sampson calls out to Bruce from across the room about his radio being too loud.  08:45-09:00 Dave the computer guy fixes my computer – apparent virus detected. From 10:47 – 11:30  justina Lewis is talking with Mary Sampson.  Bruce and that old woman whom recently moved into the office have been discussing something about Serina Williams, loudly.  At 11:25 the old woman whom just moved into the office is banging loudly on the wall next to her; playing morris-code with some one in the next office. From 15:30 – 16:00 Crystal and Mary Sampson have lengthy discussion.

Hi Anne

I believe you are in-charge of the Office, today -- note forwarded as FYI

Since early this morning in my Office, that Betty has been verbally loud and angred about something (I think about or fighting with Robyn).

Just a few moments ago Betty started again verbally expressing she intended go out like a solder in God's Glory or some garbage. As soon as she expressed this Robyn walks out of the Office.

I understand all of us have some way of dealing with stress and anger; but each time any of these guys in my office act up -- I stop data entering for a while until things cool down and then immediately get back to data entering. A good practice which relieves stress on me. Today I have had to stop typing 4 separate times.

Anyway, you might want to keep an eye on Betty – I thinks she is more than a little stressed out.

Thanks Ed

Friday, 6 aug 2004

Friday, August 06, 2004

Equity Office
Tel: 202.331.1800
1120 20th N.W. Suite 500
Washington, D.C. 20036

Hello Equity Office

I am an employee at the Passport Office on 19th Street.

There are two parking garage attendants from Atria (male and female) that maintain the garage kiosk next to the Passport Office.

Repeatedly over the past 6 years I have been approached by both of these individuals.

Around 4 to 5 years ago, the Atrian man would frequently engage me in conversation outside the building and at Jonathan's restaurant. He would ask me some 'strange' questions, and I tried to be nice about it. Repeatedly, I informed this guy that I take breaks from the job and come outside to have a cigarette and wish to stick to myself. Plus I have so much study work that I can not afford to stand around talking all the time, I need to think about my university course materials.

This activity went on for a while and I tried to avoid this guy when possible. One day in the lobby of the building at 1111 19th this guy asked me to tie is necktie – but the way he went about requesting me to do so – embarrassed me in front of several individuals and I immediately refused. The security officer at the front desk was well aware that it was an embarrassing situation.

Soon after this above incident, one morning I came to work, having difficulty walking due to a severe back problem that I have and sat down on the small guard rail in front of the Passport Office and rested for a brief moment smoking a cigarette. Both of these garage people came forward and began chewing me out about setting on the small guard rail and putting my cigarette out on the ground. And, then commented about some anti-American garbage. And then commented about some Ethiopian girl I used to date (2) years earlier.

I eventually got up and walked/limped away from them.  I later was informed that the Atrian woman went to one of my supervisors and tried to file a complaint against me.

I never again, sat down on the small guard rail in front of the Passport Office but a number of other individuals have and were not given a problem.

Legally, I don't owe these people anything and am not obligated to give them anything.

In light that I am 'friends' with the Hot Dog Lady whom operates the convenience stand a few feet away – I discovered through her that the two garage people have had problems with many people and are jealeous that I talk with her (the Hot Dog Lady) and not to them – because the Ethiopians and Atrians don't get along due to a long history of cross-country warfare.

Since the incident in front of the Passport Office the Atrian (Garage) woman has approached/bothered me more than 10 times inside and outside the building.  And I repeatedly informed the security officers at the front desk of this activity

Today, at lunchtime, she came bothering me again – I got the idea more than once that she wants money.  And, of course, I avoid talking with her.  But did inform the security officer at the desk, in the lobby.

Legally, I don't owe these people anything and am not obligated to give them anything.  If I may word it more delicately, as a real guy, I feel seriously embarrassed with these encounters because this is not my preferred choice of meat.

Maybe someone from your office should have a talk with this Atria woman.

Thank you

Ed Cheris
Passport Office
CherisES@state.gov
202.955.0251

**Cheris, Eddie S**

From: Crawford, William
Sent: Wednesday, August 18, 2004 2:26 PM
To: Cheris, Eddie S
Cc: Collins, Crystal L; Leftwood, Steven D
Subject: Management Issue

Importance: High

Eddie -
  Dorothy has been delivering boxes for the staff in QA on her own accord, not as part of her job. I have instructed her to cease this accommodation for all employees.

  It is expected in this office environment that employees may be required to lift or move boxes or other items of moderate weight. The boxes you are required to move have had their contents paried down to about 225 reports of birth each. These boxes weigh between 10 - 15 pounds. This is well within the parameters of expectation.

  If you have a medical condition that limits or prohibits your ability to lift and carry these boxes, you will need to provide me with medical documentation for review by CA/EX/HRD and/or Medical Services.

  Absent medical documentation to the contrary, you are expected to carry your own work between your desk and the shelving units in your office suite. You must check these boxes in and out with Dorothy, who is responsible for maintaining the tracking log. If you have any questions concerning procedures, please speak to Crystal Collins.

  Thank you for your cooperation.

William Crawford, Acting
Records Services Division
Passport Services

---

Note for the Record

After briefly speaking with Bill Crawford concerning the above subject matter; he said he put an end to this issue. Dorothy no longer needs to delivery boxes to anyone on the floor. Which was my initial thought of what the problem was.

Afterwards, I also spoke with Crystal Collins (supervisor of Dorothy). I got the idea from Crystal that Dorothy was upset about something not related to the job. What the issue was; not clearly stated.

Ed. 18Aug04/Wednesday

Anna

(FYI)

11 August, Wednesday

At (8 am), I am setting at my desk data entering and Betty enters Room 520, walking towards Mary Sampsons' work area **'yelling loudly'** about something (maybe about Robyn). Seriously irritating. The supervisors should ban this individual from the floor because she has and continues to be highly disruptive. Plus I don't want to her about her problem(s) – I got my data entry work to do and am trying to do it.

Thanks

Ed

**Cheris, Eddie S**

From: Washington, Vanessa D
Sent: Thursday, August 19, 2004 10:43 AM
To: Cheris, Eddie S
Subject: RE: Private Message ///

Corey,

Left no information regarding your paperwork. When are you going to give me copies of the package you submitted to Corey?

-----Original Message-----
From: Cheris, Eddie S
Sent: Wednesday, August 18, 2004 4:09 PM
To: Washington, Vanessa D
Subject: Private Message ///

Hi Vanessa

Yesterday, I noticed you were back from vacation.

I needed to contact you and ask if you had heard any response from Corey Bent; of what may have happened to my workers compensation package.

While you were on leave Corey did come and visit. While he was here I gave him a brief note explaining the missing workers compensation package and ask him to please contact me to let me know whom he gave it to. Unfortunately Corey never responded.

Thank you

Ed

1

## Cheris, Eddie S

| | |
|---|---|
| From: | Crawford, William |
| Sent: | Wednesday, August 18, 2004 2:26 PM |
| To: | Cheris, Eddie S |
| Cc: | Collins, Crystal L; Leftwood, Steven D |
| Subject: | Management Issue |
| Importance: | High |

Eddie -
   Dorothy has been delivering boxes for the staff in QA on her own accord, not as part of her job. I have instructed her to cease this accommodation for all employees.

   It is expected in this office environment that employees may be required to lift or move boxes or other items of moderate weight. The boxes you are required to move have had their contents paried down to about 225 reports of birth each. These boxes weigh between 10 - 15 pounds. This is well within the parameters of expectation.

   If you have a medical condition that limits or prohibits your ability to lift and carry these boxes, you will need to provide me with medical documentation for review by CA/EX/HRD and/or Medical Services.

   Absent medical documentation to the contrary, you are expected to carry your own work between your desk and the shelving units in your office suite. You must check these boxes in and out with Dorothy, who is responsible for maintaining the tracking log. If you have any questions concerning procedures, please speak to Crystal Collins.

   Thank you for your cooperation.
                    William Crawford, Acting
                    Records Services Division
                    Passport Services

*After speaking with Bill Crawford
He said He put an End To
This Issue*

1

**Cheris, Eddie S**

---

**From:** Cheris, Eddie S
**Sent:** Wednesday, August 18, 2004 1:41 PM
**To:** Crawford, William
**Subject:** Management Issue

Hi Bill Crawford

I needed to ask if you would speak with Crystal.

Monday afternoon (3pm) I got a soda from the machine next to the mens restroom as I walked back to
room 520 Dorothy happen to be entering the bay doors to doc prep.

I noticed she had her carrying bag with her. And I asked her if she was going home.

She politely answered, yes. Then I mentioned, I needed another box of data entry and I'll ask Crystal for it.

That seemed 'ok' with Dorothy. As far as I was aware there was no problem.

By 3:30pm I am at my desk data entring the last few applications of one particular box and Crystal and Dorothy enters room 520.

Dorothy is all upset (verbally) about me requesting an extra box of work just at the time she was going home (3:00 pm).

As far as I knew Dorothy usually went home at 3:30pm. Crystal told me that Dorothy goes home at 3:00 pm.

In any case Dorothy also asked several other individuals if they also needed another box of data entry
just before she left the office at approximately 3:40 pm.

I tried to tell Crystal several times; I have no idea why Dorothy was upset.
I got the idea that either Crystal or someone at Doc Prep tied-off Dorothy whom returned to rm 520
and decided to take her verbal anger out on me.

The next morning (Tuesday) Dorothy came to my desk and said that Crystal talked with her and she was not angry
with me. I just accepted things as they were and continued data entering.

1

This morning when you were in Corey's old office with someone (?) Bruce, Timi, & Sharron started getting active expressing
derogatory comments about several individals including me. I just continued data entering. Around this same time, I completed
one box of data entry and nicely asked Dorothy for another box. I waited for about 10 minutes looking at materials on my
computer when all of a sudden someone swiftly approached me from the back and slams a box down on the table next to
me -- 'surprised (the blank) out of me.'

It was Dorothy, again!

She has done this surpise entry approach a number of times. I tried to asked for her, before to please say
something or maybe couf before she approaches me or anyone because her approach comes as a
surprised and shakes me up when I am trying to concentrated on the work.

I even explained to her, that when I approach her work area I tap on the wall or boxes to get her attention
before even speaking with her so that I don't do the surprise approached towards her.

Around 1:10pm today, Dorothy comes to my desk I tried to have patience with her, but she just wants to take her anger out on me.

I tried to be reasonable with her and asked her again don't do the surprise approaches; but she went away angered and I no longer wish
to socialize with her because I got my work to get done and that is all I am interested in doing.

I did try to talk with Crystal again about Dorothy - but I seems to be getting a round-around from Crystal.

In any case I seriously tried to be friends with Dorothy so we could have good working relationship to get the work done; but........

Should I be requesting any future data entry boxes from Crystal


Thanks

Ed

2

**Cheris, Eddie S**
___

From:       Cheris, Eddie S
Sent:       Monday, August 30, 2004 3:24 PM
To:         Crawford, William
Subject:    FYI Msg


After you gave me that extra table; I slightly re-arranged my work area.

That physical theraphy I have been doing on the weekends by walking around that indoor malls for long periods of time seems to be working.

After movings things around a little bit in my workarea and then walking 2 blocks up the street and then back; very little leg pain occurs.

FYI

Ed

1




United States Department of State

Washington, D.C. 20520

**Interim Performance Review**              August 30, 2004

Eddie Cheris

    This is to inform you that your performance in Job Element 3, Consular Records Data Entry and Quality Assurance, is unacceptable. Since this is a critical element, your overall performance is considered unacceptable.

    The stated requirements call for data entry at the quantitative level of 675 records per day with a 2% or less error rate for the fully successful level. Management has determined that it will accept 300 records per day with a 2% or less error rate for the fully successful level.

    Your performance for the month of June was 157 records per day with an 8% error rate. Your performance for the month of July was 230 records per day with a 9.6% error rate. This level of performance is below the requirements established for the fully successful level.

    Your performance in this job element will be reviewed again in October. Your performance for September will be reviewed. If you fail to bring your performance level up to the fully successful level or higher, you will be placed on a Performance Improvement Plan. Failure to successfully perform your duties at the fully successful level or higher can result in loss of grade or dismissal. You are strongly urged to make every effort to improve your work performance.

William Crawford, Acting Chief
Records Services Division
Passport Services

Memorandum for Record

---

This afternoon (25Aug04) as I was doing my work; Bill Crawford stops by my desk and requested I write (more neatly and smaller) the serial numbers on the passport applications that I am data entering. I kindly informed Bill Crawford that some time ago, someone complained that they could not read my written numbers because they were too small and so I began writing them larger. The request for writing these passport application numbers more neatly was not a big deal for me. In fact my work actually looks better.

But what is questionable here is that around half the folders in the data entry boxes don't even have labels on them – which they are suppose too. Secondly, I am requested to write my number more neatly; but for the past 4 or 5 work days; that guy (Bruce) on the other side of the room has been playing his 'Black music" loud enough; that it is irritating to me – especially when I am trying to do the data entry work. Bruce has been doing this music interruption thing off and on for some time. There has been incidences where he has turned the volume button up on the radio unit that you could hear his music in the hallway with the door closed. And, many times his radio is playing and he is not at his desk. But no one says anything to him. Previously, I have complained to several supervisors about this music interruption.

Frequently, Bruce has tuned into a particular radio station early in the mornings; where there is an older black woman on the radio screaming about something (?) for long periods of time. This goes on for somewhere from 30 - 60 minutes then Bruce turns down the radio. Lately, Bruce has been repeatedly playing some song called Aquarius.

This other guy can listen to whatever music he chooses; but I don't want to get contaminated with his poverty junk. Why the supervisors don't require Bruce to use headsets is a mystery.

Whenever the above music interruptions occur; I immediately implement my own strategy, by putting on my small earphones and connecting the to the Internet to a Greek or Italian online radio station. This way I get the "proper" programming.    (Ed)