**Cheris, Eddie S**

| | |
|---|---|
| **From:** | Cheris, Eddie S |
| **Sent:** | Tuesday, July 20, 2004 2:40 PM |
| **To:** | Washington, Vanessa D |
| **Subject:** | Additional Issue |

Hi Vanessa

I know you are busy. There is another issue I wanted to discuss with you and Ms. McCoy that may have impact on the 'missing' workers compensation package.

I believe it was in late February or early March; Corey Bent and Bill Crawford issued the past performance appraisals for 2003 and new performance appraisal (forms) for 2004. You may already have copies of each of our performance appraisals. Or, I can provide a copy of these on Thursday.

Corey Bent and Bill Crawford issued me an outstanding performance appraisal for 2003 -- I refused to sign-it. At that time Bill Crawford said I would also be getting an award (money); but would not say how much.

I spoke with Corey Bent privately and asked if he could rightfully justify giving me an outstanding performance -- he said he could. Personally, I felt this gentleman was being generous do to the personnel conflict issues which have occurred within my office. But did not want him to incurred any trouble because he was sensitive to the issue.

I know Mr. Bent was highly sensitive and effective in curving many of these personnel conflict issues. Though I repeatedly had to go to him at least 10 times concerning Timi Spratt and three times concerning Sharon Statten between January through March 2004; since March 2004, neither Timi Spratt nor Sharon Statten have bothered me about their personal problems. Mr. Bent did do his job and well.

I was more than leary of signing the appraisal for intentionally falsifying government document (s).

Under Steve Cox's management, I use to out perform my duties many times -- especially with data entry duties. By the middle of 2003; I decided to cut-down on the amount of work output. I was getting physically tired too many times and due to the many personnel conflict issues which arose -- maintaining concentration on getting my work done and well definitely got harder.

By Christmas 2003; I also became aware that I was suffering from the beginning stages of some form of post-dramatic stress syndrome (shorter temper/walking around with a lot of anger) -- due to the fact that I was forced into doing (2) jobs (mine and the supervisors). Basically, babysetting my fellow co-worker(s). And this was mentioned in my previous

submitted workers compensation package.

In any case, I did not perform my work (job elements) at an outstanding level for 2003. And I even mentioned to Mr. Bent, in a nice way -- that I could honestly care less if I got an outstanding performance award or not. I personally never liked this kind of stuff. And, that I know and am satisfied I do my job well and at times over-achieve my job performance. And that I also have to keep re-emphasizing to every supervisor that I am only here for the money, there is nothing else to be gained. Mr. Bent definitely understood my choice and reasoning for the above statement.

Previously, I gave you a copy of my newly issued SF-50 showing I was given an award for $125.00; and briefly complained to two of my co-worker about being given pennies.

Thanks

Ed

**Cheris, Eddie S**

| | |
|---|---|
| **From:** | Cheris, Eddie S |
| **Sent:** | Tuesday, July 20, 2004 9:38 AM |
| **To:** | Casey, Herbert B |
| **Subject:** | Workers Compensation Package // Question |

Dear Mr. Casey

During the first week of April 2004, I submitted copies of my workers compensation claim to my immediate supervisor (Mr. Bent).

In fact, Mr. Bent also assisted me in completing additional forms required for this claim.

And that he had already given copies to the next level supervisor.

I also forwarded (extra) copies of this workers compensation claim to Ms. Milligan and Ms. Hicks through through State Departments' inter-office mail.

As weeks/months followed, I asked Mr. Bent, if he had heard anything about my workers compensation claim -- he repeatedly said, no.

But he did forwarded the workers compensation package to the next level supervisor.

I also phone the Department of Labor and inquired if they had received my claim and the representative repeatedly said, no.

Last week, I had a relapse of my back injury and spoke with Vanessa Washington due to the need to take leave.

Vanessa Washington informed me that she had spoken with Nicole Hicks.

And Nicole Hicks informed her that my workers compensation package submitted April 2004, never arrived at her office.

Currently, Vanessa Washington does not know where the workers compensation package is and requested I provide her with a copy of the claim for re-submission.

I needed to contact you, and ask if you are aware of this situation and/or possibly know the location of the workers compensation package submitted April 2004.

Thank you        Ed Cheris

202.955.0251        1

## Cheris, Eddie S

| | |
|---|---|
| **From:** | Casey, Herbert B |
| **Sent:** | Tuesday, July 20, 2004 9:44 AM |
| **To:** | Cheris, Eddie S |
| **Subject:** | Out of Office AutoReply: Workers Compensation Package // Question |

I will be out of the office July 19 - July 22 on official business.
Kim Milligan ( 202-663-2540) will be acting.
If you have urgent HR issues please contact her.

# Memorandum

Date:      21 July 2004, Wednesday

Page:      01 of 03

To:        Vanessa Washington
           (202) 955-0253

CC:        Gale McCoy
           (202) 955-0257

From       Ed Cheris
           (202) 955-0251

Subject:   Workers' Compensation Claim/Package

Recently, we had a very nice discussion concerning the location of my previously submitted workers' compensation package – which seems to be missing. After having a few days to think about our discussion, I needed to forward this memorandum to you.

As previously mentioned, during the first week of April 2004, I presented to Mr. Corey Bent (the 1st level supervisor) several copies of the workers' compensation package. Mr. Bent immediately transferred two of these copies to someone in the front office of Room 500. I am not sure whom, received these two copies. By my understanding either you or Bill Crawford had received these to additional copies for you were next in-line to review them. Mr. Bent proceeded to construct his own cover letter to add to the 3rd copy of the workers compensation package.

In fact, Mr. Bent assisted me in adding additional required forms to the workers compensation package before anything was distributed. Currently, I have documentation verifying Mr. Bent did signed-off/reviewed the workers compensation package.

In addition, I also forwarded copies of the workers compensation package to Ms. Hicks and Ms. Milligan of the personnel department through the inter-office mail system. Immediately, before placing this sealed package in the outgoing box; I intentionally showed Mr. Bent what I intended to forward to Ms. Hicks and Ms. Milligan.

Date: 21 July 2004, Wednesday / Page: 02 of 03

During March 2004, I visited the Personnel Department at SA-1 and tried nicely to show them that I am partially, but permanently disabled due to an on-the-job injury and wanted to file workers compensation claim. In fact, I even visited the nurses' station at SA-1 on the same day in order to ask if they could give me something for the pain. The older woman whom handles the workers compensation claims in Personnel; gave me a bunch of forms to complete. While obtaining these forms; this particular woman 'verbally' demonstrated signs of being upset/angered about something – it wasn't clear about what. But, I got the forms and left the Personnel Office immediately. I completed these forms and submitted the workers compensation packages through two separate channels.

Over the past four months, I repeatedly asked Mr. Bent if he had heard anything about the workers compensation claim. He, repeatedly said, he heard nothing. I repeatedly phoned the Department of Labor and asked if they had received my workers compensation claim and the repeated response was, no.

I also believe Mr. Bent thoroughly completed his part of the workers compensation package and did forward it to someone in the front office of Room 500. Who, in particular is not clear.

I officially completed and submitted my workers' compensation package as I was instructed to do so. And have confirmation from Mr. Bent that it was presented to him.

Yesterday by email; I contacted the current Director of Personnel, Mr. Herbert B. Casey (202) 663-2529 to inquire if he is aware of this situation. Ms. Milligan was also forwarded a copy of this email. I am awaiting a response. Ms. Milligan did email me yesterday, and mentioned that the Personnel Department has no record of receiving any workers compensation claim (original nor copies).

Where the original and extra copies of the workers' compensation claim currently are; I have no idea. It could be that they are setting on someone's desk and forgotten about. Or possibly there is an official investigation being conducted that we may not be aware of and the workers' compensation packages were confiscated for some reason. Or, possibly someone with a seriously bad attitude problem chose to throw the original and extra copies in the trash; Or, just maybe certain

Date: 21 July 2004, Wednesday / Page: 03 of 03

individual(s) are and have been delaying the processing of this workers compensation package intentionally to possibly cover-up past mismanagement issues – which have been a serious problem at the Passport Office and is mentioned in my workers compensation package. And, I could provide 10 additional scenarios of what could have happen to this workers compensation package.

I realize that you are being very kind in requesting I re-submit copies of my original workers compensation package submitted in early April 2004. And, re-submitting this claim would be a logical step to follow in any normal situation. Things happen and its just common sense to find a way to work through or around obstacles.

The bottom line here is that I officially completed and submitted my workers' compensation package as I was instructed to do so. It was never returned to me and I made a number of inquiries about it. Approximately 4 months later, I am being told that my workers compensation claim is missing.

I submitted the workers compensation claim because I critically needed, too. Currently I am partially disabled, and most likely will be disabled for the rest of my life. I am unable to perform my job duties as I once did. And, am forced to make some hard life-style changes to live with this condition.

In brief, if my supervisor(s) are unable to do their particular jobs, who is responsible to ensure they do. This is the problem and is documented in my workers compensation claim. And, has been a serious problem at the Passport Office for the past 10 years.

Let's see what Director Casey may know about this workers compensation claim package.

Pending the above response from Director Casey; I think it wise to try and get myself back into physical mobility as best as possible. Once I am able to do so, file a claim at the U.S. District Court. Will be contacting you again, concerning leave request for this objective.

Thank you for your time and assistance.

**Cheris, Eddie S**

| | |
|---|---|
| **From:** | Cheris, Eddie S |
| **Sent:** | Tuesday, July 20, 2004 1:13 PM |
| **To:** | Washington, Vanessa D |
| **Subject:** | RE: workers compensation package // |

Hi Vanessa

Since payday is Thursday, I can have the copy of the workers compensation package duplicated at Staples in a short amount of time.

Before (re)submitting any additional paperwork, lets see what Corey Bent knows or did with the workers compensation package.

With my copy, I have a copy of the paperwork that Corey originally sign-off on. So he did review this original package.

Maybe there are other circumstances surrounding this situation than either one of us are aware of.

Thanks

Ed

> -----Original Message-----
> **From:** Washington, Vanessa D
> **Sent:** Tuesday, July 20, 2004 12:02 PM
> **To:** Cheris, Eddie S
> **Subject:** RE: workers compensation package //
>
> Per our conversation yesterday, you are claiming that you were injured at work several years ago and that your current condition is a result of that injury. You also indicated that over the years you have submitted the necessary paperwork to support this claim. I had informed you yesterday that neither CA/EX/HRD or William Crawford has seen the package you submitted in April 2004. You indicated that you would supply me with copies of this package. Once you supply me with copies of your package, I will contact personnel regarding the appropriate forms to be completed to accompany your package. Please note that I am assisting you with the process for properly filing your claim and will have no say regarding the acceptance of your claim or final determination. I have placed a call to Corey Bent regarding paperwork you stated you submitted to him in April.
>
> Have you located your copies of the paperwork?
>
> > -----Original Message-----
> > **From:** Cheris, Eddie S
> > **Sent:** Tuesday, July 20, 2004 11:16 AM
> > **To:** Washington, Vanessa D
> > **Subject:** workers compensation package //
> >
> > Hi Vanessa
> >
> > Recently, I contacted personnel to try and locate the original workers compensation package submitted April 2004; besides all of the extra copies.
> >
> > I needed to ask if you have heard anything from Corey Bent concerning what he did with the original and extra copies that were given to him.
> >
> > Thank you
> >
> > Ed

1

**Subject:** Workers Compensation Package / Question

Dear Mr. Casey

During the first week of April 2004, I submitted copies of my workers compensation claim to my immediate supervisor (Mr. Bent).

In fact, Mr. Bent also assisted me in completing additional forms required for this claim.

And that he had already given copies to the next level supervisor.

I also forwarded (extra) copies of this workers compensation claim to Ms. Milligan and Ms. Hicks through through State Departments' inter-office mail.

As weeks/months followed, I asked Mr. Bent, if he had heard anything about my workers compensation claim -- he repeatedly said, no.

But he did forwarded the workers compensation package to the next level supervisor.

I also phone the Department of Labor and inquired if they had received my claim and the representative repeatedly said, no.

Last week, I had a relapse of my back injury and spoke with Vanessa Washington due to the need to take leave.

Vanessa Washington informed me that she had spoken with Nicole Hicks.

And Nicole Hicks informed her that my workers compensation package submitted April 2004, never arrived at her office.

Currently, Vanessa Washington does not know where the workers compensation package is and requested I provide her with a copy of the claim for re-submission.

I needed to contact you, and ask if you are aware of this situation and/or possibly know the location of the workers compensation package submitted April 2004.

Thank you

Ed Cheris

202.955.0251

**Cheris, Eddie S**

**To:**       Milligan, Kimberly Q
**Subject:**  RE: Workers Compensation Package // Question

Hello Ms. Milligan

Thank you for responding to my email to Director Casey.

Before proceeding with additional copies of the workers compensation claim; I would like Director Casey to review this situation.

He 'may' be aware of additional facts concerning this situation.

I even showed Corey Bent the extra copies and envelope that I placed in the inter-office mail.

In light, that your office officially did not receive the original signed workers compensation package, in addition to the extra copies; I can only assume that these packages where intentionally held back by someone.

Which may have serious legal ramificiations.

Vanessa Washington intends to contact Corey Bent to discover what he did with the original package. And I presume to tried and locate it.

I previously contacted Director Casey concerning another issue; lets see what he may know before proceeding.

Thank you, again

Eddie


-----Original Message-----
**From:**     Milligan, Kimberly Q
**Sent:**     Tuesday, July 20, 2004 10:30 AM
**To:**       Cheris, Eddie S
**Cc:**       Casey, Herbert B; Morison, Eileen; Hicks, Nicole
**Subject:**  RE: Workers Compensation Package // Question

Eddie

I have checked HRD's correspondence log for the months of April, May and June and the claim forms were not received in HRD. As stated below you forwarded copies of the forms in the interoffice mail, where are the originals? Do you have another copy of the claim forms? HRD can not be held responsible for documents/mail that has never been received. However, if you provide HRD with the signed copies or the originals of the claim forms that have been fully completed and signed, we will forward them to the Department of Labor as soon as possible.

If there are any questions, please feel free to contact me. Thanks

-----Original Message-----
**From:**     Cheris, Eddie S
**Sent:**     Tuesday, July 20, 2004 9:42 AM
**To:**       Milligan, Kimberly Q
**Subject:**  FW: Workers Compensation Package // Question


-----Original Message-----
**From:**     Cheris, Eddie S
**Sent:**     Tuesday, July 20, 2004 9:38 AM
**To:**       Casey, Herbert B

1

Thursday, July 15, 2004

Hi Vanessa

Yesterday, after emailing you about bruce, around 3 pm I fell asleep at my desk for about 20 minutes. Earlier yesterday, I had to take Motrin because I was having pain in my left hip area. Ingesting too much Motrin automatically puts me to sleep for short periods of time  Anyway, by the time I got home yesterday, I was incurring more (hip/leg) pain.

This morning when I woke up at 4:30 am; I had a difficult time getting out of bed and getting to the office. Some kind of relapse with this back injury occurred. A lot of severe pain. I keep taking the Motrin. Standing in one place is much easier than setting.

If I fall asleep at my desk, I am not trying to get out of doing work; its unavoidable. The Motrin is a muscle relaxer and drinking coffee does not counteract the Motrin.

It has been almost five months since I was rushed to the hospital due to this back injury and I am still experiencing crippling pain. I am (partially) but permanently disabled. Believe me, the pain is so bad, that I want to cry like a baby.

Over the past approximately five months I have tried my best to get back into good physical performance. I have tried everything… taking warm bathes, doing physical therapy exercises, loosing weight,…..and taking long walks. I even tried testing myself to see how much I can lift and carry at different distance and durations. I thought I was getting better, until this morning.

As manager of the office, I need to advise you that I am currently and probably indefinitely unable to lift and/or move heavy objects. Truthfully, I am more than fearful to do so; because I may end up in the hospital again or worse.

Thanks

Ed Cheris

**Cheris, Eddie S**

| | |
|---|---|
| **From:** | Hicks, Nicole |
| **Sent:** | Monday, July 12, 2004 10:42 AM |
| **To:** | Cheris, Eddie S |
| **Subject:** | RE: Workers Compensation Package |

Eddie,

I have never received your worker's compensation forms. The last I heard, Corey was reviewing it. He asked me some questions about it and said he would sign and forward it to me. You will need to ask Bill Crawford if he knows what Corey did with it. As I mentioned before, your receiving any compensation at this stage is slim. But I will forward only your forms, medical documentation, and a cover letter explaining why there was a delay in filing this claim. Please submit only information regarding the injury.

*Regards, Nicole*


-----Original Message-----

| | |
|---|---|
| **From:** | Cheris, Eddie S |
| **Sent:** | Monday, July 12, 2004 8:13 AM |
| **To:** | Hicks, Nicole |
| **Subject:** | Workers Compensation Package |

Hello

I needed to contact you to make inquiry concerning the status of my previously submitted workers compensation package.

Thank you

Ed Cheris

Hello Vanessa

I stop by a few minutes ago to see if you were in.

I needed to pass along a message to you and if you think it necessary; pass it on to Ms. McCoy.

Lately, activities have been peaking within my office. Particularly among betty, bruce, robin, and sharon. I have told corey about this and I am sure he has heard it also -- (when he is here.)

This past wednesday(?) someone called security on betty and robin whom where fighting loudly about one of them called the other the (N) word. This went on for almost an hour. I am setting at my desk trying to get my job done -- seriously distracting.

Every day, and throughout each day; Bruce turns-up his radio which has been so loud that even mary Sampson has complained (more than once) about the noise. This frequently is initiated when corey steps-out-of the office -- even temporarily. As I typed-up this note this activity is occurred.

robert also does this -  but usually lasts for brief moments and then he turns-down the volume.

Truthfully, I don't want anything to do with these other guys' life-styles or social activities. Someone seriously got to explain to these other guys that stuff; like their type of music is as 'foreign' to me as my Greek belly dancing music would be to them. Two, totally different worlds.

I also wondered how conditions in the office will result once corey leaves for his new job.

Instead of bringing in my Greek Belly dancing music and playing out-loud "5000dbs" with mini-speakers to compete with Bruce -- next payday, I will be purchasing stereo headsets (heavy duty) to block-out all of this noise in the office.

Thanks

Ed

**Cheris, Eddie S**

| | |
|---|---|
| **From:** | Cheris, Eddie S |
| **Sent:** | Wednesday, July 14, 2004 2:21 PM |
| **To:** | Washington, Vanessa D |
| **Subject:** | Private Message |

Hi Vanessa

I needed to forward a message to you.

this morning the two plaques on mary sampsons' wall came crashing down on the floor.

It sounded like something was coming through the window behind mary.

Startled and I was at the point of jumping out of my chair to avoid being hit by anything.

After the plaques fell down, bruce enters mary area and make a lot of noise for a while.

seriously hard to keep my concentration when I am trying to do the data entry work.

a few minutes ago, bruce goes over to marys workarea talking to her and sets of the filing cabinet

and then leaves out one loud yell.  For what reason is unknown to me.

It shook the heck out of me -- when I was trying to data entry.

I was ready to curse this guy out --

I think you might want to have a talk with him.

**Cheris, Eddie S**

| | |
|---|---|
| **From:** | Cheris, Eddie S |
| **Sent:** | Wednesday, July 21, 2004 1:55 PM |
| **To:** | Washington, Vanessa D |

I think you might want to have a talk with Mary Sampson

Immediately after lunch, I worked on a bunch of Series 71 applications -- searching for their DOI on Piers and then writing the DOI on each of the applications.

I was just about to complete one pile of application and in walks Ms. Williams with another pile.

Ms. Williams hands me a new pile -- I said I would do them immediately and thanks!. As Williams left the office I momentarily propt my knee against my desk to relieve the pain in my leg/back and in comes Mary Sampson asking if I am going to do these piles of applications.

Mary Sampson could readily see that one pile was already completed with handwritten dates and the other pile unfinish. I responded to Mary in a lower sounding, yes. Then Mary began commenting that I was setting with my leg propt up -- supposedly relaxing too much.

I don't know if some of these are loney or what


////////////////////////////////////////////////

I had this email ready to send to you just as you called me into your office.

As soon as I arrived back to my desk I just happen to notice Robert on the Internet.

1

**Cheris, Eddie S**

| | |
|---|---|
| **From:** | McCoy, Gale A |
| **Sent:** | Monday, July 26, 2004 8:55 AM |
| **To:** | Cheris, Eddie S |
| **Subject:** | RE: Compensation Claim |

Eddie - I will be at SA-17 for a 1PM meeting. I will let you know when that meeting is over and we can talk about this.
Gale

-----Original Message-----
| | |
|---|---|
| **From:** | Cheris, Eddie S |
| **Sent:** | Monday, July 26, 2004 7:22 AM |
| **To:** | McCoy, Gale A |
| **Subject:** | FW: Compensation Claim |

Hello Ms. Mccoy

I would like to speak with you briefly concerning the matter shown below

Thank you

Eddie

-----Original Message-----
| | |
|---|---|
| **From:** | Washington, Vanessa D |
| **Sent:** | Friday, July 23, 2004 6:46 PM |
| **To:** | Cheris, Eddie S |
| **Cc:** | McCoy, Gale A; Crawford, William |
| **Subject:** | Compensation Claim |

Eddie,

    Since you were unable to provide me with a copy of your compensation claim today, please provide a copy to Ms. McCoy. Upon providing a copy of the form and supporting documentation to Ms. McCoy, it will be provided to CA/EX/HRD for review and final determination.

*Vanessa D. Washington*
*Chief, Records Retrieval Division*
*Office of Information Management and Liaison*
*Passport Services*


*SENSITIVE BUT UNCLASSIFIED*
*in accordance with Executive Order 12958*

## Memorandum for the Record

Early Thursday morning, 15 July 2004, a relapse occurred with my back/leg injury. Believe me, the pain can get so bad, that you are crying. This crippling pain occurred previously on 26 February 2004 and since then I was going through the process of physical therapy to fix the problem when I think I inadvertently over did it.

Thursday morning, I absolutely needed two Motrin tablets to possibly relieve this pain. I kindly approached Mary Sampson telling her that I was experiencing severe pain (it's terrible). I tried to tell Mary Sampson that the Motrin puts me to sleep for short periods of time. And that the only way to relieve this pain is to briefly knock myself out with Motrin or take walks to exercise-out the pain. I tried to tell her nicely that this is an emergency situation and please do not wake me up if I fall asleep at my desk. Mary Sampson responded by saying why don't you go home and I responded that I don't think I can make it to the subway station without collapsing. Anyways, Mary Sampson then gave me more verbal garbage about her need to contact managers and get approval for me to sleep at my desk. I walked away from Mary Sampson cursing under my breath that this is one freaken (??) moron. Damn, I need to do something before I collapsed on the floor and/or be rushed to the hospital.

For a while I tried setting at my desk, but the pain was so bad, I needed to get-up – stand-up straight which was more easier to handle the pain than setting down. And, I was not able to fall asleep.

About an hour later, I partially completed a leave slip and went to Bill Crawford's office and informed him that I am having very severe pain – really bad and needed to get to a pharmacy and get some Ben Gay paste. I might be back to the office or I might have to take sick leave. I tried nicely to tell this guy that I am having an emergency situation. The pain is so bad, I have to do something fast. All I wanted to do is drop-off the leave slip and get to the nearest pharmacy and soon as I was able to. This guy could plainly see I was in severe pain and then gives me one hard time by saying twice you need to see a doctor and then tells me to get the unscented Ben Gay Paste – if possible. This activity is commonly referred to as torture. Believe me, I was so tied-off that 'if I was able too' – I would have grabbed this guy by the back of the neck and dragged him to the nearest CVS store with me.

I left the office and eventually got to the nearest CVS store; bought and applied the Ben Gay Paste. It took a while to activate, but I was then able to walk a lot better. For several hours I tried to fix this painful situation by walking for a while and then stop and relax for a while and repeated this painful pattern of exercise. I eventually ended-up back at the office where I worked for several more hours and then went home on sick leave. I reported the above situation(s) to Vanessa Washington complaining that these moron's cannot even do the basic jobs – what she did about it is unknown.

Note here: About 2 weeks earlier, Bill Crawford requested to see me in his office and explained to me that someone complained that while I was talking with Mary Sampson; I

had my hand(s) down my pants (front side) and they felt uncomfortable. The way Bill Crawford explained it; I got the idea that the other individual thought I was masterbating on the job. Bill Crawford thought this was ridiculous situation and I thought so too. For the past four months I have been rubbing my leg because I have a crippling (back) injury and some moron is bothering me about their twisted perversion. This is a good example of a lot of garbage I have had to put-up with for the past 8 – 10 years. Basically stupid junk that I don't have time for and is not my responsibility.

Approximately a week after this above occurrence; Bill Crawford gives me an award certificate of only $125.00. I am more than a little angry that I was given pennies for all the garbage I have had to put-up with – basically being forced to due two jobs (mine and the supervisors). I am a grade 6 file clerk – my basic job is to type and file papers. That is all I am getting paid for. I am not getting paid to provide personal services to and manage my fellow co-worker(s) – this responsibility is the supervisors' job – which they have failed with over the past, 8 – 10 years. Basically, non-performance of their job duties – which has caused me, a lot of pain, agony, and torment). In addition to this, I am (now) unable to do the supervisors' job (besides maybe my own) – as far as I am aware of I am permanently (but partially) physically disabled, forcing me to make some life-style changes to survive – and have also discovered that I have some form of post dramatic stress syndrome where I got to learn to relax and alleviate stress from my life.

Around this same timeframe I was also told by Vanessa Washington that my workers compensation package submitted the first week of April 2004 is 'missing'. And Vanessa Washington suggested I re-submit this package, again and also speak with Ms. McCoy. The following week I proceeded to find out what had happened to this workers compensation package by contacting the Personnel Office. My conclusion is that this package (is) was intentionally 'removed' do to the fact that members of management have and continue to cover-up past mismanagement situations that have occurred at the Passport Office.

Truthfully, I always appreciated doing my particular job. I believe in the concept that if you are paid to do something – you do it and thats' it. Anything beyond this is a personal choice of dedication and service. In light that Mary Sampson accused me of not doing my job -- I believe because I previously went to Vanessa Washington, and told her that Mary did not do her job -- I will need one of the managers to tell me the exact amount of data entry I must complete on a daily basis to accomplish my job at the very minimal level – this is not clear.

I needed to take sick leave on Friday, 16 July 2004. Thursday night I went to sleep in my bed and woke around 12:30 am – I could barely move. Eventually but very slowly, I made it out of bed and onto my feet – but striking pain ran up and down my left leg and back and pelvis. No matter how much Motrin I took nor how much Ben Gay paste I used neither would stop the severe pain. By 1:30am I began having chest pains (tightness around my sternum). Getting a little shook-up I went across the street and was going to call 911 but noticed that once I began walking around (which was difficult at first) the

pain gradually subsided – but not entirely. The chest pain also disappeared. By 4:30 am I again went to sleep by kneeling into a chair. Things leveled-out for a while.

Early Saturday evening (7:30 pm) I fell asleep on my bed. At 11:14 pm I woke up screaming my lungs out from severe pain (lower back/hip area). I could not move – except for my arms. Each and every time I tried to get up it felt like a sword was being pushed into my back pelvis area and something like a bolt stuck in my left-side pelvis. Having Motrin and Ben Gay paste next to my bed I began relieving the pain by first taking the Motrin and then slowly rubbing Ben Gay paste on the painful back area. I kept on doing this every half hour. By 1:45 am, Sunday morning I was able to get out of bed and on my feet – still enduring a lot of pain. After a half an hour of being on my feet the pain subsided and I was able to walk around very easily. At 5:30 am, I even walked to a Starbucks Coffee shop five blocks away – with very little trouble at all. Once I got to Starbucks and sat down is when I again incurred severe pain.

Setting for periods of time and lying down in particular position(s) is a problem for me. When this back pain acts-up; I cannot lay down flat on my stomack or flat on my back – if I do – I am pinned down and suffer terribly.

By Monday, 19 July 2004, I could walk and pretty well too. But was thinking about calling in on sick leave due to the reoccurring back/leg pain. At the last moment I changed my mine, went to work, and just paced my activities throughout the day. It was tough getting home on the subway – a lot of pain. Monday night I slept in a chair in the kneeling position just to get some solid sleep.

On Tuesday, 20 July 2004, I gradually did my data entry work. And on the side typed up a letter to Vanessa Washington and contacted by email the Personnel Department all concerning the workers compensation package. I still incurred pain setting for long periods of time but got through the day. It was tough getting home on the subway – a lot of pain.

On Wednesday, 21 July 2004, I came to work and began my data entry work. About an hour later, I began work on a memorandum for Vanessa Washington concerning personnel matters. Then returned to the data entry work. Then took lunch. After the lunch break I returned doing my data entry work. I almost got an entire pile of applications searched and dated and in comes Ms. Williams with another pile – which I was happy to complete. As Ms. Williams exited out of one door, in come Mary Sampson through another door. She first questioned me about the work I was doing which then developed into a chewing out of when was I going to get it done. At this point I was in the process of emailing a message to Vanessa Washington concerning this situation – when Vanessa Washington called me on the telephone and requested I visited her office. In this meeting basically Mary Sampson accused me of not doing my work. I informed Vanessa Washington that I was in the process of doing my work when Mary Sampson interrupted me. And that Mary Sampson could plainly see what work I had completed and what work needed to be completed. Basically, I informed Vanessa Washington that

Mary Sampson is use to talking with Crystal Collins. Crystal Collins was on leave this Wednesday and Mary Sampson needs someone to talks to – I am working.

Note here: I have learned to be more than a little touchy conversing with Mary Sampson. Repeatedly over the years; I have tried to build a working relationship with Mary Sampson. There has been a number of times that I have spoken (very nicely) with Mary Sampson on a number of topics – her response(s) 90 percent of the time has always been something about racism. An incident of this kind occurred about 2 weeks ago when I was speaking with both Mary and Crystal Collins. When Mary starts acting like this I just stop talking to her all together.

Today Thursday, 22 July 2004, I am still having trouble setting for long periods of time and still need to ingest Motrin. Earlier this morning (2:45 am) I tried walking to the IHOP restaurant (7 blocks away). I am able to walk slowly some distance (5-1/2 blocks) without incurring pain to where I need to stop or set down for a while and then continue my walk. The greater the distance traveled the more stops I need to take. But if I tried and hustle – push myself to walk at a faster pace I frequently need to stop about every block. I have noticed that at increased walking (not running) speeds; once I travel for some distance I get Charlie horses in my under left leg (back –side) and its stay around for a while and then disappears.

By Saturday, 24 July 2004, I am able to walk about/shop at several indoor malls. Walking around for 4 to 6 hours, I eventually need to take Motrin due to the pain.

By Tuesday, 27 July 2004, I will be back to my previous schedule of physical therapy every 3 days; in order to get myself back into good physical conditioning as best as possible. Currently, I am unable to carry heavier bags of groceries 2 to 4 blocks without getting the crippling pain --- I still need to take a taxi. Carrying smaller items such as a bottle of detergent or a gallon of milk is no problem at all.

Over the past (5) months, I have tested and re-tested my physical capabilities. In brief, I have lost 'some' capacity of vertical descent/vertical lift in my legs. Things like staircases continue to be a problem (particularly upwards). As long as I don't place a lot of pressure on my back, I am mobile.

At this point in time, I believe it a wise decision to let a judge determine the disposition of my workers compensation package and any financial compensation due to me for being forced to perform my supervisor(s)' job for an extended period of time. A copy of this memorandum, along with a copy of the workers compensation package and other documents will be provided to the judge for his/her review.

In the coming weeks and months, I will be requesting leave to pursue this objective.

Thank you

Ed Cheris

**Cheris, Eddie S**

| | |
|---|---|
| **From:** | Casey, Herbert B |
| **Sent:** | Tuesday, July 27, 2004 12:02 PM |
| **To:** | Cheris, Eddie S |
| **Subject:** | RE: Workers Compensation Package // Question |

Hi Mr. Cheris,

Thanks for your e-mail explaining your situation. I checked with Nicole and our secretary. They did not receive your worker's compensation paperwork in the mail. Would you be kind enough to send us another copy. It would be preferable for you to handcarry it to our office to avoid additional delays. You can bring it to me.

regards

Herb Casey

| | |
|---|---|
| -----Original Message----- | |
| **From:** | Cheris, Eddie S |
| **Sent:** | Tuesday, July 20, 2004 9:38 AM |
| **To:** | Casey, Herbert B |
| **Subject:** | Workers Compensation Package // Question |

## Dear Mr. Casey

During the first week of April 2004, I submitted copies of my workers compensation claim to my immediate supervisor (Mr. Bent).

In fact, Mr. Bent also assisted me in completing additional forms required for this claim.

And that he had already given copies to the next level supervisor.

I also forwarded (extra) copies of this workers compensation claim to Ms. Milligan and Ms. Hicks through through State Departments' inter-office mail.

As weeks/months followed, I asked Mr. Bent, if he had heard anything about my workers compensation claim -- he repeatedly said, no.

But he did forwarded the workers compensation package to the next level supervisor.

I also phone the Department of Labor and inquired if they had received my claim and the representative repeatedly said, no.

Last week, I had a relapse of my back injury and spoke with Vanessa Washington due to the need to take leave.

Vanessa Washington informed me that she had spoken with Nicole Hicks.



And Nicole Hicks informed her that my workers compensation package submitted April 2004, never arrived at her office.

Currently, Vanessa Washington does not know where the workers compensation package is and requested I provide her with a copy of the claim for re-submission.

I needed to contact you, and ask if you are aware of this situation and/or possibly know the location of the workers compensation package submitted April 2004.

Thank you

Ed Cheris

202.955.0251

Wednesday, 24 March 2004


U.S. Office of Personnel Management
Kay Coles James, Director
Tel: 202.606.1000
Room 5A09
Theodore Roosevelt Building
1900 E. Street, N.W.,
Washington, D.C. 20415

Dear Honorable James

I am a civil service employee at the State Department (Passport Services).

I have contacted you to sincerely ask for your assistance concerning (2) separate
matters.

I was hired as a clerical employee and have 'repeatedly' been forced (against my
will) to do the supervisors' duties. This activity has been going on for some time
and has resulted in adverse actions. It has elevated to a critical point that something
seriously needs to be done about it. Simplified, it has turned into a case of legal
detriment. But, is also a case of endangerment – when a clerical employee such as
myself needs to carry scissors in my back pants pocket to protect myself from my
co-worker – things are critical.

Frank E. Moss
202.647.5366
CA/PPT
U.S. Dept of State
2201 C. Street, N.W, Room 6811,
Washington, D.C. 20520
Director of Consular Affairs

(Note: a Ms. McCoy recently replaced)
Timothy P. Martin
202.955.0257
CA/PPT/IML/R
U.S. Dept of State
1111 19th Street, N.W., Suite 500
Washington, DC 20520
3rd Level Supervisor

William H. Crawford
202.955.0246
CA/PPT/IML/R/RP
U.S. Dept of State
1111 19th Street, N.W., Suite 500
Washington, DC 20520
2nd Level Supervisor

My second issue concerns a physical injury that occurred at the workplace. Over time my (back) injury has gotten much worse and I am now partially handicapped (for life). I am unable to lift/move heavy objects and/or participate in high impact activities such as dancing, playing softball and so on...if I do, I end-up in the hospital. I have reported this injury to several supervisors a number of times and I have recently contacted my personnel office for assistance in filing some-type of workers' compensation claim.

(current supervisor)
Corey A. Bent
202.955.0233
CA/PPT/IML/R/RP/QA
Room 520, (SA-17)
U.S. Dept of State
1111 19th Street, N.W.,
Washington, DC 20520
1st Level Supervisor

Human Resources
Kimberly Q. Milligan
202.663.2540
CA/EX/HRD
Room H1010, (SA-1)
U.S. Dept of State
2401 E. Street, N.W.,
Washington, D.C. 20520

Human Resources
Nicole Hicks
202.663.2534
CA/EX/HRD
Room H1010, (SA-1)
U.S. Dept of State
2401 E. Street, N.W.,
Washington, D.C. 20520

I can forward to you a descriptive report of the many occurrences and personnel conflicts that have happened at the Passport Office. I have previously worked at four other government agency's, before working at the State Department. By experience I can tell you there is something strange about the operations at the Passport Office.

After some time (years) of reporting incidents and injuries – I came to the personal conclusion that either some of the individuals that I have been working with are seriously incompetent to do their specific jobs – and/or time after time screws ups are repeatedly being covered up.

I have a legitimate case for workers' compensation and am repeatedly getting the run around.

Is there someone within your offices, I could speak with concerning the issues mentioned above. And/or are there any government legal resources/services available to pursue legal action against my supervisors (such as a grievance or lawsuit).

Thank you very much for your time and assistance.


Eddie Cheris
925 North Jackson Street,
Arlington, Virginia  22201
Tele:  202.955.0248
Email:  CherisES@state.gov



United States
# Office of
# Personnel Management

Washington, DC 20415

AUG 18 2004

Mr. Eddie Cheris
925 North Jackson Street
Arlington, VA 22201

Dear Mr. Cheris:

This is in response to your letter dated March 24, 2004, addressed to the Office of Personnel Management (OPM), Director Kay Coles James. You express concerns about supervisory duties you feel have been inappropriately assigned to you, and about unsuccessful attempts to establish a workers' compensation claim for a physical injury sustained in the workplace.

Agency management, under the law, has the authority to create, change, assign or reassign duties and responsibilities to employees. The major duties, responsibilities, and supervisory relationships of each position must be clearly and accurately described in a position description (PD), which serves as the agency's official record of the major duties and responsibilities assigned to a position. The responsible supervisory or management official must ensure the continuing accuracy of each PD and the proper classification of each position. However, the PD does not restrict the assignment of duties to an employee by the supervisor who has full authority to assign duties as they see fit within the scope of their operation. Assignments should be reasonably related to the employee's position. Employees are responsible for carrying out the assigned duties to the best of their ability, regardless of whether such duties are specified in the PD.

If you have concerns about duties you have been assigned, you should discuss them with your immediate supervisor. If you are unable to informally resolve your concerns with your supervisor, you can formally address them under your agency's administrative grievance procedure, negotiated grievance procedure, or alternate dispute resolution process, whichever is appropriate. If you decide to file a grievance, you should contact your human resources office to obtain advice and assistance on the appropriate procedures to follow.

We contacted the Department of State, Bureau of Consular Affairs Human Resource Division, Washington, D.C., about your workplace injury concern. We were informed by Ms. Kimberly Milligan, Human Resources Specialist, that she has spoken with and advised both you and your supervisors on this matter and is awaiting the appropriate forms to process your claim. Since there are time requirements for filing injury claims under the Federal Employees' Compensation Act, we strongly encourage you to comply with the advice provided by Ms. Milligan as soon as possible to avoid any further delays in addressing your injury.

Mr. Eddie Cheris                                                                                        2

We appreciate the opportunity to assist you.  If you need additional information, please
contact Ms. Carol Toney at (256) 837-1271, extension 6.

Sincerely,

*Marta Brito Perez / jar*

Marta Brito Pérez
Associate Director
Human Capital Leadership
 and Merit System Accountability