24 May 2004 / Monday

To:
Mr. Herbert B. Casey     CA/EX/HRD, Tele: 202.663.2529
U.S. Department of State, 2401 E. Street, N.W., Room H1010, Washington, D.C. 20520

Dear Director Casey

We have never met, but I previously spoke with Adrienne Hatchett concerning matters at the Passport Office.

I needed to contact you 'confidentially' and ask one specific question concerning personnel issue.

Recently, I submitted a workers' compensation claim through your office and have (in the meantime) been trying hard to get myself back into good physical shape. Pending the results of this workers' compensation claim; I have also been completing the paperwork to file a lawsuit with the U.S. District Court (DC) against Frank Moss and Bill Crawford concerning legal detriment. Which will also be necessary to subpoena a number of State Department personnel.

My question: When taking leave to file court papers and attend hearings -- how do I designate the leave (annual, sick, compensatory) or is this considered actual work hours.

My current supervisors (Mr. Bent) suggested contacting you – because he is unable to answer the above question and other questions – such as; once this case is filed – will I be placed under other supervisors or in a different department. Must I complete any paperwork with personnel department before/during or after filing with clerk of courts.

I also had to contact you directly, because more than one individual has complained (including myself); that anytime they have to deal with Nicole Hicks they get one severe hassle.

Thank you very much for your time and assistance.


Ed Cheris
202-955-0248     CA/PPT/IML/R/RP/QA
US Department of State, 1111 19th Street, NW, Suite 520, Washington, DC 20520

## Cheris, Eddie S

**From:** Casey, Herbert B
**Sent:** Thursday, May 27, 2004 3:50 PM
**To:** Cheris, Eddie S
**Subject:** Leave

Hi Mr. Cheris,

I received your letter today. In regards to taking leave to file court papers and attend hearings, you would have to take annual leave.

After you file your case, you will still report to your current supervisor (Mr. Bent). You wouldn't need to file any paperwork with us in the HR Office.

If you have other questions, please free to contact me.

regards

Herb Casey
HR Director
CA Bureau

1