UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDDIE S. CHERIS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**U.S. DEPARTMENT OF STATE,** )<br>)<br>)<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 06-0691 (JR) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney ERIC J. JANSON as counsel of record for defendant U.S. Department of State in the above-captioned case.

Respectfully submitted,

_____/s/_____
Eric J. Janson
Special Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-9150
Eric.Janson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 26th day of April 2006, the foregoing Praecipe was sent by U.S. Mail, postage prepaid, to the following:

>Eddie Cheris
>1118 N. Stuart Street
>Arlington, VA 22210

>_____/s/_____
>Eric J. Janson
>Special Assistant United States Attorney