# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

*Tel: 202 701 7062*

Eddie S. Cheris
1118 North Stuart Street
Arlington, Virginia 22201

*Please Forward All Future Mail To ED CHERIS PO B 196 VANDERGRIFT PA 15690*

VS                                    CASE NUMBER & JUDGES INITIALS

U.S. Department of State
2201 C. Street, S.W.,   *L/EX Room 5519*
Washington, D.C. 20520

## AFFIDAVIT OF SERVICE

I _Eddie Cheris_ MAILED THE SUMMONS AND COMPLAINT

REGISTERED MAIL TO:   U.S. Department of State, 2201 C. Street, S.W.,

Washington, D.C. 20520; ON _18 April 06_

*CASE NUMBER: 1:06 CV00691 JUDGE: JAMES ROBERTSON*

Eddie S. Cheris
1118 North Stuart Street
Arlington, Virginia
22201
Tel: (202) 701-7062

**RECEIVED**

MAY - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Dept. of State
/ex Christopher Miche
Room 5519
201 C. Street SW
Wash DC 20520

2. Article Number (Copy from service label)

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery: 4/21/0[?]

C. Signature
X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes