# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Eddie S. Cheris
1118 North Stuart Street
Arlington, Virginia 22201

VS

CASE NUMBER & JUDGES INITIALS

U.S. Department of State
2201 C. Street, S.W.,
Washington, D.C. 20520

## AFFIDAVIT OF SERVICE

I __Eddie CHERIS__ MAILED THE SUMMONS AND COMPLAINT

REGISTERED MAIL TO: __ALBERTO GONZALES U.S. ATTORNEY GENERAL DOJ 950 P.A. AVE RM 4525 WASH DC 20530__

~~Washington, D.C. 20520;~~ ON __18 April 06__

CASE NUMBER:
1:06CV00691
JUDGE: JAMES ROBERTSON

Eddie S. Cheris
1118 North Stuart Street
Arlington, Virginia
22201
Tel: (202) 703-06...

RECEIVED
MAY 30 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Eddie S. Cheris
1118 North Stuart Street
Arlington, Virginia  22201

VS                                          CASE NUMBER & JUDGES INITIALS

U.S. Department of State
2201 C. Street, S.W.,
Washington, D.C. 20520

## AFFIDAVIT OF SERVICE

I _EDDIE CHERIS_ MAILED THE SUMMONS AND COMPLAINT

REGISTERED MAIL TO: ~~U.S. Department of State, 2201 C. Street, S.W.,~~ KENNETH L. WAINSTEIN JED, US ARY CENTER BLDG 555 FOURTH ST N.W. WASH D 20530

~~Washington, D.C. 20520~~; ON _18 April 06_

CASE NUMBER:
1: 06CV00691
JUDGE: JAMES ROBERTSON

Eddie S. Cheris
1118 North Stuart Street
Arlington, Virginia
22201
Tel: (202) 701-7062

RECEIVED
MAY 30 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT