# MEMORANDUM

| | |
|---|---|
| Date: | 7 June 2006 |
| Page: | 01 of 03 |
| To: | Honorable James Robertson<br>Clerk's Office, U.S. District Court for the District of Columbia<br>Room 1225, 333 Constitution Avenue, N.W., Washington, D.C. 20001 |
| Cc: | U.S. Department of State, L/EX, Room 5519, 2201 C. Street, S.W., Washington, D.C. 20520 |
| Cc: | Kenneth L. Wainstein, Judiciary Center Bldg, 555 Fourth Street, N.W., Washington, D.C. 20530 |
| Cc: | Alberto Gonzales, U.S. Attorney General, DOJ, 950 Pennsylvania Avenue, N.W., Rm 3525, Washington, D.C. 20530-0001 |
| From: | Eddie Cheris<br>POB 100411, Arlington, Virginia 22210<br>Tel: 202.701.7062<br>Email: Messinia@Apollotechnology.us |
| Subject: | Updated Information for: **Case No: 1:06CV00691**<br>(Judge: James Robertson)<br>Dock Type: Labor/ERISA (Date Stamp: 04/18/2006) |

Dear Sir:

On 18 April 2006; I filed the above mentioned case with the Court. On the same day I also forwarded copies of the case file to the following individuals (by registered mail.)

    U.S. Department of State, L/EX, Room 5519, 2201 C.
    Street, S.W., Washington, D.C. 20520

RECEIVED
JUN 09 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MEMORANDUM

Page:         02 of 03

        Kenneth L. Wainstein, Judiciary Center Bldg, 555 Fourth Street, N.W., Washington, D.C. 20530

        Alberto Gonzales, U.S. Attorney General, DOJ, 950 Pennsylvania Avenue, N.W., Rm 3525, Washington, D.C. 20530-0001

To date, I received the return (green registration mail card) from the State Department – but did not receive (in the mail) any green registration mail card from:

        Kenneth L. Wainstein, Judiciary Center Bldg, 555 Fourth Street, N.W., Washington, D.C. 20530

        Alberto Gonzales, U.S. Attorney General, DOJ, 950 Pennsylvania Avenue, N.W., Rm 3525, Washington, D.C. 20530-0001

    Copy of Afidavit and registered mail receipts attached.

Since 18 April 2006; I have not heard anything about this case from the above mentioned individuals.

-----------

On May 1, 2006; I became homeless and decided to return to my hometown near Pittsburgh, Pennsylvania.

Currently, I can receive mail at both addresses listed below:

    Post Office Box 100411, Arlington, Virginia 22210

    Post Office Box 196, Vandergrift, Pennsylvania 15690

RECEIVED
JUN 09 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

# MEMORANDUM

Page:     03 of 03

For approximately the past month I have been in Pennsylvania recuperating from my bus accident injuries. With the use of physical therapy; I have transferred from using crutches to using a small stroller to aid in my mobility/recovery. A copy of the stroller brochure is attached.

To date; I am able to walk short distances on my own (without any hardware). But staircases, street curbs, and steep inclines are still challenging – where I need the stroller to maintain my physical balance.

How long I will stay in Pennsylvania is undetermined at this time. Though, I have been seeking employment in the Pittsburgh Area; I have considered the possibility of returning to the Washington DC Area by mid July 2006.

------------

This memorandum forwarded as updated information for: Case No: 1:06CV00691

RECEIVED
JUN 09 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Receipt 1** (7004 0550 0000 9324 8476)

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20594

| | |
|---|---|
| Postage | $5.00 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $9.25 |

Postmark: APR 18 2006

Sent To: Chiluche Loe, Dept of State LEX
Street, Apt. No. or PO Box No.: 2201 C. Street S.W.
City, State, ZIP+4: WASH DC 20520

PS Form 3800, June 2002

---

**Receipt 2** (7005 1160 0003 2573 4750)

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20530

| | |
|---|---|
| Postage | $5.00 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $9.25 |

Postmark: APR 18 2006

Sent To: Alberto Gonzales / U.S. Attorney General / DOJ
Street, Apt. No. or PO Box No.: Rm 3525 / 950 PA Ave
City, State, ZIP+4: WASH DC 20530-0001

PS Form 3800, June 2002

---

**Receipt 3** (7005 1160 0003 2573 4910)

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20530

| | |
|---|---|
| Postage | $4.20 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $8.45 |

Postmark: APR 18 2006

Sent To: U.S. Attorney Jud. Ctr. Bldg
Street, Apt. No. or PO Box No.: 555 4th St NW
City, State, ZIP+4: WASH DC 20530

PS Form 3800, June 2002

RECEIVED
JUN 09 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Eddie S. Cheris
1118 North Stuart Street
Arlington, Virginia 22201

VS                                    CASE NUMBER & JUDGES INITIALS

U.S. Department of State
2201 C. Street, S.W.,
Washington, D.C. 20520

## AFFIDAVIT OF SERVICE

I _EDDIE CHERIS_ MAILED THE SUMMONS AND COMPLAINT

REGISTERED MAIL TO:  _KENNETH L. WAINSTEIN JED, ICJ PRY CENTER BLDG 555 FOURTH ST N.W. WASH D 20530_ ~~U.S. Department of State, 2201 C. Street, S.W.,~~

~~Washington, D.C. 20520~~; ON _18 April 06_.

CASE NUMBER:
1: 06CV00691
JUDGE: JAMES ROBERTSON

Eddie S. Cheris
1118 North Stuart Street
Arlington, Virginia
22201
Tel: (202) 701-7062

RECEIVED
JUN 09 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Eddie S. Cheris
1118 North Stuart Street
Arlington, Virginia 22201

VS                                    CASE NUMBER & JUDGES INITIALS

U.S. Department of State
2201 C. Street, S.W.,
Washington, D.C. 20520

## AFFIDAVIT OF SERVICE

I __Eddie CHERIS__ MAILED THE SUMMONS AND COMPLAINT

REGISTERED MAIL TO:  ~~U.S. Department of State, 2201 C. Street, S.W.,~~ ALBERTO GONZALES U.S. ATTORNEY GENERAL DOJ 950 P.A. AVE RM 4525 WASH DC 20530

~~Washington, D.C. 20520;~~ ON __18 April 06__.

CASE NUMBER:
1:06CV00691
JUDGE: JAMES ROBERTSON

Eddie S. Cheris
1118 North Stuart Street
Arlington, Virginia
22201
Tel: (202) 701-7062

RECEIVED
JUN 09 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

# LIFETIME LIMITED WARRANTY

Your Drive brand product is warranted to be free of defects in materials and workmanship for the lifetime of the original consumer purchaser.

This device was built to exacting standards and carefully inspected prior to shipment. This Lifetime Limited Warranty is an expression of our confidence in the materials and workmanship of our products and our assurance to the consumer of years of dependable service.

In the event of a defect covered by this warranty, we will, at our option, repair or replace the device.

This warranty does not cover device failure due to owner misuse or negligence, or normal wear and tear. The warranty does not extend to non-durable components, such as rubber accessories, casters, and grips, which are subject to normal wear and need periodic replacement.

If you have a question about your Drive device or this warranty, please contact an authorized Drive dealer.



Port Washington, NY 11050
MADE IN CHINA



Rollator
Andador Rollator
Déambulateur

Instructions & Warranty
Instrucciones y Garantía
Instructions et Garantie
www.drivemedical.com





*Orthodic Hand Grips*

*Loop Locks — Safest System Available*

*Height Adjustable*

*Backrest*

*Wide Comfortable Seat*

*Hanging Basket for Functionality & Storage*

*Folding Hinge for Portability*

## Assembly Instructions:

*Do not attempt to adjust or operate Rollator without carefully reading all instructions in this manual.*

1. First remove all contents from carton: backrest, handle with tube, Rollator frame and Basket.
2. Open frame and slide padded backrest into frame brackets making sure snap bottoms protrude through holes.
3. Unscrew tightening knob from handle and insert handle tube into frame at desired height lining up holes appropriately. Slide bolts through holes from the inside and screw on tightening knob until secure.



AROM hip/knee fix (heel slides)

- Lie on back with legs straight.
- Slide heel up to buttocks.
- Return to start position.
- Repeat with other leg.

Perform 3 sets of 20 Repetitions, once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



AROM lumbar bridging bil

- Lie on back with knees bent.
- Lift buttocks off floor.
- Return to start position.

Special Instructions:
Maintain neutral spine.

Perform 3 sets of 20 Repetitions, once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



Stretch hamstrings supine w/towel

- Lie on back holding a towel looped under foot with knee straight, as shown.
- Gently pull leg up.
- Repeat with other leg.

Special Instructions:
Maintain a straight knee.

Perform 1 set of 3 Repetitions, twice a day.

Hold exercise for 30 Seconds.
Rest 30 Seconds between sets.

**Capitol Metro Physical Therapy**

in the Ballston Common Mall Sport & Health Club

Michael J. O'Connor, MSPT

(Ann Colombell)

4238 Wilson Boulevard • Arlington, VA 22203
Phone 703.527.1700 • Fax 703.527.1507 • E-mail mikeptsolutions@aol.com
Independently owned by Physical Therapy Solutions, PLLC

---

Issued By: Ann Kast, MSPT   Signature:_____
These exercises are to be used only under the direction of a licensed, qualified professional.
Sibley Memorial Hospital                                Except as to user supplied materials, ©1996-2002 BioEx Systems, Inc.



AROM hip abd uni sidelying

- Lie on uninvolved side, with lower knee bent for stability.
- Keep knee straight on involved leg, lifting leg upward.
- Return to start position and repeat.

Special Instructions:
Do not roll trunk forward or backward.

Perform 3 sets of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



AROM hip abd uni w/ER sidelying knee bent

- Lie on right side.
- Place pillow between knees with knees bent.
- Rotate left leg upward.
- Lift and rotate left leg.
- Lower leg and repeat.
- Repeat sets with other leg.

Special Instructions:
Keep hips and pelvic area stable.

Perform 3 sets of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



AROM hip flx (SLR) supine knee bent

- Lie on back with uninvolved knee bent as shown.
- Raise straight leg to thigh level of bent leg.
- Return to starting position.

Perform 3 sets of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



AROM hip unilat stance

- Stand with feet shoulder distance apart.
- Lift right leg up keeping pelvis level.
- Tighten buttocks muscles.
- Lower leg and repeat with left leg.

Special Instructions:
Do not lean to side or let pelvis lower to one side. Keep knees facing forward.

Perform 3 sets,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.

Issued By: Ann Kast, MSPT    Signature: _____
These exercises are to be used only under the direction of a licensed, qualified professional.
Sibley Memorial Hospital                    Except as to user supplied materials, ©1996-2002 BioEx Systems, Inc.