# **MEMORANDUM**

| | |
|---|---|
| Date: | 28 June 2006 / Wednesday |
| Page: | 01 of 05 |
| To: | Honorable James Robertson<br>Clerk's Office, U.S. District Court for the District of Columbia, Room 1225, 333 Constitution Avenue, N.W., Washington, D.C. 20001 |
| Cc: | U.S. Department of State, L/EX, Room 5519, 2201 C. Street, S.W., Washington, D.C. 20520 |
| Cc: | Kenneth L. Wainstein, Judiciary Center Bldg, 555 Fourth Street, N.W., Washington, D.C. 20530 |
| Cc: | Alberto Gonzales, U.S. Attorney General, DOJ, 950 Pennsylvania Avenue, N.W., Room 3525, Washington, D.C. 20530 |
| From: | Eddie Cheris     *[signature]*<br>POB 100411, Arlington, Virginia 22210<br>Tel: 202.701.7062<br>Email: Messinia@apollotechnology.us |
| Subject: | Response to Defendant's Argument<br>Case No 1:06CV00691  ////  06-0691(JR)<br>(Date Stamp: 04/18/2006) |

After speaking with representatives at the Office of Personnel Management – their recommendation was to pursue this matter through the U.S. District Court. The Court exists to administer justice.

RECEIVED

JUN 3 0 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

# **MEMORANDUM**

Page:             02 of 05

In respect to the Defendant's statement:

> "compensation due to his alleged improper position classification."

I am not challenging improper position classification. The entire case is about whom at the Passport Office has and have not been doing their jobs properly and the impact it has had on other personnel.

The Court has previously received my Exhibit 1 detailing a number of incidences that have occurred at the Passport Office. I would like to ask the Court to re-examine Exhibit 1. Logically many of the incidences mentioned in Exhibit 1, would not have occurred if there was not a problem at the Passport Office. It is just common sense that if there are personnel conflicts occurring time after time - something is not working properly.

Attached is a copy of my SF-50 detailing my job title and my job series number. My supervisor (Mr. Crawford) can provide your with a copy of my performance appraisal - detailing my assigned (required) duties. Basically, a straight data entry job.

My superiors mandated, I complete a specific amount of entries per day and this is what I was getting paid for. My job required me to spend at least 90 percent of my time each work day 'typing' data into a computer. When I am forced to (repeatedly) deal with fellow coworkers and their 'personal problems' - then I a not doing my assign job.

> To amplify the above statement; I was formerly instructed by three different supervisors to specifically limit my contact with fellow coworkers due to the problems frequently occurring within the Passport Office and just do my assigned job (data entry). If it is not my job to manage or baby-set my coworkers, then whose job is it and why are they not doing it. Logically, this duty falls to the supervisors,

# **MEMORANDUM**

Page:        03 of 05

      office managers and particularly to the director of the Passport Office. And who knows maybe this duty is also the responsibility of the Defendant's attorney.

The Defendant mentioned in the attachment is avoiding the question:

      'Is it or is it not my responsibility to manage or baby-set my coworkers?"

      ---- The above question is the case. ----

All that has to be established by the Defendant is to say "yes" or "no" to the question.

- - - - - - - -   - - - - - - - -   - - - - - - -

Re-examine Exhibit 1 and you will see that I have detailed the behavioral conduct of a number of personnel at the Passport Office. Many times, I unavoidably heard comments from other Passport personnel that their coworkers had severe psychological/emotional problems. So I am not the only individual whom complained about the working conditions at the Passport Office -- which resulted in a lot of grief and anguish.

For me, as time past I began showing signs of stress overload (burn-out) and seriously needed a vacation. Last year, one Passport employee in particular came harassing me about her personal problem(s) 'so much' that I decided to file this case. This particular individual caused so many interruptions in the office that not only me; but several other employee had difficulties getting their assigned jobs done.

- - - - - - - -   - - - - - - - -   - - - - - - -

Before I had an opportunity to file this case I encountered a bus accident - which resulted in a broken hip and broken knee. By late June 2006, I am

**MEMORANDUM**

Page:            04 of 05

able to walk on my own (on flat surfaces); bus still need assistance to overcome street curbs, staircases and inclines. It has taken me 9 months to regain my physical mobility. My sincere intent during January and February 2006; was to return to the workplace on crutches. I did have much difficulty getting around on crutches and transportation was another major factor. But after I thought about my disability and the conditions at the workplace – I considered it too hazardous for me to return – just-in-case one of the problem coworkers got physically out-of-control -- there was no way I could physically defend myself against their aggression. And so I avoided returning, until I could walk properly.

This case would not be before the Court if there was not a problem to be settled. The Court needs to determine who has and has not been doing their jobs at the Passport Office and what compensation is due.

If I may let me simplify the above statement(s). My employer hired me to do a clerical job. They were not paying me enough money to deal with all of the other junk that has occurred in the Office. And, I repeatedly complained about being overworked. Eventually, some action had to be taken to settle this problem.

If I may and without any disrespect to the Court. I would like to emphasize the seriousness of this case. Approximately 50 days ago I left the Washington DC Area and traveled to the Pittsburgh Pennsylvania Area. My intent was to spend time in the country (on a very low budget) and implement my own physical therapy program to regain my walking mobility. While in the Pittsburgh Area I have been hanging around the Greek community - going to church and attending the Greek festivals. After this past weekend I **firmly** decided I am not returning to my job at the Passport Office. The explicit justification for this decision is that at the Passport Office a number of blacks came harassing me about their 'personal (race) problems' to the extent that I came to realize I was getting way too ethnically/culturally contaminated.

# **MEMORANDUM**

Page:            05 of 05

I would again and respectfully like to ask the Court to thoroughly re-examine Exhibit 1. The Defendant(s) in this case (and in my opinion) must seriously be off-their-rocker, if they honestly think I am going to return to my workstation (data entering); and put up with a number of black employees screaming/yelling and other employees telling them to shut up or get the hell out of the office and/or you are hurting me; my ears!

> These verbal (high decibel) outbursts occurred so frequently and for a long period of time - that I went out and purchased industrial ear protection just to get my job done properly. I am not sure what the Courts' view or opinion is on torture of U.S. Government employees; but I also decided I had enough of this painful and harmful activity.

Let me return to the beginning of my memorandum. I am just a little GS-6 Clerk. My primary job function is to type. For someone like myself to get motivated enough besides angered enough to file a lawsuit against not only one but several of my superiors – there must be a serious and solid justification for doing so.

The Court exist to administer Justice.