Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CHERIS, EDDIE SPERO | 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 | 02-08-1959 | 09-07-2003 |

## FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 721 | Reassignment | | |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| N7M | Reg 335.102 Reclass | | |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | | |

| 7. FROM: Position Title and Number | S7946628 | 15. TO: Position Title and Number | S8437500 |
|---|---|---|---|
| FILE ASSISTANT | | INFORMATION ASSISTANT | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Lvl | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Lvl | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 00305 | 06 | 09 | $37,315.00 | PA | GS | 00303 | 06 | 08 | $36,333.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $33,098.00 | $4,217.00 | $37,315.00 | $0.00 | $32,227.00 | $4,106.00 | $36,333.00 | $0.00 |

| 14. Name and Location of Position's Organization | 281230 | 22. Name and Location of Position's Organization | 281232 |
|---|---|---|---|
| RECORDS SERVICES DIVISION<br>OFFICE OF INFORMATION MANAGEMENT AND LIA<br>DEP ASST SEC FOR PASSPORT SERVICES<br>BUREAU OF CONSULAR AFFAIRS | | RECORDS PROCESSING BRANCH<br>RECORDS SERVICES DIVISION<br>OFFICE OF INFORMATION MANAGEMENT AND LIA<br>DEP ASST SEC FOR PASSPORT SERVICES | |

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. DoS Tenure | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 | 1-None  3-10 Point/Disability  5-10 Point/Other<br>2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1  0-None  2-Conditional<br>1-Permanent  3-Indefinite | 21 | YES   X NO |

| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
|---|---|---|---|---|
| C0 | Basic Only | 9 | 9 - Not Applicable | 0 |

| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|---|---|
| C | C - FICA and CSRS (Partial) | 12-05-1984 | F | Full Time | |

## POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|---|
| 1 | 1-Competitive Service  3-SES General<br>2-Excepted Service  4-SES Career | N | E-Exempt<br>N-Nonexempt | 0113.0-1097 1111 0000 | 0070 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON, DIST OF COLUMBIA |

| 40. DOG | 41. WGI Due | 42. Prim Skill | 43. HR Processor | 44. |
|---|---|---|---|---|
| 27-AUG-2000 | 20-AUG-2006 | | CAEXKAM | EMPLID 109799 |

45. Remarks

- POSITION IS AT THE FULL PERFORMANCE LEVEL.
- RESULT OF POSITION REVIEW.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF STATE | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | WHITESIDE, RUTH ANN<br>ACTING |
|---|---|---|---|
| ST00 | 2951 | 09-03-2003 | |

2 - OPF Copy - Long-Term Record - DO NOT DESTROY        Editions Prior to 7/91 Are Not Usable After 6/30/93