UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
EDDIE S. CHERIS,               :
                               :
       Plaintiff,              :
                               :
    v.                         :  Civil Action No. 06-0691 (JR)
                               :
U.S. DEPARTMENT OF STATE,      :
                               :
       Defendant.              :
```

## ORDER

Upon a review of the docket, and especially of the overtly racist memorandum in opposition to motion to dismiss filed by the plaintiff on June 30, 2006, it is by the Court *sua sponte* **ORDERED** that that memorandum is **stricken** pursuant to Federal Rule of Civil Procedure 12(f), which provides for the striking of any "immaterial, impertinent or scandalous matter." Plaintiff may have 30 days from the date of this order to file a proper opposition. If none is filed, this case will be dismissed.

                                       JAMES ROBERTSON
                                 United States District Judge