UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDDIE CHERIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No: 06-0691 (JR) |
| | ) |
| UNITED STATES DEPARTMENT OF STATE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ENTRY OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Daniel F. Van Horn as counsel for the defendant in the above-captioned civil action, and withdraw the appearance of former Special Assistant United States Attorney Eric J. Janson, who has departed from the United States Attorney's Office.

Respectfully submitted,

/s/
DANIEL F. VAN HORN
D.C. Bar No. 924092
Assistant United States Attorney
United States Attorney's Office
Civil Division, Room E-4816
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7168
daniel.vanhorn@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Entry of Appearance* was served on October 31, 2006, through the District Court's Electronic Case Filing system, and by mailing a copy thereof, first-class postage prepaid, to the following:

>MR. EDDIE CHERIS
>1118 N. STUART STREET
>ARLINGTON, VA 22210

>DANIEL F. VAN HORN, D.C. Bar #924092
>Assistant United States Attorney
>Civil Division, Room E-4816
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>(202) 514-7168
>daniel.vanhorn@usdoj.gov