UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDDIE CHERIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 06-0691 (JR) |
| ) | |
| UNITED STATES DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**CORRECTED CERTIFICATE OF SERVICE**

On October 31, 2006, the undersigned Assistant United States Attorney entered his appearance as counsel for the defendant in the above-captioned civil action. Simultaneously therewith, the Notice of Appearance was served through the Court's ECF system and by mailing a copy to plaintiff at the address listed on his complaint. The mail service copy was returned as undeliverable on November 17, 2006. Upon receipt thereof, undersigned counsel examined the docket and discovered that he had inadvertently overlooked the change of address information that plaintiff had provided in his Memorandum filed on June 6, 2006. Accordingly, the Notice of Appearance, along with a copy of this Corrected Certificate of Service, has been re-served on November 17, 2006, by mailing copies thereof, first-class postage prepaid, addressed to:

> MR. EDDIE CHERIS
> POST OFFICE BOX 100411
> ARLINGTON, VA 22210

and

> MR. EDDIE CHERIS
> POST OFFICE BOX 196
> VANDERGRIFT, PA 15690

Defendant's counsel regrets any inconvenience that may have been caused by this oversight.

Respectfully submitted,

/s/
DANIEL F. VAN HORN
D.C. Bar No. 924092
Assistant United States Attorney
United States Attorney's Office
Civil Division, Room E-4816
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7168
daniel.vanhorn@usdoj.gov