UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDDIE S. CHERIS )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE )<br>)<br>Defendant. )<br>) | Case No: 06-0691 (JR) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel for the defendant in the above-captioned civil action, and withdraw the appearance of Assistant United States Attorney Daniel F. Van Horn.

Respectfully submitted,

/s/ _____
QUAN K. LUONG
Special Assistant United States Attorney
Civil Division, Room E-4417
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed via the Court's electronic filing system and a copy mailed to Plaintiff's representative and Plaintiff by first class postage prepaid to:

> Robert Ray Stone, Esq.
> Post Office Box 100411
> Arlington, VA 22210
>
> Eddie Cheris
> Post Office Box 100411
> Arlington, VA 22210

on this 18th day of December, 2006.

_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov