```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


EDDIE S. CHERIS,                  :
                                  :
         Plaintiff,               :
                                  :
    v.                            :  Civil Action No. 06-0691 (JR)
                                  :
U.S. DEPARTMENT OF STATE,         :
                                  :
         Defendant.               :
```

### ORDER

On October 30, 2006, this Court issued an order striking plaintiff's opposition to defendant's motion to dismiss and giving plaintiff thirty days to file a proper opposition. On December 4, 2006, the Clerk's Office received what purports to be an amended complaint. The document indicates on its face that it was "submitted to Clerk's Office 30 Nov 06," when in fact it was not received until four days later, and it came with a memorandum from the plaintiff addressed to the undersigned judge dated December 1, 2006, asserting that the amended complaint was written by an attorney, although it was not signed by the attorney (who, incidentally, is not a member of the Bar of this Court). The amended complaint is both out of time and essentially incomprehensible.

The defendant's motion to dismiss is still pending and still unopposed. The motion asserts that this Court has no jurisdiction to entertain plaintiff's claim under the Civil

Service Reform Act, because plaintiff failed to seek recourse through the Office of Special Counsel.  Plaintiff may have an additional 15 days from the date of this order to file a document that directly responds to that assertion.  If he fails to do so, his suit will be dismissed.  The amended complaint -- which, by plaintiff's admission (in his memorandum accompanying it) contains "stuff" unrelated to what plaintiff says the "entire case is about", namely, being "forced into doing more work than I was legally getting paid for" -- will not be filed and will be returned to the plaintiff.  It is **SO ORDERED.**


                              JAMES ROBERTSON
                         United States District Judge