UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDDIE S. CHERIS,                :
                                :
        Plaintiff,               :
                                :
    v.                          : Civil Action No. 06-0691 (JR)
                                :
U.S. DEPARTMENT OF STATE,       :
                                :
        Defendant.               :

### ORDER

Plaintiff having failed to file a responsive answer to defendant's motion to dismiss, even within the extended period allowed by this Court's order of December 13, 2006 [#13], it is **ORDERED** that the motion to dismiss [#5] is **granted** and that this case is **dismissed.** This is a final, appealable order.


                        JAMES ROBERTSON
                   United States District Judge