**RECEIVED**

FEB 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Eddie Cheris

v                                         CA No: CV00691-JR

Department of State

## MOTION TO RECONSIDER
## ORDER OF DISMISSAL

The Plaintiff, files notice and motion for reconsideration and to vacate the Order of January 5, 2006, and states the following:

1. Neither Plaintiff, or his attorney received the Motion to dismiss the amended complaint; or the Order of dismissal, due, perhaps to ineffective service by the U.S. Postal Service.

2. Advisory Counsel for Plaintiff only learned of the Order of dismissal on January 25, 2007 by a telephone conversation with Counsel form the U.S. Department of State, in a separate, but related matter pending before the U.S. Merit Protection Board, Washington Regional Office in Docket Number DC-0752-07-0195-I-I.

3. Plaintiff asks for 30 additional days in which to file a substantial response to defendant U.S. Department of State's motion to dismiss and states he has claims of merit which deserve consideration.

4. Apparent from the portion of the memorandum which defendant filed with it's Motion to dismiss it is alleged that the complaint is defective both legally and factually.

2

5. Plaintiff's states again that he notified his supervisors at the Passport Office by mail and/or fax that he was resigning. This by letter dated, June 28, 2006. (A copy of which was previously filed, and made a part of this pleading).

6. Whether Plaintiff's communication is in proper form to be an effective resignation is an issue of fact. Certainly, it was, and is Plaintiff's position that he resigned.

7. There is no official form required to be used to resign.

8. If Plaintiff resigned then the case involving wrongdoing in violation of provisions of Title V, U.S. Code, the Civil Service Reform Act, as amended is ripe for action in the U.S. District Court.

9. Defendant a U.S. Agency-Department apparently claims also that Plaintiff must exhaust all remedies at the administrative level but this would not be true where he was forced to leave the service because was and is physically unable to perform his duties; and nevertheless the employer demanded he return to work, and then initiated the removal action when he could not do so.

10. Defendant also states Plaintiff has failed to state a claim under Federal Rule 12(b)(6). This is not true if the Plaintiff's statement of the facts are given the benefit of doubt, as is required by law.

11. If there is no present Jurisdiction in this case Plaintiff is denied a remedy to pursue his claims of wrongful dismissal in violation of the American's with Disability Act, and other civic violations of federal law, stated in his Amended Complaint. E.g., "Equal Pay for Equal Work, The Job Classification Act, and etc.

3

12. Plaintiff is willing to file an Affidavit of the truthfulness of this pleading to his best knowledge and belief, and also willing to offer testimony at any hearing on his motion. Wherefore, Plaintiff seeks an Order to Vacate the January 5, 2007 Order and a stay in proceedings, and such other relief as may be just.

We ask for this.

                                                        Respectfully submitted

                                                        Robert Stone
                                                        Post Office Box 100411
                                                        Arlington, Virginia 22210
                                                        DC Bar No: 139-725
                                                        Tel: (202) 744-2618
                                                        PRO HAC VICE
                                                        After Reapplication to this
                                                        Court is finalized

*/s/ Eddie Cheris*
Eddie Cheris   PRO SE
Post Office Box 100411
Arlington, Virginia 22210
Tel: (202) 701-7062

## MEMORANDUM OF POINTS AND AUTHORITIES

FRCP – 12(b)(6), Title 5 U.S. Code, annotated, and Title 5 Code of Federal Regulations, particularly sections covering the Federal government's job classification, and the doctrine of "Equal Pay for Equal Work, and Accretion of Duties, the "reasonable accommodation provision of the 1994 American's with Disability Act, as amended.



## Certificate of Service

The following individual were mail this reconsideration on: _____

Honorable James Robertson
-------- (((Room 1225))) ----------
Clerk's Office, U.S. District Court
for the District of Columbia
333 Constitution Avenue, N.W.,
    Washington, D.C. 20001

Quan K. Luong
Special Assistant United States Attorney
Civil Division, Room E-4417
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-9150

Eddie Cheris   PRO SE
Post Office Box 100411
Arlington, Virginia 22210
Tel: (202) 701-7062