Clerk's Office
**U.S. DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
333 Constitution Avenue, N.W., Washington, D.C. 20001


Eddie Cheris, Plaintiff


        vs                          Civil Action No: 06 00691


U.S. Department of State, Defendant




## <u>ORDER</u>


On January 5, 2007, this Court issued an order dismissing Plaintiff's amended complaint on the grounds that the Plaintiff did not answer the Defendant's motion to dismiss the case.


Therefore, Plaintiff timely filed a Motion to appeal the ruling and order; and also simultaneously filed his Motion for reconsideration of the order of dismissal.

In review of Plaintiff's Motion for reconsideration, and his additional evidence it appeared that Plaintiff, may not have received the Defendant's Motion to dismiss, and Plaintiff's additional assurance that he is willing to testify in Court that he did not received the same.

The Court hereby issues it's order that the prior order of dismissal is vacated and Plaintiff is given thirty (30) days from date of order to answer Defendant's notice to dismiss fully. **It is so ordered.**

_____
James Robinson
United States District Judge

2