**RECEIVED**

FEB 15 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Eddie Cheris

v                                                   CA No: CV00691-JR

Department of State

## NOTICE OF APPEAL

Notice is hereby given this 8th day of February, 2007, that Eddie Cheris, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 5th day of January, 2007 in favor of Defendant, U.S. Department of State against said

*Eddie Cheris*
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**Clerk**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Quan K. Luong
Special Assistant United States Attorney
Civil Division, Room E-4417
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-9150