**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDDIE S. CHERIS,                         :
                                         :
        Plaintiff,                       :
                                         :
    v.                                   : Civil Action No. 06-0691 (JR)
                                         :
U.S. DEPARTMENT OF STATE,                :
                                         :
        Defendant.                       :


**ORDER**


        Plaintiff's motion for reconsideration [15] is **denied**.
His assertion that neither he nor his attorney received
defendant's motion to dismiss [5] or the order of dismissal [14]
is not credible.  The Clerk's record reflect the delivery of both
documents "by other means" (i.e., by mail) to plaintiff at the
post office box address he has used for this case.  (No documents
were mailed to plaintiff's attorney, who is not a member of the
Bar of this Court and has never properly entered an appearance or
moved for leave to appear pro hac vice.  The person whom
plaintiff says is his attorney uses the same post office box
address that plaintiff has been using, in any event.)
Plaintiff's claim not to have received the motion to dismiss [5]
is particularly non-credible, because plaintiff in fact did
attempt to file an opposition to that motion.  It was stricken by

the Court, sua sponte and pursuant to F.R.Civ.P. 12(f), on

October 30, 2006 [9].



                                        JAMES ROBERTSON
                               United States District Judge