# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5059**                           **September Term, 2006**

06cv00691

Filed On: September 13, 2007

[1066597]
Eddie S. Cheris,
        Appellant

v.

Department of State,
        Appellee



**BEFORE:** Ginsburg, Chief Judge, and Griffith and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance and the responses thereto; the motion to stay proceedings and remand to district court and the memorandum of points and authorities in support thereof, and the response thereto; the motion for leave to file appellee's response to appellant's memorandum of points and authorities in support of motion to stay proceedings and remand to district court, and the response thereto; and the motion for hearing on the motion for stay and remand, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court did not abuse its discretion in refusing to accept for filing an untimely amended complaint, in granting the motion to dismiss, or in denying the motion for reconsideration thereof. See Smalls v. U.S., 471 F.3d 186, 191-92 (D.C. Cir. 2006); Fox v. American Airlines, Inc., 389 F.3d 1291, 1294-95 (D.C. Cir. 2004). It is

**FURTHER ORDERED** that the motion for leave to file appellee's response to appellant's memorandum of points and authorities be granted. The Clerk is directed to file the lodged document. It is

**FURTHER ORDERED** that the motion to stay proceedings and remand to district court, and the motion for hearing on the motion for stay and remand be dismissed as moot in light of the grant of summary affirmance.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
### For The District of Columbia Circuit

―――――

**No. 07-5059**　　　　　　　　　　　　　　　　**September Term, 2006**

is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**